

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRITON IP, LLC ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 6:07-cv-067[LED] |
| ) | |
| 1. SAGE GROUP, PLC, ) | |
| 2. SAGE SOFTWARE, INC., ) | JURY DEMANDED |
| 3. SSA GLOBAL TECHNOLOGIES, INC.,) | |
| 4. INFOR GLOBAL SOLUTIONS, INC., ) | |
| 5. SAS INSTITUTE, INC., ) | |
| 6. FRONTRANGE SOLUTIONS, INC., ) | |
| 7. ONYX SOFTWARE CORPORATION, ) | |
| 8. MADE2MANAGE SYSTEMS, INC., ) | |
| and 9. SYMERON SOFTWARE, INC. ) | |

## ORDER GRANTING DEFENDANT SYMERON SOFTWARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Symeron Software, Inc., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer or otherwise respond to Plaintiff's First Amended Complaint until and through May 10, 2007.  Such motion is GRANTED

It is therefore ORDERED that Defendant Symeron Software, Inc. has until and through May 10, 2007, to answer, move, or otherwise respond to Plaintiff's First Amended Complaint.

_____      _____
Dated                                                      United States District Judge