# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **TRITON IP, LLC,** | |
| v. | **6:07-cv-00067-LED** |
| **SAGE GROUP, PLC, et al.** | JURY |

## PLAINTIFF'S ANSWER TO COUNTERCLAIMS OF SAGE SOFTWARE

Plaintiff Triton IP, LLC ("Triton") answers the counterclaims of Defendant Sage Software, Inc. ("Sage") as follows:

1. Paragraph 1 of Sage's counterclaim purports that it "incorporates the foregoing averments as if fully set forth herein." Such an allegation is improper. To the extent that such an allegation requires a response, Plaintiff denies the merits of Sage's defenses and affirmative defenses. Plaintiff denies the remaining allegations, if any, set forth in this paragraph.

2. Plaintiff admits that it contends the '525 patent is valid and infringed by Sage. Plaintiff admits that Sage purports to deny such allegations. Plaintiff admits that Sage's answer purports to contend that Sage does not infringe the '525 patent, and that said patent is invalid. Plaintiff admits that a justiciable controversy exists between Sage and Plaintiff. Plaintiff denies the remaining allegations, if any, set forth in this paragraph.

3. To the extent paragraph 3 requires a response, Plaintiff admits that Sage purports to seek a declaration of non-infringement and invalidity. Plaintiff denies the remaining allegations, if any, set forth in this paragraph.

4. To the extent paragraph 4 requires a response, Plaintiff admits that a justiciable controversy exists regarding Sage's obligations relative to the '525 patent. Plaintiff denies the remaining allegations, if any, set forth in this paragraph.

1

5. To the extent paragraph 5 requires a response, Plaintiff admits that Sage's purported counterclaims arise under the Patent Act, and Plaintiff admits this Court's jurisdiction over Plaintiff's claim and any properly pled counterclaims. Plaintiff denies the remaining allegations, if any, set forth in this paragraph.

6. To the extent that Sage's Prayer for Relief requires a response, Plaintiff denies that Sage is entitled to any of the relief requested.

Date:  May 14, 2007

Respectfully submitted,

TRITON IP, LLC

 /s/ John J. Edmonds
**Danny L. Williams** – Lead Attorney
Texas Bar No. 21518050
**J. Mike Amerson**
Texas Bar No. 01150025
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713)934-4060
Facsimile: (713) 934-7011
danny@wma.law.com
mike@wma.law.com

**David M. Pridham**
R.I. Bar No. 6625
Intellectual Property Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
david@ipnav.com

**John J. Edmonds**
Texas State Bar No. 00789758
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 767-3111
johnedmonds@edmondslegal.com

**Eric M. Albritton**
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

**Thomas John Ward, Jr.**
Texas Bar No. 00794818
Law Office of T John Ward Jr., PC
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

**Kajeer Yar**
Texas Bar No. 24025838
2651 East 66th Street
Tulsa, OK 74136
Telephone: (918) 292-8158
Facsimile: (918) 292-8158
kyar@yarlawfirm.com

**Counsel for Plaintiff**
**TRITON IP, LLC**

On this date a copy of the foregoing is being filed electronically and thus served upon all counsel of record pursuant to Local Rule CV-5.

Date:   May 14, 2007                                  /s/ John J. Edmonds
                                                                    John J. Edmonds