UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**TRITON IP, LLC,**

　　**v.**　　　　　　　　　　　　　　　　**6:07-cv-00067-LED**

**SAGE GROUP, PLC, et al.**　　　　　JURY

## PLAINTIFF TRITON'S ANSWER TO COUNTERCLAIMS OF INFOR AND SSA

Plaintiff Triton IP, LLC ("Triton") answers by paragraph the counterclaims of Defendants Infor Global Solutions, Inc. ("Infor") and SSA Global Technologies, Inc. ("SSA") (collectively "Defendants") as follows:

1.　Admitted that Defendants' counterclaims purport to request declarations of noninfringement, invalidity, and unenforceability of the '525 patent. Admitted as to jurisdiction. The merits of Defendants' counterclaims are denied.

2.　Admitted as to the existence of a case or controversy. The merits of Defendants' counterclaims are denied.

3.　Due to recent issues raised by Infor regarding its corporate identity, Triton lacks knowledge or information sufficient admit or deny that Infor is a Delaware corporation. Admitted as to Infor's address.

4.　Due to recent issues raised by SSA regarding its corporate identity, Triton lacks knowledge or information sufficient admit or deny that SSA is a Delaware corporation.

5.　Admitted.

6.　Paragraph 6 purports to incorporate by reference paragraphs 1 – 5, and is thus improper and incapable of being admitted or denied. Subject to the foregoing, in response to paragraph 6, Triton incorporates its responses relative to paragraphs 1 – 5.

7. Denied.

8. Denied.

9. To the extent necessary, Plaintiff denies that Defendants are entitled to the relief requested in their prayer for relief. In addition, to the extent necessary, Plaintiff denies any allegation in the counterclaims not specifically admitted above, and Plaintiff re-alleges infringement, enforceability, validity and damages, and denies any allegations in the counterclaim adverse to same.

## FAILURE TO STATE A CLAIM

10. Defendants' counterclaim should be dismissed because it fails to state a claim upon which relief can be granted. Without limitation, the counterclaim is defective because it fails to allege fraud with particularity as required by Federal Rule of Civil Procedure 9.

## FAILURE TO ALLEGE INEQUITABLE CONDUCT WITH PARTICULARITY

11. Defendants' inequitable conduct allegations should be stricken and dismissed because the counterclaim fails to allege inequitable conduct with particularity as required by Federal Rule of Civil Procedure 9.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment denying and dismissing Defendants' counterclaims, and that the Court enter judgment in favor of Plaintiff as requested in Plaintiff's complaint, as amended or supplemented.

Date: May 23, 2007                              Respectfully submitted,

                                                TRITON IP, LLC

                                                  /s/ John J. Edmonds
                                                **Danny L. Williams** – Lead Attorney
                                                Texas Bar No. 21518050
                                                **J. Mike Amerson**
                                                Texas Bar No. 01150025
                                                Williams, Morgan & Amerson, P.C.
                                                10333 Richmond, Suite 1100
                                                Houston, Texas 77042
                                                Telephone: (713)934-4060
                                                Facsimile: (713) 934-7011
                                                danny@wma.law.com
                                                mike@wma.law.com

                                                **David M. Pridham**
                                                R.I. Bar No. 6625
                                                Intellectual Property Navigation Group, LLC
                                                207 C North Washington Avenue
                                                Marshall, Texas 75670
                                                Telephone: (903) 938-7400
                                                Facsimile: (903) 938-7404
                                                david@ipnav.com

                                                **John J. Edmonds**
                                                Texas State Bar No. 00789758
                                                THE EDMONDS LAW FIRM
                                                709 Sabine Street
                                                Houston, Texas 77007
                                                Telephone: (713) 858-3320
                                                Facsimile: (832) 767-3111
                                                johnedmonds@edmondslegal.com

                                                **Eric M. Albritton**
                                                Texas Bar No. 00790215
                                                ALBRITTON LAW FIRM
                                                P.O. Box 2649
                                                Longview, Texas 75606
                                                Telephone: (903) 757-8449
                                                Facsimile: (903) 758-7397
                                                ema@emafirm.com

**Thomas John Ward, Jr.**
Texas Bar No. 00794818
Law Office of T John Ward Jr., PC
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

**Kajeer Yar**
Texas Bar No. 24025838
2651 East 66th Street
Tulsa, OK 74136
Telephone: (918) 292-8158
Facsimile: (918) 292-8158
kyar@yarlawfirm.com

**Counsel for Plaintiff**
**TRITON IP, LLC**

On this date a copy of the foregoing is being filed electronically and thus served upon all counsel of record pursuant to Local Rule CV-5.

Date:   May 23, 2007                              /s/ John J. Edmonds
                                                  John J. Edmonds