**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

TRITON IP, LLC,

v.                                          **6:07-cv-00067-LED**

SAGE GROUP, PLC, et al.                     JURY

**PLAINTIFF'S REPLY TO COUNTERCLAIMS OF ONYX SOFTWARE**

Plaintiff Triton IP, LLC ("Triton") replies to the counterclaims of Defendant Onyx Software Corp. ("Onyx") as follows:

1.     Admitted

2.     Admitted.

3.     Admitted as to jurisdiction.  Denied as to merits of counterclaims.

4.     Admitted as to appropriateness of venue.  Denied as to merits of counterclaims.

5.     Admitted.

6.     Admitted that a legal case or controversy exists.  Admitted that Triton claims infringement and Onyx purports to deny it.  Otherwise denied.

7.     Denied.

8.     Admitted this is an exceptional case entitling Triton to recover its attorney's fees. Denied this is an exceptional case entitling Onyx to recover its attorney's fees.

9.     Admitted that a legal case or controversy exists.  Admitted that Triton claims infringement and Onyx purports to deny it.  Otherwise denied.

10.     Denied.

11.     Admitted this is an exceptional case entitling Triton to recover its attorney's fees. Denied this is an exceptional case entitling Onyx to recover its attorney's fees.

1

12.     To the extent necessary, Triton denies that Onyx is entitled to the relief requested in its prayer for relief.  In addition, to the extent necessary, Triton denies any allegation in the counterclaims not specifically admitted above, and Triton re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff Triton IP, LLC respectfully requests that this Court enter judgment denying and dismissing Onyx's counterclaims, and that the Court enter judgment in favor of Triton as requested in Triton's amended complaint, as amended or supplemented.

Date:  July 12, 2007                                    Respectfully submitted,

TRITON IP, LLC

 /s/ John J. Edmonds
**Danny L. Williams** – Lead Attorney
Texas Bar No. 21518050
**J. Mike Amerson**
Texas Bar No. 01150025
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713)934-4060
Facsimile: (713) 934-7011
danny@wma.law.com
mike@wma.law.com

**David M. Pridham**
R.I. Bar No. 6625
Intellectual Property Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
david@ipnav.com

**John J. Edmonds**
Texas State Bar No. 00789758
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007

Telephone: (713) 858-3320
Facsimile: (832) 415-2535
johnedmonds@edmondslegal.com

**Eric M. Albritton**
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

**Thomas John Ward, Jr.**
Texas Bar No. 00794818
Ward & Smith, PC
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

**Kajeer Yar**
Texas Bar No. 24025838
2651 East 66th Street
Tulsa, OK 74136
Telephone: (918) 292-8158
Facsimile: (918) 292-8158
kyar@yarlawfirm.com

**Counsel for Plaintiff**
**TRITON IP, LLC**

## CERTIFICATE OF SERVICE

On this date a copy of the foregoing is being filed electronically and thus served upon all counsel of record pursuant to Local Rule CV-5.


Date:   June 21, 2007                                   _/s/ John J. Edmonds_____
                                                        John J. Edmonds