UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRITON IP, LLC, | |
| v. | 6:07-cv-00067-LED |
| SAGE GROUP, PLC, et al. | JURY |

**PLAINTIFF TRITON'S ANSWER TO COUNTERCLAIMS OF INFOR AND SSA**

Plaintiff Triton IP, LLC ("Triton") answers by paragraph the counterclaims of Defendants Infor Global Solutions (Chicago), Inc. and Infor Global Solutions (Michigan), Inc. (collectively "Infor") as follows:

1. Admitted that Infor has asserted a declaratory counterclaim and that this court has jurisdiction over it. Denied as to merits of counterclaim.

2. Admitted that a legal case or controversy exists. Denied as to merits of Infor's contentions and counterclaims.

3. Admitted.

4. Admitted.

5. Admitted.

6. Triton incorporates by reference its responses to paragraphs 1 – 5.

7. Denied.

8. Denied.

9. To the extent necessary, Plaintiff denies that Defendants are entitled to the relief requested in their prayer for relief. In addition, to the extent necessary, Plaintiff denies any allegation in the counterclaims not specifically admitted above, and Plaintiff re-alleges infringement, enforceability, validity and damages, and denies any allegations in the counterclaim adverse to same.

1

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment denying and dismissing Defendants' counterclaims, and that the Court enter judgment in favor of Plaintiff as requested in Plaintiff's complaint, as amended or supplemented.

Date:  July 16, 2007

Respectfully submitted,

TRITON IP, LLC

  /s/ John J. Edmonds
Danny L. Williams – Lead Attorney
Texas Bar No. 21518050
J. Mike Amerson
Texas Bar No. 01150025
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713)934-4060
Facsimile: (713) 934-7011
danny@wma.law.com
mike@wma.law.com

David M. Pridham
R.I. Bar No. 6625
Intellectual Property Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
david@ipnav.com

John J. Edmonds
Texas State Bar No. 00789758
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 767-3111
johnedmonds@edmondslegal.com

Eric M. Albritton
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

Thomas John Ward, Jr.
Texas Bar No. 00794818
Law Office of T John Ward Jr., PC
P O Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

Kajeer Yar
Texas Bar No. 24025838
2651 East 66th Street
Tulsa, OK 74136
Telephone: (918) 292-8158
Facsimile: (918) 292-8158
kyar@yarlawfirm.com

Jason W. Cook
Texas Bar No. 2402853
The Law Office of Jason W. Cook
5320 Victor St.
Dallas, Texas 75214
Telephone: (214) 504-6813
Facsimile: (469)327-2777
jcook@cookip.com

Counsel for Plaintiff
TRITON IP, LLC

On this date a copy of the foregoing is being filed electronically and thus served upon all counsel of record pursuant to Local Rule CV-5.

Date:   July 16, 2007                             /s/ John J. Edmonds
                                                  John J. Edmonds