UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRITON IP, LLC, | |
| v. | 6:07-cv-00067-LED |
| SAGE GROUP, PLC, et al. | JURY |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, Triton IP, LLC ("Triton"), and defendant, Sage Software, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AGREEMENT" and dated August 14, 2007, with each party to bear its own costs, expenses and attorneys fees.

In addition, pursuant to Fed. R. Civ. P. 41(a)(1), Triton hereby moves for an order dismissing all claims asserted in this action WITH PREJUDICE against Sage Group, plc, subject to the terms of that certain agreement entitled "PATENT LICENSE AGREEMENT" and dated August 14, 2007, with each party to bear its own costs, expenses and attorneys fees.

Date:  August 15, 2007

SAGE SOFTWARE, INC.

 /s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV
Fish & Richardson PC
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091
walsh@fr.com

Counsel for Defendant SAGE SOFTWARE, INC.

Respectfully submitted,

TRITON IP, LLC

 /s/ David M. Pridham
David M. Pridham
R.I. Bar No. 6625
Intellectual Property Navigation Group, LLC
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
david@ipnav.com

Counsel for Plaintiff
TRITON IP, LLC

1

## CERTIFICATE OF SERVICE

I certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Date:   August 15, 2007                               /s/ David M. Pridham
                                                                      David M. Pridham