UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRITON IP, LLC, | |
| v. | 6:07-cv-00067-LED |
| SAGE GROUP, PLC, et al. | JURY |

## AMENDED STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Triton IP, LLC, and defendants, Made2Manage Systems, Inc. and Onyx Software Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" dated September 27, 2007, with each party to bear its own costs, expenses and attorneys fees.


Dated: October 22, 2007                     Respectfully submitted,

**Made2Manage Systems, Inc. and**           **ORION IP, LLC**
**Onyx Software Corporation**

                                            By: /s/ John J. Edmonds
By: /s/ Lance Lee                           David M. Pridham
Made2Manage Systems, Inc.                   Intellectual Property Navigation Group, LLC
Onyx Software Corporation                   Rhode Island Bar No. 6625
Lance Lee                                   207 C North Washington Avenue
Texas State Bar # 24004762                  Marshall, Texas 75670
ATTORNEY-IN-CHARGE                          Telephone: (903) 938-7400
YOUNG, PICKETT & LEE                        Facsimile: (903) 938-7404
4122 Texas Blvd.                            david@ipnav.com
P.O. Box 1897
Texarkansas, TX 75504
Telephone: 903-794-1303
Facsimile: 903-794-5098
Email: wlancelee@aol.com

| | |
|---|---|
| John F. Prescott, Jr.<br>Indiana State Bar # 5813-49<br>Jay G. Taylor<br>ICE MILLER LLP<br>One American Square, Suite 3100<br>Indianapolis, IN  46282-0200<br>Telephone:  317-236-2398<br>Facsimile:  317-592-4736<br>Email: john.prescott@icemiller.com<br><br>Counsel for Made2Manage Systems, Inc.<br>Onyx Software Corporation | John J. Edmonds<br>Texas Bar No. 00789758<br>THE EDMONDS LAW FIRM<br>709 Sabine Street<br>Houston, Texas 77007<br>Telephone: (713) 858-3320<br>Facsimile: (832) 767-3111<br>johnedmonds@edmondslegal.com<br><br>COUNSEL FOR PLAINTIFF ORION IP, LLC |

## CERTIFICATE OF SERVICE

    I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: October 22, 2007                              /s/ John J. Edmonds
                                                                      John J. Edmonds