IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TRITON IP, LLC, | ) | |
| a Texas limited liability corporation, | ) | |
| | ) | 6:07-cv-00067-LED |
| Plaintiff, | ) | |
| | ) | Jury Demanded |
| v. | ) | |
| | ) | |
| SAGE GROUP, PLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Triton IP, LLC, and defendant FrontRange Solutions Inc., pursuant to Fed.

R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in

this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT

LICENSE AND SETTLEMENT AGREEMENT" dated October 5, 2007, with each party to bear

its own costs, expenses and attorneys fees.

Dated:  November 14, 2007                    Respectfully submitted,

**FRONTRANGE SOLUTIONS INC.**          **TRITON IP, LLC**

By:  _/s/ James Wesley Kinnear_____          By:  _/s/ John J. Edmonds_____
    James Wesley Kinnear                          David M. Pridham
    Holme Roberts & Owen, LLP                     Intellectual Property Navigation Group, LLC
    560 Mission Street, 25th Floor                207 C North Washington Avenue
    San Francisco, CA  94105                      Marshall, TX  75670
    Tel: (415) 268-2000                           Tel:  (903) 938-7400
    Fax: (415) 268-1999                           Fax: (903) 938-7404
    California Bar No. 124771                      Rhode Island Bar No. 6625
    wesley.kinnear@hro.com                        david@ipnav.com

#33822 v1

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document titled **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE; and ORDER OF DISMISSAL WITH PREJUDICE** were filed and served electronically on the 14th day of November, 2007, in compliance with Local Rule CV–5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

_/s/_ John J. Edmonds
John J. Edmonds