

515 SOUTH VINE AVENUE
TYLER, TEXAS 75702
PHONE 903-592-4433   FAX 903-592-7830
www.mikepattersonmediation.com
mike@mikepattersonmediation.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TRITON, IP LLC | § § § § § | |
| V. | § § | CIVIL NO.   607 CV 67 |
| SAGE GROUP, PLC. SAGE SOFTWARE INC., SSA GLOBAL TECHNOLOGIES, INC., INFOR GLOBAL SOLUTIONS, INC. FRONTGRANGE SOLUTIONS, INC., ONYX SOFTWARE CORPORATION, AND MADE2MANAGE SYTEMS, INC. | § § § § § § | |

### MEDIATOR'S REPORT

The parties mediated on June 25, 2008. After mediating most of the day, the mediation recessed.

SIGNED this 30th day of June, 2008.

Mike Patterson
MEDIATOR

cc:
Mr. John Edmonds
Email:  johnedmonds@edmondslegal.com

Mr. Michael Newton
Email:  newtons3laws@verizon.net

Mr. Patrick Anderson
Email:  patrick@prapllc.com

Mr. David Pridham
Email:  david@pridhamiplaw.com

Mr. Andrew Spangler
Email: spangler@spanglerlawpc.com

Mr. Mike Amerson
Email: mike@wmalaw.com

Mr. Mike Jones
Email: mikejones@potterminton.com

Mr. Bruce George
Email: george@blankrome.com

Mr. Kajeer Yar
Email: kyar@yarlawfirm.com

Ms. Diane DeVasto
Email: dianedevasto@potterminton.com

Mr. Joel Dion
Email: dion-j@blankrome.com

Mr. Alfred Zaher
Email: zaher@blankrome.com