IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRITON IP, LLC | |
| v. | 6:07-cv-00067-LED |
| SAGE GROUP, PLC et al., | |

## ORDER

Came before the Court, Plaintiff's Unopposed Motion for Extension of Time to Serve Supplemental Infringement Contentions. The Unopposed Motion is GRANTED. It is ORDERED that Plaintiff is granted an extension of the deadline to file its supplemental infringement contentions up to and including September 18, 2008.

**So ORDERED and SIGNED this 15th day of September, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**