-33-

using all the information obtained from the customer
throughout the process.

The proposal and presentation modules 412 and 414 are
integrated with the rest of the system via the event
5      manager 401A.  The system recognizes key sales events as
described above.  For example, the generation of a proposal
may automatically generate a follow-up *to-do list* in the
self-management portion of the system.  Additionally, the
system may recognize the significance of proposal
10     generation and note in the lead generation component 102
the name of a customer and the type of product or service
the customer is interested in.  This information can be
used to generate automatic mailings to the customer about
new related products.

15         Fig. 5 illustrates the subcomponent modules of the
order management component 106.  The order management
component 106 includes an order submit module 502, and
order status module 504, a change order module 506, and
order acknowledgment module 508, etc.  The order management
20     component is integrated into the system to support the
order creation and submission process, including
configuration and pricing, at the point of sale.  In this
manner, a salesperson can use the system to automatically
convert a customer "solution" to a purchasing need,
25     developed using the time with customer component 104, into
an order.  This ensures that what was sold to the customer
is actually ordered and subsequently delivered.  Moreover,
costs are reduced as administrative functions and errors
are removed from the process.  Customers are more satisfied
30     because they receive what they ordered.  Moreover, the
order management component 106 allows the salesperson to
directly prepare supplemental orders and changes.  As a
result customers are able to deal directly with the
salesperson throughout the entire sales process, increasing
35     customer satisfaction.

-34-

      The order creation and submittal module 502 is provided as part of the order management component to facilitate creation and submission of an order by adding any addition information to a proposal or quote required by the

5    company's order fulfillment process such as "bill to", "ship to", deliver instructions, etc.  All information previously entered via the other components and modules of the system, as relevant to the order, will automatically be reflected in the order creation and submission module 502.

10   For example, product and option data for the order are obtained from the configuration module 406 of the time with customer component 104 to prevent errors in the order process.  The module may prompt the salesperson for all additional required information and provide error checking

15   and acceptance criteria to ensure adequate customer solutions are provided.  The order acknowledgement module 508 receives an order acknowledgement which is passed back to the user through the communications component 118 in the back office system 200.

20     An order status module 504 is provided to allow the salesperson to inquire and monitor the status of an order at any time throughout the order process.  The module may include facilities for automatically generating a periodic report for the salesperson to monitor the status of

25   outstanding orders.

      The change order module 506 allows the salesperson to request changes to orders that have already been submitted to the manufacturer.  This module may be integrated via the back office system 200 with the enterprise order

30   fulfillment process.  Product and option data for a revised order may be provided from the configuration module 406 to prevent errors.  For example, the configuration module 406 can be used when a change is requested to ensure that the change to the order does not ~~effect~~ other components of the

35   ordered product.  This information may then be directly

-35-

passed to the change order module 506 of the order management component 106 for preparation and submission of a change order. The user is, again, prompted for all required information. Alternatively, the change orders may
5    be produced directly in the change order module, with the change order module 506 being integrated to the configuration module 406 automatically checking the changed configuration for compatibility. Error checking and acceptance criteria can be applied to the changed order by
10   the system to ensure adequate customer satisfaction.

The event manager 201A recognizes order events and initiates appropriate action. For example, the event manager may recognize an order for a customer and pass the customer name and product ordered to lead generation
15   component 102. Like the proposal, the order process may indicate a customer's potential interest in other related products. The event manager will further note the context in which a customer is linked to a product. A customer who has ordered a product is different than one who merely
20   requested a proposal. While both information is useful, the event manager 201A recognizes the context in which the information was obtained and can automatically generate different responses based on the context. The event manager may also determine by accessing customer
25   information databases whether the order is submitted by an existing customer on a first time purchase. If the order comes from a first time purchase, a letter can be automatically generated which reflects the new customer status.
30   Fig. 6 illustrates the subcomponent modules of the customer retention component 108. The customer retention component 108 includes a customer satisfaction module 602, a newsletter and mailings module 604, a customer contact module 606, etc. The subcomponent modules provide an
35   integrated system for retaining customers as future, repeat

-36-

customers.   Two key aspects of the customer retention
component 108 are provided in the systems planning
capabilities and information sharing abilities.  Using the
customer satisfaction module 602, the salesperson, possibly
5    with the assistance of the customer, develops a customer
business plan.   This allows the sales person to manage
sales activities as it relates to the customer's business
plan.   The information obtained in developing the plan
using the customer satisfaction modules 602 may also be
10   referred to by other components and modules as desired.
For example, if the salesperson is working with the
customer to develop a new sales solution to a customers
needs using the time with customer component, as a solution
is specified the system may automatically refer to the
15   customer's business plan to determine if the proposed
solution is consistent with the plan.   The customer
satisfaction module 602 assists the salesperson in
identifying key steps, deliverables, schedules, purchase
goals, and key events for the upcoming year or period.  The
20   modules also facilitates management of promotions which are
set up between the salesperson and the customer.

The customer satisfaction module 602 is connected to
the event manager 201A for integration with the self
management component 110.   The self management component
25   110 provides the functionality for the user to track and
schedule the customer retention activities and objectives
established using the customer satisfaction module 602.   It
is noted that the event manager 201A will recognize
operations carried in the customer satisfaction module 602,
30   the context in which the plan is developed and may direct
the self management component 102 to automatically insert
tasks and *to do lists* to assist the salesperson in
following the plan.

The newsletters component 604 provides a mechanism for
35   the system to generate and mail out newsletters to

-37-

customers based on the information about the customer available within the databases of the data component 116. For example, the event manager may automatically recognize an event which occurs during the sales process with a potential customer, and notify the newsletter module 604 of the customer retention component 108 to place the particular customer on a newsletter mail out list.

The customer contact module 606 assists the salesperson in remaining aware at all times of any contact or activity between a customer and the company such as warranty, service, marketing responses, and customer support. The event manager 201A, recognizes such events within the system and notifies the customer contact module 606. The salesperson may use the customer contact module 606 to review such contact with a particular customer. Information collected through other enterprise systems may also be transferred to the sales system to monitor ongoing customer satisfaction and new sales opportunities on the basis of information gathered via the other enterprise system.

Fig. 7 illustrates the subcomponent modules of the self management support component 110. As described above, the self management support component 110 provides tools to the salesperson to use throughout the sales process in conjunction with the core components of the sales process. The self management support component 110 includes a contact management module 702, an opportunity management module 704, a calendar module 706, a "to-do" list module 708, a forecast module 710, and a time management module 711, each coupled to a scheduler module 712. The scheduler module 712 is coupled along with an objective management module 714 and other self management modules to the event manager 201A.

Through the event manager 201A, the subcomponent modules of the self management component 110 can be

-38-

accessed as needed while using other components of the system. For example, the opportunity management module 704 can be accessed by the salesperson to assist in the time-consuming tasks of prioritizing opportunities, managing the
5     sales process, communicating results, forecasting, reviewing progress, managing customer information and analyzing markets. As an integrated system, each of these task may be used as needed to effectively self manage the salesperson's time.   Due to integration with the sales
10    management component 112, the information can also be reviewed by the sales management team to help monitor the sales process and ensure that objectives are met.

Each of the subcomponent modules of the self management component 110 are optimized for use with other modules of
15    the sales system.   The self management component is used by the salesperson to manage opportunities, objectives, territory information, contacts, accounts, schedules, goals and tasks.   The self management module performs interactively with each of the other components, for
20    example, with the time with customer and order management components to recognize events and process information without requiring reentry by the salesperson.   The self management component further supports team selling, workgroups and workflow environments.   It further provides
25    an intuitive solution for managing account relationships, opportunities and sales processes and information management.   A flexible data architecture is used which allows information to be presented the way the user needs the information for a particular opportunity.   Direct
30    integration with word processing software is provided to develop correspondence, access templates and create unique reports.   The self management component also supports e-mail and fax functions for the rapid distribution of information and correspondence to customers.   By way of

-39-

example, various subcomponent modules of the self management component are described below.

The contact management module 702 is provided to assist the salesperson in receiving, sending, creating, maintaining and managing information related to contacts and organizations (e.g. companies, groups, firms, etc.). The contact management module utilizes a relational data architecture which supports the ability to track and manage unique relationships of contacts, channels, and organizations. A user interface which provides rapid access to account and contact information is incorporated into the contact management module 702. An integrated communication facility provides the ability to receive leads from other data sources such as telemarketing (i.e. from the lead generation component 102) and other workgroups. The contact and organization information, as updated using the contact manager module 702, is utilized by other components to avoid reentry by the user. Information shared by the back office system 200 and enterprise system 209 provides account specific historical data. The system is further customizable by the salesperson providing user-definable fields that allow personal tailoring of information managed in the module.

A time management module 711 is also provided in the self management component 100. The time management module 711 allows the user to manage their schedule and tasks. Integration of the time management module with other modules and components of the system allows the system to enhance the salesperson's ability to manage multiple tasks and events. Activated process steps in the objective management module 714 (described below) are automatically scheduled for action in the time management module 711. The time management module supports multiple calendar views including daily, weekly, monthly views. A user interface having the ability to drag and drop tasks to a date for

-40-

scheduling is provided.  The time management module also
provides direct integration with an e-mail system to
receive or send group scheduling, requests and meeting
arrangements.  A task management subcomponent of the time
5    management module 711 provides the capability to implement
group tasks by project, priority, account and dates.

An objective management module 714 allows the
salesperson to assign a process (i.e. a series of steps) to
a given sales objective.  The objective management module
10   714 provides a structured sales process for the salesperson
by integrating the best knowledge and expertise of an
organization's best selling strategies.  The salesperson is
able to view guidelines and recommendations for each step
and recommendations to overcome possible obstacles to move
15   a prospect through a sales cycle.   Critical sales
information and opportunity status is communicated between
the sales personnel and management by the integration of
the objective management module of the self management
component 110 and the sales management component 112.
20       Using the objective management module 714 sales process
steps and guidelines may be uniquely developed for each
type of sales opportunity.   The module may include a
checklist feature that allows the user to utilize forms and
lists to gather a uniform set of information needed for
25   each opportunity or account profile.  The salesperson may
customize or insert additional process steps for a given
opportunity.  The system may automatically calculate the
probability of closing the sale with the date and value of
each opportunity and process and consider both the sales
30   status and the customer's buying status.  The integration
with other components of the system, allow the salesperson
to quickly access opportunity, activity and value.  The
integrated automated support of opportunity management is
facilitated by recognition of key opportunity events such
35   as proposal creation and order entry via the event manager

-41-

201A, or automatically initiate other actions within the system.

A forecasting module 710 is also provided within the self management component 110.  The forecasting module 710
5   provides functional and product forecast information to the salesperson related to sales, revenue, commission and profit sorted by accounts or products identified in the sort criteria.  The forecasting capability provides information to the salesperson to enhance planning and
10   prioritization of efforts.  Integration with the sales system allows the forecasting module 710 to present information based on model, components, customer, time, and other criteria.

The forecasting module 710 also provides the
15   salesperson with automatic reporting capabilities including win-loss ratios, actual versus goals, commissions, and period-to-date status.  Opportunity status may be presented on a system calculated or a user estimated basis.  The module utilizes data for closed sales, data for
20   opportunities with a stated prediction of close, or data for a combination of both as received from other components of the system to generate forecast reports.  The module produces graphical and tabular displays of reported information.  Forecast related data is made available for
25   use by enterprise information management systems by the forecast module.

Fig. 8, illustrates the subcomponent modules of the training component 114.  The training component 114 includes a system training module 802, a product training
30   module 804, a skills training module 806, etc.  The completely integrated system allows salespersons to sell and train with the same system.  The integrated on-line training, using the same system as the salesperson uses in the field eliminates traditional expensive classroom
35   training and provides.  Moreover, the combination of the

-42-

subcomponent modules, facilitates integrated sales training in three key areas: product knowledge, sales skills and system usage. The integration also allows the salespeople to follow a self-paced routine to build their expertise
5   using live data and functionality.

Each of the training modules 802, 804 and 806 are computer based training modules which present pre-built computer-based training courses to the user and which gather completion data for training administration and
10   status reporting. The modules access, reformat and present product data from the common database. Data can include, for example, specifications, graphics, multimedia and competitive information. The ability of the computer-based training to access the actual working modules of the sales
15   system provide a familiar working interface to the user. The training component 102 is further supported by a training administration module 810, a training management module 812, and a certification module 814. The training management module 812, illustrated in Fig. 8, will
20   typically reside in the sales management component 112 of the system. The training management module is used by the system to report, monitor and coach the salesperson during training. Training events carried out by the salesperson are recognized by the event manager 201A, and provided to
25   the training management module 812.

As described above, the training component 114 is integrated to the other components of the sales system to provide a common user interface and a common platform for training and selling. Common data and media (graphics,
30   video, etc.) utilization with the time with customer component 104 provide common reference material and reduce local storage requirements. The training administration module 810, typically provided when in the self management component 110, is further integrated to allow the user to
35   manage their own training and self-improvement

-43-

requirements.  Integrated with the modules of the time with customer component 104, the certification module 814 certifies salesperson for use of the system for particular products lines or data and can require certain
5    pre-determined levels of competency before access to the modules within the time with customer component 104 is granted.

The training administration module 810 provides an overview of the user's employee development requirements
10   (i.e., required training events), the associated certification tests and the recommended sequence of progression.  This module controls access to the user's individual training events based upon prerequisites and the individual's completion of those prerequisites as
15   determined by the certification tests carried out in the certification module 814.  It also provides a link to the training and test engine of the system.

The training administration module 810 is integrated with the objective management module 714 of the self
20   management component 110.  In this manner, the module allows the assignment and tracking of personal training objectives and schedules.  The training administration module 810 identifies both required and optional training events which may be driven by the salesperson's actual
25   usage of the system.  The system may automatically notify the user of scheduled training events or performance evaluations and will automatically update the user's time management module 711 of the self management component 110.

The certification testing module 814 presents skill or
30   knowledge certification tests to the user, scores responses, provides review or remediation suggestions, and gathers the necessary information used for training administration and reporting.  The knowledge tests generated by the certification module 814 are
35   computer-generated multiple choice, matching or true/false

-44-

questions or end user completion.  The module calculates
the score, records the results and provides feedback to the
user.   Skills tests are performance checklists to be
completed and updated by the supervisor or evaluator.
Thus, the certification module 814 supports evaluation of
skill areas where written tests would not adequately
measure proficiency.

Fig. 9 illustrates the sales management component 112B
connected to the event manager 112B.  As illustrated, the
sales management component 112B is comprised of modules
that are optimized for use with other modules of the sales
system.  Typically, a sales manager has responsibility for
both management of sales personnel and direct sales
accountability for certain clients.   In this fashion, the
sales manager component 112B is an integrated component of
the sales manager's sales system.  As described above, when
the sales manager is located at the home office, the sales
manager component 112B is located in the back office
system.  Alternatively, if the sales manager is mobile, the
sales manager component will be located in the salesperson
support system 100.   The functionality, however, remains
substantially the same.   The sales manager module 902 of
the sales manager component 112B is used by the sales
manager to forecast, coach, plan performance, assign tasks,
review territories, handle commissions, assign task
capabilities, etc.   The fully integrated system also
provides a common platform between the sales personnel and
the sales management personnel to enhance communication and
reduce redundant or administrative activities.  The system
is integrated to permit the sales manager access to the
salesperson's usage of the system and further provides
objective feedback on the status of sales, performance,
goals and other events.   It further provides the sales
manager with the ability to coach and monitor activities of
sales people and enhances the ability to forecast sales and

-45-

related information such as product requirements, product
mix, revenue and profit, commissions, pipeline status, etc.
Fig. 10 illustrates an embodiment of the data component
116 including data components 116A and 116B.   As
5    illustrated in Fig. 10, the data component 116A includes a
data manager 1050 connected to the event manager 201A.  The
data component 116A also includes a number of local storage
area groups made up of various databases.  The storage area
groups are divided into a manufacturer storage group 1010,
10   and international storage group 1020, a locale storage
group 1030 and a salesperson group 1040.   The various
storage groups may be all stored in a single large memory
file or may be in separate memory files.

     The manufacture storage group 1010 includes a services
15   database 1011, a testimonials database 1012, an order
requirements database 1013, a financial database 1014, a
template of proposals and presentation database 1015, a
product information database 1016 and a configuration
database 1017.    Each of these databases support the
20   operation of one or more subcomponent modules of the above
described components in the salesperson support system 100.
For example, the financial database 1014 includes up-to-
date finance and lease rates, terms and incentives.   The
product information database 1016 incudes data related to
25   the features and benefits of a product, the specifications
for the product or service being sold, comparative
specifications, etc.   The configuration database 1017
includes data related to a base model, for example,
standard    equipment,    options,    prices,    weights,
30   characteristics and relationships of the product.

     The international storage group 1020 allows the
integrated sales system to be used world wide.   The
international storage group 1020 includes databases for
screens, menus and print text in various languages 1021,

-46-

country-supplied products 1022, country rules, currencies, etc., 1023.

The locale storage group 1030, includes databases for locale rules 1031, templates of proposals and presentations 1032, locally-supplied products and services 1033 and archive 1034.

The salesperson storage group 1040 maintains databases for the salesperson.  For example, databases for generated presentations and proposals 1041, orders 1042, contacts, calendar and *to-do* items 1043, customers, leads and other names 1044, are provided.

The local storage database of data component 116A is optimized for the mobile, disconnected sales environment. Data is optimized to assure security, fast response time, and to provide as much information as possible without requiring the user to "connect" to the global storage of data component 116B of the back office system 200 described more fully below. All components and subcomponent modules of the salesperson support system 100 use a common data architecture.

The data component 116B contains global storage databases divided into a number of storage area groups.  A data manager 1090 is connected to the event manager 201B via respective APIs.  A manufacturer storage group 1060 stores global information corresponding to the manufacturer storage group of the data component 116A.  As described more fully below, the information in the global storage of the data component 116B can be updated using the data tools.  The updated data will subsequently be communicated to the salesperson support system 100 to update the local storage of the date component 116A.

The data component 116B also contains an international storage group 1080, having databases corresponding to the international storage group 1020 of the data component 116A.  An administration storage group 1070 is also

-47-

provided in the data component 116B.  This group includes
an account data database 1071 and a release data database.
The event ~~managers~~ *managers* 201A and 201B, date mangers 1050 and
1090, facilitate a proper exchange of data between the
5   local storage of date component 116A and the global storage
of the data component 116B.

It is noted that the date in the data component 116B of
the back office system is stored in an open database format
(e.g., ODBC) to provide maximum compatibility with
10   different systems.  This facilitates the importation of
data from other enterprise system databases for use by the
system 20.  It further provides for maximum usability of
the data.  Such open databases, however, require large
amounts of storage space.  Thus, a data optimizer is
15   provided in the data tools subsystem 205 of the back office
system 200 (Fig. 2), to convert the data into a run time
product knowledge database.  The optimized database is
tuned for speed, size and security.  When data is
transferred from the data component 116B to the data
20   component 116A, it is first optimized.  The databases of
the data component 116A store information in the optimized
format.  Thus, the storage requirements are minimized and
the transfer time is reduced.

Fig. 11 illustrates the subcomponent modules of the
25   communications    components    118A    and    118B.    The
communications components 118A and 118B have respective
communications managers 1101A and 1101B and query managers
1102A and 1102B.  The communications managers 1101A and
1101B handle communications from the salesperson support
30   system 100 to the back office system 200 including orders,
change orders, mail etc.  Further communications from the
back office system 200 to the salesperson support system
100 are handled by the communications managers 1101A and
1101B.  These communications include data updates, product
35   information, leads, incentives, mail, system updates, etc.



-48-

Thus, the communications managers 1101A and 1101B must have the ability to receive incoming information and to process outgoing information.

The query mangers 1102A and 1102B communications between the two systems related to inquires.   For example,the query managers handle communication of information related to inventory inquiries, order inquires, price inquires, etc.

The communications components 118A and 118B also include respective communication equipment 1103A and 1103B. The communication equipment communicatively couple the two systems as illustrated by the dotted line 1104.   The equipment may include network connections and lines, modems, satellite communications technology, etc. Communication between the two systems is controlled using the event managers 210A and 201B and the communication managers 1101A and 1101B and query managers 1102A and 1102B.

Fig. 12 illustrates in greater detail the data tools subsystem 205 of the back office system 200.   As illustrated in Fig. 12, the data tool subsystem 205 includes a number of data tools used to edit and maintain the data.  The data tools include a configuration data tool 1202, a specifications and comparison date tool 1204, a graphics and feature information data tool 1206, a customer and leads data tool 1208, a sales processes data tool 1210, a programs and incentives data tool 1212, a services dated tool 1214, an inventory data tool 1216, a finance parameters data tool 1218, a quote terms and conditions data tool 1220, and a training management data tool 1222.

The configuration data tool 1202 allows data maintenance personnel to create, edit and update the configuration portions of the knowledged database.   The configuration data tool 1202 includes an editor, allowing the user to create and edit the database, including

-49-

international portions of the database. The configuration data tool 1202 may be used to carry out such functions as data modeling, data editing, auditing, security, and internationalization. The configuration data tool may also be provided with interfacing capability to be used with a data pre-processor to incorporate data from other electronic sources. A data optimizer is used to place the data in the optimized, encrypted run time format.

The specifications and comparison data tool 1204 allows the data maintenance personnel to create, edit and update the specifications for the products, as well as specifications of competitor's products. This data is also stored in the knowledge database. Like the configuration data tool 1202, the specifications and comparison data tool 1204 includes an editor allowing a back office user to create and edit the database including, international portions of the database. The tool can also be used in conjunction with the data pre-processor to incorporate data from other electronic sources. As with the configuration data tool 1202, the specifications and comparison data tool uses the data optimizer to place the data in the optimized run time, encrypted format. The tool may also include data auditing and security functionality.

The graphics and features data tool 1206 is provided to assist data maintenance personnel in creating, editing, updating and adding text to graphics screens. The resultant data in stored in the knowledge database. The tool includes an editor which allows users to create and edit the textual portions of graphics screens. The graphics and features tool 1206 may be used in conjunction with a scanning device and/or graphic creation and drawing tools to create graphic images. The tool creates the run time database.

The customer and leads data tool 1208 allows back office personnel to maintain and control the data entities

-50-

and relationships required for the contact management
module 702, provided in the self management component 110.
The tool includes import and export capabilities enabling
the system to process information to and from other
5    enterprise databases such as telemarketing, customer
services, warranty, and management information systems. In
this manner, leads can be passed from these other entities
directly to the salesperson through the customer and leads
data tool 1208.
10   The sales processes data tool 1210 is provided to
create, edit and maintain data elements used to support the
objective management module in the self management
component of the salesperson support system 100. This tool
is used to identify steps and scheduling for processes,
15   develop guidelines for these steps, create checklists for
consistent data collection, and enter required follow-up
requirements. In addition, a data and formula matrix used
to calculate probability of closing a sales opportunities
is provided within the sales processes tool 1210.
20   The finance parameter data tool 1218 is used to
maintain the values, plans and defaults for credit and
finance information used by the finance module of the time
with customer component of the system. The finance
parameter tool 1218 allows maintenance personnel to add or
25   edit interest rates, set finance and lease plan
requirements and parameters, control plan and option
availability, establish report requirements and set finance
plan valid dates.
The quote terms and conditions data tool 1220 is
30   provided to allow back office system 200 maintenance
personnel to control and maintain the terms and conditions
used by the quotation module of the time with component
system. Tax requirements, special fees, discounts and
profitability calculations may be set using this tool.

-51-

The other data tools are similar in construction and provide similar functionality to those described in greater detail above. Each of the data tools are connected to the event manager 201B, which handles the flow of information throughout the system.

5

Fig. 13 illustrates in greater detail the system tools subsystem 207 of the back office system 200. The system tools subsystem 207 of the back office system 200 includes a screens and interface subcomponent module 1302 and a report and templates subcomponent module 1304. The screens and interface module 1302 is used by back office personnel to modify the language or terminology of the screen elements such as controls, buttons, menus, field labels, etc. International language selection can be supported with this tool to provide a sales system usable by salespeople in different languages. The reports and templates module 1304 is provided to modify and create a sales system report format and content. The module may also be used to create and modify proposal templates. Each of the modules are connected to the event manager 201B as illustrated.

10

15

20

Fig. 14 illustrates in greater detail the enterprise system subsystem 209 of the back office system 200. The enterprise subsystem 209 of the back office system 200 is made up of a number of databases and a number of data managers. The system includes a manufacturing system database 1401, a pricing database 1403, an inventory database 1405, a customer database 1407, other legacy system databases 1409 and marketing databases 1411. An out box data manager 1402 manages data output from the databases of the enterprise system 209 and supplies the output information to the event manager 201B. An in box data manager 1404 receives data from the event manager 201 and stores the data in the appropriate database of the enterprise system 209. An enterprise massaging system

25

30

35

-52-

manager 1406 is provided to communicate information between the event manager 201B and the various databases of the enterprise system 209.

5    Figs. 15A-F illustrate in table form an example of how data may be organized in the local information storage databases of the data component 116 of the salesperson support system 100 and the back office system 200. The routing of data, proper classification of data, etc., is controlled by the event manager 201.

10    In the tables, the various types of information stored and used by the sales system is listed by category. For example, Fig. 15A illustrates the types of customer information typically gathered and used during the sales process. Also illustrated in the tables are the various

15    core components 103 of the salesperson support system 100 and the support process components 105. Exemplary subcomponent modules are also illustrated for the various components. The table illustrates how each of the subcomponent modules, under control of the event manager

20    201 are granted access to the particular types of data. Subcomponent modules marked with a "+" symbol have access to the corresponding data for both read and write purposes. Subcomponent modules marked with a "#" symbol have read only access to the corresponding data. Subcomponent

25    modules left blank do not have access to the data.

As illustrated in Figs. 15A-15F, the data may be used commonly by more than one of the various components and subcomponent modules. In this manner, the components and modules are integrated together for a common exchange of

30    information via the event manager 201. As illustrated, data stored in a single location is used by the various components and subcomponent modules during different phase of the overall sales process. It is can also be appreciated from the tables of Figs. 15A-15F that data

35    which is updated using one module will be automatically

-53-

reflected in other modules which rely on the particular data.   In this manner, the salesperson can be confident that the most recent data is being used since regardless of when in the sales process the data is changed it will be

5    automatically reflected in each component which relies on the data.

By way of example, a salesperson meeting with a current customer may learn that the customer has moved to a new address.   Using the self management component 110, the

10   salesperson enters the new address information into the customer information database.   The event manager 201A recognizes this event.   If the customer currently has an order not yet delivered when the data is updated in the common database, the event manager 201A instructs the order

15   management component 106 to automatically reflect the change.   Alternatively, the event manager 201A can be used to prompt the salesperson that the data which is being updated is being used or relied upon by another component of the sales system.   The salesperson can confirm that the

20   updated information should be used in other parts of the system.   For example, the system will inquire under control of the event manager whether the change in address requires a change in the delivery address for an order.   If the new address should be used for the delivery, the change order

25   subcomponent module 506 is initiated with the new information reflected and a command is given to update the delivery address information in the order.   Thus, the order will now reflect the proper address information ensuring proper delivery.

30   Fig. 15C illustrates another example of how the fully integrated sales system uses the common exchange of information to facilitate the overall sales process.   Using the self management component 110, the salesperson generates a forecast with the forecasting subcomponent

35   module for the upcoming year.   The forecasting module

-54-

accesses information generated with the quote module to
prepare quotes for customers, such as unit quantity, quoted
price and discount description, thereby basing the forecast
on the most recent quotes which the salesperson has
5   prepared.

Fig. 16-18 are flow charts illustrating the operation
of the above described embodiment of the invention.
Referring to Fig. 16, the operation of the system when used
to generate a proposal will be described.  At step S101,
10   the salesperson using the salesperson support system 100
accesses or generates customer information for a proposal.
The system may invoke the contact module 702 of the self
management component 110 and retrieve data from the
salesperson storage group 1040.

15   At step S102, the product module 402 of the time with
customer component 104 (Fig. 4) is used to tag features and
benefits, as well as competitive information for the
proposal to be generated.

At step S103, the configuration module 406 of the time
20   with customer component 104 is used to create a customer
solution.   As described above, the configuration may
previously have been created and the information residing
therein may automatically be used at this step to generate
a customer proposal.  At step S104, the quote module 408,
25   finance module 410, and any other needed modules are
accessed and used to prepare all of the desired information
to be included in the proposal.   At step S105, certain
selections of the proposal may be edited as permitted by
the locale rules database 103.  Only certain users of the
30   system may be validated for such an operation.  If the user
is not validated, step S105 is skipped and the system
proceeds directly from step S104 to step S106.   At step
S106, the system automatically creates, prints and saves a
proposal using the information generated using the various
35   subcomponent modules described above.

-55-

At step S107, the event manager 201A recognizes the proposal generation event and instructs the opportunity and forecast modules of the self management component 110 to update opportunity and forecast status to reflect the newly created proposal.   Upon completion of the update, step S108, the updated opportunity status is transmitted to the back office system 200.  It is noted that the salesperson support system 100 may be operated disconnected from the back office system 200.   In this instance, the data is placed in the out box of the communication component 118A and is automatically transmitted at the next connected session with the back office system 200.

At step S109, the back office system 200 receives the updated opportunity status information at the communication manager   in   the   communication   component   118B.    This information is transferred via the event manager 201A to the sales manager module of the sales management component 112B and is reflected in the database component 118B.   At step S110, the sales management forecasts are now properly updated   to   reflect   the   proposal   created   using   the salesperson support system 100.

Upon completion of step S110, the operation of the proposal generation is ended.

Fig. 17 illustrates the use of the system 20 (Fig. 2) during the order submission process.   At step S201, an order process is initiated by the salesperson.  If not, a message will be provided to the salesperson, otherwise the system proceeds to step S202.   At step S202, the system checks   order   requirements   by   accessing   the   order requirements database 1013 of the manufacturer storage group 1010 via the event manager 201A and the data manager 1050 (Fig. 10).  The system then accesses the presentations and proposals database 1041 of the data component 116A to retrieve a configuration of the system to be ordered.



-56-

At step S204, the event manager 201A creates a work session file which is used to manage information related to the order. At step S205, the system automatically accesses the configuration module 406 to create or modify the configuration as needed.

At step S206, the system accesses the customer module to complete customer information as needed.

At step S207, the system prompts the user to enter any additional order information needed such as quantity, "ship to", "bill to" and special instructions.

The system then checks user status by referring to the locale rules database 1031 at step S208 to confirm that the user is granted valid access to submit an order. Assuming the user has access, the system proceeds to step S209 and transfers the order from the event manager 201A to the out box of the communications component 118A via the communication manager 1101A.

The event manager 201A recognizes the order submittal process and initiates a series of automatic steps. At step S210, the system stores a record of the order in the orders database 1042. At step S211, the system automatically updates the opportunity status of the opportunity module 704 of the self management component 110. At step S112, the to do module 708 of the self management component 110 is accessed by the system and follow-up items are automatically added to the salespersons *to-do list*. Because the self management component 110 is fully integrated via the intelligent event manager 201A to the order management component 106, the system automatically creates the follow-up to do list and updates the opportunity status without requirement of any further interaction with the user.

At step S213, the system transmits the order to the back office system 200 via the communications component 118A out box at the next connected session. At step S214,

-57-

the communication manager 1101B of the communication
component 118B receives the order from the communication
equipment 1103B.  The communication manager notifies the
information to the event manager 201B of the back office
5       system 200.  At step S215, the event manager transfers the
order information to the enterprise system 209.  The system
also updates the sales management forecast in the sales
management component 112B to reflect the order at step
S216.

10          At step S217, the enterprise system notifies the
communication manager out box, via the event manager 201B,
of an order acknowledgment which is transmitted to the
sales representative.  At step S218, the salesperson is
notified of the acknowledgment.  Upon completion of step
15      S218, the order submission process is complete.

Fig. 18 illustrates the process flow for a price
information update operation.  At step S301, pricing
information is updated in the system.  The pricing
information may be updated using the configuration data
20      tool of the data tools subsystem 305(?) or may be received
from the pricing database of the enterprise system.  At
step S302, the price change is transferred to the global
information storage of data component 118B.  The updated
data is also transferred via the event manager 201B to the
25      communication manager of the communications component 118B.

At step S304, the system accesses the account data
database 1071 of the data component 116B and checks the
user data file for replication instructions.  The price
data is transferred at the next connect session at step
30      S305.

At step S306, the updated price information is received
by the communication manager of the communication component
118B.  At step S307, the system updates the price file and
marks old information as invalid in the configuration
35      database of the data component 116A.  The system also

-58-

leaves an audit trail message in the out box of the communication component 118A for transfer to the back office system during the next connected session at step S308.

5       Finally, at step S309, the system may be used to automatically notify the salesperson of any outstanding quotes which are affected by the price change.   Upon completion of step S309, the process ends.

        As described above, each event occurring in the sales
10      process is handled by an event manager which recognizes the event, notes the context in which the event occurs and automatically initiates additional action based on the event and its context.   The operation of the event manager will be better understood by reference to the exemplary
15      embodiments described below.   These embodiments are provided by way of illustration, and not limitation, to demonstrate how the various types of information made available during the sales process can be used by an automated sales system to facilitate the sales process.

20      As described above, object oriented programming (OOP) may be used to implement the various subsystems.   In such an implementation, the functionality of the various modules and subsystems may be implemented in the form of business objects.   In such an implementation, the business objects
25      can be the focal point of behavior in an OOP based sales system.   For example, the business objects can trap application events (which represent actions by the user) and apply a set of behavior rules to the application events.   A typical business object may provide or receive
30      information to or from a user through the occurrence of an application event.

        Application events in the disclosed embodiment are internal to the sales system and generally represent a sales event occurring in the sales process.   In other
35      words, a sales event may be an event in the sales process,

-59-

typically occurring between the salesperson and the
customer, while an application event may be an internal
operation of the sales system (i.e., the operation of the
software and hardware making up the sales system) which is
5    used to electronically facilitate the sales event.  In such
a system, the occurrence of a sales event can be made known
to the sales system by the occurrence of an application
event.  For example, the generation of a proposal for a
customer is a sales event which occurs in the time with
10   customer phase of the sales process.  When the sales system
is used to generate the proposal, a business object of the
proposal generation module in the time with customer
component typically will be used by the system.   As
described more fully below, such use of this business
15   object will inform the sales system that the generation of
a proposal has just occurred in the sales process.  This
information may then be used by the sales system to
facilitate (or initiate) specified application events,
which in turn drive sales events (e.g., to enter tasks into
20   a to-do list for actions to be taken by the salesperson or
to automatically carry out a task in the sales process).
        As can be appreciated, in many instances a sales event
and   its   related   application   event   may   be   used
interchangeably to describe an event.  In the discussion
25   below, where a distinction between the two types of events
is useful, the terms sales event and application event are
used.  Where the discussion applies more generally to both
types of events the term event may be used in a more
generic form.
30       Fig. 19 illustrates an exemplary embodiment of an event
manager 201.   The event manager shown includes an event
managing unit 1902 coupled to an event manager rules
database 1904.  An editor 1906, which is shown coupled to
the event manager, rules database 1904 and may be used to
35   alter the contents of the event manager rules database

-60-

1904.  The event manager rules database 1904 may also be
viewed via a monitoring unit 1908, which typically is
configured to provide for an administrative view of the
event information.  Also in Fig. 19, a business object
5    1908, a data object 1910 and a container 1912 are shown for
purposes of illustrating the operation of the event manager
201.

In one embodiment, a system using an event manager as
depicted in Fig. 19 is implemented in a layered
10   architecture.    An exemplary layered architecture is
illustrated in Fig. 20.  The layered architecture enables
developers to change areas of the system without impacting
areas outside the defined areas.  The system shown has four
layers; the platform layer 2002 (typically including
15   operating systems, networks, peripherals, etc.), the data
layer 2004, the business objects layer 2006 and the
application layer 2008.  In the embodiment illustrated, the
layers communicate with each other through three defined
protocols illustrated as protocol layers 2001, 2003 and
20   2005 between the platform layer 2002 and the data layer
2004, the data layer 2004 and the business objects layer
2006, the business objects layer 2006 and the application
layer 2008, respectively.

The third protocol layer 2005 may be used to implement
25   the intelligent operation of the system by establishing the
interaction of events and actions between objects and
applications as well as between objects themselves.    In
other words, events may be tied (or paired) together in the
third protocol layer 2005.  When one event occurs on this
30   level (e.g., the generation of a proposal in the proposal
generation module), the system automatically recognizes the
event, and its significance and may automatically initiate
another event in the sales process (e.g., scheduling a
follow-up in the time management module) on the third
35   protocol layer 2005.  In other words, the third protocol

-61-

*a—*

layer 2005 can be the layer on which paring (or grouping)

*pairing*

of application events occurs.  However, as described more
fully below, the grouping operation of the event manager
depicted in Fig. 19 typically is driven on the basis of
5    data.  In this matter, the pairing or grouping of events
may be considered as occurring on the second protocol layer
2003.

In the embodiment shown, the second protocol layer 2003
provides for communication within the system.  As described
10   above, the system may be implemented using distributed
technology.  Typical communication within such a system may
be abstracted into four basic types: (1) Distribution; (2)
Replication;   (3)   Transaction:   and   (4)   Messaging.
Communication on this protocol layer now will be briefly
15   described.

Distribution generally refers to and includes en mass
file copying.  This would include general functions such as
copy, move, create, delete, and the like.  The distributed
files and information types can be maintained in a number
20   of different ways.  For example, a version number may be
used.   Each file may be assigned a version number which
changes when the content is changed.  The distributed files
can also be updated with changes which occur only in the
system and not in the complete file.  This type of change
25   may be termed a net change.  Files and information types
can also be maintained with tokens.  A token is set valid
for a given period of time for a given user.  This may also
be used as a security mechanism of the system as well.

Replication may be used when a user does not need the
30   entire set of information contained in a given source.
Used in this manner, replication enables a user to receive
relevant information only.  This reduces the amount of
information that is transferred during maintenance.

A Transaction operation may be used for information
35   support.  It typically includes functions such as insert,

-62-

delete, select (query), post, commit, etc.  This type of
operation generally is more efficient when handling tabular
information.

 5    The Messaging function may be used to enable workflow
in the system, such as by enabling the business objects to
communicate state and status information with each other.
For example, messaging operations may include post route,
send, broadcast, receive, listen, etc.

10    Typical operation of the event manager 201 will now be
described.    In the  disclosed  embodiment,  upon  the
occurrence of an application event using the business
object 1908, the business object 1908 exposes 1914, the
event and associated event handlers to the event managing
unit 1904, and the information contained in the exposed
15   event is used to by the event managing unit 1902 to create
or update a database in the event manager database 1904.
On the basis of rules and state information stored in the
event manager database 1904, the event managing unit 1902
may be configured to dynamically bind event handlers (in
20   the  form  of  an  event map)  to  the  exposed  events  (as
represented by line 1916).  The event handlers typically
dictate further action to be taken by the system resulting
from  the  occurrence  of  the  particular  sales  event
represented by the business object 1908.

25    As described above, a typical business object may
provide or receive information to or from the user.    The
information may be taken from or put to a data object 1910
with the data objects stored in a container 1912.    The
container 1912 may be a special business object such as a
30   repository for data objects that may or may not be operated
on by the business object 1908.

    In the embodiment described above, the event manager
automatically binds a sales event to one or more other
sales events as directed by the rules and other information
35   in the event manager database 1904.    The rules may

-63-

prescribe that on the occurrence of a particular event, an event record is examined in the event manager database to determine if other related events have occurred, and if the other events have occurred, the rules may indicate that
5    another sales event should be initiated.

By way of example, a sales event such as the introduction of a new incentive program for a specified product may occur.  A business object associated with handling incentive programs may be used to update data
10    related to incentive information in the system.  The event manager may automatically recognize a change in the incentive program for the specified product, check to see if there are outstanding proposals for the specified product, and if so, direct a business object in the self
15    management component to automatically generate a letter informing the customer of the new incentive program.

Further intelligence may be provided in the system to evaluate the context in which the sales event occurs (e.g., the significance of other information in the system).  In
20    the above example, the event manager may also check customer information, and determine whether the new incentive fits the customer profile.  For example, the customer may have indicated a maximum down payment available to the customer.  If the incentive program calls
25    for a higher down payment, then a decision may be made that the incentive program need not be sent to the customer.  In this manner, the context in which the sales event occurs (e.g., whether outstanding proposals exists, whether the incentive is inconsistent with customer profile
30    information) may be used in connection with the occurrence of the event to determine what if any subsequent action should be taken by the system.

In the manner described above, different events may be paired (or grouped) together.  In Figs. 21A-21G, a table
35    provides examples of how sales events may be linked

-64-

together by the event manager database.  In Figs. 21A-21G,
exemplary events are listed in column 2102.  The exemplary
components and related modules used to facilitate the sales
events are listed in columns 2101 and 2103.   In column
5    2104, examples are provided illustrating how a rules
database in the event manager database 1904 may link the
sales events to other sales events facilitated by the
system.    The provided examples are not exhaustive, but
rather illustrate different types of events that may be
10   paired to facilitate the sales process.

Referring again to Fig. 19, the rules applied by the
event managing unit 1902 can be manually entered into the
event manager data base 1904 using the editor 1906.   In
this manner, the operation of the system in response to a
15   particular event can be altered by changing the information
in the event manager database without altering the business
objects used by the system.  In other words, the subsequent
automatic operations carried out by the system are driven
by the contents of the event manager database 1904.  This
20   allows the system to be highly customizable without
requiring extensive reprogramming of the business objects
used to facilitate sales events.   If desired, changes in
the rules database may be made transparent to the business
objects.

25       Fig. 22 illustrates an alternative embodiment which
incorporates an expert system 2002 which allows the system
to learn successful sales approaches and automatically
implement such approaches in future sales process.   For
example, the expert sales system may be programmed to
30   monitor the sales processes for desired (successful) sales
events.   These events may be include, for example, a
customer purchase of a product, a repeat sale to a
customer, a large number of leads being qualified to
potential customer, and the like.  These events represent
35   successes in the sales process.  When a successful event

-65-

occurs, the system preferably identifies the events or
actions leading to the desired outcome.  The expert system
may then dynamically alter the rules in the event manger
database 1904 to automatically initiate (or set different
5   values for) the identified events or actions in similar
subsequent sales activity.

    The expert system 2002 may monitor a large number of
successful events and determine the common characteristics
of the events and actions leading to successful events and
10  then change the rules on the basis of this experience.  In
this manner, the expert sales system allows the entire
sales force to pool knowledge and experience such that the
entire sales force gains from the shared experience.  This
allows the successful tactics of experienced salespeople to
15  be provided as defaults for inexperienced salespeople.
This also allows a generic sales system to be used in a
particular sales environment or in a geographic region and
to learn successful default operations to maximize the
sales opportunities.

20    The expert system 2002, may also be implemented to
predict the most successful course of action based on the
information available to the system at the time a sales
event occurs.  For example, an inference engine may be
incorporated into the expert system 2002 to select an
25  appropriate course of action to be taken when prior events
of interest suggest different, conflicting courses of
action.  Consider the above example, where a new incentive
program is introduced.  In addition to the previously
described information, the system may have a vast amount of
30  knowledge (or information) which may be useful to determine
the best course of action.  For example, based on prior
experience, it may determined that customers in the
particular customer's geographic region typically
participate in the type of incentive program offered.  This
35  would suggest that it would be advisable to make

-66-

appropriate offers, such as by sending out a letter.  The
system may also contain a record indicating similar
incentive programs being rejected by the particular
customer a number of times in the past.  This would
5    indicate that it might be better to leave the customer to
consider the current outstanding proposal.

Such facts related to the event may be taken into
consideration by an experienced salesperson to determine if
and how the new incentive program should be presented to a
10   particular customer.  As can be appreciated, a large number
of pieces of information available in the sales system may
each be related to whether a subsequent action (e.g.,
sending out a letter) should be initiated.  All of the
potential scenarios in which the fact patterns may be
15   developed may make it extremely difficult to code specific
rules for making such a decision.  Thus, in accordance with
one embodiment of the system, an inference engine may be
employed to make the decision of whether particular
subsequent action should be taken.

20       A typical inference engine relies upon a number of
independent rules which may be conceptualized as a number
of statements in the form IF X THEN Y.  In the above
example, these rules may be of the from:

IF proposal exists for product THEN send letter;
25       IF insufficient down payment THEN no letter;
IF location is Midwest THEN send letter;
* * *
IF prior rejection THEN no letter.

In its most simple form, the inference engine may
30   determine whether more rules indicate that a letter should
be sent or not.  The different rules could also be weighted
to provide a heavier influence by some of the rules on the
outcome.  Moreover, the rules may be more complex such as

-67-

IF X AND Z THEN Y.  The above example is provided as a simplified illustration of the general operation of an expert system using an inference engine in the system of Fig. 22.

5      It is noted that such an expert system may be developed by generating rules based on the knowledge and experience of the most experienced salespeople.  Then, a relatively inexperienced salesperson can use the system to facilitate a sale by automatically identifying events that suggest

10     further action and by suggesting a best course of action based on the outcome of the rules.  It is further noted that the rules used (e.g., in the inference engine) may examine vast amounts of information gathered during the sales process to suggest or initiate action.  The volume of

15     information available and considered may far exceed the amount of information that even an experienced salesperson would be capable of examining.  Moreover, the system may be implemented so that information is automatically reviewed, eliminating the need to identify which information may be

20     relevant each time the situation arises.  Also, the time which would otherwise be spent retrieving and reviewing the information is now made available to the salesperson for other more productive activities.

It is also noted that, in dealing with additional

25     customers, the rules used by an expert system employing an inference engine may be derived from actual experience. Successful tactics may be remembered by the system and used to drive the THEN statement for a particular set of facts.

The advantages of using the intelligence of an expert

30     system extends across the various phases of the sales process.  For example, the system can track customer profile information as it is gathered during the presales phase of the sales process and can correlate that to whether a sale is made by examining activities in the order

35     management phase of the sales process.  In this manner, the



-68-

system may intelligently leverage such information to glean which types of presentations and proposals are effective with the particular customer profile and set this information as a default for the system whenever a similar
5    customer profile is associated with a customer for which a presentation or proposal is being prepared. During the configuration process, specific types of information may be automatically tagged for inclusion in a presentation or proposal on the basis of the particular customer's profile.
10    The intelligent ability to alter defaults for the system on the basis of the customer profile enhances the likelihood of a sale and reduces the workload of the salesperson.

      Another example of using the knowledge base of the system is in generation of forecasts. The system may
15    continually evaluate and track events and actions which predict outcome. Upon occurrence of a particular event or set of events, the system can dynamically update the probability of sale.

      Fig. 23 illustrates the general interaction of an
20    expert sales system through various phases of the sales process. Four general phases of the sales process, (e.g., the lead generation phase 2301, the time with customer phase 2305, the order management phase 2306 and the customer retention phase 2307) are illustrate in Fig. 23.
25    The lead generation phase 2301 includes three sub-phases which correspond to a salesperson receiving a lead (suspect) 2302, determining whether the lead can use the product to be sold (qualify) 2303, and generating a qualified lead (prospect) 2304.

30    An intelligent system 2312 typically interacts with each phase of the sales process as illustrated in Fig. 23. Such an intelligent system generally includes a knowledge database 2308, plus logic 2309 to realize the implication of the knowledge and logic to strategize 2310 based on the
35    realized implication. As diagrammatically illustrated in

-69-

Fig. 23, such a system will gather knowledge by monitoring the operation of the system in the various phases of the sales process (i.e., knowledge is gathered as the automated sales system is used to facilitate the sales process).

5      Thus, the knowledge database 3208 may include information prior sales experience using the sales system and successful strategies employed in the prior uses.    The gathered knowledge, as realized and strategized, is then used by the system to impact the overall sales process.

10      The foregoing description, which has been disclosed by way of the above examples and discussion, addresses embodiments of the present invention encompassing the principles of the present invention.    The embodiments may be changed, modified and/or implemented using various types

15    of arrangements.    Those skilled in the art will readily recognize various modifications and changes which may be made to the present invention without strictly following the exemplary embodiments and applications illustrated and described herein, and without departing from the true

20    spirit and scope of the present invention which is set forth in the following claims.

-70-

What Is Claimed Is:

1.   A  computer  implemented  sales  system  used  to facilitate a sales process, the system comprising:

a plurality of subsystems each corresponding to a phase of the sales process and facilitating one or more events occurring in the corresponding phase of the sales process; and

an  event  manager,  coupled  to  each  of  the subsystems, the event manager recognizing an event carried out by a first subsystem of the plurality of subsystems, determining a context in which the recognized event occurs and automatically initiating an operation in a second subsystem of the plurality of subsystems to facilitate a new event based on the context in which the recognized event occurs.

2.   A  system  as  recited  in  claim  1,  wherein  the context in which the recognized event occurs includes information related to a phase of the sales process in which the recognized event occurs.

3.   A  system  as  recited  in  claim  1,  wherein  the context in which the recognized event occurs includes information related to whether a previous event has occurred in the sales process.

4.   A  system  as  recited  in  claim  1,  further comprising:

a first memory storing a plurality of rules, each rule  indicating  subsequent  action  to  be  taken  by  a subsystem  of  the  sales  system  upon  occurrence  of  a corresponding event occurring in a particular context; and

means for identifying a rule stored in said first memory corresponding to the context in which the recognized

-71-

event occurred and for initiating the operation in the second subsystem based on the identified rule.

5.   A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises a lead management subsystem for use in converting a name to a potential customer.

6.   A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises an order management subsystem for use in converting the sale such that a product or service delivered matches a product or service sold.

7.   A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises a customer retention subsystem for use in converting an existing customer into a lead thereby gaining repeat sales.

8.   A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises a self management subsystem for use in assisting a salesperson in managing their own sales information.

9.   A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale,

-72-

and the second subsystem comprises a training subsystem for use in providing training to a salesperson.

10.   A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises a sales management subsystem for use in assisting a sales manager in managing a plurality of salespeople.

11.   A system as recited in claim 1, wherein the first subsystem comprises an order management subsystem for use in for use in ensuring that a product or service delivered matches a product or service sold and the second subsystem comprises a self management subsystem for use in assisting a salesperson in managing their own sales information.

12.   A system as recited in claim 1, wherein the first subsystem comprises a lead management subsystem for use in converting a lead to a customer and the second subsystem comprises a self management subsystem for use in assisting a salesperson in managing their own sales information.

13.   A method of facilitating a sales process using a computer configured to have a plurality of subsystems, each corresponding to a phase of the sales process, in order to facilitate an event occurring in a related phase of the sales process, the method comprising the steps of:
       (a)   facilitating a first event occurring in the sales process using a first subsystem of the computer;
       (b)   automatically detecting the occurrence of the first event and determining a context in which the first event occurred; and

-73-

(c)   automatically initiating an operation in a second subsystem of the computer to facilitate a new event based on the context in which the first event occurred.

14.   A method as recited in claim 14, wherein the determining step (b) comprises the steps of:

determining whether a prescribed event has previously occurred in a sales event prior to occurrence of the first event; and

indicating whether the prescribed event has previously occurred as at least part of the context in which the first event occurred.

15.   A method as recited in claim 14, wherein the first subsystem is used to facilitate an event occurring while a salesperson is with a customer and the second subsystem is used to facilitate an event occurring while managing an order made with the customer.

16.   A method as recited in claim 14, wherein the first subsystem is used to facilitate an event occurring while converting a name into a customer and the second subsystem is used to facilitate an event occurring while a salesperson is with the customer.

17.   A computer implemented sales system used to facilitate a sales process, the system comprising:

a plurality of subsystems each electronically facilitating an event occurring in the sales process; and

an event manager coupled to each of the plurality of subsystems to detect the occurrence of a first event in the sales process, to link the first event in the sales process with a second event in the sales process based on prior sales experience using the sales system, and to

-74-

automatically initiate an operation using one of the
plurality of subsystems to facilitate the second event.

18.   A system as recited in claim 18, wherein the event
manager comprises an expert system.

19.   A system as recited in claim 19, wherein the event
manager comprises an expert system provided to
automatically monitor events occurring in the sales process
to identify which events lead to a desired outcome in a use
of the sales system to produce a knowledge database for use
in subsequent operations as the prior sales experience
using the sales system.

20.   A system as recited in claim 20, wherein the
expert system comprises:
        a knowledge database storing information related
to the prior sales experience using the sales system;
        means for realizing the implication of the
information stored in the knowledge database; and
        means for strategizing a desirable subsequent
action based on the implication of the information stored,
wherein the operation automatically initiated by the event
manager carries out the desirable subsequent action.

## SMALL BUSINESS

### VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
### (37 C.F.R. 1.9(f) AND 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am
  a) ( )   the owner of the small business concern identified below:
  b) (X)   an official of the small business concern empowered to act on behalf of the concern identified below:

        NAME OF CONCERN:         Clear With Computers, Inc.
        ADDRESS OF CONCERN:      1983 Premier Drive, P.O. Box 4459
                                 Mankato, MN  56002-4459

I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 13 C.F.R. 121.3-18, and reproduced in 37 C.F.R. 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons.  For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and remain with the small business concern identified above with regard to the invention, entitled INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM by inventor(s) Jerome D. Johnson, David R. Lundberg and Michael P. Krebsbach described in
  a) ( )   the specification filed herewith.
  b) ( )   provisional application serial no. _____, filed _____.
  c) (X)   non-provisional application serial no. 08/550,089, filed October 30, 1995.
  d) ( )   patent no. _____, issued _____.

If the rights held by the above-identified small business concern are not exclusive, each individual, concern or organization having rights to the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who could not qualify as an independent inventor under 37 C.F.R. 1.9(c) or by any concern which would not qualify as a small business concern under 37 C.F.R. 1.9(d) or a nonprofit organization under 37 C.F.R. 1.9(e).  *NOTE:  Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 C.F.R. 1.27)

NAME _____
ADDRESS _____
          a) ( ) INDIVIDUAL       b) ( ) SMALL BUSINESS CONCERN    c) ( )NONPROFIT ORGANIZATION
NAME _____
ADDRESS _____
          a) ( ) INDIVIDUAL       b) ( ) SMALL BUSINESS CONCERN    c) ( )NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 C.F.R. 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereof, or any patent to which this verified statement is directed.
NAME   Jerome D. Johnson
TITLE  President
ADDRESS 1983 Premier Drive, P.O. Box 4459, Mankato, MN  56002-4459

SIGNATURE _____ , _____ ,  DATE  11/15/96

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT
Professional Association
Revised 7/11/90

MERCι      Γ, GOULD, SMITH, EDELL, WELTER ∴ ⌐HMIDT

**United States Patent Application**

**COMBINED DECLARATION AND POWER OF ATTORNEY**

As a below named inventor I hereby declare that:  my residence, post office address and citizenship are as stated below next to my name; that

I verily believe I am the original, first and sole inventor (if only one name is listed below) or a joint inventor (if plural inventors are named below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM.

The specification of which
a. _ is attached hereto
b. X was filed on October 30, 1995 as application entitled INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM, having an attorney docket number 7709.72US01 and was amended on _ (if applicable) (in the case of a PCT-filed application) described and claimed in international no. _ filed _ and as amended on _ (if any), which I have reviewed and for which I solicit a United States patent.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56 (see page 3 attached hereto).

I hereby claim foreign priority benefits under Title 35, United States Code, § 119/365 of any foreign application(s) for patent of inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on the basis of which priority is claimed:

a. X no such applications have been filed.
b. _ such applications have been filed as follows:

| FOREIGN APPLICATION(S), IF ANY, CLAIMING PRIORITY UNDER 35 USC § 119 | | | |
|---|---|---|---|
| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day, month, year) | DATE OF ISSUE (day, month, year) |
| | | | |
| | | | |

| ALL FOREIGN APPLICATION(S), IF ANY, FILED BEFORE THE PRIORITY APPLICATION(S) | | | |
|---|---|---|---|
| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day, month, year) | DATE OF ISSUE (day, month, year) |
| | | | |
| | | | |

I hereby claim the benefit under Title 35, United States Code, § 120/365 of any United States and PCT international application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. APPLICATION NUMBER | DATE OF FILING (day, month, year) | STATUS (patented, pending, abandoned) |
|---|---|---|
| | | |
| | | |

I hereby appoint the following attorney(s) and/or patent agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected herewith:

| | | | | | | |
|---|---|---|---|---|---|---|
| Adriano, Sarah B. | Reg. No. 34,4 | Funk, Steven R. | Reg. No. 37,830 | Ne    , Albin J. | Reg. No. 28,650 | |
| Batzli, Brian H. | Reg. No. 32,94 | Gabilan, Mary Susan | Reg. No. 38,729 | Paul , Daniel M. | Reg. No. P-40,123 | |
| Beard, John L. | Reg. No. 27,212 | Gates, George H. | Reg. No. 33,500 | Plunkett, Theodore | Reg. No. 37,208 | |
| Beck, Robert C. | Reg. No. 28,184 | Golla, Charles E. | Reg. No. 26,896 | Pollinger, Steven J. | Reg. No. 35,326 | |
| Bejin, Thomas R. | Reg. No. 37,089 | Gorman, Alan G. | Reg. No. 38,472 | Reich, John C. | Reg. No. 37,703 | |
| Berman, Charles | Reg. No. 29,249 | Gould, John D. | Reg. No. 18,223 | Reiland, Earl D. | Reg. No. 25,767 | |
| Bogucki, Raymond A. | Reg. No. 17,426 | Gresens, John J. | Reg. No. 33,112 | Schmaltz, David G. | Reg. No. P-39,828 | |
| Bruess, Steven C. | Reg. No. 34,130 | Hamre, Curtis B. | Reg. No. 29,165 | Schmidt, Cecil C. | Reg. No. 20,566 | |
| Byrne, Linda M. | Reg. No. 32,404 | Hassing, Thomas A. | Reg. No. 36,159 | Schuman, Mark D. | Reg. No. 31,137 | |
| Carlson, Alan G. | Reg. No. 25,359 | Hillson, Randall A. | Reg. No. 31,838 | Schumann, Michael D. | Reg. No. 30,422 | |
| Carter, Charles G. | Reg. No. 35,093 | Hollingsworth, Mark A. | Reg. No. 38,491 | Sebald, Gregory A. | Reg. No. 33,280 | |
| Caspers, Philip P. | Reg. No. 33,227 | Johnston, Scott W. | Reg. No. P-39,721 | Sharp, Janice A. | Reg. No. 34,051 | |
| Chiapetta, James R. | Reg. No. P-39,634 | Kastelic, Joseph M. | Reg. No. 37,160 | Skoog, Mark T. | Reg. No. P-40,178 | |
| Clifford, John A. | Reg. No. 30,247 | Kettelberger, Denise | Reg. No. 33,924 | Smith, Jerome R. | Reg. No. 35,684 | |
| Conrad, Timothy R. | Reg. No. 30,164 | Kowalchyk, Alan W. | Reg. No. 31,535 | Sorensen, Andrew D. | Reg. No. 33,606 | |
| Cooper, Victor G. | Reg. No. P-39,641 | Kowalchyk,Katherine M. | Reg. No. 36,848 | Stinebruner, Scott A. | Reg. No. 38,323 | |
| Crawford, Robert | Reg. No. 32,122 | Krull, Mark A. | Reg. No. 34,205 | Strawbridge, Douglas A. | Reg. No. 28,376 | |
| Daignault, Ronald A. | Reg. No. 25,368 | Lacy, Paul A. | Reg. No. P-38,946 | Strodthoff, Kristine M. | Reg. No. 34,259 | |
| Daley, Dennis R. | Reg. No. 34,994 | Lasky, Michael B. | Reg. No. 29,555 | Sumner, John P. | Reg. No. 29,114 | |
| Daulton, Julie R. | Reg. No. 36,414 | Lynch, David W. | Reg. No. 36,204 | Sumners, John S. | Reg. No. 24,216 | |
| Davidson, Ben M. | Reg. No. 38,424 | Mau, Michael L. | Reg. No. 30,087 | Tellekson, David K. | Reg. No. 32,314 | |
| Dempster, Shawn B. | Reg. No. 34,321 | McCormack, Myra H. | Reg. No. 36,602 | Underhill, Albert L. | Reg. No. 27,403 | |
| DiPietro, Mark J. | Reg. No. 28,702 | McDaniel, Karen D. | Reg. No. 37,674 | Vandenburgh, J. Derek | Reg. No. 32,179 | |
| Dryja, Michael A. | Reg. No. P-39,662 | McDonald, Daniel W. | Reg. No. 32,044 | Welter, Paul A. | Reg. No. 20,890 | |
| Edell, Robert T. | Reg. No. 20,187 | McDonald, Wendy M. | Reg. No. 32,427 | Williams, Douglas J. | Reg. No. 27,054 | |
| Epp Ryan, Sandra | Reg. No. P-39,667 | Miller, William D. | Reg. No. 37,998 | Wood, Gregory B. | Reg. No. 28,133 | |
| Farber, Michael B. | Reg. No. 32,612 | Mueller, Douglas P. | Reg. No. 30,300 | Xu, Min S. | Reg. No. 39,536 | |
| Fauver, Cole M. | Reg. No. 36,797 | Nasiedlak, Tyler L. | Reg. No. P-40,099 | | | |

I hereby authorize them to act and rely on instructions from and communicate directly with the person/assignee/attorney/firm/organization/who/which first sends/sent this case to them and by whom/which I hereby declare that I have consented after full disclosure to be represented unless/until I instruct Merchant, Gould to the contrary.

Please direct all correspondence in this case to Merchant, Gould, Smith, Edell, Welter & Schmidt at the address indicated below:

Merchant, Gould, Smith, Edell,
Welter & Schmidt
3100 Norwest Center
90 South Seventh Street
Minneapolis, MN  55402-4131

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| 2 | Full Name Of Inventor | Family Name Johnson | First Given Name Jerome | Second Given Name Dale |
|---|---|---|---|---|
| 0 | Residence & Citizenship | City North Mankato | State or Foreign Country Minnesota | Country of Citizenship U.S.A. |
| 1 | Post Office Address | Post Office Address 2409 Northridge Drive | City North Mankato | State & Zip Code/Country Minnesota 56003/U.S.A. |
| 2 | Full Name Of Inventor | Family Name Lundberg | First Given Name David | Second Given Name Robert |
| 0 | Residence & Citizenship | City Mankato | State or Foreign Country Minnesota | Country of Citizenship U.S.A. |
| 2 | Post Office Address | Post Office Address Route 1, Box 272-2A | City Mankato | State & Zip Code/Country Minnesota 56001/U.S.A. |
| 2 | Full Name Of Inventor | Family Name Krebsbach | First Given Name Michael | Second Given Name Paul |
| 0 | Residence & Citizenship | City Aerdenhout | State or Foreign Country The Netherlands | Country of Citizenship U.S.A. |
| 3 | Post Office Address | Post Office Address Ver.Europalaan 5, 2111 WJ | City Aerdenhout | State & Zip Code/Country The Netherlands |

| Signature of Inventor 20) | Signature of Inventor 20( | Signature of Inventor 20] |
|---|---|---|
| Date 10/30/95 | Date 10/30/95 | Date 9 Nov 95 |

Revised 4/5/93

PRINT OF DRAWINGS
AS ORIGINAL FILED

08/550089



FIG. 1

1/29

PRINT OF DRAWINGS
AS ORIGINALI   LED

08/550089



FIG. 2

2/29

PRINT OF DRAWINGS
AS ORIGINAL    ILED

09 /550089



FIG. 3

3/29

PRINT OF DRAWINGS
AS ORIGINALI   LED:

08/550089



FIG. 4

4/29

PRINT OF DRAWINGS
AS ORIGINAL' 'ILED

08 '550089



FIG. 5

5/29

PRINT OF DRAWINGS
AS ORIGINAL   ILED

08/550089



FIG. 6

6/29

PRINT OF DRAWINGS
AS ORIGINAL    ILED

08 550089



**FIG. 7**

7/29

PRINT OF DRAWINGS
AS ORIGINAL    FILED

08/550089



FIG. 8

8/29

PRINT OF DRAWINGS
AS ORIGINAL    'LED

09 /550089



FIG. 9

PRINT OF DRAWINGS
AS ORIGINAL! LED

08/550089



FIG. 10

10/29

PRINT OF DRAWINGS
AS ORIGINALLY FILED

09/550089



FIG. 11

11/29

PRINT OF DRAWINGS
AS ORIGINAL  FILED

08/550089



205

1202
CONF. DATA | A P I

1204
SPEC & COMPARE DATA | A P I

1206
GRAPHICS & FEATURES | A P I

1208
CUSTOMER & LEADS | A P I

1210
SALES PROCESSES | A P I

1212
PROGRAMS & iNCENTIVES | A P I

A P I | SERVICES — 1214

A P I | INVENTORY — 1216

A P I | FINANCE PARAMETERS — 1218

A P I | QUOTE TERMS & CONDITIONS — 1220

A P I | TRAINING MANAGER — 1222

API
EVENT MANAGER — 201A

FIG. 12

12/29

PRINT OF DRAWINGS
AS ORIGINAL   FILED

08/550089



FIG. 13

PRINT OF DRAWINGS
AS ORIGINAL   ILED

08/550089



FIG. 14

14/29

PRINT OF DRAWINGS
AS ORIGINAL FILED

08/550089

| Local Information Storage | Time With Customer | | | | | | | | Self Management | | | | | | | | Training | | | Pre-Sales | | Order Management | Customer Retention | Sales Management | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Customer | Product | Configuration | Quote | Finance | LitReq | PProcess | PStation | Opportunity | Schedule | Contact | Forecast | TDLit | TTraining | TRecruit | RCompensation | Sys | PSdulmcst | PSdulls | Kiosks | Leads | OrderSubmit | DirectMktg | Opportunity | Channel | ForecastSales | Communication |
| **Customer Info** | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| ID Number | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| Account Number | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| Address | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| Business Name | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| City | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| County | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| State | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| Zip Code | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| Country | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| Phone Number | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| Fax Number | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| Type of Customer | + | # | # | # | # | # | # | # | + | # | + | # | # | | | # | | | | + | + | # | # | + | + | # | # |
| Initial Contact Date | + | | | | | | | | + | # | + | | | | | # | | | | | | | # | + | + | # | # |
| Last Update Date | # | | | | | | | | + | # | + | | | | | # | | | | + | + | | # | + | + | # | # |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Product Info** | | + | # | | | # | # | | | | | | | | | | # | # | # | | | | | | | | |
| Product Graphics | | # | # | | | # | # | | | | | | | | | | # | # | # | | | | | | | | |
| Specifications | | # | # | | | # | # | | | | | | | | | | # | # | # | | | | | | | | |
| Competitive Specs | | # | | | | # | # | | | | | | | | | | # | # | # | | | | | | | | |
| Head-to-Head Info | | # | | | | # | # | | | | | | | | | | # | # | # | | | | | | | | |
| Bid Spec Info | | + | | | | | | | | | | | | | | | # | | | | | | | | | | |
| Dealership Mktg Info | | # | | | | # | # | | | | | | | | | | # | | | | | | | | | | |
| Salesperson Info | | # | | | | # | # | | | | | | | | | | # | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Configuration Info** | | | + | # | # | # | # | | | | | | | | | | | | | | | | | | | | |
| Model(s) Selected | | | + | # | # | # | # | | # | | | # | | | | | | | | | + | | # | | | # | # |
| Description | | | + | # | # | # | # | | # | | | # | | | | | | | | | + | | # | | | # | # |
| Total Price | | | + | # | # | # | # | | | | | # | | | | | | | | | + | | # | | | # | # |
| Freight Cost | | | + | | | # | # | | | | | # | | | | | | | | | + | | # | | | | # |
| Total Weight | | | + | | | # | # | | | | | # | | | | | | | | | + | | # | | | | # |
| Spec ID | | | + | # | # | # | # | | | | | # | | | | | | | | | + | | # | | | | # |
| Date Created | | | + | | | # | # | | | | | # | | | | | | | | | + | | # | | | | # |
| Quote ID | | | + | | | # | # | | | | | # | | | | | | | | | + | | # | | | | # |
| Selected Options | | | + | # | # | # | # | | # | | | # | | | | | | | | | + | | # | | | # | # |
| Option Descriptions | | | # | | | # | # | | # | | | # | | | | | | | | | # | | # | | | # | # |
| Option Codes | | | # | | | # | # | | # | | | # | | | | | | | | | # | | # | | | # | # |
| Option Weights | | | # | | | # | # | | | | | # | | | | | | | | | # | | # | | | | # |
| Option Prices | | | # | | | # | # | | | | | # | | | | | | | | | # | | # | | | | # |
| Option Compatability | | | # | | | # | # | | | | | # | | | | | | | | | # | | # | | | | # |
| Option Notes | | | # | | | # | # | | | | | # | | | | | | | | | # | | # | | | | # |
| Option Quantities | | | + | | | # | # | | | # | | # | | | | | | | | | + | | # | | | # | # |
| Incentive Info | | | # | | | # | # | | | | | # | | | | | | | | | # | | # | | | | |
| Desired Performance | | | + | | | # | # | | | | | # | | | | | | | | | | | # | | | # | # |
| Special Opt Desc. | | | + | | | # | # | | | | | # | | | | | | | | | | | # | | | # | # |
| Special Opt Codes | | | + | | | # | # | | | | | # | | | | | | | | | | | # | | | # | # |
| Special Opt Weights | | | + | | | # | # | | | | | # | | | | | | | | | | | # | | | | # |
| Special Opt Prices | | | + | | | # | # | | | | | # | | | | | | | | | | | # | | | | # |
| Special Opt Notes | | | + | | | # | # | | | | | # | | | | | | | | | | | # | | | | # |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Order Info** | | | | | | # | # | | | | | | | | | | | | | | | + | # | | | # | # |
| Order ID | | | | | | # | # | | # | | | | | | | | | | | | | + | # | | | # | # |
| Billing Information | | | | | | # | # | | | | | # | | | | | | | | | | + | # | | | # | # |
| Special Ordering Instructions | | | | | | # | # | | # | | | # | | | | | | | | | | + | # | | | # | # |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Trade-In Info** | | | + | | | # | # | | | | | | | | | | | | | | | | | | | # | # |
| Description | | | + | | | # | # | | # | | | # | | | | | | | | | + | | | | | # | # |
| Quantity | | | + | | | # | # | | # | | | # | | | | | | | | | + | | | | | # | # |
| Allowance | | | + | | | # | # | | # | | | # | | | | | | | | | + | | | | | # | # |
| Debt | | | + | | | # | # | | # | | | # | | | | | | | | | | | | | | # | # |
| Refurbish | | | + | | | # | # | | # | | | # | | | | | | | | | | | | | | # | # |
| Expected Sales Value | | | | | | # | # | | | | | | | | | | | | | | | | | | | # | # |
| Lien Holder Info | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FIG.15A

15/29

PRINT OF DRAWINGS
AS ORIGINAL FILED

08/550089

| Local Information Storage | Time With Customer | | | | | | | Self Management | | | | | | | Training | Pre-Sales | | Order Management | Customer Retention | Sales Management | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Customer | Prospect | PC Configuration | Quote Utilities | Finance Calc | Proposal Creation | Presentation | Opportunity | Scheduler | Contact List | ToDo List | Tracking | Data Link Utilities | Team Communication | Systems | Prospecting | Skills | Order Submit | Direct Mktg | Opportunity | Contacts | Financials | Communication |
| **Quote Info** | | | | | | | | | | | | | | | | | | | | | | | |
| Unit Quantity | | | | + | | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Quoted Price | | | | + | | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Discount Description | | | | + | | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Discount Amount | | | | + | | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Addition Description | | | | + | | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Addition Amount | | | | + | | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Tax/Fee Description | | | | + | | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Tax/Fee Amount | | | | + | | # | # | | | | | | | | | | | | | | | | |
| Tax/Fee Basis | | | | + | | # | # | | | | | | | | | | | | | | | | |
| Tax/Fee Percent | | | | + | | # | # | | | | | | | | | | | | | | | | |
| Tax/Fee Type | | | | + | | # | # | | | | | | | | | | | | | | | | |
| Profit Margin | | | | + | | | | # | | | | | | | | | | | | # | | # | # |
| **Finance Info** | | | | | | | | | | | | | | | | | | | | | | | |
| Plan Name | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Plan Price | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Plan Amount Down | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Insurance Descriptions | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Insurance Costs | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Payment Method | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Payment Type | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Interest Type | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Interest Rate | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Term | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Contract Date | | | | + | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Interest Start Date | | | | + | # | # | # | # | | # | | | | | | | | | | | | | |
| Payment Start Date | | | | + | # | # | # | | | | | | | | | | | | | | | | |
| # of Skip Payments | | | | + | # | # | # | | | | | | | | | | | | | | | | |
| Balloon Amount | | | | + | # | # | # | | | | | | | | | | | | | | | | |
| Payment Amount | | | | + | # | # | # | | | | | | | | | | | | | | | | |
| Incentive Info | | | | | # | # | # | # | | # | | | | | | | | | | # | | # | |
| Feature/Benefit Info | | | | + | # | # | # | | | | | | | | | | | | | | | | |
| Credit App Info | | | | | | # | # | | | | | | | | | | | # | | | | | # |
| Contract Info | | | | + | | # | # | | | | | | | | | | | # | | | | | # |
| **Graphics** | | | | | | | | | | | | | | | | | | | | | | | |
| **Life Cycle Info** | | | | | | | | | | | | | | | | | | | | | | | |
| Cost Category Names | | | | | | + | # | # | | | | | | | | | | | | | | | |
| Cost Category Amounts | | | | | | + | # | # | | | | | | | | | | | | | | | |
| Comparison Unit Description | | | | | | + | # | # | | | | | | | | | | | | | | | |
| Comparison Unit Amounts | | | | | | + | # | # | | | | | | | | | | | | | | | |
| **Set-Up Info** | | | | | | | | | | | | | | | | | | | | | | | |
| Dealership Number | # | # | # | # | # | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Dealership Name | # | # | # | # | # | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Dealership Address | # | # | # | # | # | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Dealership County | # | # | # | # | # | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Dealership State | # | # | # | # | # | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Dealership Zip Code | # | # | # | # | # | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Dealership Phone # | # | # | # | # | # | # | # | # | | # | | | | # | | | | | | # | | # | # |
| Dealership Fax # | # | # | # | # | # | # | # | # | | # | | | | # | | | | | | # | | # | # |
| **Dealership Mktg Info** | # | | | | | | | | | | | | | | | | | | | | | | |
| **Dealer Option Descs** | | | # | | | | | | | | | | | | | | | | | | | | |
| Dealer Option Prices | | | # | | | | | | | | | | | | | | | | | | | | |
| Dealer Option Codes | | | # | | | | | | | | | | | | | | | | | | | | |
| Dealer Option Wghts | | | # | | | | | | | | | | | | | | | | | | | | |
| **Salesperson Resumes** | # | | | | | | | | | | | | | | | | | | | | | | |

FIG.15B

16/29

PRINT OF DRAWINGS
AS ORIGINAL FILED

08/550089


| Local Information Storage | Time With Customer | | | | | | | | Self Management | | | | | | | | | | Training | | | Pre-Sales | | Order Management | Customer Retention | Sales Management | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Customer | Prospect | Contact Groups | Qualification | Filter Agency | Li Contacts | PP Proposals | PP Presentation | Opportunity | Scheduler | Contacts | Forecasting | TTo... | TDialing | Tracking | Reminders | RecCallib | Communication | System | Products | Skills | Kiosks | Leads | Order Submit | Direct Mkt | Opportunity | Contact Mktg | Channels | Financials | Communication |
| *Salesperson Passwords* | # | # | # | # | # | # | # | # | # | # | # | # | # | # | # | # | # | # | | | | | | | | # | # | # | # | # |
| *Salesperson Priviledges* | # | # | # | # | # | # | # | # | # | # | # | # | # | # | # | # | # | # | | | | | | | | # | # | # | # | # |
| *Proposal Templates* | | | | | | | # | | | | | | | | | | | | | | | | | | | | | | | |
| *Presentation Templates* | | | | | | | | # | | | | | | | | | | | | | | | | | | | | | | |
| *Finance Plan Parameters* | | | | | # | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Finance Plan Defaults* | | | | | # | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Quote Tax Defaults* | | | | | # | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Quote Profit Margin Default* | | | | | # | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Default Model Configuration* | | | | # | | | | | | | | | | | | | | | | | | | | # | | | | | | |
| *Presentation Info* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Template Definition | | | | | | | | # | | | | | | | | | | | | | | | | | | | | | | |
| Setup Definition | | | | | | | | # | | | | | | | | | | | | | | | | | | | | | | |
| Slide Contents | | | | | | | | # | # | | | | | | | | | | | | | | | | | | | | # | |
| *Proposal Info* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Template Definition | | | | | | | | # | | | | | | | | | | | | | | | | | | | | | | |
| Setup Definition | | | | | | | | # | | | | | | | | | | | | | | | | | | | | | | |
| Report Contents | | | | | | | | # | # | | | | | | | | | | | | | | | | | | | | # | |

FIG.15C

17/29

PRINT OF DRAWINGS
AS ORIGINAL     ILED

08/550089



ACCESS/GENERATE
CUSTOMER INFORMATION — S101

TAG FEATURES,BENEFITS
COMPETITVIE INFORMATION WITH
PRODUCT MODULE — S102

GENERATE CUSTOMER
SOLUTION WITH CONFIGURATOR
MODULE — S103

PREPARE QUOTE, FINANCE AND
OTHER INFORMATION WITH
RESPECTIVE MODULES — S104

EDIT PROPOSAL — S105

GENERATE, PRINT AND SAVE
PROPOSAL — S106

UPDATE OPPORTUNITY AND
FORCAST DATA STATUS — S107

TRANSMIT OPPORTUNITY STATUS TO
BACK OFFICE AT NEXT CONNECTED
SESSION — S108

RECIEVE OPPORTUNITY STATUS
UPDATE IN BACK OFFICE — S109

UPDATE SALES
MANAGEMENT FORCAST — S110

END

FIG. 16

18/29

PRINT OF DRAWINGS
AS ORIGINAL FILED

08/550089



INITIATE ORDER PROCESS — S201

CHECK ORDER REQUIREMENTS — S202

RETRIEVE CONFIGURATION — S203

CREATE WORK SESSION FILE — S204

SYSTEM ACCESS CONFIGURATION MODULE TO MODIFY CONFIGURATION — S205

SYSTEM ACCESS CUSTOMER MODULE TO UPDATE CUSTOMER INFORMATION — S206

PROMPT USER FOR ADDITIONAL ORDER INFORMATION — S207

CHECK USER STATUS — S208

TRANSFER ORDER TO OUTBOX — S209

STORE RECORD OF ORDER — S210

UPDATE OPPORTUNITY STATUS — S211

ADD FOLLOW-UP ITEMS TO TO-DO LIST — S212

TRANSMIT ORDER TO BACK OFFICE AT NEXT CONNECTION — S213

RECEIVE ORDER — S214

TRANSFER ORDER TO ENTERPRISE SYSTEM FOR PROCESSING — S215

UPDATE SALES MANAGEMENT TO REFLECT ORDER — S216

TRANSMIT ORDER ACKNOWLEDGEMENT — S217

NOTIFY SALESPERSON OF ACKNOWLEDGEMENT — S218

END

FIG. 17

19/29

PRINT OF DRAWINGS
AS ORIGINALI   LED

08/550089



UPDATE PRICE WITH CONFIGURATION DATA TOOL — S301

TRANSFER PRICE CHANGE TO GLOBAL INFORMATION STORAGE — S302

TRANSFER UPDATED DATA TO COMMUNICATIONS COMPONENT — S303

CHECK USER DATA FILE — S304

RECEIVE ORDER — S305

TRANSFER ORDER TO ENTERPRISE SYSTEM FOR PROCESSING — S306

UPDATE SALES MANAGEMENT TO REFLECT ORDER — S307

TRANSMIT ORDER ACKNOWLEDGEMENT — S308

NOTIFY SALESPERSON OF ACKNOWLEDGEMENT — S309

END

FIG. 18

20/29

PRINT OF DRAWINGS
AS ORIGINAL FILED

08/550089



FIG. 19

21/29

PRINT OF DRAWINGS
AS ORIGINAL    FILED

08/550089



FIG. 20

22/29

PRINT OF DRAWINGS
AS ORIGINAL:  ILED

08/550089

| Component | Event | Related Module | "Paired" Event - *System Intelligence* |
|-----------|-------|----------------|----------------------------------------|
| 2101 | 2102 | 2103 | 2104 |
| | | | *EXAMPLES* |
| 1. Pre-Sales (Lead Management) | a) Salesperson identifies leads for particular products | Contact Management | • Linked to 1(d) and 1(e) to bring leads to the salesperson and to 3(a, b, f,) to notify salesperson of the recommended actions and process |
| | b) A directed mailing for a particular product is sent out | Contact Management, Product | • Linked to 1(e), 2(a), and 2(c) to send out product information targeted at the specific market audience |
| | c) Promotional materials on new incentive program for product are mailed out | Contact Management | • Linked to 2(c), 2(h), and 5(a) to send out information on new incentive program to customers to which proposals for the product have been generated but an order is not yet submitted. |
| | d) A customer contacts an Internet Web-site to get product information | Product | • Linked to 1(a) and 3(a) to notify salesperson of the contact and schedule a follow-up and to 2(a) to communicate known requirements directly to the sales person. |
| | e) A customer uses a kiosk to gain information on a product or service and request follow-up call from company representative | | • Linked to 1(a) and 3(a) to notify salesperson of the contact and schedule a follow-up and to 2(a) to communicate known requirements directly to the sales person |
| | f) Salesperson profiles the lead based on key criteria | Contact Management, Product | • Linked to 2(a) and 1(d, e) to profile the client according to best recommended practices |
| | g) Salesperson identifies a lead as "qualified" and begins the sales process to close the sale | Objective Management, Contact Management, Time Management | • Linked to 3(a, i) to prompt the salesperson to schedule follow-up<br>Linked to 1(f) and 3(f) to assign an appropriate process with steps to close the sale<br>Linked to 3(d) and 7(a) to revise the forecast based on the new sales opportunity |
| | h) *Salesperson fails to make any initial contact or follow-up to a qualified lead* | | • Linked to 7(b, c, e) to advise the sales manager of this inactivity.<br>Linked to 3(j) to automatically add a training element into the salesperson's curriculum and schedule |
| 2. Time With the Customer | a) Salesperson interacts with the customer to build a needs analysis | Contact Management, Configurator | • Linked to 2(c-g) which enables the system to use the profile information to direct or limit available solutions |
| | b) Salesperson presents product and service information (features and benefits) to the customer | Product | • Linked to 3(f) to identify this step of the sales process as complete |
| | c) Salesperson configures a product and service solution for a customer | Configurator | |

Fig. 21A

23/29



PRINT OF DRAWINGS
AS ORIGINAL FILED

08/550089

| | | | |
|---|---|---|---|
| 2101 | 2102 | 2103 | 2104 |
| **Component** | **Event** | **Related Module** | **"Paired" Event -** *System Intelligence* |
| 2. Time With the Customer | d) Salesperson verifies the accuracy and applicability of the solution with business requirements and customer requirements | Configurator, Contact Management | • Linked to 2(c), the system will prompt the salesperson for additional information to assure the best solution has been identified |
| | e) Salesperson calculates a total cost of the solution for the customer based on quantity, discounts, taxes, programs, etc. | Quote | |
| | f) Salesperson identifies purchasing and financing options for the product(s) offered to the customer | Finance | |
| | g) Salesperson identifies delivery options and timing for the solution by reviewing available inventory or manufacturing slots | Inventory | |
| | h) Salesperson prints a proposal for a customer | Proposal | • The system marks the sales step as complete (3f), recalculates the probability of closing the sale(3d, 7a) and prompts the salesperson to accept or confirm the schedule for the follow-up (3i). |
| | i) Salesperson presents the proposed product and service solution to other decision makers at the customer | Presentation | • The system marks the sales step as complete (3f), recalculates the probability of closing the sale(3d, 7a) and prompts the salesperson to accept or confirm the schedule for the follow-up (3i). |
| | j) *A salesperson frequently fails to offer creative finance options when proposing a finance payment for a product purchase* | | • The system adds and schedules a required product training item to the training curriculum; linked to 6(a, b) |
| | k) *A salesperson's frequency of proposing a particular product or service is below the geographic or divisional norm* | | • The system adds and schedules a required product training item to the training curriculum; linked to 6(a, b) |

# Fig. 21B

24/29

PRINT OF DRAWINGS
AS ORIGINAL FILED

08/550089

| | | 2101 | | 2102 | | 2103 | | 2104 |

| Component | Event | Related Module | "Paired" Event - *System Intelligence* |
|---|---|---|---|
| 3. Self-Management | a) Salesperson qualifies a lead and schedules a customer visit | Contact Management, Time Management | • Linked to 1(a, g) for lead qualification, 3(f) to assign a process for closing the sale, 3(i) to schedule the process steps, and to 3(d) and 7(a) to trigger a change to the calculated forecast |
| | b) Salesperson creates a prioritized list of contacts and customers | Objective Management | |
| | c) Salesperson creates a list of active sales opportunities | Objective Management, Contact Management | • Linked with 3(d) and 7(a) to calculate a forecast |
| | d) Salesperson develops a forecast | Forecasting | • Linked to all steps of the sales process and subsequently linked to 3(d) and 7(a) to calculate maintain an accurate forecast relative to process status |
| | e) Salesperson identifies sales objectives | Objective Management | • Linked to 3(d, f) to track against the forecast and 3(c) to check status |
| | f) Salesperson completes planned steps of a process related to closing a sale | Objective Management | • Linked to all steps of the sales process and subsequently linked to 3(d) and 7(a) to calculate maintain an accurate forecast relative to process status |
| | g) Salesperson calculates commission | Forecasting | • Automated by links to sales manager 7(a-d) |
| | h) Salesperson reports sales status and contact history to sales manager | Forecasting, Contact Management | • Linked to all aspects of the sales process |
| | i) Salesperson and customer generate an action item (task) for follow-up | Time Management | • Linked to 3(i), 6(b-d), and 7(e) Linked to other sales processes by systematically identifying areas for improvement and scheduling targeted training |
| | j) Salesperson schedules time to meet training requirements | Time Management, Training | • Linked to 2(f) to automatically identify the date of pay-off |
| | k) Salesperson schedules a sales call follow-up for sixty days before the end of a customers financing pay-off date | Time Management | • The system adds and schedules a required skills training item to the training curriculum; linked to 6(a, b) |
| | l) *A salesperson's length of time to close a sales is significantly longer than the norm* | | |

Fig. 21C

25/29

PRINT OF DRAWINGS
AS ORIGINALI LED

08/550089

| Component | Event | | Related Module | "Paired" Event - *System Intelligence* |
|---|---|---|---|---|
| 2101 | 2102 | | 2103 | 2104 |
| 3. Self-Management | m) | *A salesperson's profit per sale is significantly lower than the norm* | | • The system adds and schedules a required skills training item to the training curriculum; linked to 6(a, b) |
| 4. Customer Retention | a) | Salesperson maintains a list of customers that have purchased product | Contact Management, Order Management | • Linked to 5(a,b) to mark contacts and sales opportunities as current customers |
| | b) | Salesperson follows-up on customer satisfaction | Objective Management, Contact Management | • Linked to 3(f) to track recommended steps t identify new opportunities at existing customers |
| | c) | Salesperson and customer work together to set expectations and plans for next 12 months (business/purchase/support plan) | Objective Management, Time Management | • Linked to 3(b) to schedule follow-up activities |
| | d) | Customer directly contacts the manufacturer regarding a product problem | Contact Management | • Associated with Contact Management which enables the salesperson to receive and share all information related to that customer's contact with the company - the system reacts to key events and series of events based on business rules to identify tasks |
| | e) | Customer brings the product to the dealer for service. | Contact Management | • Associated with Contact Management which enables the salesperson to receive and share all information related to that customer's contact with the company - the system reacts to key events and series of events based on business rules to identify tasks |
| | f) | Marketing materials are sent to customers that have purchased a particular product regarding an available upgrade | Contact Management, Product | • Linked to 5(a,b) and linked to 1(a) to identify Customer as a potential customer for upgrades for the product ordered and linked to 1(b) to automatically send out product upgrade mailing to the customer |
| 5. Order Management | a) | Customer approves the proposal and signs the order | Order Management | • The system marks the sales step as complete (3f), recalculates the probability of closing the sale(3d, 7a) and prompts the salesperson to accept or confirm the schedule for the follow-up (3i). |
| | b) | Salesperson creates and submits an order for a particular product for a customer | Order Management | • Linked to 1(a) to identify Customer as a potential customer for accessories for the product ordered and linked to 1(b) to automatically send out product accessories mailing to the customer |
| | c) | Salesperson requests a change to an order already submitted | Order Management | • Linked to 2(c) to reference configuration requirements and 3(d, g) to re-forecast sales and commissions |

Fig. 21D

26/29

PRINT OF DRAWINGS
AS ORIGINAL FILED

08/550089

| | 2101 | 2102 | 2103 | 2104 |
|---|---|---|---|---|
| **Component** | **Event** | | **Related Module** | **"Paired" Event - *System Intelligence*** |
| 5. Order Management | d) | Customer requests to know delivery date for product and salesperson investigates order status | Order Management | |
| 6. Training | a) | Company's training department analyzes training requirements and develops training course and curriculum for product knowledge and skills improvement | Training | |
| | b) | Sales manager analyzes training requirements, identifies available material and assigns a plan for training requirements to a salesperson | Sales Management, Training | • Linked to 7(a-e) to evaluate training needs of salesperson and assign training elements and linked to 3(objective management and time management) to communicate, plan, and schedule the training plan |
| | c) | Salesperson reads/reviews training material | Training | |
| | d) | Salesperson completes a certification test | Training | • Linked to 3 to mark the step or task as complete and to 2(all) to allow access to elements of the Time with Customer functionality that requires certification prior to use. |
| 7. Sales Management | a) | A sales manager reviews a sales person's forecast and compiles totals | Sales Management - Forecasting | • System automatically notifies sales manager when sales persons' forecast falls behind goals |
| | b) | A sales manager analyzes a salesperson's close ratio and other measurement criteria | Sales Management - Forecasting, Objective Management | |
| | c) | Sales manager reviews best practices of successful sales personnel and communicates those practices to other sales persons | Objective Management | • Linked to 3(f) to assign the recommended steps as a part of the objective management process |
| | d) | Sales manager sets sales and territory goals for sales personnel | Objective Management, Forecasting | • Linked to 3 to communicate requirements to salesperson |
| | e) | Sales manager completes performance reviews of sales personnel by reviewing accomplishments, status, and sales. | Training, Objective Management | |

## Fig. 21E                                        27/29

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/550089



FIG. 22

28/29



08/550089

FIG. 23

29/29

375 - 201
265 - 205



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 08/550,089 | 10/30/95 | JOHNSON | J  7709.72US01 |

0222/1228

MERCHANT GOULD SMITH EDELL
WELTER & SCHMIDT
3100 NORWEST CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-4131

0000

DATE MAILED: 12/28/95

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted **ALONG WITH THE PAYMENT OF A SURCHARGE** for items 1 and 3-6 only of $ _130_ for large entities or $ _65_ for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e).

If all required items on this form are filed within the period set below, the total amount owed by applicant as a ☒ large entity, ☐ small entity (verified statement filed), is $_880.0_.

> Applicant is given **ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE** of this application, **WHICHEVER IS LATER,** within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

1. ☒ The statutory basic filing fee is: ☒ missing ☐ insufficient. Applicant as a ☒ large entity ☐ small entity, must submit $ _750_ to complete the basic filing fee.

2. ☐ Additional claim fees of $_____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.

3. ☐ The oath or declaration:
   ☐ is missing.
   ☐ does not cover items omitted at time of execution.

   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

5. ☒ The signature(s) to the oath or declaration is/are: ☒ missing; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____ An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $_____ under 37 CFR 1.17(k), unless this fee has already been paid.

8. ☐ A $_____ processing fee is required since your check was returned without payment. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because your check was returned without payment.

10. ☐ The application does not comply with the Sequence Rules. See attached Notice to Comply with Sequence Rules 37 CFR 1.821-1.825.

090 RT 02/05/96 08550089          1 201       375.00 CK
090 R1102/05/96 08550089          1 205        65.00 CK

Direct the response and any questions about this notice to, Attention: Application Processing Division, Special Processing and Correspondence Branch (703) 308-1202.

**this notice _MUST_ be returned with the response.**
TO BE RETURNED WITH RESPONSE



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 08/550,089 | 10/30/95 | JOHNSON    J | 7709.72US01 |

0222/1228

MERCHANT GOULD SMITH EDELL
WELTER & SCHMIDT
3100 NORWEST CENTER                                    0000
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-4131          **DATE MAILED:**

**NOTICE TO FILE MISSING PARTS OF APPLICATION**          12/28/95
**FILING DATE GRANTED**

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted **ALONG WITH THE PAYMENT OF A SURCHARGE** for items 1 and 3-6 only of $ _130_ for large entities or $ _65_ for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e).

If all required items on this form are filed within the period set below, the total amount owed by applicant as a ☒ large entity, ☐ small entity (verified statement filed), is $ _880_ .

> Applicant is given **ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE** of this application, **WHICHEVER IS LATER**, within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

1. ☒ The statutory basic filing fee is: ☒ missing ☐ insufficient. Applicant as a ☒ large entity ☐ small entity, must submit $ _750_ to complete the basic filing fee.

2. ☐ Additional claim fees of $_____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.

3. ☐ The oath or declaration:
   ☐ is missing.
   ☐ does not cover items omitted at time of execution.

   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

5. ☒ The signature(s) to the oath or declaration is/are: ☒ missing; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:

   _____ An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $_____ under 37 CFR 1.17(k), unless this fee has already been paid.

8. ☐ A $_____ processing fee is required since your check was returned without payment. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because your check was returned without payment.

10. ☐ The application does not comply with the Sequence Rules. See attached Notice to Comply with Sequence Rules 37 CFR 1.821-1.825.

11. ☐ Other.
   _Starbuck_
   _____
Direct the response and any questions about this notice to, Attention: Application Processing Division, Special Processing and Correspondence Branch (703) 308-1202.

*A copy of this notice **MUST** be returned with the response.*
FORM PTO-1533 (REV. 11-93)          **OFFICE COPY**

*#3/Prior Art*
*-T. McBeth - Brown*
*7/15/96*

S/N 08/550,089                                                PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Jerome D. Johnson et al.    Examiner: N/A

Serial No.:   08/550,089                  Group Art Unit:  N/A

Filed:        October 30, 1995            Docket No.:  7709.72US01

Title:        INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION
              SYSTEM

---

CERTIFICATE UNDER 37 CFR 1.8:
I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in an
envelope addressed to: Assistant Commissioner for Patents,
Washington, D.C. 20231 on February 6, 1996;

William D. Miller

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

        With regard to the above-identified application, the
items of information listed on the enclosed Form 1449 are brought
to the attention of the Examiner.

#### Timing of Submission

    This statement should be considered because it is submitted
before the mailing date of a first Office Action on-the-merits,
whichever occurred last.  Accordingly, no fee is due for
consideration of the items listed on the enclosed Form 1449,
pursuant to 37 C.F.R. §1.97(b)(3).

#### Concise Explanation of Relevance

    All of the cited documents are in English.
    No representation is made that a reference is "prior art"
within the meaning of 35 U.S.C. §§ 102 and 103.  Moreover,
Applicants do not represent that a reference has been thoroughly

reviewed or that any relevance of any portion of a reference is intended, and reserve the right, pursuant to 37 C.F.R. § 1.131 or otherwise, to establish otherwise.

Consideration of the items listed is respectfully requested. Pursuant to the provisions of M.P.E.P. 609, it is requested that the Examiner return a copy of the attached Form 1449, marked as being considered and initialled by the Examiner, to the undersigned with the next official communication.

Please charge any additional fees or credit any overpayment to Deposit Account No. 13-2725.

Respectfully submitted,

MERCHANT, GOULD, SMITH, EDELL,
        WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South 7th Street
Minneapolis, Minnesota 55402
(612) 371-5310

Dated: 2/6/96

By: _____
     William D. Miller
     Reg. No. 37,988

2

| *Interview Summary* | Application No.<br>**08/550,089** | Applicant(s)<br>**Jerome D. Johnson, et al.** |
|---|---|---|
| | Examiner<br>**William Hughet** | Group Art Unit<br>**2411** |

All participants (applicant, applicant's representative, PTO personnel):

(1) *William Hughet* _____   (3) _____

(2) *William D. Miller* _____   (4) _____

Date of Interview _____ *May 28, 1997* _____

Type:   ☒ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No. If yes, brief description:

_____

_____

Agreement   ☒ was reached.   ☐ was not reached.

Claim(s) discussed: _____

Identification of prior art discussed:

_____

_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*Advised Mr. Miller that Information Disclosure Statement filed February 8, 1996 was without the actual documents. He indicated that he will locate copies and send them to me.* _____

_____

_____

_____

_____

_____

_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached.  Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1.   ☒   It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2.   ☐   Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.  Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note:  You must sign and stamp this form unless it is an attachment to a signed Office action.

U. S. Patent and Trademark Office
PTO-413 (Rev. 10-95)                    **Interview Summary**                    Paper No. ___4___

# Fax Cover Sheet

## U.S. Patent & Trademark Office

### 2121 Crystal Drive
### Crystal City, Virginia  22202



## Art Unit 2411

**Date:**   May 29, 1997

**To:**

William D. Miller
Merchant, Gould, Smith, Edell, Welter & Schmidt, P.A.
(612) 332-5300
(612) 332-9081

**From:**

William N. Hughet
(703) 305-9770
(703) 305-9731 (fax)

**Re:**   Application No. 08/550,089
Docket No. 7709.72USA01
Interview summary of May 28, 1997 telephone conversation.

**Number of pages (including this cover sheet):**  **2**

If you have not received all of the pages of this transmission, please contact me.

O

S/N 08/550,089                                               PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Jerome D. Johnson et al.    Examiner:  N/A

Serial No.:   08/550,089                  Group Art Unit:  N/A

Filed:        October 30, 1995            Docket No.:  7709.72US01

Title:        INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION
              SYSTEM

---

CERTIFICATE UNDER 37 CFR 1.8:
I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in an
envelope addressed to: Assistant Commissioner for Patents,
Washington, D.C. 20231 on February 6, 1996;

William D. Miller

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

With regard to the above-identified application, the
items of information listed on the enclosed Form 1449 are brought
to the attention of the Examiner.

## Timing of Submission

This statement should be considered because it is submitted
before the mailing date of a first Office Action on-the-merits,
whichever occurred last.  Accordingly, no fee is due for
consideration of the items listed on the enclosed Form 1449,
pursuant to 37 C.F.R. §1.97(b)(3).

## Concise Explanation of Relevance

All of the cited documents are in English.

No representation is made that a reference is "prior art"
within the meaning of 35 U.S.C. §§ 102 and 103.  Moreover,
Applicants do not represent that a reference has been thoroughly

reviewed or that any relevance of any portion of a reference is intended, and reserve the right, pursuant to
37 C.F.R. § 1.131 or otherwise, to establish otherwise.

Consideration of the items listed is respectfully requested.  Pursuant to the provisions of M.P.E.P. 609, it is requested that the Examiner return a copy of the attached Form 1449, marked as being considered and initialled by the Examiner, to the undersigned with the next official communication.

Please charge any additional fees or credit any overpayment to Deposit Account No. 13-2725.

Respectfully submitted,

MERCHANT, GOULD, SMITH, EDELL,
    WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South 7th Street
Minneapolis, Minnesota 55402
(612) 371-5310

Dated: 2/6/96

By: _____
William D. Miller
Reg. No. 37,988

2

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | | |
|---|---|---|---|
| Applicant: | JOHNSON et al. | Examiner: | W. Hughet |
| Serial No.: | 08/550,089 | Group Art Unit: | 2411 |
| Filed: | Oct. 30, 1995 | Docket: | 7709.72US01 |
| Notice of Allow. Date: | n/a | Batch No.: | n/a |
| Due Date: | n/a | | |
| Title: | INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM | | |

Attn: Examiner William Hughet
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

☒ Transmittal Sheet in duplicate containing Certificate of Mailing
☒ Other:  Communication and Resubmission of Information Disclosure Statement, PTO-1449 and cited art

Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers, if appropriate.  Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725.  A duplicate of this sheet is enclosed.

MERCHANT, GOULD, SMITH, EDELL,
WELTER & SCHMIDT
3100 Norwest Center, Minneapolis, MN 55402
(612) 332-5300

By: _____
Name:  William D. Miller
Reg. No.:  37,988
WDM/PST/dhr

(PTO TRANSMITTAL - GENERAL)

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | | |
|---|---|---|---|
| Applicant: | JOHNSON et al. | Examiner: | W. Hughet |
| Serial No.: | 08/550,089 | Group Art Unit: | 2411 |
| Filed: | Oct. 30, 1995 | Docket: | 7709.72US01 |
| Notice of Allow. Date: | n/a | Batch No.: | n/a |
| Due Date: | n/a | | |
| Title: | INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM | | |

Attn: Examiner William Hughet
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

☒  Transmittal Sheet in duplicate containing Certificate of Mailing
☒  Other:  Communication and Resubmission of Information Disclosure Statement, PTO-1449 and cited art

Please consider this a **PETITION FOR EXTENSION OF TIME** for a sufficient number of months to enter these papers, if appropriate.  Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725.  A duplicate of this sheet is enclosed.

MERCHANT, GOULD, SMITH, EDELL,
WELTER & SCHMIDT
3100 Norwest Center, Minneapolis, MN 55402
(612) 332-5300

By: _William D. Miller_
Name:  William D. Miller
Reg. No.:  37,988
WDM/PST/dhr

(PTO TRANSMITTAL - GENERAL)

S/N  08/550,089                                      <u>PATENT</u>

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | | |
|---|---|---|---|
| Applicant: | JOHNSON et al. | Examiner: | W. Hughet |
| Serial No.: | 08/550,089 | Group Art Unit: | 2411 |
| Filed: | Oct. 30, 1995 | Docket No.: | 7709.72US01 |
| Title: | INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM | | |

<u>COMMUNICATION</u>

Assistant Commissioner for Patents
Attention: Examiner William Hughet
Washington, D.C.  20231

Dear Sir:

        Further a teleconference of May 28, 1997, between
Examiner William Hughet and the undersigned Applicants'
Representative, and in response to the Interview Summary of
May 28, 1997, Applicants' Representatives enclose a resubmission
of the Information Disclosure Statement and PTO-1449 filed with
the United States Patent and Trademark Office on February 6,
1996, with enclosure of the cited prior art.

        Applicants' Representatives also enclose a copy of the
postcard date-stamped February 8, 1996, which indicates USPTO
receipt of the Information Disclosure Statement, Form 1449 and
cited references.

The Examiner is invited to contact Applicants' Representatives, at the below listed telephone number, if it is believed the prosecution of this application may be assisted thereby.

Respectfully submitted,

J. JOHNSON et al.

By their Representatives,

MERCHANT, GOULD, SMITH, EDELL,
    WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South Seventh Street
Minneapolis, MN  55402
612/332-5300

By _____
    William D. Miller
    Reg. No. 37,988
    WDM/PST/dhr



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/550,089 | 10/30/95 | JOHNSON | J | 7709.72US01 |

B3M1/0610

MERCHANT GOULD SMITH EDELL
WELTER & SCHMIDT
3100 NORWEST CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-4131

| EXAMINER |
|---|
| HUGHET,W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2411 | |

DATE MAILED:   06/10/97

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)          ☆U.S.GOVERNMENT PRINTING OFFICE 1996-411-516/40275

1- File Copy

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 08/550,089 | e D. Johnson, David R. Lundberg, Michael P. Kret |
| | Examiner | Group Art Unit |
| | **William Hughet** | 2411 |

☒ Responsive to communication(s) filed on *Oct 30, 1995* _____ .

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle,* 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____ *3* _____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-20* _____ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1-20* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☒ The drawing(s) filed on ____ *Oct 30, 1995* ____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___ *5* ___

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)                    **Office Action Summary**                    Part of Paper No. __ 6 __

Serial Number: 08/550,089                                          -2-
Art Unit: 2411

**Part III   DETAILED ACTION**

*Drawings*

1.      This application has been filed with informal drawings which are acceptable for
examination purposes only.  Formal drawings will be required when the application is
allowed.

2.      The drawings are objected to because of irregularities as noted on PTO 948,
enclosed.  Appropriate correction is required.

*Claim Objections*

3.      Claim 11 is objected to regarding duplication of the phrase, "for use in".

*Claim Rejections - 35 USC § 112*

4.      Claims 14 - 16 and 18 are rejected under 35 U.S.C. § 112, second paragraph, as
being indefinite for failing to particularly point out and distinctly claim the subject
matter which applicant regards as the invention.

        (A)     Claim 14 depends back to itself.  Applicants likely intended Claim 14 to
depend back to Claim 13, and the application has been examined on this basis.

        (B)     Claim 14 recites determining whether an event has occurred prior to the
first event, the latter being recited in Claim 13.  However, the Examiner asserts that,
by definition, a first event is the beginning event of the sales process and cannot be
preceded by a prior event.

        (C)     Claims 15 and 16 depend on Claim 14 and recite a first and second
subsystem.  However, Claim 14 does not recite a first or second subsystem, so there is
insufficient antecedent basis for these limitations in Claims 15 and 16..  Applicants
likely intended these claims to depend on Claim 13, and the Examiner has reviewed
the application on this basis.

Serial Number: 08/550,089                                                    -3-
Art Unit: 2411

    (D)   Claim 18 depends on Claim 19.  Applicants likely intended Claim 18 to
depend back to Claim 17, and the application has been examined on this basis.

### Claim Rejections - 35 USC § 103

5.    The following is a quotation of 35 U.S.C. § 103 which forms the basis for all
obviousness rejections set forth in this Office action:

> A patent may not be obtained though the invention is not identically disclosed
> or described as set forth in section 102 of this title, if the differences between
> the subject matter sought to be patented and the prior art are such that the
> subject matter as a whole would have been obvious at the time the invention
> was made to a person having ordinary skill in the art to which said subject
> matter pertains.  Patentability shall not be negatived by the manner in which the
> invention was made.

> Subject matter developed by another person, which qualifies as prior art only
> under subsection (f) or (g) of section 102 of this title, shall not preclude
> patentability under this section where the subject matter and the claimed
> invention were, at the time the invention was made, owned by the same person
> or subject to an obligation of assignment to the same person.

6.    Claims 1 - 8 and 10 - 20 are rejected under 35 USC § 103 as being
unpatentable over Tom Negrino, "Sales-Automation Software", Macworld, v 10, n 10,
pages 144 - 148, October, 1993 (hereinafter "Negrino") in view of Tony Seideman,
"Way Cool! (Sales Force Automation)", Sales & Marketing Management, v 146, n 6,
pages 10 - 13, June, 1994 (hereinafter "Seideman"), and further in view of John Hiatt,
"Empowering the Global Sales Force", International Business, v 7, n 9, pages 16 - 20,
September, 1994 (hereinafter "Hiatt").

    (A)   As to Claim 1, Negrino discloses a computer-based sales automation
system that is used to facilitate a sales process.  Negrino teaches a plurality of
subsystems, each corresponding to a step in the sales process and each facilitating that

Serial Number: 08/550,089
Art Unit: 2411                                                                                    -4-

respective sales step.  Negrino also discloses an automated branching, or event, manager that automatically initiates the next step in the automated sales process based on recognition of occurrence of a prior step.

Negrino differs from the invention by not expressly teaching the sequence of subsystems being initiated as "first" followed by "second".  However, the Examiner asserts that both Negrino and the invention teach a sequence of logical steps, each initiated as a result of a prior step and that by arbitrarily designating a particular step as "first", it would follow that the next step initiated by the system would be the "second" step.  It would therefore have been obvious to one of ordinary skill in the art of sales force automation systems to denote an initial sales subsystem step as "first", to be followed by a successive subsystem step designated "second" in order to identify the relative sequence between the two subsystem steps.

(B)    As to Claim 2 and 3, Negrino discloses that the context in which the current (recognized) task (event) occurs is a function of the occurrence of a prior event.  Although Negrino does not expressly disclose available information related to a given step, it does disclose the automatic logging of information upon occurrence of events.  The Examiner asserts that in order to log such information, the contextual environment of each step must necessarily include the related information which the system subsequently records in a central database.  The Examiner further asserts that it would have been obvious to one of ordinary skill in the art to include information with respect to occurrence of a previous step in the automated sales/branching system disclosed by Negrino.  One would be motivated to do so in order to have sufficient information with which to verify that the prior step had satisfactorily completed prior to initiating the subsequent step.

(C)    As to Claim 4, while Negrino does not teach a rule-based sales automation system, Seideman does disclose an expert sales automation system in

which rules direct the next recommended action to be taken, upon occurrence of a given event or step. Although Seideman does not expressly disclose storing a plurality of rules, expert systems are well known to be comprised of a stored knowledge base of rules in conjunction with an inference engine that enables the system to make decisions and direct actions based on contextual knowledge (information) and rules defined by experts in the field. See Computer Dictionary, Microsoft Press, 156, (Second Ed., 1994).

Although Seideman does not disclose identifying an express rule governing response to an event, the Examiner asserts that expert systems are well known to initiate a subsequent step upon being provided a relevant knowledge base and contextual information regarding the present event. It would have been obvious to one of ordinary skill in the art to modify Negrino with the expert system of Seideman. One would be motivated to do so in order to incorporate the well-known dynamic learning means of expert systems into the sales automation system of Negrino, and thereby permit Negrino's system to solve problems and initiate events based on the experience and rules of experts with minimal manual intervention.

(D)     As to Claim 5, Negrino teaches an initial event of spending time with a customer in the form of learning about the prospect's needs and making a sales presentation, with the intent of converting an initial lead into a closed sale. Negrino further discloses a lead management subsystem. Although Negrino does not expressly teach using the lead management subsystem in converting a name to a potential customer, the Examiner asserts that a primary goal of a sales system is to make a sale, which necessarily requires converting initial leads, or prospects, into buying customers.

(E)     As to Claim 6, while Negrino does not teach an order management system for ensuring that the ordered product or service is delivered, Hiatt discloses a sales automation system that provides for automatic entry of orders and subsequent

Serial Number: 08/550,089
Art Unit: 2411
-6-

shipment of flawless orders to the customer. It would have been obvious to modify Negrino with the order management subsystem of Hiatt in order to ensure timely and accurate order shipments. One would be motivated to do so in order to deliver that which was promised to the customer and in order to preserve the order. The remaining limitations of Claim 6 are found in Claim 5, and the remainder of this claim is rejected for the same reasons.

(F)    As to Claim 7, Negrino discloses a customer retention subsystem that includes post-sale contacts, letters, and meetings with clients for building a relationship with an existing customer for future sales. The remaining limitations of Claim 6 are found in Claim 5, and the remainder of this claim is rejected for the same reasons.

(G)    As to Claim 8, Negrino teaches a self management subsystem of customer contact management, to-do lists, calendars, and schedulers for assisting the salesperson in fulfilling his/her sales responsibilities. The remaining limitations of Claim 6 are found in Claim 5, and the remainder of this claim is rejected for the same reasons.

(H)    As to Claim 10, Negrino teaches a sales management subsystem that includes sales plans that implement enterprise-wide strategies and means for implementing said plans. The remaining limitations of Claim 6 are found in Claim 5, and the remainder of this claim is rejected for the same reasons.

(I)    The limitations of Claim 11 are found in Claims 6 and 8, and this claim is rejected for the same reasons.

(J)    The limitations of Claim 12 are found in Claims 5 and 8, and this claim is rejected for the same reasons.

(K)    As to Claim 13, and as discussed above regarding Claim 1, while Negrino does not expressly teach facilitating a first event within a first subsystem of a computer-based system, it does teach an automated, computer-based sales system that

Serial Number: 08/550,089                                                              -7-
Art Unit: 2411

spells out every step of the sales process and directs subsequent steps based on the
outcome of the immediately previous step. The Examiner asserts that any such
sequence of steps within a plurality of subsystems as disclosed by Negrino necessarily
has a beginning, or first, step and beginning, or first, subsystem. Otherwise, Negrino
would have no starting point from which the sales process would be facilitated as
taught within the Negrino publication. The remaining limitations of Claim 13 are
found in Claim 1, and the remainder of this claim is rejected for the same reasons.

(L)     As to Claim 14, and as discussed above regarding Claims 2 and 3,
Negrino teaches performance of events based on the occurrence of prior events.
Although Negrino does not expressly disclose determining whether or not such prior
events occurred, the Examiner asserts that such a determination would have been
obvious prior to the initiation of a subsequent, dependent event. To do otherwise,
would render the sequential dependency of events as disclosed by Negrino
meaningless. Although Negrino does not disclose determining whether the prior event
was part of the context of the first event, the Examiner asserts that recitation of "first"
event is merely selection of one of a plurality of possible events within the sales
process. The remaining limitations of Claim 14 are found in Claims 2 and 3, and the
remainder of this claim is rejected for the same reasons.

(M)     The limitations of Claim 15 are found in Claims 1 and 6, and this claim
is rejected for the same reasons.

(N)     The limitations of Claim 16 are found in Claims 1 and 5, and this claim
is rejected for the same reasons.

(O)     As to Claim 17, and as discussed above regarding Claim 1 and 4,
Negrino discloses a computer-based sales automation system that is used to facilitate
the sales process. Although Negrino does not teach "electronically" facilitating sales
events, Negrino does disclose use of computers with which to direct events, and the

Serial Number: 08/550,089                                        -8-
Art Unit: 2411

Examiner asserts that computers are well known to be powered by electricity. While
Negrino does not expressly disclose linking to subsequent steps based on prior
experience, it does disclose linking to subsequent steps based on the occurrence of
prior steps. Also, Seideman teaches incorporating prior sales experience with which to
direct the operation of the automated system. It would have been obvious to modify
Negrino with the experience means of Seideman. One would be motivated to do so to
take advantage of existing practical knowledge within the sales process so as to avoid
prior mistakes and to use past successful sequences of events and subsystems with
which to close a sale. The remaining limitations of Claim 17 are found in Claims 1
and 4, and the remainder of this claim is rejected for the same reasons.

   (P)  As to Claims 18,19, and 20, although Negrino does not disclose an
expert system, Seideman does disclose an expert sales automation system that uses
prior sales experience with which to build rules to drive the system. As discussed
above regarding Claim 4, expert systems are well known to be comprised of
knowledge bases of rules that represents expert experience in the field, and Seideman
teaches learning from the sales process so as to implement strategies that will work
best and further teaches guiding the system to direct the most efficient courses of
action. Although Seideman does not expressly disclose monitoring sales process
events, the Examiner asserts that it would have been obvious, in view of Seideman, for
an expert system to monitor those events comprising the system so as to "learn" what
works and what leads to undesirable results and incorporate that knowledge in the
expert system's well-known knowledge base. It would have been obvious to modify
Negrino with the expert system of Seideman for the reasons discussed regarding claim
4.

7.  Claim 9 is rejected under 35 USC § 103 as being unpatentable over Tom
Negrino, "Sales-Automation Software", Macworld, v 10, n 10, pages 144 - 148,

Serial Number: 08/550,089                                                    -9-
Art Unit: 2411

October, 1993 (hereinafter "Negrino") in view of Colleen Frye, "Automation
Integrating Phases of Sales Cycle", Software Magazine, v 13, n 14, pages 61 - 72,
September, 1993 (hereinafter "Frye").

    (A)    As to Claim 9, Negrino discloses a computer-based sales automation
system that is used to facilitate the sales process, said system being comprised of a
plurality of subsystems, each corresponding to a step in the sales process and each
facilitating that respective sales step.  Although Negrino does not teach a training
subsystem, Frye does disclose a sales force automation system in which the users
(salespersons) are trained on the system.  Although Frye is not clear whether or not the
system actually does the training, the Examiner asserts that, in view of Frye and the
well-known benefits that accrue from a well-trained staff, it would have been obvious
to one of ordinary skill in the art of sales automation systems to provide for system-
directed training of salespersons.  One would be motivated to do so in order to take
advantage of the automation and the knowledge (rules) built into the system to detect
the progress of each individual salesperson and to provide training information relevant
to his/her particular experience level and products being sold.  One would be further
motivated to do so to automatically load updated product information into the
databases disclosed by Negrino and Frye to provide the salespersons with up to date
information.

### Conclusion

8.    Any inquiry concerning this communication or earlier communications from the
examiner should be directed to William Hughet, whose telephone number is (703) 305-
9770.  The examiner can be reached on Monday through Friday from 8:00 a.m. to
5:00 p.m.

Serial Number: 08/550,089                                                -10-
Art Unit: 2411

   If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Gail Hayes, can be reached at (703) 305-9711.  The fax phone number for this Group is (703) 305-9731.

   Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 305-3900.

William N. Hughet
June 04, 1997

(08550089.AC1)

GAIL O. HAYES
SUPERVISORY PATENT EXAMINER
GROUP 2400

S/N  08/550,089                                                    PATENT    # 7



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

|  |  |  |  |
|---|---|---|---|
| Applicant: | Johnson et al. | Examiner: | W. Hughet |
| Serial No.: | 08/550,089 | Group Art Unit: | 2411 |
| Filed: | October 30, 1995 | Docket No.: | 7709.72US01 |
| Title: | INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM | | |

---

**CERTIFICATE UNDER 37 CFR 1.8:**
I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:  Assistant Commissioner for Patents, Washington, D.C. 20231 on December 10, 1997.

Susan Creek

---

### PETITION FOR EXTENSION OF TIME

Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

In accordance with the provisions of 37 C.F.R. §1.136(a), it is respectfully requested that

a 3-month extension of time be granted in which to respond to the outstanding Office Action

mailed June 10, 1997, said period of response being extended from September 10, 1997 to

December 10, 1997.

Our check in the amount of $475.00 is enclosed to cover the required extension fee for a

small entity.

12/1997 BALEXAND 00000034 08550089
217
             475.00 OP

                                        Respectfully submitted,
                                        Merchant, Gould, Smith, Edell,
                                          Welter & Schmidt, P.A.
                                        3100 Norwest Center
                                        90 South Seventh Street
                                        Minneapolis, MN  55402
                                        612/332-5300

Dated: _12/10/9_, 1997          By: _____
                                        John P. Sumner
                                        Reg. No. 29,114
                                        JPS:PST:slc

S/N  08/550,089                                             <u>PATENT</u>

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

Applicant:     JOHNSON et al.      Examiner:          W. Hughet

Serial No.:    08/550,089          Group Art Unit:    Unassigned

Filed:         Oct. 30, 1995       Docket No.:        7709.72US01

Title:         INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION
               SYSTEM

COURTESY COPY OF INFORMATION DISCLOSURE STATEMENT,

FORM 1449 AND CITED REFERENCES

submitted on February 6, 1996

Receipt is hereby acknowledged for the following in the U.S. Patent and Trademark Office:

Applicant:   Jerome D. Johnson et al.
Serial No.:  08/550,089
Filed:     October 30, 1995
Docket:   7709.72US01
Title:     INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM
Small entity status has been previously submitted
Information Disclosure Statement, Form 1449 and cited references.
Transmittal Sheet, in duplicate, containing certificate under 37 CFR 1.8

WDM:bkh                              Due Date: -
Patent               Date Mailed:  February 6, 1996

Receipt is hereby acknowledged for the following in the U.S. Patent and Trademark Office:

Applicant:   Jerome D. Johnson et al.
Serial No.:  08/550,089
Filed:     October 30, 1995
Docket:   7709.72US01
Title:     INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM
Small entity status has been previously submitted
Information Disclosure Statement, Form 1449 and cited references.
Transmittal Sheet, in duplicate, containing certificate under 37 CFR 1.8

WDM:bkh                              Due Date: -
Patent               Date Mailed:  February 6, 1996

FEB
8
1996

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Jerome D. Johnson et al. | Examiner: | N/A |
| Serial No.: | 08/550,089 | Group Art Unit: | N/A |
| Filed: | October 30, 1995 | Docket: | 7709.72US01 |
| Notice of Allow. Date: | N/A | Batch No.: | N/A |
| Title: | INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM | | |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

We are transmitting herewith the attached:

### CLAIMS AS AMENDED

| CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | | PRESENT EXTRA | | RATE | | FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS: | - | | = | | x | $ | = | $ |
| INDEPENDENT CLAIMS: | - | | = | | x | $ | = | $ |
| MULTIPLE DEPENDENT CLAIM FEE | | | | | | | | $ |
| TOTAL FILING FEE | | | | | | | | $ |

Small entity status has been previously submitted

Information Disclosure Statement, Form 1449 and cited references.

Return postcard

**Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers and please charge any additional fees or credit overpayment to Deposit Account No. 13-2725. A duplicate of this sheet is enclosed.**

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this Transmittal Letter and the paper, as described hereinabove, are being deposited in the United States Postal Service, as first class mail, in an envelope addressed to:   Assistant Commissioner for Patents, Washington, D.C. 20231, on this 6th day of February, 1996.

MERCHANT, GOULD, SMITH, EDELL, WELTER & SCHMIDT
3100 Norwest Center, 90 South Seventh Street
Minneapolis, MN  55402-4131
(612) 332-5200

By: _____
Name:  William D. Miller
Reg. No.:  37,988
WDM:bkh

(GENERAL)



S/N 08/550,089                                          PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Applicant: | Johnson et al. | Examiner: | W. Hughet |
|---|---|---|---|
| Serial No.: | 08/550,089 | Group Art Unit: | 2411 |
| Filed: | October 30, 1995 | Docket No.: | 7709.72US01 |
| Title: | INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM | | |

---

**CERTIFICATE UNDER 37 CFR 1.8:** The undersigned hereby certifies that this correspondence is being deposited with the United States Postal Service, as first class mail, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on _December 10, 1997_

By: _Susan Creek_
Name: Susan Creek

## AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Amendment is submitted in response to the non-final Office Action dated

June 10, 1997.

Please amend the above-identified application as follows.

### IN THE SPECIFICATION

Page 3, line 13, delete "proces", insert --process-- therefor.

Page 6, line 22, delete "is", insert --are-- therefor.

Page 34, line 34, delete "effect", insert --affect-- therefor.

Page 38, line 14, delete "are", insert --is-- therefor.

Page 47, line 3, delete "mangers", insert --managers-- therefor.

Page 61, line 1, delete "paring", insert --pairing-- therefor.

## IN THE CLAIMS

Please amend the claims as follows:

1.    (AMENDED) A computer implemented sales system used to facilitate a sales process, the system comprising:

a plurality of subsystems <u>configured to facilitate</u> [each corresponding to a phase of the sales process and facilitating] one or more <u>actions performed during</u> [events occurring in] <u>at least one</u> [the corresponding] phase of the sales process; and

an event manager, coupled to [each of] the subsystems, the event manager

<u>detecting one or more changes in state characteristic of</u> [recognizing] an event <u>occurring within the system</u> [carried out by a first subsystem of the plurality of subsystems],

<u>inferring occurrence of the event and</u> [determining] a context in which the [recognized] event <u>occurred based at least in part on the detected changes in state</u> [occurs]<u>,</u> and

automatically initiating an operation in <u>one or more particular</u> [a second] subsystem<u>s</u> of the <u>computer</u> [plurality of subsystems] to facilitate a new <u>action</u> [event] based on the <u>inferred</u> context [in which the recognized event occurs].



2

2.     (AMENDED) A system as recited in claim 1, wherein the <u>inferred</u> context [in which the recognized event occurs] includes information related to <u>at least one</u> [a] phase of the sales process [in which the recognized event occurs].


3.     (AMENDED) A system as recited in claim 1, wherein the <u>inferred</u> context [in which the recognized event occurs] includes information related to whether a previous event has occurred in the sales process.


4.     (AMENDED) A system as recited in claim 1, further comprising:

a first memory storing a plurality of rules, each rule indicating <u>at least one</u> subsequent action to be taken by a subsystem of the sales system upon occurrence of a corresponding event occurring in a particular context; and

<u>a decision subsystem configured to</u> [means for] identify[ing] a rule stored in said first memory corresponding to the <u>inferred</u> context [in which the recognized event occurred] and for initiating the operation in the <u>particular</u> [second] subsystem based on the identified rule.


5.     (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale;[.] and

3

[the second subsystem comprises] a lead <u>generation</u> [management] subsystem <u>configured to convert</u> [for use in converting] a name to a potential customer.

6.  (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale<u>;</u>[,] and

[the second subsystem comprises] an order management subsystem <u>configured to convert</u> [for use in converting] the sale such that a product or service delivered matches a product or service sold.

7.  (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale<u>;</u>[,] and

[the second subsystem comprises] a customer retention subsystem <u>configured to convert</u> [for use in converting] an existing customer into a lead<u>, so as to generate</u> [thereby gaining] repeat sales.

8.  (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

4

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer <u>and prompting the buying customer to make a buying decision,</u> <u>so as to close</u> [thereby closing] a sale<u>:</u>[,] and

[the second subsystem comprises] a self management subsystem <u>configured</u> <u>to assist</u> [for use in assisting] a salesperson in managing [their own] sales information.


9.    (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configued to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale<u>:</u>[,] and

[the second subsystem comprises] a training subsystem <u>configured to provide</u> [for use in providing] training to a salesperson.


10.    (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale<u>:</u>[,] and

[the second subsystem comprises] a sales management subsystem <u>configured</u> <u>to assist</u> [for use in assisting] a sales manager in managing a plurality of salespeople.

11.    (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

an order management subsystem <u>configured to ensure</u> [for use in for use in ensuring] that a product or service delivered matches a product or service sold<u>;</u> and

[the second subsystem comprises] a self management subsystem <u>configured to assist</u> [for use in assisting] a salesperson in managing [their own] sales information.



12.    (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a lead management subsystem <u>configured to manage a conversion of a lead to a prospect and of the prospect to a buying customer</u> [for use in converting a lead to a customer]<u>;</u> and

[the second subsystem comprises] a self management subsystem <u>configured to assist</u> [for use in assisting] a salesperson in managing [their own] sales information.

13. (AMENDED) A method of facilitating a sales process using a computer arrangement having [configured to have] a plurality of subsystems configured to facilitate one or more actions performed during at least one [, each corresponding to a] phase of the sales process[, in order to facilitate an event occurring in a related phase of the sales process], the method comprising the steps of:

[(a)   facilitating a first event occurring in the sales process using a first subsystem of the computer;]

[(b)]   automatically detecting one or more changes in state characteristic of an [the occurrence of the first] event occurring in the sales process: [and]

inferring occurrence of the event and [determining] a context in which the [first] event occurred based at least in part on the detected changes in state; and

[(c)]   automatically initiating an operation in one or more particular [a second] subsystems of the computer to facilitate a new action [event] based on the inferred context [in which the first event occurred].

14. (AMENDED) A method as recited in claim 13; further comprising [14, wherein the determining step (b) comprises] the steps of:

determining whether a prescribed event [has previously] occurred in the [a] sales process [event] prior to [occurrence of] the inferred [first] event; and

indicating as at least part of the inferred context whether the prescribed event has previously occurred [as at least part of the context in which the first event occurred].





7

~~15.~~   (AMENDED) A method as recited in claim ~~13, further comprising the steps~~ of: [14, wherein the first subsystem is used to facilitate]

inferring the occurrence of an event [occurring] while a salesperson is with a customer; and

using the particular [second] subsystem [is used] to facilitate an action taken [event occurring] while managing an order made by [with] the customer.

~~16.~~   (AMENDED) A method as recited in claim ~~13, further comprising the steps~~ of: [14, wherein the first subsystem is used to facilitate]

inferring occurrence of an event [occurring] while converting a name into a customer; and

using the particular [second] subsystem [is used] to facilitate an action taken [event occurring] while a salesperson is with the customer.

~~17.~~   (AMENDED) A computer implemented sales system used to facilitate a sales process, the system comprising:

a plurality of subsystems configured to [each] electronically facilitate actions performed during [facilitating an event occurring in] the sales process; and

an event manager coupled to [each of] the [plurality of] subsystems and configured to

detect one or more changes in state characteristic of an event occurring in the system.

8

infer [detect the] occurrence of the [a first] event [in the sales process] and a context in which the event occurred based at least in part on the detected changes in state,

[to] link the inferred [first] event [in the sales process] with an action to be performed during [a second event in] the sales process based on prior sales experience using the sales system, and

[to] automatically initiate an operation using one or more of the plurality of subsystems to facilitate the action to be performed based on the inferred context [second event].

18.   (AMENDED) A system as recited in claim 17 [19], wherein the event manager comprises an expert system.

19.   (AMENDED) A system as recited in claim 17 [19], wherein the event manager comprises an expert system configured [provided] to

automatically monitor events occurring in the sales process,

[to] identify which events lead to a desired outcome in a use of the sales system, and

[to] produce a knowledge database for use in subsequent operations as the prior sales experience using the sales system.

9

20. (AMENDED) A system as recited in claim 19 [20], wherein the expert system comprises:

a knowledge database configured to store [storing] information related to the prior sales experience using the sales system;

means for realizing an [the] implication of the information stored in the knowledge database; and

means for strategizing a desirable subsequent action based on the implication of the information stored, wherein the operation automatically initiated by the event manager carries out the desirable subsequent action.


Please add the following new claims.

21. (NEW) A system as recited in claim 1, wherein the inferred event is the occurrence of a phase of the sales process.


22. (NEW) A system as recited in claim 1, wherein the inferred event is distributed among at least two of the plurality of subsystems.


23. (NEW) A system as recited in claim 22, wherein the inferred context includes information related to the subsystems among which the inferred event is distributed.


24. (NEW) A system as recited in claim 23, wherein the inferred context includes an identification of the subsystems among which the inferred event is distributed.


10

25. (NEW) A system as recited in claim 1, wherein the inferred event is contained within one of the plurality of subsystems.

26. (NEW) A system as recited in claim 25, wherein the inferred context includes information related to the subsystem in which the inferred event is contained.

27. (NEW) A system as recited in claim 26, wherein the inferred context includes an identification of the subsystem in which the inferred event is contained.

28. (NEW) A method as recited in claim 13, wherein the inferred context includes information related to at least one phase of the sales process.

29. (NEW) A method as recited in claim 13, wherein the inferred event is the occurrence of a phase of the sales process.

30. (NEW) A method as recited in claim 13, wherein the inferred event is distributed among at least two of the plurality of subsystems.

31. (NEW) A method as recited in claim 30, wherein the inferred context includes information related to the subsystems among which the inferred event is distributed.

11

32. (NEW) A method as recited in claim 31, wherein the inferred context includes an identification of the subsystems among which the inferred event is distributed.

33. (NEW) A method as recited in claim 13, wherein the inferred event is contained within one of the plurality of subsystems.

34. (NEW) A method as recited in claim 33, wherein the inferred context includes information related to the subsystem in which the inferred event is contained.

35. (NEW) A method as recited in claim 34, wherein the inferred context includes an identification of the subsystem in which the inferred event is contained.

36. (NEW) A method as recited in claim 13, further comprising the steps of:

storing a plurality of rules in a memory, each rule indicating at least one subsequent action to be taken by a subsystem of the sales system upon occurrence of a corresponding event occurring in a particular context; and

identifying a rule corresponding to the inferred context; and

initiating the operation in the particular subsystem based on the identified rule.

37. (NEW) A method as recited in claim 13, further comprising the steps of:

inferring occurrence of an event while converting a name to a potential customer; and

12

using the particular subsystem to convert a lead to a customer.

34    20
38.    (NEW) A method as recited in claim 13, further comprising the steps of:

inferring occurrence of an event while converting a lead to a buying customer; and

using the particular subsystem to convert an existing customer into a lead, so as to

generate repeat sales.

35    20
39.    (NEW) A method as recited in claim 13, further comprising the steps of:

inferring occurrence of an event while converting a lead to a buying customer and

prompting the buying customer to make a buying decision; and

using the particular subsystem to assist a salesperson in managing sales information.

36    20
40.    (NEW) A method as recited in claim 13, further comprising the steps of:

inferring occurrence of an event while converting a lead to a buying customer; and

using the particular subsystem to provide training to a salesperson.

37    20
41.    (NEW) A method as recited in claim 13, further comprising the steps of:

inferring occurrence of an event while converting a lead to a buying customer; and

using the particular subsystem to assist a sales manager in managing a plurality of

salespeople.

38    20
42.    (NEW) A method as recited in claim 13, further comprising the steps of:

13

inferring occurrence of an event while ensuring that a product or service delivered matches a product or service sold; and

using the particular subsystem to assist a salesperson in managing sales information.

39

43.    (NEW) A method as recited in claim 13, further comprising the steps of: 26



inferring occurrence of an event while managing a conversion of a lead to a prospect and of the prospect to a buying customer; and

using the particular subsystem to assist a salesperson in managing sales information.

---

## REMARKS

Claim 11 was objected to regarding duplication of the phrase, "for use in." Accordingly, Applicants have deleted the duplicative language.

Claims 14-16 and 18 stand rejected under § 112, second paragraph, as indefinite for failing to particularly point out and distinctly claim the subject matter that Applicants regard as the invention.  Applicants have considered the comments in the Office Action and have amended these claims in light of those comments.  For example, the claims have been amended to reflect the proper dependencies.

Claims 1-8 and 10-20 stand rejected under § 103 as being unpatentable over Tom Negrino, "Sales-Automation Software," *Macworld*, v. 10, n. 10, pp. 144-48, October 1993 (hereinafter "Negrino") in view of Tony Seideman, "Way Cool! (Sales Force Automation)," *Sales & Marketing Management*, v. 146, n. 6, pp. 10-13, June 1994 (hereinafter "Seideman"), and further in view of John Hiatt, "Empowering the Global

14

Sales Force," *International Business*, v. 7, n. 9, pp. 16-20, September 1994 (hereinafter "Hiatt"). Negrino teaches a computer-based sales automation system that is used in a sales process. It is believed that Examiner asserts that Negrino further teaches a plurality of subsystems corresponding to steps in the sales process and facilitating the respective steps in the process. Applicants respectfully submit that the products described in Negrino are primarily directed to contact management, *e.g.*, management of client histories and scheduling appointments. Negrino fails to teach or suggest integration of a plurality of subsystems into a single system for facilitating a sales process.

Moreover, it is respectfully asserted that the claimed invention infers occurrence of an event and a context in which the event occurred based at least in part on state changes in the system. It is believed that inferring the context suggests that a given event can occur in different contexts and that the system has the ability, based on the particular changes in state detected, to infer the particular context in which the event occurred. The system can also, based on the inferred context, facilitate an appropriate action to be performed during the sales process. By facilitating an action based on the context in which the event occurred, the system improves the efficiency with which a salesperson completes sales transactions.

Applicants believe that Negrino teaches systems that feature a linear progression from one step in a phase of the sales process to the next step in the phase. Accordingly, Negrino fails to adequately teach or suggest context-sensitive event recognition. While the present invention can handle sales processes characterized by a linear progression from one step to the next, it provides the additional ability to handle

15

non-linear sales processes in which a salesperson might not follow a predetermined sequence of steps. Salespeople can thereby conduct business with enhanced flexibility and versatility. It is respectfully asserted that context recognition, especially in combination with the integration of a plurality of subsystems corresponding to distinct phases of the sales process, significantly and advantageously enhances the usefulness of the claimed invention in facilitating business efforts in various phases of the sales process.

Accordingly, the claimed invention is neither taught nor suggested by, and is patentably distinct from, the prior art. Applicants respectfully request removal of the rejection of claim 1 under § 103. Claims 2-12 depend from claim 1 and further define particular features of various embodiments of the present invention over the prior art. Further, the combination of Negrino with Seideman, Hiatt, and/or Frye fails to teach or suggest the dependent claim embodiments because Negrino neither teaches nor suggests the claimed features discussed above. Applicants therefore also respectfully request that the rejection of these claims under § 103 be removed.

Claims 13-20 stand rejected under § 103 for reasons that appear to be similar to those discussed above in connection with claims 1-12. Applicants submit that the above discussion is equally applicable to claims 13-20 and request removal of the rejection of claims 13-20 under § 103.

New claims 21-43 further define various embodiments of the present invention over the prior art and are supported in the specification. Support for the subject matter claimed in claims 21-43 can be found, for example, from page 59, line 30 to page

16

61, line 7 and on page 63, lines 17-32.  Accordingly, no new matter is asserted in new

claims 21-43.

      Applicants respectfully submit that the pending claims are in condition for

allowance.  A notice of allowance is respectfully requested.

      Respectfully submitted,

      Jerome Johnson et al.

      By their agents
      MERCHANT, GOULD, SMITH, EDELL,
        WELTER & SCHMIDT, P.A.
      3100 Norwest Center
      90 South Sevent Street
      Minneapolis, Minnesota  55402
      (612) 336-4624

      By:_____

        John P. Sumner
        Reg. No. 29,114
        JPS/AO

17



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/550,089 | 10/30/95 | JOHNSON | J | 7709.72US01 |

LM21/0303

MERCHANT GOULD SMITH EDELL
WELTER & SCHMIDT
3100 NORWEST CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-4131

| EXAMINER |
|---|
| HUGHET, W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2761 | 9 |

DATE MAILED:   03/03/98

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| *Office Action Summary* | Application No.<br>08/550,089 | Applicant(s)<br>Jerome D. Johnson, et al. |
|---|---|---|
| | Examiner<br>William N. Hughet | Group Art Unit<br>2761 |

X Responsive to communication(s) filed on *Dec 10, 1997* _____ .

X This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____*3*_____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

    X Claim(s) *1-43* _____ is/are pending in the application.

       Of the above, claim(s) _____ is/are withdrawn from consideration.

    ☐ Claim(s) _____ is/are allowed.

    X Claim(s) *1-43* _____ is/are rejected.

    ☐ Claim(s) _____ is/are objected to.

    ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

    ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

    X The drawing(s) filed on _____*Oct 30, 1995*_____ is/are objected to by the Examiner.

    ☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

    ☐ The specification is objected to by the Examiner.

    ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

    ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

        ☐ All ☐ Some* ☐None of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

        *Certified copies not received: _____ .

    ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

    ☐ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☐ Interview Summary, PTO-413

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

S. Patent and Trademark Office<br>TO-326 (Rev. 9-95)   *WNH*

**Office Action Summary**

Part of Paper No. ___9___