# EXHIBIT 3

INDEPENDENT CLAIMS OF THE '525 PATENT

| Claim 1 | Claim 20 | Claim 40 |
| --- | --- | --- |
| A computer implemented sales system used to facilitate a sales process, the system comprising: | A method of facilitating a sales process using a computer arrangement having | A computer implemented sales system used to facilitate a sales process, the system comprising: |
| a plurality of subsystems configured to facilitate one or more actions performed during at least one phase of the sales process; and | a plurality of subsystems configured to facilitate one or more actions performed during at least one phase of the sales process, | a plurality of subsystems configured to electronically facilitate actions performed during the sales process; and |
| an event manager, coupled to the subsystems, the event manager | the method comprising the steps of: | an event manager coupled to the subsystems and configured to |
| detecting one or more changes in state characteristic of an event occurring within the system, | automatically detecting one or more changes in state characteristic of an event occurring in the sales process; | detect one or more changes in state characteristic of an event occurring in the system, |
| inferring occurrence of the event and a context in which the event occurred based at least in part on the detected changes in state, and | inferring occurrence of the event and a context in which the event occurred based at least in part on the detected changes in state; and | infer occurrence of the event and a context in which the event occurred based at least in part on the detected changes in state, |
| | | link the inferred event with an action to be performed during the sales process based on prior sales experience using the sales system, and |
| automatically initiating an operation in one or more particular subsystems of the computer to facilitate a new action based on the inferred context. | automatically initiating an operation in one or more particular subsystems of the computer to facilitate a new action based on the inferred context. | automatically initiate an operation using one or more of the plurality of subsystems to facilitate the action to be performed based on the inferred context. |