# EXHIBIT 4

action. The American Heritage® Dictionary of the English Language: Fourth Edition. 2000. Page 1 of 2

Case 6:07-cv-00067-LED   Document 172-6   Filed 11/28/08   Page 2 of 4

**OVER 75% OF YOU HAVE FAILED THE DUMB TEST**

Bartleby.com — Great Books Online

Reference | Verse | Fiction | Nonfiction

Search Dictionary

Home | Subjects | Titles | Authors    Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ actinouranium                                                                                                    actionable ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

### action



SYLLABICATION: ac·tion

PRONUNCIATION: ăk'shən

NOUN: **1.** The state or process of acting or doing: *The medical team went into action.* **2.** Something done or accomplished; a deed. See Usage Note at **act**. **3.** Organized activity to accomplish an objective: *a problem requiring drastic action.* **4.** The causation of change by the exertion of power or a natural process: *the action of waves on a beach; the action of a drug on blood pressure.* **5.** A movement or a series of movements, as of an actor. **6.** Manner of movement: *a horse with fine action.* **7.** Habitual or vigorous activity; energy: *a woman of action.* **8.** Behavior or conduct. Often used in the plural. **9a.** The operating parts of a mechanism. **b.** The manner in which such parts operate. **c.** The manner in which a musical instrument can be played; playability: *a piano with quick action.* **10.** A change that occurs in the body or in a bodily organ as a result of its functioning. **11.** A physical change, as in position, mass, or energy, that an object or a system undergoes. **12.** The series of events and episodes that form the plot of a story or play. **13.** The appearance of animation of a figure in painting or sculpture. **14.** *Law* A judicial proceeding whose purpose is to obtain relief at the hands of a court. **15a.** Armed encounter; combat: *missing in action.* **b.** An engagement between troops or ships: *fought a rear-guard action.* **16.** The most important or exciting work or activity in a specific field or area: *always heads for where the action is.*

OTHER FORMS: ac'tion·less —ADJECTIVE



The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ actinouranium                                                                                                    actionable ›





I want to become a... Click here to find out how. Click Here »
Social Worker | Bounty Hunter | Patient Advocate | Graphic Designer | Teacher | Psychologist | Web Designer | Therapist | Criminal Investigator | Accountant / CPA | Health Care Manager | Software Professional | SWAT | Paralegal | Detective | Chef | Dietician | Librarian | Police | More
degrees.info

Merriam-Webster
Merriam-Webster OnLine

Also Visit: Unabridged | Encyclopedia Britannica | Visual ESL: | Learner's NEW for Kids: | Spell it! | Word Central

Dictionary | Thesaurus | Spanish/English | Medical | Search

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

# Action

Entries 1 to 10 of 19. Next 9

action
action figure
action painting
action potential

Main Entry: **ac·tion**
Pronunciation: \'ak-shən\
Function: *noun*
Etymology: Middle English *accioun,* from Anglo-French *accion,* from Latin *action-, actio,* from *agere* to do — more at AGENT
Date: 14th century

**1 :** the initiating of a proceeding in a court of justice by which one demands or enforces one's right ; *also* **:** the proceeding itself
**2 :** the bringing about of an alteration by force or through a natural agency
**3 :** the manner or method of performing: **a :** an actor's or speaker's deportment or expression by means of attitude, voice, and gesture **b :** the style of movement of the feet and legs (as of a horse) **c :** a function of the body or one of its parts
**4 :** an act of will
**5 a :** a thing done **:** DEED **b :** the accomplishment of a thing usually over a period of time, in stages, or with the possibility of repetition **c** *plural* **:** BEHAVIOR , CONDUCT <unscrupulous *actions*> **d :** INITIATIVE , ENTERPRISE <a man of *action*>
**6 a** (1) **:** an engagement between troops or ships (2) **:** combat in war <gallantry in *action*> **b** (1) **:** an event or series of events forming a literary composition (2) **:** the unfolding of the events of a drama or work of fiction **:** PLOT (3) **:** the movement of incidents in a plot **c :** the combination of circumstances that constitute the subject matter of a painting or sculpture
**7 a :** an operating mechanism **b :** the manner in which a mechanism or instrument operates
**8 a :** the price movement and trading volume of a commodity, security, or market **b :** the process of betting including the offering and acceptance of a bet and determination of a winner **c :** financial gain or an opportunity for financial gain <a piece of the *action*>
**9 :** sexual activity
**10 :** the most vigorous, productive, or exciting activity in a particular field, area, or group <wants to be where the *action* is>

Learn more about "action" and related topics at Britannica.com
See a map of "action" in the Visual Thesaurus
Find Jobs in Your City

Pronunciation Symbols

Share this entry:

Link to this page:
<a href="http://www.merriam-webster.com/dictionary/action">action</a>

Cite this page:

MLA Style

Search "action" in:
· Thesaurus
· Spanish/English
· Medical Dictionary
· Open Dictionary
Browse words next to:
· action
Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

action Go

Huntington LEARNING CENTER
$100 off Diagnostic Test*
The Huntington SAT, ACT, and TAKS prep courses are proven to improve scores.
huntingtonlearning.com
1-800 CAN LEARN
CLICK OR CALL TODAY

NON-SURGICAL BREAKTHROUGH TREATMENT
→ Chronic Back Pain
→ Herniated Discs
→ Bulged Discs
→ Sciatica
What Doctors Are Using To Treat Their Own Backs
Click Here For More Info
Go to www.DallasSpineCenter.com Feedback - Ads by Google

**Related Searches** on Ask.com
- action games
- action movies
- action verbs
- lights camera action
- people in action
- action collectibles
- action replay
- affirmative action
- the tv show action
- action games online
- action genre
- action supermarkets

More »

**Synonyms of Action**
deed, doing, thing, work, conduct, deportment, way, case, cause, instance, suit, battle

More »

**Browse Nearby Entries**
- Actinozoon
- Actinula
- actio de in rem vers...
- **ACTION**
- action at law
- action current
- action figure

## action



Police Auctions — Sponsored Links
40,000+ Cars from $500 Foreclosures Gold, Jewelry, Coins. Auctions Now
www.policeauctions.com

10 dictionary results for: *Action*

Dictionary.com Unabridged (v 1.1) - Cite This Source - Share This
**ac·tion** HEAR [ak-shuhn] Show IPA Pronunciation ?

–noun
1. the process or state of acting or of being active: *The machine is not in action now.*
2. **something done or performed; act; deed.**
3. characterized by physical or mental activity: *a crisis that demands action instead of debate; hoping for constructive action by the landlord.*
4. actions, habitual or usual acts; conduct: *He is responsible for his actions.*
5. energetic activity: *a man of action.*
6. an exertion of power or force: *the action of wind upon a ship's sails.*
7. effect or influence: *the action of morphine.*
8. *Physiology.* a change in organs, tissues, or cells leading to performance of a function, as in muscular contraction.
9. way or manner of moving: *the action of a machine or of a horse.*
10. the mechanism by which something is operated, as that of a gun or a piano.
11. a military encounter or engagement; battle, skirmish, or the like.
12. combat: *He saw action in Vietnam.*
13. *Literature.* the main subject or story, as distinguished from an incidental episode.
14. *Theater.*
    a. dramatic plot: *the action of a scene.*
    b. one of the three unities. Compare UNITY (def. 8).
15. the gestures or deportment of an actor or speaker.
16. *Fine Arts.* the appearance of animation, movement, or emotion given to figures by their attitude, position, or expression.
17. *Law.*
    a. a proceeding instituted by one party against another.
    b. the right of bringing it.
18. *Slang.*
    a. *He gave us some tips on where the action was.*
    b. gambling or the excitement of gambling: *The casino usually offers plenty of action.*
    c. money bet in gambling, esp. illegally.
19. *Ecclesiastical.*
    a. a religious ceremony, esp. a Eucharistic service.
    b. the canon of the Mass.
    c. those parts of a service of worship in which the congregation participates.
–adjective
20. characterized by brisk or dynamic action: *an action car; an action melodrama.*
–Idioms
21. **in action,**


