# EXHIBIT 5

# MICROSOFT PRESS®

# COMPUTER DICTIONARY





PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1991 by Microsoft Press, a division of Microsoft Corporation.

All rights reserved. No part of the contents of this book may
be reproduced or transmitted in any form or by any means without
the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press computer dictionary : the comprehensive standard for
  business, school, library, and home.
     p.   cm.
     ISBN 1-55615-231-0
     1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
  I. Microsoft Press.
  QA76.15.M54   1991
  004.16'03--dc20                                           91-9904
                                                               CIP

Printed and bound in the United States of America.

  56789  MLML  65432

Distributed to the book trade in Canada by Macmillan of Canada, a division
of Canada Publishing Corporation.

Distributed to the book trade outside the United States and Canada by
Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182–190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.


**Acquisitions Editor:** Marjorie Schlaikjer
**Project Editor:** Mary Ann Jones
**Technical Editors:** David Rygmyr, Jeff Hinsch, Mary DeJong, Dail Magee, Jr.
**Manuscript Editor:** Pamela Beason
**Copy Editor:** Alice Copp Smith


...memory allocated at the beginning of a pro-
...and remaining invariant in size throughout
...execution; static RAM is fast random ac-
...ory that draws power and stores informa-
...circuits called flip-flops but that does not
...be refreshed at frequent intervals as does
...amic RAM commonly included in personal
...ers: a static image is one that changes infre-
...while an application is being used (such
...ndow border). In computing, the opposite
...is *dynamic*—ever-changing. *Compare*
...

...**ocation** Allocation of memory that occurs
...ually when the program starts. This mem-
...mains allocated during the program's exe-
...and is not deallocated until the program is
...ed. *Compare* dynamic allocation; *see also*
...deallocate.

...**inding** Also called early binding. Binding
...rting symbolic addresses in the program to
...-related addresses) that occurs during pro-
...compilation or linkage. Most traditional pro-
...ming languages rely on static binding. For
...ple, after binding, when a variable or subrou-
...is called (in ALGOL, C, FORTRAN, Pascal, and
...), the program does not have to take the time
...culate the address of the variable or subrou-
...because it has already been inserted into the
...am code; the binding does not depend on
...execution of the program. *Compare* dynamic
...ing.

...**electricity** An electrical charge accumulated
...object, called *static* because there is no flow
...ectrons in a circuit. Static charges can reach
...s of 1000 volts or more but are generally harm-
...to people because the currents involved are
...(Damage to living tissue is caused by the com-
...tion of voltage and current, not voltage alone.)
...discharge of static electricity through an elec-
...ic circuit, however, often damages the circuit
...ause most integrated circuits are rated for maxi-
...m voltages far lower than those present in static
...rges.

...**c RAM** Abbreviated SRAM (pronounced "ess-
...m"). A form of semiconductor memory (RAM).
...ic RAM storage is based on the logic circuit
known as a flip-flop, which retains the information stored in it as long as there is enough power to run the device. A static RAM chip can store only about one-fourth as much data as a dynamic RAM chip of the same complexity, but static RAM does not require refreshing and is usually much faster than dynamic RAM. It is also more expensive. Static RAMs are usually reserved for use in caches. *Compare* dynamic RAM; *see also* RAM.

**statistical multiplexer** A multiplexing device that adds "intelligence" to time-division multiplexing by using buffering (temporary storage) and a microprocessor, both to combine separate transmission streams into a single signal and to allocate available bandwidth dynamically (on an ongoing basis) to make efficient use of the communications channel.

**statistics** The branch of mathematics that deals with the relationships among and between groups of measurements, and with the relevance of similarities and differences in those relationships. *See also* probability.

**stat mux** *See* statistical multiplexer.

**status** Also called state. The condition at a particular time of any of numerous elements of computing—a device, a communications channel, a network station, a program, a bit, a byte, and so on. *Status* is used in various ways to report on or to control computer operations. Application programs, for example, often use status lines to display messages for the user. Internally, programs also rely on specified bits, bytes, or registers to hold information or to record the outcome of an operation. All types of hardware use external lights, code numbers, or beeps to report on device activity or availability—for example, a light on the keyboard that is turned on when the Caps Lock key is pressed, or a number, light, beep, or message on a printer that indicates the device is on line, off line, or disabled by a paper jam.

**stepper motor** A mechanical device that rotates only a fixed distance each time it receives an electrical pulse. Stepper motors are used in some disk drives to move the actuator arm holding the read/write heads.

**step-rate time** The time required to move a disk

including the ASCII character set, the RS-232-C standard, the SCSI interface, and ANSI-standard programming languages, such as C and FORTRAN. *See also* ANSI, convention.

**standard deviation** In statistics, a measure of the dispersion of a group of measurements relative to the mean (average) of that group.

**standard function** A function that is (or should be) always available within a particular programming language—for example, *WriteLn()* in Pascal or *printf()* in C. *See also* function.

**standard interface** A methodology or a device that conforms to accepted guidelines.

**star-dot-star** (*.*) A file specification using the asterisk wildcard that means "any combination of filename and extension" in operating systems such as MS-DOS. *See also* asterisk, wildcard character.

**star network** A local area network in which each device (node) is connected to a central computer in a star-shaped configuration (topology); commonly, a network consisting of a central computer (the hub) surrounded by terminals. See the illustration. In a star network, messages pass directly from a node to the central computer, which handles any further routing (as to another node) that might be necessary. A star network is reliable in the sense that a node can fail without affecting any other node on the network. Its weakness, however, is that failure of the central computer results in a shutdown of the entire network. And because each node is individually wired to the hub, cabling costs can be high. *Compare* bus network, ring network.

**start bit** In asynchronous transmission, the bit that signals the beginning of a character.

**start/stop transmission** *See* asynchronous transmission.

**startup** *See* boot.

**startup application** On the Apple Macintosh, the application program that takes control of the system when the computer is turned on. Normally, the Finder (or MultiFinder) is the startup application, but a different startup application can be designated through the Set Startup command on the Finder's Special menu. On a multitasking system running the Multifinder, two or more startup applications can be designated, again through the Set



*Star network.*

Startup command on the Finder's Special menu.

**STARTUP.CMD** A special-purpose batch file sto[red] in the root directory of the startup disk in OS[/2]. STARTUP.CMD can contain commands for initial[iz]ing (tailoring) the system to the user's needs or [re]quirements. It is the OS/2 equivalent of an MS-D[OS] AUTOEXEC.BAT file.

**startup ROM** The bootstrap instructions cod[ed] into a computer's ROM (read-only memory) [and] executed at startup. The startup ROM routines [en]able a computer to check itself and its devi[ces] (such as the keyboard and disk drives), prepare [it]self for operation, and run a short program to l[oad] an operating-system loader program from disk. [See] *also* bootstrap, power-on self test.

**state** *See* status.

**statement** The smallest executable entity withi[n a] programming language. In general, each line o[f a] program is an individual statement and is c[on]sidered an individual instruction. Not all langua[ges] define a statement in the same way, but most po[pu]lar ones support the concepts of assignment st[ate]ments, control statements, comment stateme[nts,] and so on.

**state-of-the-art** Up to date; at the forefront of c[ur]rent hardware or software technology.

**static** In communications, a crackling noise cau[sed] by electrical interference with a transmitted sig[nal.] In information processing, *static* means fixed [or] predetermined, not fluctuating with time or si[tua]tion. For example, a static memory buffer is a p[...]