# EXHIBIT 9

Dictionary | Thesaurus | Reference | Translate | Web    Login | Register | Help


an Ask.com service

[Context] [Search]

**Related Searches**
on Ask.com
context in writing
context clue of
communication context
social context
context diagrams
context editor
context in literature
context sensitive grammar
historical context
teaching context clues
context in art
types of context

More »

**Synonyms of Context**
background, climate,
framework, matrix,
meaning, situation,
substance, vocabulary,
ambience, conditions,
connection, lexicon

More »

**Browse Nearby Entries**

contests
contests'
Contex
**Context**
context clash
context clue
COntext Dependent In...

### context

Graphtec Scanners — Sponsored Links
We carry Graphtec scanners get our Free Buyer's Guide booklet.
www.aay.com

8 dictionary results for: Context

Dictionary.com Unabridged (v 1.1) - Cite This Source - Share This
con·text   HEAR   [kon-tekst] Show IPA Pronunciation
–noun
1. meaning or effect: *You have misinterpreted my remark because you took it out of context.*
2. the set of circumstances or facts that surround a particular event, situation, etc.
3. *Mycology.* the fleshy fibrous body of the pileus in mushrooms.

**Origin:**
1375–1425; late ME < L *contextus* a joining together, scheme, structure, equiv. to *contex(ere)* to join by weaving (*con-* + *texere* to plait, weave) + *-tus* suffix of v. action; cf.

Dictionary.com Unabridged (v 1.1) - Cite This Source
Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.

Graphtec Scanners — Sponsored Links
We carry Graphtec scanners get our Free Buyer's Guide booklet.
www.aay.com

American Heritage Dictionary - Cite This Source - Share This
HEAR




*you wake up ready for a great day.*

participle of *contexere*, *to join together* : com-, *com-* + *texere*, *to weave*; see teks- in Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fourth Edition - Cite This Source
Copyright © 2006 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

Online Etymology Dictionary - Cite This Source - Share This
**context**
1432, from L. *contextus* "a joining together," orig. pp. of *contexere* "to weave together," from com- "together" + *textere* "to weave" (see texture).

Online Etymology Dictionary, © 2001 Douglas Harper - Cite This Source

WordNet - Cite This Source - Share This
**context**

noun
1. discourse that surrounds a language unit and helps to determine its interpretation
2. the set of facts or circumstances that surround a situation or event; "the historical context"

WordNet® 3.0, © 2006 by Princeton University. - Cite This Source

Free On-line Dictionary of Computing - Cite This Source - Share This