# EXHIBIT 10



Definition of: **API**

(**A**pplication **P**rogramming **I**nterface) A language and message format used by an application program to communicate with the operating system or some other control program such as a database management system (DBMS) or communications protocol. APIs are implemented by writing function calls in the program, which provide the linkage to the required subroutine for execution. Thus, an API implies that some program module is available in the computer to perform the operation or that it must be linked into the existing program to perform the tasks.

**Plenty of API Programming Is Done**
Understanding an API is a major part of what a programmer does. Except for writing the business logic that performs the actual data processing, all the rest of the programming is writing the code to communicate with the functions in the operating system and other system software such as a DBMS.

The APIs for operating systems can be daunting, especially the calls to the user interface routines to display contents on the screen. There are more than a thousand API calls in a full-blown operating system such as Windows, Mac or Unix. See function and interface.







ABI and API Relationship

**RELATED TERMS:**

function
interface

Search: [      ] Search Encyclopedia   Browse the index



Copyright © 1981- 2008
The Computer Language Company Inc.
All rights reserved.

THIS COPYRIGHTED DEFINITION IS FOR PERSONAL USE ONLY.
All other reproduction is strictly prohibited without permission from the publisher.

---

**NVIDIA CUDA Software**
Harness the computing power of GPUs C language development environment
NVIDIA.com/CUDA

**Best-of-Breed Technology**
Efficiently collect new ideas from 1000s of stakeholders. Demo today!
www.BrightIdea.com/Free-Trial

**Free Phone Mashup API**
Develop Custom IVR Applications & Voice Mashups With our API
IfByPhone.com

**Web Fax Api**
Looking For Web Fax Api? Find What You Need Here Today.
WebFax.TechSerious.com

**Android Developer?**
The Future of Mobile Applications: Microsoft Windows Mobile. Join Us.
www.microsoft.com/windowsmobile

---

**newsletters**

Get PCMag.com's **FREE** email newsletters delivered to your inbox.

It's easy, just follow the steps.

Want more? Check out our other newsletters here.

Manage your newsletter subscriptions here.

1. Make your selections:
☑ Daily News Alert
☑ Inside PCMag.com
☑ PCMag.com Small Business Update
☑ PCMagCast Update
☑ Productwire: First Looks Update
☑ Security Watch
☑ Tech Saver
☑ Tip of the Day
☑ Utility Library Update
☑ What's New Now
☑ PCMag Announcements

2. Select email format:
HTML

3. Enter email address:
[      ] ▶

---



Subscription Help | Renew | Give a Gift

---

**Featured Offers**

▶ **FREE UTILITY:**
   **Free utility finds the fragmentation that's crippling your network!**

New Disk Performance Analyzer for Networks 2.0 takes the guesswork out of tracking networked system performance. This revolutionary utility scans networked systems' performance from one single access point. It equips administrators with an arsenal of performance data, so they can zero in on systems' fragmentation and slows.

**Don't let low-functioning systems go unnoticed. Get Disk Performance Analyzer for Networks 2.0 free now!**

>> brought to you by Diskeeper

**MUST READ WHITE PAPERS:**

▶ Check out the latest briefs and white papers from PC Magazine's Partners.
- **Read a conversation with Jay Cross, author of Informal Learning**
- **Keep Your SQL Server™ Databases Defragmented with Diskeeper®**
- **Learn about Adobe Acrobat Connect Pro's Turbo Screen Sharing**

**NoteWhen 3: Clear the Clutter. Version 3**

**NoteWhen 3: Clear the Clutter.** Version 3 adds many features that you, our subscribers, have been asking for. You can now:

- Send notes by e-mail, including Gmail or secure servers
- Synchronize notes with notes from other machines
- Lock notes to prevent further editing
- Archive notes, taking them out of the list without deleting them
- View scheduled events on a bigger calendar showing note titles
- Make NoteWhen portable for flash drives
- Export notes to HTML, RTF, Text, or CSV
- Print a list of notes

**Download Now: NoteWhen3Setup.zip**

---

PCMagCast  Practical webcasts for work, home, and on the go

*PC Magazine's live, online events make you more productive at work, home, and on the go. Best of all, they're FREE!*

**Featured Event:**

Mobile Wireless Broadband: Optimizing Wide Area Networking and WiMax
*Thursday, December 4, 2008 2pm ET - Sponsored by Lenovo* Need the convenience of a constant connection? Find out how to choose and use cutting-edge technologies for ubiquitous mobile broadband networking. **Register today**.

See all PCMagCasts >>

**More Free PCMagCasts:**

**On-Demand Applications: Easy Ways for Your Business to Work Online**
*Sponsored by Dell Sb360*
We walk you through the best on-demand offerings and what they can do for your business. **Attend now**.

**Virtualization: How Small Businesses Can Save Money and Boost Efficiency**
*Sponsored by Dell SB360*
This course delves into how server strategies at small businesses can be optimized with virtualization, and how multiple operating systems can be efficiently deployed on single systems for networked use. **Attend today.**


sponsors

Exclusive offer from Toshiba. $100 off Microsoft Office Bundle with a new Sat Pro. Click to buy now!
Work in 3G, the Get-More-Done-On-The-Run Dimension
Sony's a (alpha) DSLR-A350 camera with tiltable Live View LCD screen
Spread holiday greetings—with an HTC Fuze
Enter to WIN a Wireless Gift Bundle from Linksys by Cisco
Brand new lineup of powerful, high quality USB and FireWire drives
HP StorageWorks products-control, consolidation and confidence.
Do more. Carry less. Samsung Notebooks & Netbooks are here.
The new LG70 series LCD HDTVs, Life's Good.
ZT Centrino®2 Notebook only $839.98 –Limited Time!
Get free shipping when you spend $24 or more at circuitcity.com
Want Printers with Low Total Cost & Low Waste? Choose EcoPro.
HP LaserJet M1522nf MFP NOW $299 until 11/30/08.» SHOP NOW
Enter to win a Xerox PhaserTM 6180 network color printer!
The Nikon D90: Everything You Need to Unleash Your Potential

PCMAG.COM

Issue Index | Contact Us | About | Advertise | Site Map | Magazine Customer Service

PCMAG.COM QUICK LINKS

Desktop PC Reviews | Cheap Laptops | Wireless Networking | Media Desktops | Laser Printers | InkJet Printers | MP3 Players | Digital Cameras | HDTV's | Computer & Console Video Gaming | Small Business Solutions | Everything Apple | LCD TVs & Monitors | Cheap Digital Cameras | Antivirus Software | Small Business Solutions

ZIFF DAVIS MEDIA

Ziff Davis Home | Contact Us | Advertise | Link to Us | Reprints | Magazine Subscriptions | Newsletters | RSS Feeds | Tech Shop | Tech Encyclopedia | PC Downloads | Tech Webcasts | Tech Podcasts | Tech Video | White Papers | Ziff Davis Media International
1UP | AppScout | Cranky Geeks | DigitalLife | DL.TV | ExtremeTech | Filefront | GameVideos | GearLog | GoodCleanTech | My Cheats | PC Magazine | PCMagCasts | Security Watch | Smart Device Central | TechnoRide | What's New Now

AppScout Mobile | Gearlog Mobile | GoodCleanTech Mobile | PC Magazine Mobile

Use of this site is governed by our **Terms of Use** and **Privacy Policy**
Copyright © 1996-2008 **Ziff Davis Publishing Holdings Inc.** All Rights Reserved. PC Magazine is a registered trademark of Ziff Davis Publishing Holdings Inc. Reproduction in whole or in part in any form or medium without express written permission of Ziff Davis Media Inc. is prohibited.