# EXHIBIT 11

manage. The American Heritage® Dictionary of the English Language: Fourth Edition-2 Page 1 of 1

Case 6:07-cv-00067-LED   Document 172-13   Filed 11/28/08   Page 2 of 2



The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# manage

SYLLABICATION: man·age

PRONUNCIATION: măn'ĭj

VERB: Inflected forms: **man·aged**, **man·ag·ing**, **man·ag·es**

TRANSITIVE VERB: **1.** To direct or control the use of; handle: *manage a complex machine tool.* **2a.** To exert control over: "Managing the news . . . is the oldest game in town" (James Reston). "A major crisis to be managed loomed on the horizon" (Time). **b.** To make submissive to one's authority, discipline, or persuasion. **3.** To direct the affairs or interests of: *manage a company; an agency that manages performers.* See synonyms at **conduct**. **4.** To succeed in accomplishing or achieving, especially with difficulty; contrive or arrange: *managed to get a promotion.*

INTRANSITIVE VERB: **1.** To direct or conduct business affairs. **2.** To continue to get along; carry on: *learning how to manage on my own.*

ETYMOLOGY: Italian *maneggiare*, from Vulgar Latin *manidiāre, from Latin *manus*, hand. See **man-²** in Appendix I.

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.