# EXHIBIT 12

# Expert system

From Wikipedia, the free encyclopedia

An **expert system** is software that attempts to reproduce the performance of one or more human experts, most commonly in a specific problem domain, and is a traditional application and/or subfield of artificial intelligence. A wide variety of methods can be used to simulate the performance of the expert however common to most or all are 1) the creation of a so-called "knowledgebase" which uses some knowledge representation formalism to capture the subject matter experts (SME) knowledge and 2) a process of gathering that knowledge from the SME and codifying it according to the formalism, which is called knowledge engineering. Expert systems may or may not have learning components but a third common element is that once the system is developed it is proven by being placed in the same real world problem solving situation as the human SME, typically as an aid to human workers or a supplement to some information system.

As a premiere application of computing and artificial intelligence, the topic of expert systems has many points of contact with general systems theory, operations research, business process reengineering and various topics in applied mathematics and management science

## Contents

- 1 Expert systems topics
    - 1.1 Chaining
    - 1.2 Certainty factors
    - 1.3 Expert system architecture
    - 1.4 End user
    - 1.5 Explanation system
    - 1.6 Expert systems versus problem-solving systems
    - 1.7 Individuals involved with expert systems
    - 1.8 Inference rule
    - 1.9 Procedure node interface
    - 1.10 User interface
- 2 Application of expert systems
    - 2.1 Advantages and disadvantages
    - 2.2 Types of problems solved by expert systems
- 3 Expert Systems Shells or Inference Engine
- 4 See also
- 5 Bibliography
- 6 External links

# Expert systems topics

### Chaining

There are two main methods of reasoning when using inference rules: backward chaining and forward chaining.





expert system

Activate your FREE membership today | Log-in

ADVERTISEMENT
Ads by Google
Fuji Storage Media
Shop PC Connection for Reliable Fuji Ultrium Tape Cartridges Today!
Biz.PCConnection.com

MIDMARKET CIO | ENTERPRISE CIO | COMPLIANCE | CIO DECISIONS EZINE

SearchCIO-Midmarket.com
Technology management strategies for the midmarket CIO

NEWS | WHITE PAPERS | MULTIMEDIA | TIPS
BRIEFINGS | BLOGS | CIO DECISIONS EZINE | RSS

BUSINESS SOFTWARE | IT CAREERS | COMPLIANCE | DATA CENTER | IT AND BUSINESS MGMT | SECURITY AND RISK MGMT

SEARCH Site Index

Search Powered by Google

ADVERTISEMENT
Explore how Industrial Equipment and Machinery manufactures are finding success with help from Microsoft Dynamics software!

Home > Midmarket CIO Definitions - Expert system

## SearchCIO-Midmarket.com Definitions (Powered by WhatIs.com)

EMAIL THIS

LOOK UP TECH TERMS

Powered by: WhatIs.com

**Search** listings for thousands of IT terms: SEARCH

**Browse** tech terms alphabetically:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

**expert system**

Digg This! StumbleUpon Del.icio.us

DEFINITION - An expert system is a computer program that simulates the judgement and behavior of a human or an organization that has expert knowledge and experience in a particular field. Typically, such a system contains a knowledge base containing accumulated experience and a set of rules for applying the knowledge base to each particular situation that is described to the program. Sophisticated expert systems can be enhanced with additions to the knowledge base or to the set of rules.

Among the best-known expert systems have been those that play chess and that assist in medical diagnosis.

Also see AI.

LAST UPDATED: 30 Jul 2001

**Do you have something to add to this definition? Let us know.**
Send your comments to techterms@whatis.com

Digg This! StumbleUpon Del.icio.us

CIO MIDMARKET RELATED LINKS

**Ads by Google**

**Web 2.0 Expert Systems**
Rapid Expert Systems development Trees, Rules, complex calc, AJAX UI
www.xpertrule.com

**World's most used CMS**
Get the TYPO3 OpenSource CMS System from the market leader worldwide.
www.aoemedia.com

**Business Rules Engine**
Implement business rules and build web-based expert systems; only $489
www.RuleLab.net

**More HD Than Satellite**
Comcast Now Over 1,000 HD Choices See the Difference In Your Area
www.Comcast.com/HD

**Knowledge system**
Download Free IT White Papers about Knowledge Management and More
www.FindWhitePapers.com

REFERENCE DESK

Small Business

**NEWS, TIPS & MORE**

- Top five technology trends -- and why you ... (ARTICLE)
- Tactics for getting the upper hand with your data ... (TIP)
- Midmarket firm harnesses email communication as ... (ARTICLE)
- Know the risks and benefits of data center ... (QUIZ)

**VENDOR CONTENT**

- Six Years after 9/11, Most Firms Are Not Ready for Another Disaster (WHITE PAPER)
- Episode 3 - Verifiable Disaster Recovery (PODCAST)
- Maximizing Data Center Investments for Disaster Recovery and Business Resiliency (WHITE PAPER)
- Advanced Disaster Recovery and Business Continuity Planning Techniques and Technologies: ... (WHITE PAPER)

→ VIEW MORE

**SEE ALSO**

- **Related Topics:**
  Business software for the midmarket, CIO careers and staffing for the midmarket
- **Site Highlights:**
  Expert Tips
  Linux Tips: Using Puppet

**GET E-MAIL UPDATES**

Submit your e-mail below to receive CIO Midmarket-related news, tech tips and more, delivered to your inbox.

- **CIO careers and staffing for the midmarket**
- **Compliance management for the midmarket**
- **Security and risk management for the midmarket**

**E-mail:** Your E-mail Address SUBMIT

Not a member? We'll activate your FREE membership with your subscription.

New!!!
IT Job Bank
**Find IT jobs near you.**

**Enter Location:** (City, State or ZIP)

Mid-market CIO Exp

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# expert system

NOUN: *Computer Science* A program that uses available information, heuristics, and inference to suggest solutions to problems in a particular discipline.

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ expertise expiable ›

Google™ Search

Click here to shop the Bartleby Bookstore.

amazonkindle
Privacy Information

Learn Audio Recording
Learn music production in high-end recording studios by pro engineers
www.audiorecordingschool.com
Ads by Google

Ads by Google
Learn Audio Recording
Learn music production in high-end recording studios by pro engineers
www.audiorecordingschool.com

# Dictionary

Find definitions for: [      ] [go!]

ex'pert sys'tem

*Computers.*
a program that gives answers, solutions, or diagnoses, based on available information, by following procedures that attempt to duplicate the thought processes and apply the knowledge of an expert in some particular field.

*Random House Unabridged Dictionary,* Copyright © 1997, by Random House, Inc., on Infoplease.

expertize                                                                                                               expert witness

*See also:*
- expert system (Encyclopedia)

### Related Content

Daily Word Quiz:
pernicious

Analogy of the Day:
Today's Analogy

Spelling Bee: Today's Spelling Bee

Kids' Word Quiz:
secular

Crossword: Crossword Puzzle Guide

Frequently Misspelled Words

Frequently Mispronounced Words

Easily Confused Words

Writing & Language

Find definitions for: [      ] [go!]

**Web 2.0 Expert Systems**
Rapid Expert Systems development Trees, Rules, complex calc, AJAX UI
www.xpertrule.com

**Rule-based Expert Systems**
Graphically draw your rules and generate Rule-based Expert Systems
www.lpa.co.uk

**Business Rules Engine**
Implement business rules and build web-based expert systems; only $489
www.RuleLab.net



Ads by Google

- © 2000–2008 Pearson Education, publishing as Infoplease •