# EXHIBIT 13

infer. The American Heritage® Dictionary of the English Language: Fourth Edition. 2000. Page 1 of 2

Case 6:07-cv-00067-LED Document 172-15 Filed 11/28/08 Page 2 of 2



Ads by Google
**Making Inferences Lessons**
Search making inferences lessons from 150,000 reviewed lesson plans.
LessonPlanet.com

**American Dictionary**
Look Up Dictionary Terms Instantly! Free Reference Dictionary Toolbar.
Dictionary.alottoolbars.c



CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

## infer

| | |
|---|---|
| SYLLABICATION: | in·fer |
| PRONUNCIATION: | ĭn-fûr′ |
| VERB: | Inflected forms: **in·ferred, in·fer·ring, in·fers** |
| TRANSITIVE VERB: | **1.** To conclude from evidence or premises. **2.** To reason from circumstance; surmise: *We can infer that his motive in publishing the diary was less than honorable.* **3.** To lead to as a consequence or conclusion: *"Socrates argued that a statue inferred the existence of a sculptor"* (Academy). **4.** To hint; imply. |
| INTRANSITIVE VERB: | To draw inferences. |
| ETYMOLOGY: | Latin *īnferre*, to bring in, adduce : *in-*, in; see in–² + *ferre*, to bear; see **bher-¹** in Appendix I. |
| OTHER FORMS: | **in·fer′a·ble** —ADJECTIVE<br>**in·fer′a·bly** —ADVERB<br>**in·fer′rer** —NOUN |
| USAGE NOTE: | *Infer* is sometimes confused with *imply*, but the distinction is a useful one. When we say that a speaker or sentence implies something, we mean that it is conveyed or suggested without being stated outright: *When the mayor said that she would not rule out a business tax increase, she implied* (not *inferred*) *that some taxes might be raised.* Inference, on the other hand, is the activity performed by a reader or interpreter in drawing conclusions that are not explicit in what is said: *When the mayor said that she would not rule out a tax increase, we inferred that she had been consulting with some new financial advisers, since her old advisers were in favor of tax reductions.* |



The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD