# Wordsmyth
Explore. Discover. Create.

tools / talk / shop
vocabulary / links / about / faq
Site map

Not logged in  [register]
Username

Password

Log in   need help?

### Wordsmyth
Dictionary-Thesaurus

Look up the word...

Go!

exact

broad
*"dog" matches "guide dog"*

spelled-like
*"dawg" matches "dog"*

advanced search

How to Search
Helpful hints for using Wordsmyth.

### Wordsmyth Children's Dictionary

Look up the word...

Go!

Learn more
About the Wordsmyth Children's Dictionary-Thesaurus with Word Explorer

You are not currently logged in.
Already registered? Then log in now at left.

Beginning soon, only registered visitors to Wordsmyth will see some of our best features. Any features or pages that you see on this page marked in orange will **only** be available to registered users. If you **register now** this message and color will disappear, and ensure that you won't miss any of the unique Wordsmyth features you've come to enjoy.

### subsystem
Browse the words alphabetically around "subsystem"
See entries that contain "subsystem"

| | |
|---|---|
| Syllables: | sub-sys-tem |
| Part of Speech | noun |
| Pronunciation | suhb sI stEm |
| Definition | 1. a system that is part of a larger system. |




Order now    Order now

Visit the store for more...

Tell a Friend       Send Feedback    Having a problem?   Suggest a Word       ©2002 Wordsmyth

http://www.wordsmyth.net/live/home.php?script=search&matchent=subsystem&matchtyp...    11/4/2008

concept of input and output here is very broad. E.g. An output of a passenger ship is the movement of people from departure to destination.

Subsystem

A *subsystem* is a set of elements, which is a system itself, and a part of a larger system.

# Types of systems

Evidently, there are many types of systems that can be analyzed both quantitatively and qualitatively. For example, with an analysis of urban systems dynamics, [A.W. Steiss] [3] defines five intersecting systems, including the physical subsystem and behavioral system. For sociological models influenced by systems theory, where Kenneth D. Bailey [4] defines systems in terms of conceptual, concrete and abstract systems; either isolated, closed, or open, Walter F. Buckley [5] defines social systems in sociology in terms of mechanical, organic, and process models. Bela H. Banathy [6] cautions that with any inquiry into a system that understanding the type of system is crucial and defines Natural and Designed systems.

In offering these more global definitions, the author maintains that it is important not to confuse one for the other. The theorist explains that natural systems include sub-atomic systems, living systems, the solar system, the galactic system and the Universe. Designed systems are our creations, our physical structures, hybrid systems which include natural and designed systems, and our conceptual knowledge. The human element of organization and activities are emphazized with their relevant abstract systems and representations. A key consideration in making distinctions among various types of systems is to determine how much freedom the system has to select purpose, goals, methods, tools, etc. and how widely is the freedom to select distributed (or concentrated) in the system.

George J. Klir [7] maintains that no "classification is complete and perfect for all purposes," and defines systems in terms of abstract, real, and conceptual physical systems, bounded and unbounded systems, discrete to continuous, pulse to hybrid systems, et cetera. The interaction between systems and their environments are categorized in terms of absolutely closed systems, relatively closed, and open systems. The case of an absolutely closed system is a rare, special case. Important distinctions have also been made between hard and soft systems.[8] Hard systems are associated with areas such as systems engineering, operations research and quantitative systems analysis. Soft systems are commonly associated with concepts developed by Peter Checkland through Soft Systems Methodology (SSM) involving methods such as action research and emphasizing participatory designs. Where hard systems might be identified as more "scientific," the distinction between them is actually often hard to define.

## Cultural system

A cultural system may be defined as the interaction of different elements of culture. While a cultural system is quite different from a social system, sometimes both systems together are referred to as the sociocultural system. A major concern in the social sciences is the problem of order. One way that social order has been theorized is according to the degree of integration of cultural and social factors.

## Economic system

An economic system is a mechanism (social institution) which deals with the production, distribution and consumption of goods and services in a particular society. The economic system is composed of people, institutions and their relationships to resources, such as the convention of property. It addresses the

Ads by Google  Educational Technology  Computer Definitions  Internet Dictionary  Define Computing

**Page Contents**

- Computer Ency.
- Citations

# subsystem

Computer Desktop Encyclopedia:

## subsystem

A unit or device that is part of a larger system. For example, a disk subsystem is a part of a computer system. A bus is a part of the computer. A subsystem usually refers to hardware, but it may be used to describe software. However, "module," "subroutine" and "component" are more typically used to describe parts of software.



- WikiAnswers
- Browse questions
- Browse reference
- Advanced search
- How to contribute

Search unanswered questions...

subsystem

Browse:  Unanswered questions  |  Most-recent questions  |  Reference library

Search our library...

subsystem

Browse:  Unanswered questions  |  Most-recent questions  |  Reference library

Questions    Reference

Join the WikiAnswers Q&A community. Post a question or answer questions about "subsystem" at WikiAnswers.

Home   Bloggers & Webmasters   Sitemap   About   What's new   Blog   Help   RSS

Copyright © 2008 Answers Corporation. All rights reserved.    Terms of Use   Privacy Policy   IP Notices   Disclaimer