# Exhibit A

Case 6:07-cv-00067-LED   Document 197-1   Filed 01/07/09   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SFA SYSTEMS, LLC f/k/a TRITON IP, LLC | § § § § § § § | CIVIL ACTION NO. 6:07-cv-067[LED] |
| v. | | JURY |
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., et al. | | |

## DECLARATION OF SHAWN S. LI

Shawn S. Li, being of full age, declares as follows:

1. I am an associate with the law firm of Blank Rome LLP, principally practicing from its office located at One Logan Square, Philadelphia, Pennsylvania 19103, telephone number 215-988-6993, fax number 215-231-0069.

2. I make this Declaration in support of Defendants Infor Global Solutions (Michigan), Inc. and Infor Global Solutions (Chicago), Inc's Second Motion for Leave to Amend Its Invalidity Contentions.

3. I carried out prior art searches on or about December 15th, 2008 to further understand the level of art at the time of the invention of the patent-in-suit (U.S. Pat. No. 6,067,525, the "'525 patent"), which resulted in the identification of U.S. Patent No. 5,774,868 to Cragun et al. and U.S. Patent No. 5,201,010 to Deaton et al. Subsequent analysis of these patents indicated that these two prior art patent references anticipated the '525 patent.

I solemnly affirm, under the penalties of perjury and upon personal knowledge that the contents of the foregoing declaration are true and correct to the best of my knowledge, information, and belief.

Signed at Philadelphia, Pennsylvania this 7th day of January, 2009.

Shawn S. Li
BLANK ROME LLP
A Pennsylvania LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5500
Attorneys for Plaintiff, Wallace R. Barr