# Exhibit B



Phone:   (215) 569-5364
Fax:     (215) 832-5364
Email:   Zaher@BlankRome.com

January 5, 2009

**VIA E-MAIL**

John Edmonds
The Edmonds Law Firm
709 Sabine Street
Houston, TX 77007

    Re:    **SFA Systems, Inc. v. Infor Global Solutions, Inc.**
            **Civil Action No. 6:07-CV-067**

Dear John:

    In our ongoing investigation and analysis of SFA's claims, we recently discovered two additional pieces of prior art, U.S. Pat. No. 5,774,868 to Cragun et al. and U.S. Pat. No. 5,201,010 to Deaton et al., which we believe are relevant to the patent-in-suit. Copies of the two references are included for your review. Infor intends to file a motion for leave to further amend its invalidity contentions to add these two pieces of newly-discovered prior art no later than this Wednesday, January 7, 2008, in advance of the upcoming Markman hearing. Please let us know as soon as possible if SFA will oppose this motion and, if so, when you are available to meet and confer.

    If you would like to discuss this further, please feel free to contact me.

                           Very truly yours,

                           Alfred W. Zaher

AWZ:dg

Enclosures

cc:  Andrew Spangler
     David Pridham
     Bruce D. George
     Joel L. Dion
     Nakul Krishnakumar
     Diane DeVasto