IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

DATE: January 8, 2009

| JUDGE<br>LEONARD DAVIS | REPORTER: Shea Sloan<br>LAW CLERK: Andrea Houston, |
|---|---|
| SFA Systems, LLC<br>    Plaintiff<br><br>vs.<br><br>Infor Global Solutions, et al.<br>    Defendants | CIVIL ACTION NO. 6:07cv67<br>Markman Hearing |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Andrew Spangler<br>John Edmonds<br>David Pridham<br>Kip Glasscock | Alfred Zaher<br>Diane Devasto<br>Joel Dion<br>Bruce George |

On this day, came the parties by their attorneys and the following proceedings were had:

OPEN:     9:30 am                          ADJOURN:

| TIME: | MINUTES: |
|---|---|
| 9:30 | Andrew Spangler presents opening statement. Alfred Zaher presents opening statement. |
|  | Andrew Spangler addresses the boundaries of claims. |
|  | Alfred Zaher responds. |
|  | Andrew Spangler addresses the term inferring. Alfred Zaher responds. |
| 10:02 | Alfred Zaher addresses the next term. Andrew Spangler responds. |
| 10:17 | Court in recess. |

| 10:27 | Court resumes. |
|---|---|
| | Andrew Spangler addresses the term "event manager". |
| | Question by the Court - response by Mr. Zaher. |
| | Andrew Spangler continues. |
| | Alfred Zaher addresses the court. Mr. Spangler responds. |
| | Mr. Zaher addresses context. |
| | Alfred Zaher addresses expert system. |
| | Andrew Spangler responds. |
| | Mr. Zaher responds. Mr. Spangler responds. |
| 11:00 | The Court finds that the terms are not indefinite. An opinion will be entered. |