IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SFA SYSTEMS, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 607 CV 67 |
| | § | PATENT CASE |
| INFOR GLOBAL SOLUTIONS | § | |
| (MICHIGAL), INC. and INFOR GLOBAL | § | |
| SOLUTIONS (CHICAGO), INC. | § | |
| | § | |
| Defendants | § | |

## ORDER

The Court sets SFA's Motion to Strike Inequitable Conduct Allegations (Docket No. 166), Infor's Motion to Amend Invalidity Contentions (Docket No. 179), Defendants' Second Motion to Amend Invalidity Contentions (Docket No. 197), and Infor's Motion for Protective Order (Docket No. 204) for hearing on March 25, 2009 at 1:30 p.m. The Court **ORDERS** by March 20, 2009, each party's lead trial counsel and local counsel to meet and confer in person or by telephone in an effort to resolve the disputes without Court intervention. Counsel shall promptly notify the Court of the results of the meeting. Attendance by proxy is not permitted. Unless excused by the Court, lead counsel shall attend the hearing set by the Court.

**So ORDERED and SIGNED this 12th day of March, 2009.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE