IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SFA SYSTEMS, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 607 CV 67 |
| | § | PATENT CASE |
| INFOR GLOBAL SOLUTIONS | § | |
| (MICHIGAL), INC. and INFOR GLOBAL | § | |
| SOLUTIONS (CHICAGO), INC. | § | |
| | § | |
| Defendants | § | |

## ORDER

The Court **RESETS** SFA's Motion to Strike Inequitable Conduct Allegations (Docket No. 166), Infor's Motion to Amend Invalidity Contentions (Docket No. 179), Defendants' Second Motion to Amend Invalidity Contentions (Docket No. 197), and Infor's Motion to Compel (Docket No. 204) for hearing on March 19, 2009 at 4:30 p.m. The Court **ORDERS** by March 17, 2009, each party's lead trial counsel and local counsel to meet and confer in person or by telephone in an effort to resolve the disputes without Court intervention. Counsel **SHALL** notify the Court of the results of the meeting by noon on March 18, 2009. Attendance by proxy is not permitted. Unless excused by the Court, lead counsel shall attend the hearing set by the Court.

**So ORDERED and SIGNED this 13th day of March, 2009.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE