IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SFA SYSTEMS, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 6:07 CV 67 |
| | § | PATENT CASE |
| INFOR GLOBAL SOLUTIONS | § | |
| (MICHIGAL), INC. and INFOR GLOBAL | § | |
| SOLUTIONS (CHICAGO), INC. | § | |
| | § | |
| Defendants | § | |

**ORDER**

Pursuant to the agreement of the parties, Defendant's First Motion for Leave to Amend Invalidity Contentions (Docket No. 179) and Second Motion for Leave to Amend Invalidity Contentions (Docket No. 197) are **GRANTED**. It is therefore **ORDERED** that Defendants may amend their invalidity contentions.

**So ORDERED and SIGNED this 18th day of March, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**