UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRITON IP, LLC | |
| v. | 6:07-cv-067-LED |
| SAGE GROUP, PLC, et al. | JURY |

## ORDER

Came before the Court Plaintiff's Unopposed Motion for Leave to Amend Infringement Contentions. The Unopposed Motion is GRANTED. It is ORDERED that Plaintiff is granted leave to amend its P.R. 3-1 Infringement Contentions on April 16, 2009.

**So ORDERED and SIGNED this 28th day of April, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**