# Exhibit 6

Lundberg, David R  9/25/2008  9:12:00 AM

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
|    | FOR THE EASTERN DISTRICT OF TEXAS |
| 2 | TYLER DIVISION |
| 3 | Case No. 6:07-cv-607 |
| 4 | SFA SYSTEMS, LLC, |
| 5 | Plaintiff, |
| 6 | v. |
| 7 | INFOR GLOBAL SOLUTIONS, |
| 8 | Defendant. |

_____

9

VIDEOTAPE DEPOSITION OF:  DAVID ROBERT LUNDBERG

10             September 25, 2008

                (ATTORNEY'S EYES ONLY)

11 _____

12      PURSUANT TO NOTICE AND SUBPOENA, the

videotape deposition of DAVID ROBERT LUNDBERG was

13 taken on behalf of the Defendant at 1200 17th Street,

Suite 1900, Denver, Colorado 80202, on September 25,

14 2008, at 9:12 a.m., before Sharon L. Szotak, Registered

Professional Reporter, Certified Realtime Reporter, and

15 Notary Public within Colorado.

16

17

18

19

20

21

22

23

24

25

1        Q.  The next paragraph down, you can see the

2   word "determining" is in brackets.  So that was removed

3   from the claim by this amendment, and "inferring

4   occurrence of the event" was added in.  Do you see

5   that?

6        A.  Uh-huh.

7        Q.  Do you know if you were involved in the

8   decision to make that change?

9        A.  No, I don't recall.

10       Q.  Do you know the significance of that

11  change?

12          MR. EDMONDS:  Objection to form.

13       A.  No.  I don't know what the significance of

14  that change is, or what the purpose of it was.

15       Q.  Do you think inferring occurrence of the

16  event is different than determining?

17          MR. EDMONDS:  Objection, form.

18       A.  You know, I don't know what the difference

19  in that would be.

20       Q.  That's all I'm going to ask you about that

21  document.

22       A.  Okay.

23       Q.  Are you a named inventor on any other

24  patents?

25       A.  I don't believe so.