**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SFA SYSTEMS, LLC f/k/a § | |
| TRITON IP, LLC § | |
| § | CIVIL ACTION NO. 6:07-cv-067[LED] |
| v. § | |
| § | JURY |
| INFOR GLOBAL SOLUTIONS § | |
| (MICHIGAN), INC.,   et al. § | |

**ORDER GRANTING INFOR'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

This matter is before the Court on Infor's Motion for Summary Judgment of Invalidity. The Court having considered the parties' briefs, exhibits, and arguments, the motion is hereby **GRANTED**.