**Exhibit 2**

-70-

What Is Claimed Is:

1.   A computer implemented sales system used to facilitate a sales process, the system comprising:

a plurality of subsystems each corresponding to a phase of the sales process and facilitating one or more events occurring in the corresponding phase of the sales process; and

an event manager, coupled to each of the subsystems, the event manager recognizing an event carried out by a first subsystem of the plurality of subsystems, determining a context in which the recognized event occurs and automatically initiating an operation in a second subsystem of the plurality of subsystems to facilitate a new event based on the context in which the recognized event occurs.

2.   A system as recited in claim 1, wherein the context in which the recognized event occurs includes information related to a phase of the sales process in which the recognized event occurs.

3.   A system as recited in claim 1, wherein the context in which the recognized event occurs includes information related to whether a previous event has occurred in the sales process.

4.   A system as recited in claim 1, further comprising:

a first memory storing a plurality of rules, each rule indicating subsequent action to be taken by a subsystem of the sales system upon occurrence of a corresponding event occurring in a particular context; and

means for identifying a rule stored in said first memory corresponding to the context in which the recognized

-71-

event occurred and for initiating the operation in the second subsystem based on the identified rule.

5. A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises a lead management subsystem for use in converting a name to a potential customer.

6. A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises an order management subsystem for use in converting the sale such that a product or service delivered matches a product or service sold.

7. A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises a customer retention subsystem for use in converting an existing customer into a lead thereby gaining repeat sales.

8. A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises a self management subsystem for use in assisting a salesperson in managing their own sales information.

9. A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale,

-72-

and the second subsystem comprises a training subsystem for use in providing training to a salesperson.

10.   A system as recited in claim 1, wherein the first subsystem comprises a time with customer subsystem for use in converting a lead to a customer, thereby closing a sale, and the second subsystem comprises a sales management subsystem for use in assisting a sales manager in managing a plurality of salespeople.

11.   A system as recited in claim 1, wherein the first subsystem comprises an order management subsystem for use in for use in ensuring that a product or service delivered matches a product or service sold and the second subsystem comprises a self management subsystem for use in assisting a salesperson in managing their own sales information.

12.   A system as recited in claim 1, wherein the first subsystem comprises a lead management subsystem for use in converting a lead to a customer and the second subsystem comprises a self management subsystem for use in assisting a salesperson in managing their own sales information.

13.   A method of facilitating a sales process using a computer configured to have a plurality of subsystems, each corresponding to a phase of the sales process, in order to facilitate an event occurring in a related phase of the sales process, the method comprising the steps of:
        (a)   facilitating a first event occurring in the sales process using a first subsystem of the computer;
        (b)   automatically detecting the occurrence of the first event and determining a context in which the first event occurred; and

-73-

(c)   automatically initiating an operation in a second subsystem of the computer to facilitate a new event based on the context in which the first event occurred.

14.   A method as recited in claim 14, wherein the determining step (b) comprises the steps of:

determining   whether   a   prescribed   event   has previously occurred in a sales event prior to occurrence of the first event; and

indicating   whether   the   prescribed   event   has previously occurred as at least part of the context in which the first event occurred.

15.   A method as recited in claim 14, wherein the first subsystem is used to facilitate an event occurring while a salesperson is with a customer and the second subsystem is used to facilitate an event occurring while managing an order made with the customer.

16.   A method as recited in claim 14, wherein the first subsystem is used to facilitate an event occurring while converting a name into a customer and the second subsystem is   used   to   facilitate   an   event   occurring   while   a salesperson is with the customer.

17.   A computer implemented sales system used to facilitate a sales process, the system comprising:

a   plurality   of   subsystems   each   electronically facilitating an event occurring in the sales process; and

an event manager coupled to each of the plurality of subsystems to detect the occurrence of a first event in the sales process, to link the first event in the sales process with a second event in the sales process based on prior sales experience using the sales system, and to

-74-

automatically initiate an operation using one of the plurality of subsystems to facilitate the second event.

18.   A system as recited in claim 19, wherein the event manager comprises an expert system.

19.   A system as recited in claim 19, wherein the event manager comprises an expert system provided to automatically monitor events occurring in the sales process to identify which events lead to a desired outcome in a use of the sales system to produce a knowledge database for use in subsequent operations as the prior sales experience using the sales system.

20.   A system as recited in claim 20, wherein the expert system comprises:
    a knowledge database storing information related to the prior sales experience using the sales system;
    means for realizing the implication of the information stored in the knowledge database; and
    means for strategizing a desirable subsequent action based on the implication of the information stored, wherein the operation automatically initiated by the event manager carries out the desirable subsequent action.