# Exhibit 7

**Page 1**

**UNEDITED, UNCERTIFIED, ROUGH DRAFT ONLY**

Deposition of 7-21-2009.  Direct by George.

        VIDEOGRAPHER:  Today is July 21st, 2009. This is the videotaped deposition of Craig Thompson taken in the case of SFA Systems, LLC versus Infor Global Solutions, Incorporated, et al., Civil Action No. 6:07 CV 067.  The time is 10 o'clock a.m.  We're on the record at Thomspon & Knight in Dallas, Texas.  We're on the record.

        CRAIG WARREN THOMPSON,
having been first duly sworn, testified as follows:

        MR. GEORGE:  I'm Bruce George of Blank Rome Philadelphia for Defendant, Infor Global Solutions, with me is Joel Dion, also with Blank Rome.

        MR. PRIDHAM:  David Pridham here on behalf of the Plaintiff.

        THE WITNESS:  I'm Craig Thompson.

        EXAMINATION

BY MR. GEORGE:

    Q.  Hi, Dr. Thompson, thanks for coming today. Just to get started, when were you first retained in this matter?

    A.  The very end of April, I think, the 30th.

    Q.  Who contacted you?

Page 54

1  Court's description of inferring.
2       Q.   Okay.  So for this reason, you feel that the
3  written description requirement is satisfied.
4       A.   Yes.
5       Q.   And you also feel the enablement requirement is
6  satisfied.
7       A.   Yes.  Because there were systems that could do
8  some forms of inference and there were systems -- I
9  mean, they were implemented systems, so one could review
10 systems that did inference for an understanding of how
11 to build a system that did inference.
12      Q.   Okay.  So that is based on knowledge of skill
13 in the art.
14      A.   Right.
15      Q.   Okay.  Let's move to page 38.  First full
16 paragraph.  According to known prior art at the time of
17 the '525 invention, an inference engine, depending on
18 its implementation and control structure, could perform
19 so-called backward chaining and forward chaining as
20 understood in the art at the time of the '525.
21                Are you, therefore, stating that the '525
22 Patent or the disclosure thereof, the invention, uses an
23 inference engine to perform inferring?
24                MR. PRIDHAM:  Object to form.
25      A.   No.  I'm reacting, I think, or responding to