**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SFA SYSTEMS, LLC f/k/a | § | |
| TRITON IP, LLC | § | |
| | § | CIVIL ACTION NO. 6:07-cv-067[LED] |
| v. | § | |
| | § | JURY |
| INFOR GLOBAL SOLUTIONS | § | |
| (MICHIGAN), INC.,   et al. | § | |

**ORDER GRANTING INFOR'S MOTION FOR SUMMARY
JUDGMENT OF INVALIDITY FOR LACK OF ENABLEMENT**

This matter is before the Court on Infor's Motion for Summary Judgment of Invalidity of

U.S. Patent 6,067,525 for Lack of Enablement.  The Court having considered the parties' briefs,

exhibits, and arguments, the motion is hereby **GRANTED**.