# Exhibit 2



S/N 08/550,089                                                PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Johnson et al. | Examiner: | W. Hughet |
| Serial No.: | 08/550,089 | Group Art Unit: | 2411 |
| Filed: | October 30, 1995 | Docket No.: | 7709.72US01 |
| Title: | INTEGRATED COMPUTERIZED SALES FORCE AUTOMATION SYSTEM | | |

CERTIFICATE UNDER 37 CFR 1.8: The undersigned hereby certifies that this correspondence is being deposited with the United States Postal Service, as first class mail, in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on _December 10, 1997_

By: _[signature]_
Name: _Susan Creek_

### AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    This Amendment is submitted in response to the non-final Office Action dated June 10, 1997.

    Please amend the above-identified application as follows.

### IN THE SPECIFICATION

    Page 3, line 13, delete "proces", insert --process-- therefor.

    Page 6, line 22, delete "is", insert --are-- therefor.

    Page 34, line 34, delete "effect", insert --affect-- therefor.

Page 38, line 14, delete "are", insert --is-- therefor.

Page 47, line 3, delete "mangers", insert --managers-- therefor.

Page 61, line 1, delete "paring", insert --pairing-- therefor.

## IN THE CLAIMS

Please amend the claims as follows:

1. (AMENDED) A computer implemented sales system used to facilitate a sales process, the system comprising:

a plurality of subsystems <u>configured to facilitate</u> [each corresponding to a phase of the sales process and facilitating] one or more <u>actions performed during</u> [events occurring in] <u>at least one</u> [the corresponding] phase of the sales process; and

an event manager, coupled to [each of] the subsystems, the event manager

<u>detecting one or more changes in state characteristic of</u> [recognizing] an event <u>occurring within the system</u> [carried out by a first subsystem of the plurality of subsystems],

<u>inferring occurrence of the event and</u> [determining] a context in which the [recognized] event <u>occurred based at least in part on the detected changes in state</u> [occurs], and

automatically initiating an operation in <u>one or more particular</u> [a second] subsystems of the <u>computer</u> [plurality of subsystems] to facilitate a new <u>action</u> [event] based on the <u>inferred</u> context [in which the recognized event occurs].

2

2.   (AMENDED) A system as recited in claim 1, wherein the <u>inferred</u> context [in which the recognized event occurs] includes information related to <u>at least one</u> [a] phase of the sales process [in which the recognized event occurs].

3.   (AMENDED) A system as recited in claim 1, wherein the <u>inferred</u> context [in which the recognized event occurs] includes information related to whether a previous event has occurred in the sales process.



4.   (AMENDED) A system as recited in claim 1, further comprising:

a first memory storing a plurality of rules, each rule indicating <u>at least one</u> subsequent action to be taken by a subsystem of the sales system upon occurrence of a corresponding event occurring in a particular context; and

<u>a decision subsystem configured to</u> [means for] identify[ing] a rule stored in said first memory corresponding to the <u>inferred</u> context [in which the recognized event occurred] and for initiating the operation in the <u>particular</u> [second] subsystem based on the identified rule.

5.   (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale;[,] and

3

[the second subsystem comprises] a lead <u>generation</u> [management] subsystem <u>configured to convert</u> [for use in converting] a name to a potential customer.

6. (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale<u>;</u>[,] and

[the second subsystem comprises] an order management subsystem <u>configured to convert</u> [for use in converting] the sale such that a product or service delivered matches a product or service sold.



7. (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale<u>;</u>[,] and

[the second subsystem comprises] a customer retention subsystem <u>configured to convert</u> [for use in converting] an existing customer into a lead<u>, so as to generate</u> [thereby gaining] repeat sales.

8. (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer <u>and prompting the buying customer to make a buying decision,</u> <u>so as to close</u> [thereby closing] a sale<u>;</u>[,] and

[the second subsystem comprises] a self management subsystem <u>configured to assist</u> [for use in assisting] a salesperson in managing [their own] sales information.

9. (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configued to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale<u>;</u>[,] and

[the second subsystem comprises] a training subsystem <u>configured to provide</u> [for use in providing] training to a salesperson.

10. (AMENDED) A system as recited in claim 1, wherein the <u>plurality of</u> [first] subsystem<u>s</u> comprises<u>:</u>

a time with customer subsystem <u>configured to convert</u> [for use in converting] a lead to a <u>buying</u> customer, <u>so as to close</u> [thereby closing] a sale<u>;</u>[,] and

[the second subsystem comprises] a sales management subsystem <u>configured to assist</u> [for use in assisting] a sales manager in managing a plurality of salespeople.

5

11. (AMENDED) A system as recited in claim 1, wherein the plurality of [first] subsystems comprises:

an order management subsystem configured to ensure [for use in for use in ensuring] that a product or service delivered matches a product or service sold; and

[the second subsystem comprises] a self management subsystem configured to assist [for use in assisting] a salesperson in managing [their own] sales information.



12. (AMENDED) A system as recited in claim 1, wherein the plurality of [first] subsystems comprises:

a lead management subsystem configured to manage a conversion of a lead to a prospect and of the prospect to a buying customer [for use in converting a lead to a customer]; and

[the second subsystem comprises] a self management subsystem configured to assist [for use in assisting] a salesperson in managing [their own] sales information.

20
13.   (AMENDED) A method of facilitating a sales process using a computer arrangement having [configured to have] a plurality of subsystems configured to facilitate one or more actions performed during at least one [, each corresponding to a] phase of the sales process[, in order to facilitate an event occurring in a related phase of the sales process], the method comprising the steps of:



[(a)]   facilitating a first event occurring in the sales process using a first subsystem of the computer;]

[(b)]   automatically detecting one or more changes in state characteristic of an [the occurrence of the first] event occurring in the sales process; [and]

inferring occurrence of the event and [determining] a context in which the [first] event occurred based at least in part on the detected changes in state; and

[(c)]   automatically initiating an operation in one or more particular [a second] subsystems of the computer to facilitate a new action [event] based on the inferred context [in which the first event occurred].

21
14.   (AMENDED) A method as recited in claim 13, further comprising [14, wherein the determining step (b) comprises] the steps of:

determining whether a prescribed event [has previously] occurred in the [a] sales process [event] prior to [occurrence of] the inferred [first] event; and

indicating as at least part of the inferred context whether the prescribed event has previously occurred [as at least part of the context in which the first event occurred].

7

22
~~15.~~ (AMENDED) A method as recited in claim ~~13,~~ 20 further comprising the steps of: [14, wherein the first subsystem is used to facilitate]

inferring the occurrence of an event [occurring] while a salesperson is with a customer; and

using the particular [second] subsystem [is used] to facilitate an action taken [event occurring] while managing an order made by [with] the customer.

23
~~16.~~ (AMENDED) A method as recited in claim ~~13,~~ 20 further comprising the steps of: [14, wherein the first subsystem is used to facilitate]

inferring occurrence of an event [occurring] while converting a name into a customer; and

using the particular [second] subsystem [is used] to facilitate an action taken [event occurring] while a salesperson is with the customer.

40
~~17.~~ (AMENDED) A computer implemented sales system used to facilitate a sales process, the system comprising:

a plurality of subsystems configured to [each] electronically facilitate actions performed during [facilitating an event occurring in] the sales process; and

an event manager coupled to [each of] the [plurality of] subsystems and configured to

detect one or more changes in state characteristic of an event occurring in the system.

8

infer [detect the] occurrence of the [a first] event [in the sales process] and a context in which the event occurred based at least in part on the detected changes in state,

[to] link the inferred [first] event [in the sales process] with an action to be performed during [a second event in] the sales process based on prior sales experience using the sales system, and

[to] automatically initiate an operation using one or more of the plurality of subsystems to facilitate the action to be performed based on the inferred context [second event].

18. (AMENDED) A system as recited in claim 17 [19], wherein the event manager comprises an expert system.

19. (AMENDED) A system as recited in claim 17 [19], wherein the event manager comprises an expert system configured [provided] to

automatically monitor events occurring in the sales process,

[to] identify which events lead to a desired outcome in a use of the sales system, and

[to] produce a knowledge database for use in subsequent operations as the prior sales experience using the sales system.

9

20. (AMENDED) A system as recited in claim 1̶9̶ [20], wherein the expert system comprises:

a knowledge database <u>configured to store</u> [storing] information related to the prior sales experience using the sales system;

means for realizing <u>an</u> [the] implication of the information stored in the knowledge database; and

means for strategizing a desirable subsequent action based on the implication of the information stored, wherein the operation automatically initiated by the event manager carries out the desirable subsequent action.

(Please add the following new claims.)

21. (NEW) A system as recited in claim 1, wherein the inferred event is the occurrence of a phase of the sales process.

22. (NEW) A system as recited in claim 1, wherein the inferred event is distributed among at least two of the plurality of subsystems.

23. (NEW) A system as recited in claim 2̶2̶, wherein the inferred context includes information related to the subsystems among which the inferred event is distributed.

24. (NEW) A system as recited in claim 2̶3̶, wherein the inferred context includes an identification of the subsystems among which the inferred event is distributed.

17
25.   (NEW) A system as recited in claim 1, wherein the inferred event is contained within one of the plurality of subsystems.

18                                                 19
26.   (NEW) A system as recited in claim 25, wherein the inferred context includes information related to the subsystem in which the inferred event is contained.

19                                                 18
27.   (NEW) A system as recited in claim 26, wherein the inferred context includes an identification of the subsystem in which the inferred event is contained.

24                                                 20
28.   (NEW) A method as recited in claim 13, wherein the inferred context includes information related to at least one phase of the sales process.

25                                                 20
29.   (NEW) A method as recited in claim 13, wherein the inferred event is the occurrence of a phase of the sales process.

26                                                 20
30.   (NEW) A method as recited in claim 13, wherein the inferred event is distributed among at least two of the plurality of subsystems.

27                                                 26
31.   (NEW) A method as recited in claim 30, wherein the inferred context includes information related to the subsystems among which the inferred event is distributed.

11

32. (NEW) A method as recited in claim 31, wherein the inferred context includes an identification of the subsystems among which the inferred event is distributed.

33. (NEW) A method as recited in claim 13, wherein the inferred event is contained within one of the plurality of subsystems.

34. (NEW) A method as recited in claim 33, wherein the inferred context includes information related to the subsystem in which the inferred event is contained.

35. (NEW) A method as recited in claim 34, wherein the inferred context includes an identification of the subsystem in which the inferred event is contained.

36. (NEW) A method as recited in claim 13, further comprising the steps of:

storing a plurality of rules in a memory, each rule indicating at least one subsequent action to be taken by a subsystem of the sales system upon occurrence of a corresponding event occurring in a particular context; and

identifying a rule corresponding to the inferred context; and

initiating the operation in the particular subsystem based on the identified rule.

37. (NEW) A method as recited in claim 13, further comprising the steps of:

inferring occurrence of an event while converting a name to a potential customer; and

using the particular subsystem to convert a lead to a customer.

~~38~~ 34. (NEW) A method as recited in claim ~~13~~ 20, further comprising the steps of:

inferring occurrence of an event while converting a lead to a buying customer; and

using the particular subsystem to convert an existing customer into a lead, so as to generate repeat sales.

~~39~~ 35. (NEW) A method as recited in claim ~~13~~ 20, further comprising the steps of:

inferring occurrence of an event while converting a lead to a buying customer and prompting the buying customer to make a buying decision; and

using the particular subsystem to assist a salesperson in managing sales information.

~~40~~ 36. (NEW) A method as recited in claim ~~13~~ 20, further comprising the steps of:

inferring occurrence of an event while converting a lead to a buying customer; and

using the particular subsystem to provide training to a salesperson.

~~41~~ 37. (NEW) A method as recited in claim ~~13~~ 20, further comprising the steps of:

inferring occurrence of an event while converting a lead to a buying customer; and

using the particular subsystem to assist a sales manager in managing a plurality of salespeople.

~~42~~ 38. (NEW) A method as recited in claim ~~13~~ 20, further comprising the steps of:

13

inferring occurrence of an event while ensuring that a product or service delivered matches a product or service sold; and

using the particular subsystem to assist a salesperson in managing sales information.

~~42~~ 39. (NEW) A method as recited in claim ~~13~~ 26, further comprising the steps of:

inferring occurrence of an event while managing a conversion of a lead to a prospect and of the prospect to a buying customer; and

using the particular subsystem to assist a salesperson in managing sales information.



---

### REMARKS

Claim 11 was objected to regarding duplication of the phrase, "for use in." Accordingly, Applicants have deleted the duplicative language.

Claims 14-16 and 18 stand rejected under § 112, second paragraph, as indefinite for failing to particularly point out and distinctly claim the subject matter that Applicants regard as the invention. Applicants have considered the comments in the Office Action and have amended these claims in light of those comments. For example, the claims have been amended to reflect the proper dependencies.

Claims 1-8 and 10-20 stand rejected under § 103 as being unpatentable over Tom Negrino, "Sales-Automation Software," *Macworld*, v. 10, n. 10, pp. 144-48, October 1993 (hereinafter "Negrino") in view of Tony Seideman, "Way Cool! (Sales Force Automation)," *Sales & Marketing Management*, v. 146, n. 6, pp. 10-13, June 1994 (hereinafter "Seideman"), and further in view of John Hiatt, "Empowering the Global

14

Sales Force," *International Business*, v. 7, n. 9, pp. 16-20, September 1994 (hereinafter "Hiatt"). Negrino teaches a computer-based sales automation system that is used in a sales process. It is believed that Examiner asserts that Negrino further teaches a plurality of subsystems corresponding to steps in the sales process and facilitating the respective steps in the process. Applicants respectfully submit that the products described in Negrino are primarily directed to contact management, *e.g.*, management of client histories and scheduling appointments. Negrino fails to teach or suggest integration of a plurality of subsystems into a single system for facilitating a sales process.

Moreover, it is respectfully asserted that the claimed invention infers occurrence of an event and a context in which the event occurred based at least in part on state changes in the system. It is believed that inferring the context suggests that a given event can occur in different contexts and that the system has the ability, based on the particular changes in state detected, to infer the particular context in which the event occurred. The system can also, based on the inferred context, facilitate an appropriate action to be performed during the sales process. By facilitating an action based on the context in which the event occurred, the system improves the efficiency with which a salesperson completes sales transactions.

Applicants believe that Negrino teaches systems that feature a linear progression from one step in a phase of the sales process to the next step in the phase. Accordingly, Negrino fails to adequately teach or suggest context-sensitive event recognition. While the present invention can handle sales processes characterized by a linear progression from one step to the next, it provides the additional ability to handle

15

non-linear sales processes in which a salesperson might not follow a predetermined sequence of steps. Salespeople can thereby conduct business with enhanced flexibility and versatility. It is respectfully asserted that context recognition, especially in combination with the integration of a plurality of subsystems corresponding to distinct phases of the sales process, significantly and advantageously enhances the usefulness of the claimed invention in facilitating business efforts in various phases of the sales process.

Accordingly, the claimed invention is neither taught nor suggested by, and is patentably distinct from, the prior art. Applicants respectfully request removal of the rejection of claim 1 under § 103. Claims 2-12 depend from claim 1 and further define particular features of various embodiments of the present invention over the prior art. Further, the combination of Negrino with Seideman, Hiatt, and/or Frye fails to teach or suggest the dependent claim embodiments because Negrino neither teaches nor suggests the claimed features discussed above. Applicants therefore also respectfully request that the rejection of these claims under § 103 be removed.

Claims 13-20 stand rejected under § 103 for reasons that appear to be similar to those discussed above in connection with claims 1-12. Applicants submit that the above discussion is equally applicable to claims 13-20 and request removal of the rejection of claims 13-20 under § 103.

New claims 21-43 further define various embodiments of the present invention over the prior art and are supported in the specification. Support for the subject matter claimed in claims 21-43 can be found, for example, from page 59, line 30 to page

16

61, line 7 and on page 63, lines 17-32. Accordingly, no new matter is asserted in new claims 21-43.

Applicants respectfully submit that the pending claims are in condition for allowance. A notice of allowance is respectfully requested.

Respectfully submitted,

Jerome Johnson et al.

By their agents
MERCHANT, GOULD, SMITH, EDELL,
   WELTER & SCHMIDT, P.A.
3100 Norwest Center
90 South Seven Street
Minneapolis, Minnesota 55402
(612) 336-4624

By:_____
   John P. Sumner
   Reg. No. 29,114
   JPS/AO

17