# Exhibit 4

1      UNITED STATES DISTRICT COURT

2        DISTRICT OF MINNESOTA

3

4        Case No. 6:07-cv-607 (E.D. Tex.)

5   --------------------------------------------------

6   Triton IP, LLC,

7   Plaintiff,

8   vs.

9   Sage Group, PLC, et al.,

10  Defendants.

11  ---------------------------

12

13

14  -----------------------------------------------

15     CONFIDENTIAL - ATTORNEYS' EYES ONLY

16        DEPOSITION OF JEROME JOHNSON

17              VOLUME 2

18  -----------------------------------------------

19

20

21

22

23

24

25  TAKEN ON: 6/10/2008      BY: DANA ANDERSON

1      art and we told him what the functionality

2      was and he documented it for us to create

3      the application.

4   BY MR. DION:

5   Q. Did he tell him that the functionality was

6      recognizing an event carried out by one or

7      more of the subsystems?

8   A. I don't recall exactly what we said.

9   Q. So just to be clear, is your testimony that

10     you don't understand what inferring means?

11        MR. NEWTON: Object to form.

12        THE WITNESS: You are asking me if

13     inferring is different than this

14     (indicating)?

15  BY MR. DION:

16  Q. I'm asking you if inferring is different from

17     recognizing, right.

18  A. And I would want -- I would have to get a

19     definition of inferring.

20  Q. Like I said, the word "inferring" shows up in

21     the claim that describes something you

22     invented.

23  A. Right.

24  Q. So in the context of the description of your

25     invention, are you saying for the record that

Johnson, Jerome  6/10/2008  9:28:00 AM

1    you don't understand what inferring means?

2          MR. NEWTON:  Object to form.

3          THE WITNESS:  Yes.

4    BY MR. DION:

5    Q.  And you also don't know if it's the same or

6    different than recognizing as used in the

7    specification?

8          MR. NEWTON:  Object to form.

9          THE WITNESS:  Correct.

10   BY MR. DION:

11   Q.  Is the sentence that I directed your

12   attention to in column 2, is that an accurate

13   description of at least a part of what your

14   invention did?

15   A.  I have no reason to believe not.

16   Q.  So part of what the invention did would be to

17   recognize an event carried out by one of the

18   subsystems, is that correct?

19   A.  Yes.

20   Q.  If I could perhaps take you back to our

21   example.  Based on this language

22   (indicating), when the salesperson entered

23   their proposal into the system, where in that

24   example would the system recognize an event?

25         MR. NEWTON:  Object to form.