**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| SFA SYSTEMS, LLC f/k/a | § | |
| TRITON IP, LLC | § | |
| | § | CIVIL ACTION NO. 6:07-cv-067[LED] |
| v. | § | |
| | § | JURY |
| INFOR GLOBAL SOLUTIONS | § | |
| (MICHIGAN), INC.,  et al. | § | |

**INFOR'S REPLY IN SUPPORT OF ITS**
**MOTION FOR SUMMARY JUDGMENT OF NO WRITTEN DESCRIPTION**

SFA's opposition to Infor's motion for summary judgment of no written description raises the same issues raised by SFA in its motion for summary judgment regarding written desction, which Infor has opposed.  Accordingly, Infor incorporates by reference in its entirety its opposition to SFA's motion for summary judgment regarding written description, Docket Entry # 263, as its reply in support of its motion for summary judgment of no written description. For the reasons stated in that brief, as well as the response stated in Infor's motion for summary judgment of no enablement, Infor respectfully requests that the Court grant summary judgment in its favor of no written description.

Date:   September 8, 2009                    Respectfully submitted,


/s/ Alfred W. Zaher
Alfred W. Zaher
   Pa. Bar No. 73814
   zaher@blankrome.com
Bruce D. George
   Pa. Bar No. 84320
   george@blankrome.com
Joel L. Dion
   Pa. Bar No. 200477
   dion-j@blankrome.com
Nakul Krishnakumar
   Pa. Bar No. 201311

krishnakumar@blankrome.com
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Phone:  (215) 569-5500
Fax:  (215) 569-5555

Mike Jones
Texas Bar No. 10929400
mikejones@potterminton.com
Diane DeVasto
Texas Bar No. 05784100
dianedevasto@potterminton.com
POTTER MINTON, P.C.
500 Plaza Tower
Tyler, Texas 75702
Phone:  (903) 597-8311
Fax:  (903) 593-0846

**ATTORNEYS FOR DEFENDANTS
INFOR GLOBAL SOLUTIONS (CHICAGO),
INC. AND INFOR GLOBAL SOLUTIONS
(MICHIGAN), INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with this document pursuant to L.R. CV-5(a)(7)

on this 8th day of September 2009.  Any other counsel of record will be served by facsimile

transmission.

/s/ Alfred W. Zaher_____
Alfred W. Zaher

3