UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC | |
| v. | NO. 6:07-CV-067-LED |
| INFOR GLOBAL SOLUTIONS (CHICAGO), INC., et al. | JURY TRIAL DEMANDED |

**ORDER**

CAME BEFORE THE COURT Plaintiff, SFA Systems, LLC's Motion for Expedited Consideration of Its Expedited Motion to Enforce Stipulation re: Infor Customer Use. The motion is GRANTED to the extent that it expedites the briefing schedule. It is ORDERED that (1) Defendant Infor's response will be due 5 days after this Order issues; (2) Plaintiff SFA's reply will be due within 2 days of Infor's response; and (3) Defendant Infor's sur-reply will be due within 2 days of Plaintiff's reply.

**So ORDERED and SIGNED this 11th day of September, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**