# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SFA SYSTEMS, LLC f/k/a  <br>TRITON IP, LLC | § <br> § <br> § | CIVIL ACTION NO. 6:07-cv-067[LED] |
| v. | § <br> § | JURY |
| INFOR GLOBAL SOLUTIONS  <br>(MICHIGAN), INC., et al. | § <br> § | |

## INFOR'S OMNIBUS MOTIONS IN LIMINE

**1.      Opinion Of Counsel.**

The parties and witnesses are prohibited from mentioning in the presence of the jury that Infor did not produce an opinion of counsel.

**2.      Infor's Overall Revenues, Profits or Wealth.**

SFA is prohibited from mentioning Infor's overall revenues, profits, profitability or wealth, except as relied upon or testified to by Richard Gering.

**3.      Discovery Disputes.**

In the presence of the jury, the parties and witnesses are prohibited from any mention of the extent, adequacy, or timeliness of document production or other discovery provided by Infor during this lawsuit, including any reference to discovery disputes, motions to compel, orders compelling discovery, or allegations of litigation misconduct (such as the matters alleged in SFA's Motion for Sanctions).

**4.      Assertion Of Privilege and Other Discovery Objections.**

The parties may not introduce to the jury any objections, comments or colloquies by counsel that were made in the course of discovery.  References to, and questions concerning, the fact that information has been withheld under a claim of privilege or immunity are prohibited in the presence of the jury.

**5.      Unrelated Litigation.**

Apart from this case, the parties and witnesses are prohibited from mentioning any dispute or litigation involving Infor in front of the jury.

**6.      Questions to Counsel.**

This Court should prohibit any questions from SFA or SFA's counsel to counsel for Infor while in the presence of the jury.

**7.      No Remarks By Counsel Or Witnesses That Other Parties to The Case Have Settled.**

The parties and witnesses are prohibited from mentioning in the presence of the jury that other parties to this case have settled out of this case.

**8.      Willfulness.**

The parties and witnesses are prohibited from mentioning in the presence of the jury willful infringement.

**9.      Notice of Patent Prior to Suit.**

The parties and witnesses are prohibited from mentioning in the presence of the jury any allegation that Infor was aware of the '525 patent before the filing of the lawsuit.

**10.     Doctrine of Equivalents.**

The parties and witnesses are prohibited from mentioning in the presence of the jury the doctrine of equivalents.