EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

```
SFA SYSTEMS, LLC,              )
              Plaintiff,       )
                               )
VS.                            ) CIVIL ACTION NO.
                               )    6:07-CV-67
INFOR GLOBAL SOLUTIONS         )
(MICHIGAN), INC., et al,       )
              Defendants.      )
                               )
```

-----------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

J. TIPTON COLE

JULY 22, 2009

CONFIDENTIAL - ATTORNEYS' EYES ONLY

-----------------------------------


    ORAL AND VIDEOTAPED DEPOSITION OF J. TIPTON COLE,

produced as a witness at the instance of the Defendants,

and duly sworn, was taken in the above-styled and

numbered cause on July 22, 2009, from 9:15 a.m. to 5:58

p.m., before Nita G. Cullen, CSR in and for the State of

Texas, reported by machine shorthand, at the Law Offices

of Thompson & Knight, 1722 Routh Street, Suite 1500, in

the City of Dallas, County of Dallas, State of Texas,

pursuant to the Federal Rules of Civil Procedure and the

provisions stated on the record or attached hereto.


Gwendolyn Parker and Associates, Inc.
214-747-8007

Page 2

1         A P P E A R A N C E S
2  MR. DAVID PRIDHAM
   THE LAW OFFICE OF DAVID PRIDHAM
3  25 LINDEN ROAD
   BARRINGTON, RHODE ISLAND 02806
4  401.633.7247
5  AND
6  MR. ANDREW W. SPANGLER
   SPANGLER LAW P.C.
7  208 NORTH GREEN STREET
   SUITE 300
8  LONGVIEW, TEXAS 75601
   903.753.9300
9
   AND
10
   MR. HAROLD KIP GLASSCOCK, JR.
11 ATTORNEY AT LAW
   550 FANNIN, SUITE 1350
12 BEAUMONT, TEXAS  77701
   409.833.8822
13
   AND
14
   MR. RYAN BROWN
15 BROWN LAW
   9211 GARLAND ROAD
16 DALLAS, TEXAS  75218
   214.660.9602
17 COUNSEL FOR THE PLAINTIFF
18 MR. ALFRED W. ZAHER
19 MR. JOEL L. DION
   MR. BRUCE D. GEORGE
20 MR. JOHN PAUL OLEKSIUK
   BLANK ROME LLP
21 ONE LOGAN SQUARE
   18TH & CHERRY STREETS
22 PHILADELPHIA, PENNSYLVANIA 19103-6998
   215.569.5798
23 COUNSEL FOR THE DEFENDANTS
24
   ALSO PRESENT:
25   MR. JASON WARNER, VIDEOGRAPHER

Page 3

INDEX

                                    PAGE
Appearances........................................ 4
Stipulations.......................................... 4
J. TIPTON COLE
      Examination by Mr. Dion............................ 4

Signature and Changes................................273

Reporter's Certificate..............................275


EXHIBITS

NO. DESCRIPTION                          PAGE

  1  Cole Report (Electronic Copy)................ 4
  2  Memorandum Opinion............................ 86
  3  United States Patent No. 6,067,525............ 188

Page 4

1          P R O C E E D I N G S
2       (DEPOSITION EXHIBIT 1 MARKED.)
3           VIDEOGRAPHER:  Today is July 22nd, 2009.
4  This is the videotaped deposition of J. Tipton Cole
5  taken in the case styled SFA Systems, LLC versus Infor
6  Global Solutions, Incorporated, et al, Civil Action No.
7  6:07-CV-67.  The time is 9:15 a.m.  We're on the record.
8           MR. SPANGLER:  Are you on the record?
9           VIDEOGRAPHER:  Yes.
10          MR. SPANGLER:  Before we start, considering
11 where we are in the case, just letting you know, I am
12 invoking the rule today.  So, how you want to handle
13 that with Maksim is your call.
14          MR. DION:  I don't know if I follow.
15 You're --
16          MR. SPANGLER:  The rule, invoking the rule
17 regarding witnesses at trial and hearing the testimony
18 of others.  I mean, I thought you guys wanted to do it
19 with Tipton last week, but --
20          MR. DION:  You know, Mr. Cole was in
21 Maksim's deposition last week.
22          MR. SPANGLER:  And he was told you guys
23 might invoke the rule and he would have to leave, so --
24          MR. DION:  I'm just not sure I understand
25 what the issue is.

Page 5

1           MR. SPANGLER:  Other than your attorneys
2  and a corporate designee, no one else is allowed to
3  participate in the deposition, just like hear their
4  testimony, just like you would at trial.
5           MR. DION:  I understand, but as I said, we
6  had Mr. Cole, we allowed him to sit in on the deposition
7  last week.
8           MR. SPANGLER:  I understand.  That was your
9  choice, and we're making the choice to invoke it today.
10          MR. DION:  Which means that if we allow him
11 to sit here, you're going to oppose him testifying as a
12 witness at trial?
13          MR. SPANGLER:  He's not allowed to sit
14 through.
15          MR. ZAHER:  Counsel, you made no such
16 objection last week.  You did not give us an indication
17 you were going to object to our witness being present.
18 We went to a great deal of time and expense to bring him
19 here.  Our witness is going to stay in the deposition.
20          If you want to bring this to the Court's
21 attention, I suggest you do it now, but your witnesses
22 were not excluded from our depositions.  I would ask the
23 same courtesy from you.  You're telling me you're not
24 going to give us that same courtesy?
25          MR. SPANGLER:  I am telling you, I am

2 (Pages 2 to 5)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 6

1  invoking the rule.
2       MR. ZAHER:  Okay.  Well, we're going to
3  keep our witness here.  We can address this either at
4  the time of trial or we can address it now with the
5  Court.
6       MR. SPANGLER:  Well, we have to address it
7  now, and -- I mean, call up the hotline number.  If this
8  is something you want to do a hotline call about, that's
9  fine.  Do we have a teleconference phone number in
10 there?
11      MR. ZAHER:  We have a machine here.  Let's
12 see if we can get the Court --
13      MR. DION:  Can we go off the record while
14 we do some of the logistics?
15      MR. SPANGLER:  If we're discussing this, I
16 want to keep it on the record.
17      MR. DION:  That's fine, if we're doing the
18 logistics.
19      MR. ZAHER:  There's nothing further to
20 discuss.  We're going to call the Court.
21      MR. SPANGLER:  Right.
22      MR. ZAHER:  Okay.  We can go off the
23 record.
24      VIDEOGRAPHER:  The time is 9:18, we're
25 going off the record.

Page 7

1       (OFF THE RECORD FROM 9:18 TO 9:33 A.M.)
2       VIDEOGRAPHER:  Time is 9:33, we're back on
3  the record.
4       MR. DION:  Joel Dion, here on behalf of
5  Defendant Infor.  With me in the room is Maksim
6  Kouznetsov, as well as Bruce George, Alfred Zaher and
7  John Paul Oleksiuk, the last three who are all also with
8  Blank Rome.
9       MR. SPANGLER:  Andrew Spangler on behalf of
10 the Plaintiff.  With me today is David Pridham, Ryan
11 Brown, Kip Glasscock.  The parties just went off the
12 record to discuss an issue regarding the participation
13 of Maksim Kouznetsov.
14      As part of that discussion, local counsel,
15 that would be me, Andrew Spangler, had a teleconference
16 with Alan Gardner.  After discussing that, with
17 preserving our objection that we believe Mr. Kouznetsov
18 is a fact witness improperly withheld, we will allow him
19 to sit through this deposition.
20      MR. ZAHER:  This is Alfred Zaher, lead
21 counsel for Infor.  Mr. Spangler, is Mr. Brown an
22 attorney for your firm?
23      MR. SPANGLER:  He's an attorney
24 representing SFA that works with my firm.
25      MR. ZAHER:  Good.  I just want to make sure

Page 8

1  he wasn't -- okay.  Again, Infor's position is that this
2  witness -- or I should say our expert witness, Mr.
3  Kouznetsov, was engaged by Infor as an expert.  He's
4  only been approached to work on this case as an expert.
5  He is a party to the confidentiality agreement.  His
6  information has been provided to SFA.
7       SFA's made no such objection, prior to this
8  deposition, seeking to exclude Mr. Kouznetsov from
9  participating in this and working with counsel in
10 support of this deposition.  We disagree that he is a
11 fact witness.  He did work for the company many years
12 ago.  You've had plenty of time to seek fact witnesses
13 that you need.
14      Discovery is closed in this case, and we
15 are going to retain the assistance that we need -- the
16 assistance of Mr. Kouznetsov in this deposition, and
17 he's going to remain in this deposition as support as an
18 expert witness.
19      MR. SPANGLER:  I don't have anything to
20 add.  We already stated our position that he could stay.
21 Go ahead, Mr. Dion.
22      MR. DION:  Thank you.
23      COURT REPORTER:  Any stipulations?
24      MR. SPANGLER:  Just to keep it AEO is what
25 I understand.

Page 9

1       MR. DION:  The deposition is going to be
2  protected, Attorneys' Eyes Only.
3       J. TIPTON COLE,
4  having been first duly sworn, testified as follows:
5            EXAMINATION
6  BY MR. DION:
7    Q.  Morning, Mr. Cole.
8    A.  Good morning.
9    Q.  I've provided you, before we went on the
10 record, copies of your report and -- as well as the
11 exhibits to your report.  The Court Reporter has been
12 given a compact disk with those in electronic form,
13 which I believe has been marked as Exhibit 1 to your
14 deposition, but for your reference during the
15 deposition, those in paper form are there.
16      Could you just take a look at that?  I
17 understand it's a very substantial document, but a quick
18 maybe perusal, and let me know if it appears to be
19 complete?
20      MR. SPANGLER:  Joel, I hate to interrupt,
21 but just to make it clear, was Craig Thompson's disk
22 Exhibit 1, also?  It was?  Okay.  Thank you.
23   A.  Yeah.  I got to believe that's right.
24   Q.  That's a lot of paper.
25   A.  They seem to have the last pages in them, so I

3 (Pages 6 to 9)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 10

1  suspect they're okay.
2      Q.  When were you first engaged by SFA to work on
3  this matter?
4      A.  I don't really recall.  Sometime last fall.
5      Q.  Sometime in the fall of 2008?
6      A.  I believe so, yeah.
7      Q.  And at that time, what is it that they asked
8  you to do?
9      A.  To serve as a technical expert, examining
10  the -- this lawsuit.
11      Q.  Anything more specific than that?
12      A.  No.
13      Q.  And I assume you're charging them for your work
14  on this matter?
15      A.  Yes.
16      Q.  And what rate do you charge?
17      A.  $525 an hour.
18      Q.  And do you know, approximately, how much you've
19  billed to date in this case?
20      A.  Not really.  Probably somewhere 250, 300 hours,
21  something like that.
22      Q.  Have you ever worked on any other cases for
23  SFA?
24      A.  No.
25      Q.  Have you ever worked on any other cases where

Page 11

1  Mr. Spangler was an attorney?
2      A.  I've met Mr. Spangler before, but I don't know
3  if I worked on a case with him.
4      Q.  What about Mr. Pridham?
5      A.  Again, I don't know whether he was in a case
6  I've been in.
7      Q.  Do you know an attorney by the name of John
8  Edmonds?
9      A.  Yes.
10      Q.  Have you ever been engaged as an expert on any
11  matters where he was counsel?
12      A.  Not that I'm aware of.
13      Q.  To your knowledge, have you ever worked as an
14  expert for any other matters for companies that were
15  owned or controlled by Mr. Spangenberg?
16          MR. SPANGLER:  Objection, form.
17      A.  I believe I have, yes.
18      Q.  Which other matters do you believe those to be?
19      A.  I need to ask here whether cases where I wasn't
20  disclosed as an expert count on this stuff.
21          MR. SPANGLER:  You are not to disclose if
22  you were a consulting expert.  I'm instructing you not
23  to answer the question.  If you did a deposition or
24  report or testified at trial, you can answer his
25  question.

Page 12

1      A.  I was disclosed in a case.  I'm having trouble
2  calling up the plaintiff's name.
3      Q.  It's not a memory test, so to the extent it
4  might be part of your report, feel free to refer at this
5  time.
6      A.  Actually, it's probably in my CV, because I
7  gave a deposition in the case.
8      Q.  Okay.  Could we take a look?  Is that Exhibit 1
9  to your report?
10      A.  I don't know.  Yes.  Taurus IP.
11      Q.  And it's on this list twice.  Do you know why
12  it's on the list twice?
13      A.  I gave two depositions.
14      Q.  Why two depositions?
15      A.  I did two reports.  I don't know why I gave two
16  depositions.  They're split by month, though, so --
17      Q.  Did the two reports address different issues?
18      A.  I honestly don't recall.
19      Q.  Do you recall if they were both about
20  infringement or both about validity?
21          MR. SPANGLER:  Objection, form.
22      A.  I did reports on both issues.  That's probably
23  the distinction.
24      Q.  So, your recollection is you did one report on
25  infringement, and then a separate report on validity?

Page 13

1      A.  Correct.
2      Q.  Were you asked to give any opinions on validity
3  in this matter?
4      A.  No.
5          MR. SPANGLER:  Objection, form.
6      Q.  (By Mr. Dion)  If we could go back to
7  Exhibit 1, which is your resume, looks like from 1983 to
8  2007, you have yourself listed as president of Tipton
9  Cole & Company?
10      A.  Correct.
11      Q.  And the description of that is, primarily, as a
12  software development and consulting company?
13      A.  Yes.
14      Q.  And then 2008 to the present day, the same
15  company, but you have a different role and a different
16  description.  What's the difference between your role as
17  president up until 2007 and your role as proprietor
18  since 2007?
19      A.  Mostly have to do with the fact that I closed
20  down the C type corporation that I had, and, also,
21  recognizing the fact that I'm doing very little computer
22  development these days.
23      Q.  So, since 2008, it looks like that you're
24  primarily doing expert witness type work?
25      A.  Well, consulting work.

Gwendolyn Parker and Associates, Inc.
214-747-8007

Page 14

1         MR. SPANGLER:  Object to form.
2     Q.  (By Mr. Dion)  Consulting work primarily
3  related to IP litigation?
4     A.  Correct.
5     Q.  What percentage of your work is as a consulting
6  expert, as compared to as a testifying expert?
7     A.  Probably most of it.
8     Q.  Most of it is which?
9     A.  I'm sorry.  Most of it is as a consulting
10 expert.
11    Q.  The last question was maybe a bad question.
12    A.  That's all right.
13    Q.  Did you have any role in preparing infringement
14 contentions in this case?
15    A.  My role was to discuss things with the
16 attorneys.  I did not draft the infringement --
17        MR. SPANGLER:  I'll at this point remind
18 that we have a stipulation and instruct my witness not
19 to disclose any of the communications or drafts of
20 documents leading up to your report.
21    A.  Right.
22    Q.  Did you prepare the exhibits to your report?
23    A.  Did I prepare them?  Some of them, yes.
24    Q.  What do you mean by that?
25    A.  Well, I wrote the CV.

Page 15

1     Q.  Okay.  What about Exhibits 3, 4 and 5?
2     A.  3, 4 and 5 are all exhibits that I -- I'm not
3  sure how to answer this, now.
4         MR. DION:  I think I'm entitled to explore
5  whether or not it's his work product, so --
6         MR. SPANGLER:  Well, you're not -- well,
7  the stip is what the stip is, and we can look at that.
8  I'm trying to think of a way to give you your answer
9  without revealing, so just --
10        MR. DION:  Okay.
11        MR. SPANGLER:  I'm working on giving you
12 the information, how to do it accurately.
13        MR. DION:  Okay.
14        MR. SPANGLER:  Can I talk with him real
15 quick off the record?  I want to give you your answer.
16        MR. DION:  Absolutely.
17        VIDEOGRAPHER:  The time is 9:44, we're off
18 the record.
19    (OFF RECORD FROM 9:44 TO 9:45 A.M.)
20        VIDEOGRAPHER:  The time is 9:45, we're back
21 on the record.
22        MR. SPANGLER:  Joel, could you re-ask the
23 question, please?
24    Q.  (By Mr. Dion)  Yeah, the question was
25 whether -- did you prepare Exhibits 3, 4 and 5 to your

Page 16

1  report?  Expert report?
2     A.  Each of those exhibits was prepared, in part,
3  by me, and in conjunction -- the rest of it in
4  conjunction with the attorneys, but the exhibits are
5  mine.  They're incorporated in my reports and they're
6  mine.
7     Q.  You reviewed source code as part of your
8  investigation into the accused products, is that right?
9     A.  I did.
10    Q.  How did you go about the source code review?
11 What was the process you used to try and determine which
12 source code you thought was relevant and which pieces
13 you wanted to look at?
14        MR. SPANGLER:  Objection.  I believe that's
15 covered within the stip.  Hold on.
16    A.  I'm sorry.
17        MR. SPANGLER:  You can answer that
18 question.
19    A.  Okay.  First off, I'm not sure about relevance,
20 its relevance, but the mechanism that I used was to
21 first take inventory of the source code that was
22 produced and to begin examining different code in
23 different areas, looking for support for what I was
24 seeing in the documentation.
25        The purpose of the source code review is,

Page 17

1  primarily, to make sure that I'm reading and
2  understanding the documentation properly.  So, the
3  source code review was guided by what I was reading in
4  the document, trying to find things that corresponded to
5  what I saw.
6     Q.  When you say guided by what you were reading in
7  the documents, do you mean that you were only looking at
8  source code that was referenced in the documents?
9     A.  Well, relatively little of the source code is
10 directly referenced in the documents.  We were just
11 looking for those parts of the source code that we
12 thought would help us understand what the system was
13 actually doing.
14    Q.  So if you felt that from the documentation you
15 were developing an opinion that the system had a certain
16 functionality, you would then try to locate source code
17 that verified or confirmed that opinion?
18    A.  In some instances, yes.
19    Q.  How did you go about trying to find the
20 particular source code that might support --
21    A.  It's -- it's -- you just have to look.  I mean,
22 the -- some of the source code is written in such a way
23 that either program names or procedure names or
24 variables reveal what's going on in the code.  Comments
25 in the code can tell you what's going on.  We wrote

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 18

1  routines to --
2        MR. SPANGLER: I'm going to object at this
3  point. Anything you wrote, notes that you took or any
4  written conduct by you is protected by the stipulation.
5  Your general procedure, you are to answer his question.
6     A. All right. Fair enough. We reviewed both the
7  direct content of the code; that is, the programming
8  language work, and we also reviewed comments in the
9  code. Comments are -- don't tell you what actually
10 happened, the code tells you what actually happened, but
11 the comments can direct you to the right places.
12       So we used that. We used markers in the
13 documentation that would occasionally mention something
14 that looked like it belonged in the source code, and we
15 would go search for that. Any number of things like
16 that. But it's an exploration to go in and look for.
17    Q. Did you use search terms to help you find
18 pertinent source code?
19    A. Well, we did searches. We did searches based
20 on strings of characters that we thought were
21 significant, yes.
22    Q. Do you recall the strings of characters that
23 you thought were significant?
24    A. No.
25    Q. Last week, you sat in on Mr. Kouznetsov's

Page 19

1  deposition, is that right?
2     A. For some of it, yes.
3     Q. Have any of your opinions changed, based on
4  sitting in on that deposition?
5     A. No.
6     Q. Now, having sat in on that deposition, are you
7  relying at all on the testimony that you heard to
8  support the opinions in your report?
9     A. To support the opinions in my report? No.
10    Q. Do you believe the testimony does support the
11 opinions that are in your report?
12    A. The -- most of Mr. Kouznetsov's testimony
13 contradicted the opinions in my report.
14    Q. If you could turn to the first page of your
15 actual report, and I promise we're not going to go
16 through all these documents one page at a time.
17    A. That's okay.
18    Q. In the first paragraph, and I understand this
19 is just introduction, but the end of the last sentence,
20 it says that in the litigation, SFA has asserted that
21 certain Infor products infringe, and it lists
22 Interaction Adviser, IA, Sales & Service or S&S, and
23 Outbound Marketing or OM, and then it says individually
24 and including as integrated together as part of the
25 E.piphany Suite. Do you see that?

Page 20

1     A. Yes.
2     Q. Is it your understanding that SFA has asserted
3  that Sales & Service as a stand-alone product infringes
4  the '525 Patent?
5        MR. SPANGLER: Objection, form.
6     A. I believe that in the report I actually only
7  address the combination of Sales & Service with
8  Intersection Adviser.
9     Q. So you have not offered an opinion that Sales &
10 Service as a stand-alone product infringes the '525
11 Patent.
12    A. I don't believe so, no.
13    Q. But you do believe that Interaction Adviser
14 infringes the claims of the '525 Patent or the claims
15 discussed in your report, as a stand-alone product, is
16 that correct?
17       MR. SPANGLER: Objection, form.
18    A. Yes, I do.
19    Q. In the combination of IA and integrated with
20 S&S, which of the claim elements do you believe read on
21 the Sales & Service product?
22    A. On the Sales & Service product? I'm not sure
23 that I ever expressed it quite that way. I believe I
24 expressed it as a combination, and the statement, I
25 think, is pretty straightforward.

Page 21

1     Q. If you would, could you just identify which
2  page of your report you're looking at?
3     A. Right. I thought that we would just start with
4  Claim 1, Element A-1, page 121 of the report, discussing
5  the integration of Interaction Adviser with S&S. And
6  the statement is that I previously analyzed the IA and
7  determined that it infringed the patent on its own, and
8  that as a logical necessity, the combination of IA and
9  S&S also infringes the patent.
10    Q. And I think we could agree that's the language
11 for Claim 1, Element A-1, but I think we could agree
12 that that similar language was then followed for all the
13 rest of the claims?
14    A. I believe it's similar language for virtually
15 everything in there, yes.
16    Q. So the allegation that IA integrated with S&S
17 infringes is because IA infringes by itself?
18       MR. SPANGLER: Objection, form.
19    A. That's a basis for it, yes.
20    Q. So, I guess what I'm trying to understand is,
21 in that system of IA integrated with S&S, what is it
22 that S&S actually adds to the system that changes or
23 affects or has an impact on the way the system
24 infringes?
25       MR. SPANGLER: Objection, form.

6 (Pages 18 to 21)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

1    A.  Straightforwardly, S&S is a subsystem that --
2  of a combined -- the patent addresses a system and then
3  addresses subsystems within a system.  The addition of
4  S&S expands the scope of the initial system that we're
5  talking about.
6         The initial system in the early analysis is
7  IA.  You expand the system to include IA and S&S, and
8  that expanded system infringes the patent.
9    Q.  And S&S would be one of the subsystems?
10   A.  Would also be a subsystem within the system,
11 correct.
12   Q.  Does IA need to have S&S as a subsystem to meet
13 the limitations of, for instance, Claim 1?
14        MR. SPANGLER:  Objection, form.
15   A.  No.
16   Q.  I think you said, and I may be misquoting, but
17 if I'm mischaracterizing your testimony, please correct
18 me, but I think you said along the lines that the system
19 of IA and S&S integrated together necessarily infringe
20 because IA alone infringes.
21   A.  That's close, yes.
22   Q.  So, then, is it your opinion that a system made
23 up of IA integrated with any other piece of software
24 would be an infringing system?
25        MR. SPANGLER:  Objection, form.

1    A.  Not necessarily, no.  I'm assuming that you're
2  going to combine it with something that would
3  effectively debilitate some feature of IA, but as, for
4  instance, in here, IA combined with OM I believe
5  qualifies as such a thing, but I wouldn't apply that as
6  a blanket -- as a blanket proposition, no.
7    Q.  What if I qualified it to say, IA integrated
8  with any other system, so long as the integration
9  doesn't diminish IA's functionality?
10        MR. SPANGLER:  Objection, form.
11   A.  That's at least possible, then I run into
12 problems of patent doctrine that I simply don't know,
13 that may militate against that.  I honestly don't know.
14   Q.  I understand it's a broad question and, you
15 know, to say "yes" to every example is a lot to ask.
16 Does the system of IA integrated with S&S work
17 differently than IA standing alone?
18        MR. SPANGLER:  Objection, form.
19   A.  It accomplishes additional things, yes.
20   Q.  What are those additional things?
21   A.  All those capabilities that S&S brings to the
22 party.
23   Q.  Do any of the capabilities that S&S brings to
24 the party relate to any of the elements in, for
25 instance, Claim 1 of the '525 Patent?

1    A.  Yes.  It certainly qualifies as a subsystem
2  named in that claim.
3    Q.  Anything other than that?
4    A.  I don't think I've addressed anything other
5  than that, but it may, yes.
6    Q.  But if we were to look at kind of some of
7  the -- some of the items that are called out in, for
8  instance, Claim 1, the event manager is still within IA,
9  is that correct?
10   A.  Correct.
11   Q.  And the detection of any change in state that
12 you assert still occurs within IA, is that correct?
13   A.  That's a function of the event manager, so yes.
14   Q.  And as well as the inferring also occurs within
15 IA?
16   A.  It's also part of the event manager, correct.
17   Q.  And the automatic initiation step or process,
18 again, also within IA?
19   A.  Yes.
20   Q.  What do you understand S&S's functionality to
21 be, generally?
22   A.  Just what it says, it's a support system for
23 Sales & Service, and, you know, it has a lot of
24 functionality.  We can pull out the claim chart and
25 start talking about it, if you'd like.

1    Q.  I don't know that we need to go into that level
2  of detail.
3    A.  Okay.
4    Q.  So I'd like to go now to the section of your
5  report that addresses Interaction Adviser standing
6  alone.  I think the claim analysis at least starts on
7  page 15 or the bottom of 14.
8    A.  Okay.
9    Q.  When you say that IA infringes standing alone,
10 the preamble calls out -- well, let me back up a step.
11 In your view, do you think that in, for instance, Claim
12 1 of the '525 Patent, is the preamble a limitation on
13 the scope of that claim?
14        MR. SPANGLER:  Objection, form.
15   A.  I don't know.  I don't know whether it's a
16 limitation on the claim.
17   Q.  In your analysis, did you look to see if, in
18 your opinion, the system satisfied the language of the
19 preamble?
20   A.  Yes.
21        MR. SPANGLER:  Objection, form.
22   Q.  (By Mr. Dion)  So, the preamble calls out a
23 computer implemented sales system.  What is the system
24 that you analyzed when you looked at Intersection
25 Adviser?

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

1        MR. SPANGLER:  Objection, form.
2        THE WITNESS:  Pardon me.
3        MR. SPANGLER:  Give me a little bit of time
4   to put objections on the record, please.  That was
5   "objection, form," in case you didn't get it.
6        A.  Interaction Adviser is the Interaction adviser
7   product, as described in the documentation.
8        Q.  And maybe this is a silly question, but when
9   you were analyzing this, you didn't look at Interaction
10  Adviser, for this section, connected to anything else,
11  is that right?
12       A.  Well, Interaction Adviser is the system of the
13  claim language, and there are connections within it that
14  I reviewed, but I didn't worry with its connection to
15  anything else.
16       Q.  What is, in your view, sales?
17       A.  Sales?
18       Q.  Sales.
19       A.  Well, the core of sales is the transfer of
20  goods or services for money.
21       Q.  Did you ever -- did you look at these systems
22  to determine if, in your opinion, they were sales
23  systems?
24       A.  Yes.
25       Q.  And, in your opinion, IA is a sales system.

1        A.  Yes.
2        Q.  What are the phases of the sales process?
3        A.  What are the phases of the sales process?  It's
4   a pretty broad description, but they are -- those are
5   the activities that are involved in bringing a product
6   to sell, building its market, influencing the purchasing
7   and buying of the product and satisfying the sale.  Not
8   that there are only three phases to the process, but it
9   covers a lot of ground.
10       Q.  Sure.  Would you agree with this -- or maybe
11  you won't -- but other people in the case have kind of
12  characterized the invention this way.  Do you view it as
13  a system, and the goal of that system is to automate at
14  least some of the tasks that are typically carried out
15  by a salesperson?
16       MR. SPANGLER:  Objection, form.
17       A.  I would say that's part of what it's aimed at,
18  yes.  But as much as that, it's aimed at breaking down
19  the barriers between automated systems that might be
20  used separately and the promotion of sales.
21       Q.  Those barriers -- you said barriers between
22  automated systems.  So those were kind of Legacy
23  automated systems, and the goal here was to try and, I
24  guess, find a way for those to work together?
25       MR. SPANGLER:  Objection, form.

1        A.  That's part of the explanation.  It's not just
2   the legacy system, but it's newly developed systems, as
3   well.  Yes, it's aimed at taking, like I said, just
4   systems that are separated, for some reason, because
5   they came from different vendors, because they were
6   developed at different times, because the design of the
7   system was insular, for some reason, and breaking down
8   the barriers between them so that the information into
9   the system from the outside and -- well, I'm sorry --
10  within the system, that the information would flow more
11  quickly and promote the sales process.
12       Q.  Does the '525 Patent define specific phases of
13  the sales process that are contemplated by the
14  invention?
15       A.  I believe it mentions some phases.  I don't
16  think it defines phases, specifically, no.
17       Q.  What's your understanding of how Interaction
18  Adviser works?
19       A.  Well --
20       Q.  And I understand that's a broad question.
21  We're obviously going to get into it in some detail as
22  we talk about the claim elements.  I guess I kind of
23  want to understand your big picture view of what IA is
24  and what it does.
25       A.  In the big picture, IA is meant to serve an

1   interactive process, hence its name, I suppose.  And
2   it's attempting to connect people at the customer end of
3   the sales process back with information that an
4   organization gathers over time, and it's simultaneously
5   adapting to the success or failure of some of the sales
6   operations.
7        Q.  It's adapting to the success or failure of some
8   of the sales operations?  What do you mean by that?
9        A.  What I mean by that is that as transactions,
10  sales transactions, offers, acceptances, and so forth,
11  take place within the system, that it's keeping track
12  and adjusting its behavior based on the success or
13  failure of different promotions, operations, offers,
14  campaigns.
15       Q.  Could you give me one example, and I certainly
16  understand this is not likely to be the only example,
17  but an example of what IA does kind of as it relates to
18  the claims?  I mean -- let me withdraw that.  I think
19  that's going to draw an appropriate objection.
20       MR. SPANGLER:  It was coming.
21       Q.  (By Mr. Dion)  Could you describe your view of
22  how IA functions when, say, the customer service
23  representative at a call center, for instance, interacts
24  with a customer, what does IA do?
25       MR. SPANGLER:  Objection, form.

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

1      A. Take a simple example. Let's say that a
2  customer, you talk about customer service, a customer
3  calls in with a complaint, I ordered this gizmo and it
4  hasn't arrived yet, it arrived late, it was broken when
5  it arrived, I got the blue one instead of the red one,
6  whatever his complaint is, he has a complaint.
7          He identifies himself to the sales agent.
8  The sales agent records the fact that this fellow is
9  complaining about his gizmo or about -- and sends that
10 information into IA -- you know, from one of the client
11 systems, you know, call center, and he sends that
12 information into the IA's RT server.
13         RT server gets that complaint, and once the
14 complaint arrives, he says, something's up, and he
15 starts unpackaging the complaint information. He
16 figures out from -- actually, go back. When he gets the
17 message, it's just a message. He doesn't even know it's
18 a complaint.
19     Q. I'm sorry, when you say "he" --
20     A. I'm sorry. He. RT server. Computer geeks, we
21 often personalize these things. So RT server will be
22 "he" henceforth. But when RT server gets the message
23 from the client, he knows something's up, but he doesn't
24 know what.
25         He unpacks the message, and he says, ah,

1  it's a complaint message. I have some idea of what I
2  need to do. I should be looking for, among other
3  things, I should be looking for the I.D. of the
4  complainer, and I probably should be looking for some
5  identifier that tells me what he's complaining about.
6          He unpacks those things from messages, and
7  based on the fact that he has a complaint, he
8  understands which of his subsystems he needs to go to,
9  and he analyzes then the information he has on the
10 customer.
11         If it's a first time customer, he might
12 just say, tough luck. If he's a long-time customer, he
13 might say, you know, we need to keep this guy, he's a
14 big dollar guy, let's offer him tickets to something or
15 let's offer him a discount on what we just sold him or
16 let's offer him something to mollify him.
17         And it will put together whatever's
18 appropriate for that customer, for that level of sales,
19 for the history that that customer has and pass those
20 recommendations back to the call center operator, who
21 then -- or to the software that the call center operator
22 is using.
23         And that software then displays those
24 options on the screen and the call center operator looks
25 at it and starts working through his options with that

1  customer. Perhaps we can make you happy with this. And
2  if he gets a good reaction, then that may settle it.
3          If he doesn't get a good reaction to the
4  first one, he may ask him, well, how about if we did
5  this, then, instead, or in addition to what I offered
6  before? So, what's happening there is that IA, because
7  it's accumulating all this historical information on the
8  customer, because it has -- because it has knowledge of
9  how other customers in similar circumstances react,
10 because it has knowledge of how this customer and -- you
11 know, historically has reacted, it's filtering through
12 the many possibilities that it has to respond. So,
13 that's roughly what I see IA doing.
14     Q. Okay. Thank you. And I understand, like I
15 said, that's one example. I certainly don't expect that
16 it's the only example. But there's a couple of things
17 you discussed in there that I want to just follow up on
18 a little bit. So, in this scenario, we had a customer
19 calling in, that customer had a complaint about
20 something.
21         Is it your understanding that IA treats
22 that type of request to the RT server; that is, a
23 request derived from a customer complaint differently
24 than if the request comes in because the person called
25 in for some other reason?

1          MR. SPANGLER: Objection, form.
2      A. Well, it certainly treats it differently in the
3  sense that if a person calls in to order the latest set
4  of foot snuggies, he gets foot snuggy stuff back. If he
5  calls in about a complaint, he gets complaint stuff
6  back. So, yes, they're treated differently.
7      Q. Did you come across anything in the
8  documentation of IA that talks about handling
9  complaints?
10     A. I think one of the examples in the -- in one of
11 the manuals dealt with it in some detail.
12     Q. Do you recall what -- where that might have
13 been? I understand if you don't. I know there was a
14 lot of documents you looked at.
15     A. It's referenced early on in the IA claim chart.
16     Q. In your chart that you prepared for IA?
17     A. Yes.
18     Q. Do you think if you took a minute to flip
19 through, could you point me to that?
20     A. I think so.
21     Q. And IA chart is Exhibit 3?
22     A. Yes. Page 3.
23     Q. Okay. Could you show or tell me where on page
24 3 you see that?
25     A. In the third block of information under the

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 34

1 heading "A URL."
2      Q. Uh-huh.
3      A. Is a message, it's an http protocol message.
4 And you will see on the third line of that message it
5 has the "&Event=ComplaintEvent."
6      Q. Okay.  And is that URL there, is that the
7 information passed to RT server from the other system?
8      A. Yes.  It's an example of information that gets
9 from an RT client to RT server, yes.
10      Q. And then when RT server processes this event to
11 return offers, in this example, it would use the fact
12 that this was a complaint event in what way in
13 processing those offers?
14          MR. SPANGLER:  Objection, form.
15      A. Based on the fact that it's a complaint event,
16 it calls some set of routines that it wouldn't call for
17 a sales event.  It calls them with information or with
18 parameters, parameters that are different.
19      Q. Do you have an understanding of what those
20 other subsystems would be or those other processes would
21 be?
22      A. Generally, I believe this is -- a patent is
23 sent to RT miners or RT recommenders that then plow into
24 different databases, depending on rule sets that they
25 have within them.

Page 35

1      Q. Is this example here, this complaint event, is
2 that something that's part of IA as it's delivered by
3 Infor to its customers?
4      A. This particular complaint event?  I couldn't
5 tell you.  I don't know for sure.
6      Q. The other thing I wanted to ask you about is,
7 in your example, you talked about that the system would
8 return certain offers, I guess resolutions, whatever
9 they might be in that case, and you said one of the
10 things that it would consider in making that decision is
11 he has information about this particular customer and
12 what this customer has done in the past?
13          MR. SPANGLER:  Objection, form.
14      A. Perhaps.
15      Q. Is it your understanding that IA uses, you
16 know, typically uses a customer's transaction history as
17 part of its process?
18          MR. SPANGLER:  Joel, finish this answer,
19 and if you could tie up a line of questions, one, I'd
20 like to take a break, and two, Kip and David are
21 leaving, so I don't want to have all that on the
22 videotape while that's going on.
23          MR. DION:  Sure.
24      A. I'm sorry.  Could you ask again?
25      Q. Is it your understanding that IA typically uses

Page 36

1 customer transaction history or interaction history as
2 part of its process?
3          MR. SPANGLER:  Objection, form.
4      A. I'm not sure if it keeps that -- each
5 interaction, you know, each sales detail, but certainly
6 it seems to keep cumulative information.
7      Q. When you say "cumulative information," what do
8 you mean?
9      A. Number of purchases, amount of dollars spent, I
10 think it keeps information -- I'm sorry, can keep
11 information on what items were purchased.
12      Q. So, cumulative information about an individual
13 customer, though, is what you meant?
14      A. Yes.
15      Q. Rather than cumulative information about
16 population of customers.
17      A. Well, for this customer, it builds profile
18 information that includes, you know, demographic type
19 stuff, where he's from, how old he is, some other things
20 like that.  I think the exact detail that you can keep
21 on this stuff, at a certain level, I didn't pursue it
22 anymore, but it keeps -- yes, it keeps historical
23 demographic information on that person, whatever it
24 knows.
25          (MR. ZAHER LEAVES ROOM.)

Page 37

1          MR. DION:  Okay.  I think this will be a
2 good time to take a break.
3          VIDEOGRAPHER:  The time is 10:18, we're off
4 the record.
5          (MR. PRIDHAM AND MR. GLASSCOCK LEAVE ROOM.)
6          (OFF THE RECORD FROM 10:18 TO 10:28 A.M.)
7          VIDEOGRAPHER:  Time is 10:28, we're back on
8 the record.
9      Q. (By Mr. Dion)  Okay.  Before we took that
10 break, we've been discussing your opinions about
11 infringement by IA.  There's also language in the
12 beginning of the preamble, similar language comes up in
13 some of the claim elements that says that this is a
14 sales system, computer implemented sales system that's
15 used to facilitate a sales process.  What do you
16 understand that to mean?
17          MR. SPANGLER:  I'm sorry, Joel, I missed
18 that.  What page are you on?
19          MR. DION:  Page 14 of his report.
20          MR. SPANGLER:  Okay.  Thank you.
21      A. To facilitate a sales process means that it
22 makes some part of the sales process easier, faster,
23 more convenient, more efficient, possible, any number of
24 things like that.
25      Q. And, again, the sales process being --

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 38

1     A.  Virtually anything that assists in making the
2  sale, ultimately, to a customer.
3     Q.  I just want to kind of explore that a little
4  bit, if we can.  So, if we had to -- you know, a sales
5  organization and they have a receptionist and she
6  answers calls for the marketing department and the legal
7  department and the human resources department, she's
8  just -- you know, you call in for the number, you're not
9  dialing the 800 number to buy their product, you're
10 calling their office, she answers the phone.  Is she
11 facilitating the sales process?
12        MR. SPANGLER:  Objection, form.
13    A.  To the extent that she can, yes.
14    Q.  What do you mean by that?
15    A.  Well, the customer calls in and says, I'd like
16 to talk to my salesman, the -- whether he's calling for
17 a complaint, like we talked about before, or calling to
18 buy something or calling to find out who is the salesman
19 for his region or whatever reason like that, her actions
20 can, do facilitate the sales process.
21    Q.  Okay.  Again, like I said, may seem a little
22 ridiculous, but I'm trying to kind of figure out how far
23 back this goes.  The people that come in and clean at
24 night, do they facilitate the sales process?
25    A.  I wouldn't think so, in the normal course, no.

Page 39

1     Q.  I mean, obviously, we could get down to a
2  salesman picks up a phone and cold calls a customer or
3  takes a call from a customer, I think that's clearly
4  within the sales process.  Somewhere -- I guess the
5  janitors, we can agree, are clearly outside of the sales
6  process.
7     A.  As I said, in the normal course, yes.
8     Q.  In the normal course.  Is there any way that we
9  can kind of meaningfully define the boundaries there,
10 though?
11        MR. SPANGLER:  Objection, form.
12    A.  I'm not sure of a clean way of doing that.
13    Q.  So, if we move on, then, the next element is
14 plurality of subsystems, and I'm on to page 15 of your
15 report.  Plurality of subsystems configured to
16 facilitate one or more actions performed during at least
17 one phase of the sales process.
18    A.  Yes.
19    Q.  In the context of Claim 1, what type of actions
20 is this language referring to?
21    A.  To facilitate one or more actions?  Well, it
22 can be an action that is performed by some piece of
23 software in the system.  It can be an action that's
24 performed by some person in the system, as well.  Some
25 person interacting with the system.

Page 40

1     Q.  Okay.  Is there any limitation on the actions?
2  Let me kind of explain that a little bit.  So, again,
3  we're talking about a sales process, we're also talking
4  about automation of that sales process.  Obviously, if
5  we say, well, actions have to be performed by people, I
6  think we'd be somewhat missing the boat, because the
7  point of the system is to automate at least some of what
8  a person used to do, is that --
9         MR. SPANGLER:  Objection, form.
10    A.  Yes, I believe that the actions include actions
11 by parts of the system, rather than just people engaging
12 the system.
13    Q.  I think I would agree with that, also.  So I
14 guess my question then is more to the point, the actions
15 referred to here, which are actions performed during at
16 least one phase of the sales process, to the extent
17 those actions are carried out by the system rather than
18 a person, do they have to be actions that -- actions
19 that would typically be carried out by a salesperson,
20 what the system is automating, or could they be purely
21 system -- I guess I don't want to use the word
22 "actions" -- purely system --
23    A.  Operations.
24    Q.  Operations.
25        MR. SPANGLER:  Objection, form.

Page 41

1     A.  I think that some of the actions contemplated
2  here could be actions that are performed by parts of the
3  system itself.
4     Q.  That if the sales process were entirely carried
5  out by a human, those things might never occur.
6     A.  Oh, might never occur.
7     Q.  Let me step back.
8         MR. SPANGLER:  Objection, form.
9     Q.  (By Mr. Dion)  Maybe we could start at this a
10 slightly different way.  So, one of the things that the
11 '525 Patent contemplates that a system could have is,
12 say, a task list, is that right?
13        MR. SPANGLER:  Objection, form.
14    A.  I'm sorry.  Is what?
15    Q.  A task list?
16    A.  A task list?  Okay.
17    Q.  Do you agree that that's one of the things
18 discussed in the patent?
19    A.  I don't recall that, specifically, but it's the
20 type of thing I would expect to be discussed.
21    Q.  So if it weren't for the system, the
22 salesperson might have to -- if they didn't have any
23 computerized system, they might have to just keep that
24 task list on paper, and if they wanted a reminder, they
25 might have to just find a way to remind themselves.

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 42

1          MR. SPANGLER:  Objection, form.
2      A.  True.
3      Q.  And do you view that process as part of the
4  sales process?
5      A.  Yes.
6      Q.  So, if a salesperson has a list that says, for
7  instance, every time a customer comes in, I want to send
8  them a letter four days later to follow up with them?
9      A.  That sounds like an activity that I would
10 include as part of the sales process, yes.
11     Q.  Now, is that something that the system of the
12 '525 Patent could automate?
13         MR. SPANGLER:  Objection, form.
14     A.  Yes.  The system that's named in the '525
15 Patent, one of its functions or operations could be the
16 maintenance of a task list, could even be the
17 performance of some of the tasks on the task list, yes.
18     Q.  For instance, printing out the letter.
19     A.  Correct.
20         MR. SPANGLER:  Objection, form.
21     Q.  (By Mr. Dion)  And I think we could view -- one
22 way to view actions would be to view that it's those
23 types of things that the salesperson used to do but the
24 system is automating.
25         MR. SPANGLER:  Objection, form.

Page 43

1      A.  I don't think that fully captures it.  Again,
2  I'm not sure, thinking about it quite in those terms,
3  that every action that can be automated necessarily
4  falls into that category, nor would I be comfortable in
5  saying that only those actions that can be automated
6  fall into that category.
7          So, I'm -- I understand the
8  characterization, and it's not unreasonable, I just
9  don't think it fully characterizes what we're talking
10 about.
11     Q.  No, that's fine, that's what I'm trying to
12 understand.  Like I said, that's one way you could
13 characterize actions.  Your view is that in these
14 claims, it's not that limited, is that correct?
15     A.  It's not that characterization, correct.
16     Q.  Is there a characterization of actions that you
17 applied, in your mind, when you were looking at these
18 claims and comparing them to the accused systems?
19         MR. SPANGLER:  Objection, form.
20     A.  I don't think that I had to employ a fully
21 comprehensive or exclusive definition of the term
22 "actions," that I was pretty well within the boundaries
23 of whatever it might be when I was doing the analysis I
24 was doing.  So, I didn't really run up against the need
25 to define that precisely on any boundary.

Page 44

1      Q.  You felt you were never at those margins.
2      A.  I don't believe so, no.
3      Q.  So, what would be required for a subsystem?
4  And we'll get into subsystems a bit later.  But what
5  would be required for a subsystem to facilitate an
6  action?
7      A.  Okay.  Well, we talked about the -- one of the
8  RT clients performing in the example that we did.  And
9  we talked about the fact that the -- when the RT server
10 determined what offers, what opportunities to give to
11 the complaining customer and transmitted that message
12 back to the RT client, that that client then displayed
13 all of those things onto the screen so that the call
14 center operator could read them off to the customer,
15 could negotiate with the customer.
16         You use those as the basis for interacting
17 with the customer.  I would say that the display of
18 those things facilitated the sales process.  Similarly,
19 for the RT client, at least, the other types of
20 transactions, similar displays that are directing the --
21 are directing the operator that are -- would be
22 facilitating the sales process.
23     Q.  Okay.  So, in that example, what is the action
24 there?
25         MR. SPANGLER:  Objection, form.

Page 45

1      A.  Displaying the results for the use of the
2  operator.
3      Q.  Okay.  So, the action is the system displaying
4  the results to the operator.
5      A.  Right.  If you think of the RT client as
6  embedded in an application, for instance, rather than
7  being the application that's doing the display itself,
8  it would just simply be the transmission of that
9  information for the purpose of displaying.
10     Q.  Okay.  So if you wanted to focus purely within
11 the boundaries of IA --
12     A.  Purely within the boundaries of IA, purely
13 within the boundaries of an embedded client, then you
14 could go down that far.
15     Q.  And then, if you view that way, the action is
16 RT client sending the information to whatever other
17 system it's embedded into so that that system can
18 ultimately display it to the --
19     A.  Yes.
20         MR. SPANGLER:  Objection, form.
21     Q.  (By Mr. Dion)  So, if, as I said in that
22 example, the action is RT client transferring the
23 information to the system it's embedded into, then RT
24 client, at least, is carrying out that action, is that
25 correct?

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 46

1    A. Right.  I thought the question was asking me to
2  analyze it at that level.  And at that level, that's a
3  way to characterize it, yes.
4    Q. If we characterize it that way, would you also
5  say that RT client was facilitating the action?
6    A. Well, hang on.  Fair enough.  The -- yes.  Yes.
7  It both carries out the action and facilitates it at
8  that point.  The -- I'm sorry, yes.  That's the end of
9  it.
10    Q. Okay.  So, the claim element also it calls out
11  plurality of subsystems.
12    A. Correct.
13    Q. Plurality means more than one?
14    A. Yes.
15    Q. What do you identify as the plurality of
16  subsystems within Interaction Adviser that meet this
17  claim element?
18        MR. SPANGLER: Objection, form.
19    A. Well, I identified several in the report.  Just
20  quickly here, we identified each of the RT Client
21  subsystems as a subsystem.  We identified the IA
22  Manager, the RT Administrator, RT Studio, I believe
23  the -- we identified at one point the data engine, at
24  least those.  And then, of course, another construct, OM
25  and SS.

Page 47

1    Q. So, you're looking at -- I guess that's
2  primarily the top of page 16 of your report?
3    A. Yes.
4    Q. And we have there listed out RT Client, IA
5  Manager, RT Manager and RT Studio.
6    A. Yes.
7    Q. Is that right?  And then, further down the next
8  paragraph it -- there's a cite from this Infor document,
9  322819 where it says that the E.piphany applications can
10  read from and write to multiple data sources.
11    A. Yes.
12    Q. So, is it your opinion that the data sources
13  that IA uses are also a subsystem?
14    A. Some of them can -- they can be subsystems of
15  this overall system, yes.
16    Q. Anything else?
17    A. That's what's in the report.
18    Q. Okay.  And there's nothing else you're aware
19  of, beyond what's in the report?
20    A. It's fine as it is.
21    Q. Okay.  You do state here, you say, "in
22  addition, IA is integrated with the Infor products OM
23  and S&S, which are, for the purposes of this Claim 1,
24  also subsystems."  I guess -- I think you know what's
25  coming.

Page 48

1    A. Yes.
2    Q. Obviously, I understand you characterize them
3  as subsystems.  That would only be true if IA were
4  integrated with those systems, is that correct?
5        MR. SPANGLER: Objection, form.
6    A. Correct.
7    Q. So, for purposes of this section of your
8  report, are you relying on those as possible subsystems
9  to support your opinion that IA infringes a stand-alone
10  product?
11    A. No.
12    Q. IA Manager and RT Manager, do you understand
13  those to be different?
14    A. I'm sorry.  It should be RT Administrator.
15    Q. Okay.
16    A. I believe that's correct, yes.  I had never
17  noticed that before.
18    Q. Okay.  So, at the top of this list here, it
19  should read, RT Client, IA Manager, RT Manager?
20    A. RT Administrator.
21    Q. I'm sorry.  RT Administrator and RT Studio.
22    A. Yes.  I believe I corrected that later, or I
23  put it in correctly later.
24    Q. Okay.  Well, I guess it turns out, as my
25  understanding, that Infor did use both the term IA

Page 49

1  Manager and RT Manager kind of through different
2  versions of its documentation.  Is that your
3  understanding?
4    A. That's correct.  And those would identify
5  actually the same product.
6    Q. Okay.  So whether we call it IA Manager or RT
7  Manager, it's the same subsystem or the same part of IA,
8  just different nomenclature.
9    A. Correct.
10    Q. Okay.  Also, when you were talking about the
11  possible subsystems, I believe you said that each of the
12  RT Clients --
13    A. Yes.
14        MR. SPANGLER: Objection, form.
15    Q. (By Mr. Dion)  Did I hear that correctly?
16    A. Yes, I believe I did.
17    Q. What do you mean by "each of the RT Clients"?
18    A. Each of the RT Clients is independently and
19  separately a subsystem.  So you have an RT Client that's
20  a Com client, and you have an RT Client that's a Java
21  client.  You have an RT Client that's an MQ series
22  client.  They're different things.
23    Q. And what is the purpose of each of those
24  different RT Clients?
25    A. They serve similar purposes.  They're each set

13 (Pages 46 to 49)

Gwendolyn Parker and Associates, Inc.
214-747-8007

Page 50

1  up to communicate to the RT server from whatever the
2  client is embedded in as a -- you know, the remote
3  system. Whether it's a call center or web page or an
4  ATM machine or a kiosk or something like that.
5      Q. So, is the particular RT Client that's used in
6  a certain implementation then determined by the system
7  it's being embedded into?
8          MR. SPANGLER: Objection, form.
9      A. I'm not sure if that's quite correct. It's
10 determined by the people who are building that system.
11 But the client component itself, each of them -- like I
12 said, each of them is what it is, and they are separate
13 things.
14     Q. In any particular implementation, would more
15 than one client be used?
16     A. In any particular implementation, would it be
17 used? Yeah, very possibly. If you have a client who
18 runs a call center and runs a web page, you might have
19 an MQ series running in the call center and http or Java
20 running for the web page.
21         And, similarly, if you go down to a smaller
22 system, like a kiosk or an ATM, you're more likely to
23 use C++. At least I would think so. That's not
24 necessary, but it's at least possible.
25     Q. If we look at say IA and each front end system

Page 51

1  that it's connected to, am I right that there would only
2  be one RT Client connected to any particular front end
3  system?
4          MR. SPANGLER: Objection, form.
5      A. Again, there's no requirement that that be
6  true, at least not that I'm aware of.
7      Q. Are you aware of an example where you would use
8  more than one RT Client, say, to hook into your call
9  center application?
10     A. What I'm aware of in that respect has to do
11 with the stipulation that I was presented with that
12 says, if it can do it, it does do it. So, that's the
13 way I did my analysis.
14     Q. Okay. I think we've covered this, but what's
15 your understanding of the functionality of RT Client?
16     A. Well, RT Client is the -- simply the
17 communications link between RT Server and the external
18 systems, whether they're, again, call center operations
19 or web pages or kiosks, ATMs, whatever.
20     Q. And these -- each of these subsystems also
21 needs to be coupled to the event manager, is that
22 correct?
23     A. Yes.
24     Q. What's your understanding of what that language
25 means, "coupled to the event manager"?

Page 52

1          MR. SPANGLER: Objection, form.
2      A. It means that it communicates with it, that it
3  interoperates with it, that it functions in conjunction
4  with it.
5      Q. Do you believe that "coupled to," as used in
6  this claim language, means the subsystems have to be
7  separate from the event manager?
8      A. As I understand it, the subsystems are a part
9  of the overall system, and they're identifiable as
10 separate -- in some respect, yes, whether they're
11 components of the event manager or associated with the
12 event manager, however you might express that, there's
13 some reason to treat them as separate, yes.
14     Q. So, it is your understanding, then, that
15 coupled requires them to be separate somehow?
16         MR. SPANGLER: Objection, form.
17     A. At least conceptually, yes.
18     Q. What's your understanding of IA Manager?
19     A. Just what I read in the documentation. IA
20 Manager is an application that is part of the IA system
21 and, as identified here, a subsystem of the IA system.
22     Q. How does IA Manager facilitate -- excuse me.
23 How is IA Manager configured to facilitate a phase of
24 the sales process?
25     A. The IA Manager is responsible for defining,

Page 53

1  editing, working with campaigns. Campaigns are an
2  essential part of the sales process. If you don't have
3  campaigns, you don't have offers, you don't have ability
4  to communicate the offers. It's the wellspring for the
5  sales process.
6      Q. The campaigns are.
7      A. Yeah.
8      Q. IA Manager doesn't develop the campaigns,
9  though, is that right?
10     A. Develop the campaigns?
11         MR. SPANGLER: Objection, form.
12     A. I'm not sure what you mean exactly by it, but
13 it's used to define the campaigns or to edit them.
14     Q. Where did the actual offer -- the terms of the
15 offer come from?
16         MR. SPANGLER: Objection, form.
17     A. Where do the actual terms of the offer come
18 from? I'm not sure if I can tell you where that is.
19     Q. Well, I guess maybe I'm not asking it right.
20 So, if we had somebody using IA, and they wanted to have
21 an offer available to be presented to their customers
22 and the offer was, you know, if you buy two, we'll give
23 you $10 off and free shipping.
24     A. Yeah.
25     Q. Who decides that we should offer our customers

14 (Pages 50 to 53)

Page 54

1 that if they buy two, they can get $10 off and free
2 shipping?
3          MR. SPANGLER:  Objection, form.
4     A.  If I remember correctly, that goes with the
5 marketing folks.  And they're actually users of the IA
6 Manager, but I don't know if the IA Manager is what they
7 use for that.  I just don't recall that.
8     Q.  But it's going to be a person.
9     A.  It's going to be a person.
10    Q.  It's not IA Manager that decides, today we're
11 going to -- this is the deal that we're going to make
12 available.  This is the pricing we're going to offer.
13    A.  In the way that you asked the question, I don't
14 think so, no.
15    Q.  I'm not trying to trick you.
16    A.  No, no.  I understand.
17    Q.  I'm asking vague questions, I apologize.
18          MR. SPANGLER:  Let's try and not talk over
19 each other.  She's starting to roll her eyes over there.
20    A.  Excuse me.  I was just saying, as I understand
21 the question you asked, it seemed fairly
22 straightforward, and I think the answer is, no, that IA
23 Manager does not decide or make any policy decisions
24 about what people are going to do, no.
25    Q.  Okay.  So the marketing manager or the

Page 55

1 marketing person, whoever it is says, today, this is one
2 of the offers we're going to make available.  They sit
3 down at their computer and use IA Manager to put that
4 offer, put that campaign into the system, is that right?
5     A.  Okay.
6     Q.  Is that correct?
7     A.  Yes, I think that's right.
8     Q.  So, when I asked you about how IA Manager
9 facilitates a phase of the sales process, if I remember
10 correctly, your answer, in part, was that, you know,
11 it's used to develop campaigns -- or I don't know if
12 that was exactly your language -- and the campaigns are
13 the kind of core of the business.
14          But I guess with the understanding that
15 obviously the campaigns originate the actual terms
16 outside of the system from a person, and that person
17 then inputs that offer into the system through IA
18 Manager, what is your understanding of how IA Manager is
19 facilitating a phase of the sales process?
20    A.  It's the means by which the offers are properly
21 recorded and entered into the system.
22    Q.  What phase of the sales process do you believe
23 it's configured to facilitate?
24          MR. SPANGLER:  Objection, form.
25    A.  This will be an early phase of the process.

Page 56

1 It's part of the preparation for the sales process, but
2 it's -- it's a necessary element.  You can't do the
3 sales of the type that the IA product is intended for
4 unless you first have defined these campaigns.
5     Q.  Do you believe that IA Manager is separate from
6 what you've identified as the event manager, which is
7 the RT Server?
8     A.  I believe what I said was that RT Server is the
9 event manager part of the -- I'm sorry.  You said IA
10 Manager.  I was thinking IA.  Is it separate from?
11 Well, it's certainly separable.  So, yes.
12    Q.  What do you mean by "separable"?
13    A.  It's considered independently.  It's an
14 application or component that is distinguished by the
15 fact that you have an installation process, you have a
16 separate log-on capability, you have a requirement to
17 coordinate the method of communication between the IA
18 Manager and the RT Server.  So, yeah, I think it's
19 sufficiently separate.
20    Q.  Okay.  Do you have an understanding of what the
21 installation process is for IA Manager?
22    A.  I read it at some point.  There's -- there are
23 a couple of different manuals that either refer to it or
24 describe it, but I don't recall what it is.
25    Q.  How does a user interface with IA Manager?

Page 57

1          MR. SPANGLER:  Objection, form.
2     A.  As I understand it, the IA Manager uses a web
3 browser as an interface.
4     Q.  So the end user would sit at their computer at
5 their desk and open up their web browser, and they can
6 then what, type in a URL?
7          MR. SPANGLER:  Objection, form.
8     A.  Or work off of an established link, yes.
9     Q.  Is there anything on their system other than
10 the web browser?
11          MR. SPANGLER:  Objection, form.
12    A.  I don't think so.
13    Q.  Is it -- does the IA Manager reside within the
14 RT Server in IA?
15          MR. SPANGLER:  Objection, form.
16    A.  I think the code bases are related, yes,
17 they're in the same area, yes.
18    Q.  I think in the rebuttal report, Mr. Kouznetsov
19 characterized it as IA Manager's implemented entirely
20 within the RT Server.  Do you recall that?
21    A.  Yes, I do.
22    Q.  Do you agree with that?
23    A.  I certainly don't agree with the conclusion
24 that he drew from it, but the "implemented entirely
25 within" I think is more an argument than a description.

15 (Pages 54 to 57)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

1   My feeling about that is that -- my opinion about that
2   is that, as I said, there's a separate log-in process,
3   there is -- even though the installation may be simple,
4   there's still a separate installation requirement, that
5   communications set-up.
6           All of that indicates to me that it's a --
7   you know, that it's a separate system. Much of what you
8   do with IA Manager, you can also do with the RT
9   Administrator. Separate ways of getting to similar
10  parts of the information. I think that militates in the
11  view that, yeah, it's a separate piece.
12      Q. Could you install IA Manager on a computer
13  without installing RT Server?
14      A. I don't think so.
15      Q. If we look at, for example, RT Administrator,
16  though, you could in that case, is that right?
17      A. I don't recall. IA Manager, I do recall, and I
18  don't believe that's -- RT Administrator, I don't recall
19  the installation for that.
20      Q. But for IA Manager, you don't think it could be
21  installed without installing RT Server?
22      A. I don't think so, no.
23      Q. I think also when you were discussing why it
24  was your view that they were separate, you said because
25  you had to consider the method of communication between

1   IA Manager and RT Server. I'm not a computer science
2   guy, so I'm probably butchering your words somewhat.
3           MR. SPANGLER: Objection, form.
4       A. Yes. There is an http protocol you have to set
5   up between the two systems.
6       Q. Between the IA Manager and the RT Server.
7       A. Correct.
8       Q. What's your understanding of the separate log-
9   on process that you talked about between IA Manager and
10  RT Server?
11      A. Just that you can have users who have an IA
12  Manager log-on that don't have -- that have restricted
13  access to the system, different from the -- for
14  instance, the RT Administrator log-on or the RT Studio
15  log-on or some of the others. That's separate.
16      Q. Is it a separate log-on, or is it just a matter
17  of giving different users different levels of
18  permission?
19          MR. SPANGLER: Objection, form.
20      A. As I recall, and this may be a little fuzzy,
21  but as I recall, in the system, they have the provision
22  for what they call a unified log-on, which would let, I
23  believe, a single user who has multiple authorizations,
24  let him log-on to all of his capabilities with one
25  operation.

1           But there are also separations of a log-on.
2   So it's at least conceivable, as I read the
3   documentation, that you could have a user who has the
4   ability to use any of those -- any of those systems, and
5   he would have to log-on three different times; once for
6   IA Manager, once for RT Administrator, another time for
7   RT Studio. That's just -- that's the way it seemed to
8   work, when I read through the docs.
9       Q. So that person would have different
10  credentials, different user name and passwords for each
11  of those systems?
12      A. He could have different credentials that way.
13  I'm not sure -- I don't recall anything specific about
14  this, but my take on it, from the question, is that even
15  with essentially the same I.D. and password that if he
16  weren't set up with the unified log-on that he would
17  have to log into them separately. But certainly, as you
18  said, he could have a separate set of credentials for
19  each one of those systems.
20      Q. I'm jumping back a little, but could we talk a
21  little more about the http communication between IA
22  Manager and RT Server? And as I said, I'm not a
23  computer scientist, so is there a way you could kind of
24  explain that to me, hopefully not an inaccurate way but
25  maybe a less technical way?

1           MR. SPANGLER: Objection, form.
2       A. I can give a simple explanation, which is that
3   you have two different sets of code that can operate,
4   and if they need to exchange information, there are any
5   number of ways that you can do that.
6           One way that gives you a great deal of
7   flexibility is using the same protocol that's used for
8   web operations, from a web browser to a web server,
9   which is the http connection. And in order to do that
10  between the systems, you have to know from one system to
11  the other what the correct http addressing mechanism is,
12  and so you have to set that up between them.
13          So, in order for the IA Manager to work
14  properly with the RT Server, you've got to get the RT
15  Server's domain, IP address.
16      Q. Okay. Thank you. But I think you said, to
17  begin this, it's essentially two different pieces of
18  code that need to communicate with each other?
19      A. Yes.
20      Q. Are there other ways to have two different
21  pieces of code communicate with each other?
22      A. Surely. You can have them joined together by
23  the fact that one can call the other. You can even have
24  it so that you can work calls both ways and either
25  communicate through global variables that they share,

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 62

1   memory that they share or have one say, here, I want you
2   to do this work for me, and here are the parameters,
3   here is the data that I want you to work with and here
4   are the places where I want you to return the results.
5        Q.  In the context of IA Manager and RT Studio, is
6   there a reason to have selected one of those over the
7   other, or is it just the programmer's option, or is
8   there some feature or functionality that using http
9   provides that, say, just allowing the processes to call
10  each other wouldn't provide?
11          MR. SPANGLER:  Objection, form.
12       A.  Well, there can be multiple reasons behind a
13  choice like that.  One is that the people -- it's
14  developed by different people, and this is an easy way
15  or, again, a flexible way to hook these things together.
16  It could be that you want to use some of the features of
17  the http protocol to isolate one of the systems from the
18  other.  I mean, there are any number of reasons.
19          It could be that that's the only protocol
20  that these particular programmers know.  They can't
21  think of another way of doing it.  So, lots of reasons
22  for doing it.  Functional reasons would -- you would
23  think would have to do with the features of the http
24  protocol itself, but I don't know for sure why that was
25  done.

Page 63

1        Q.  What do you mean by "the features of the http
2   protocol itself"?
3        A.  Well, one of the features of the http protocol,
4   for instance, it's called -- it's what's called a
5   stateless protocol.  And that is, unless you do
6   something in particular to get around it, each http
7   request that arrives from a source to a destination is
8   entirely divorced from previous http requests.  Okay?
9           It's simply, I asked you to do this, and
10  once that happens, once the return, if there's any
11  return occurs, once the end of that request is
12  accomplished, the receiver of the message is no longer
13  aware that the other guy ever existed.  And so that's
14  one of the features of the http -- one of the most
15  characteristic features of the http protocol.
16       Q.  Do you have an opinion as to whether that
17  particular feature is something that -- that would
18  suggest using that protocol in this particular
19  situation?
20          MR. SPANGLER:  Objection, form.
21       A.  No.  As I mentioned, I have no idea why they
22  chose to do that.
23       Q.  RT Administrator.  What's your understanding of
24  what RT Administrator is?
25       A.  RT Administrator functions somewhat like the IA

Page 64

1   Manager does, in that it also works with editing
2   campaigns and working with the campaigns.  I don't
3   recall at the moment what the distinguishing features
4   were, but like I say, it's used for similar functions.
5   I'm trying to recall if there's a distinction in the
6   user base, and I don't remember what it is.
7        Q.  You said it's for campaigns?
8        A.  I believe that you work with -- I believe
9   that's -- I believe that's correct, that you work with
10  campaigns with both the IA Manager and the RT
11  Administrator.
12       Q.  Are you maybe thinking of RT Studio?
13       A.  Well, certainly with the RT Studio, but I
14  thought the RT Administrator also addressed some of the
15  campaign work.  I may just have gotten that confused at
16  this point.
17       Q.  Well, because let me tell you what my
18  understanding is, and we can see if we can find a way to
19  agree.  My understanding was that RT Administrator was
20  the system that was used to configure kind of the
21  technical details of IA, pointing it to data sources, I
22  guess configuring the connection between the RT Server
23  and RT Client or whatever other kind of --
24       A.  Okay.  Yes, that is a different group than the
25  IA Manager, but I was thinking that it wasn't just with

Page 65

1   RT Studio that you had the distinction between the
2   technical users and the management users, but that on RT
3   Administrator that you actually had an overlap in those,
4   that you had some technical people, but you also had the
5   more functional, marketing people, as well.
6           And I may just be mis-remembering that
7   particular feature of it.  But I thought that they had
8   something to do with managing the campaigns, as well.  I
9   think I remember that.  For administering the setup of
10  the interconnection between the RT Server and things
11  that RT Server has to deal with, out to the clients,
12  back to the data.
13          I don't recall whether you set the
14  communications with IA Manager from the RT -- because --
15  sorry.  Now I'm losing a detail that I know that there
16  are two of those systems have to have an http link put
17  in, and I'm trying to remember if the RT Administrator
18  does, as well, and I don't recall.
19       Q.  As I said to you earlier, this is by no means a
20  memory test, there's a lot of information there.  So if
21  there is a document that either I've already given you
22  or something else that might help refresh your
23  recollection on this, I'd like to make sure we're
24  talking about the details correctly, because I think it
25  may be important.  So, if there is something you can

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 66

1   think of that would help you refresh your recollection,
2   I'd like to give you that opportunity.
3       A.  I could try to go into it, but I think it might
4   take a while.  Some of these things I have some
5   recollection about, roughly, where they are, page 3, I
6   can locate that.  The information on this level of
7   detail, I don't -- I'm not sure where I would profitably
8   go look.
9       Q.  I guess, as I'm sure you imagine the reason it
10  might become important is because I'm going to ask you,
11  how is it, in your view, that RT Administrator
12  facilitates a phase of the sales process?  And I think
13  certainly whether or not it deals with campaigns is
14  going to be relevant to that answer.
15      A.  Tell you what, I'll answer it without the
16  campaigns.
17      Q.  Okay.
18      A.  I'm sorry.
19      Q.  No, no.  Go -- if you think you can answer
20  it --
21      A.  Does that put the question -- why don't you ask
22  me the question straightforward?
23      Q.  Okay.
24          MR. SPANGLER:  I think, to the extent it is
25  in the report, as long as it's not abusive, if he can't

Page 67

1   find it, you know, relatively quickly, then we move on.
2   But I think you're right, we need an accurate record.
3           MR. DION:  I'm more than willing to let him
4   look.
5           THE WITNESS:  All right.  Let me just take
6   a few minutes.
7           MR. SPANGLER:  I don't want you to use your
8   time, but let him look for a little bit and see, and if
9   he can't find it, then go on.  But it doesn't make it
10  accurate for either one of us.
11          THE WITNESS:  Let me look here, first, then
12  I'll do a little bit of looking here, but I won't take
13  much of your time.
14          (MR. ZAHER RE-ENTERS ROOM.)
15      Q.  (By Mr. Dion)  Were you able to find it?
16      A.  I found something that works here, yes.
17      Q.  Okay.  Would you mind just identifying what
18  page that is that you're looking at?
19      A.  16 of Exhibit 3.
20      Q.  So, has that helped kind of refresh your
21  understanding of --
22      A.  Yes.
23      Q.  So, let me ask you the question again, then.
24  What is it that you understand RT Administrator to do?
25      A.  Well, I haven't done that.  I improperly put it

Page 68

1   away.  As you described earlier, the RT Administrator is
2   used to set up the communications between the real-time
3   server and other elements, such as the IA Administrator,
4   the -- I'm sorry -- the IA Manager, the RT Studio, the
5   RT Client.
6       Q.  Okay.
7       A.  And the data sources.
8       Q.  Okay.  But it doesn't deal with campaigns,
9   then.
10      A.  Doesn't deal with campaigns, correct.
11      Q.  So, in your opinion, how is RT Administrator
12  configured to facilitate a phase of the sales process?
13      A.  Again, the operation of the system, the whole
14  IA system is dependent on the operations of the
15  subsystems that are part of it.  If you don't hook them
16  together, they don't talk to each other.  If they don't
17  talk to each other, you can't get the interaction
18  between them that you need.  You can't get the smooth
19  flow of data back and forth.
20          And the RT Administrator is a necessary
21  element of making that system function as a system,
22  which is a segment apart and during the sales process.
23      Q.  But if we went back to our real world example
24  we talked about earlier, our sales company and they have
25  a building and salespeople sitting there.  If nobody

Page 69

1   came in and built the building, those salespeople
2   couldn't be sitting there talking on the phones, trying
3   to sell product.
4           MR. SPANGLER:  Objection, form.
5       A.  Yes, that's true.
6       Q.  So, construction guys that built the building,
7   were they facilitating a phase of the sales process?
8       A.  No.
9       Q.  Do you view that as different?
10      A.  I view this as different.
11      Q.  Why?
12      A.  I view this as not building the building, but
13  perhaps more nearly the choice of which communication
14  system you put in place.  You can run runners back and
15  forth between the offices, or you can have an intercom.
16  You can have a telephone.  You can have a computer
17  system.
18          And at the level that this is operating,
19  it's an essential -- it's an essential part of making
20  this system go.  In the example that you gave about
21  buildings, some building is necessary, but any
22  particular one is not.
23          In this case, you have something that is
24  essential to the operation of the system.  Without doing
25  what this does, this particular thing does, you don't

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 70

1  have a substitute for the RT Administrator. If you
2  don't have that function there, the system doesn't go.
3      Q. But the function is to set up the system so it
4  can do the other things that it's designed to do, is
5  that --
6          MR. SPANGLER: Objection, form.
7      A. That's one of the functions of the system. It
8  sets up the communications. I don't recall from this if
9  there is -- what the ongoing need for the RT
10  Administrator is. Right. It's essential for the
11  infrastructure for that -- for the application, for the
12  system that we're talking about.
13     Q. And I want to kind of back up a little, and
14  this is somewhat my fault, but the actual language of
15  the claims is that there's a plurality of subsystems
16  configured to facilitate one or more actions performed
17  during at least one phase of the sales process.
18     A. Right.
19     Q. What action is RT Administrator facilitating?
20     A. It facilitates the communication between the
21  subsystems, among and between the subsystems.
22     Q. Okay. By configuring it.
23     A. By making it possible. You remember one of the
24  definitions I gave of facilitating was that not only did
25  it makes something easier, but in some circumstances

Page 71

1  made it possible. This is necessary to make it
2  possible.
3      Q. Did RT Administrator do that in any kind of
4  ongoing way, or is that something you just do once and
5  then the system --
6          MR. SPANGLER: Objection, form.
7      A. Conceivably, you could do it once, but from
8  that one occurrence, you're facilitating the actions
9  that take place later.
10     Q. I understand, obviously, if you chose to, you
11  could go in and make changes.
12     A. Yes.
13     Q. But using RT Administrator is not, say, a daily
14  or weekly or kind of ongoing obligation of running IA.
15     A. As I understood your question, it was given
16  that it is used once and perhaps never used again, is it
17  still facilitating the sales process? And my answer
18  would be, yes.
19     Q. Okay. And similar question that we talked
20  about IA Manager, is it your opinion that RT
21  Administrator is separate from the RT Server that you
22  have identified as the event manager?
23     A. Yes, in much the same sense that I did for IA
24  Manager.
25     Q. Is it your understanding that the functionality

Page 72

1  there is similar, as far as accessing RT Administrator?
2  It's a web interface on the user's computer?
3          MR. SPANGLER: Objection, form.
4      A. I'm not sure if I remembered that. What I did
5  remember was what you asked earlier about, can you run
6  RT Administrator without having RT server running? And
7  the answer would be no.
8      Q. Okay.
9      A. But I believe it's very closely analogous to IA
10  Manager.
11     Q. RT Studio. Do you have an understanding of
12  what RT Studio is?
13     A. Some, yes.
14     Q. And I think on page 17 of Exhibit 3, I don't
15  know if you've looked at that yet or not, but might
16  help.
17     A. Okay. Just a moment here.
18     Q. Sure.
19     A. Right.
20     Q. So, what's your understanding of what RT Studio
21  is?
22     A. Well, RT Studio, this says "managing packages,"
23  which is part of or involved with the campaigns. And
24  there are -- part of what the -- part of what you build
25  in order to make these campaigns function is what you

Page 73

1  might think of as application level or manager level
2  type information. These are things that marketing
3  professionals do.
4          Some of the specifications that you have
5  for this have to be done by people who were trained as
6  IT type professionals. The RT Studio serves as the
7  interface for that second group, the IT types. Now,
8  again, it doesn't mean that you can't have somebody
9  crossing the boundaries there, working on both sides of
10  this, but it gives you the chance to do those types of
11  tasks that are behind all this that are required to --
12  that require more technical expertise.
13     Q. Is it your opinion that RT Studio facilitates
14  one or more actions performed during at least one phase
15  of the sales process?
16     A. Yes.
17     Q. What actions do you think it facilitates?
18     A. Again, virtually all the actions that take
19  place off of the -- off of the campaigns, that this is a
20  necessary operation for getting your campaigns properly
21  set up, properly defined, properly installed, ready to
22  go.
23     Q. Are there any subsystems of IA that you
24  identified that you don't think facilitate the sales
25  process?

19 (Pages 70 to 73)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 74

1     MR. SPANGLER: Objection, form.
2     A. Any that I identified?
3     Q. Or any that you're aware of?
4     A. I don't know of any. I would -- I can't think
5  of any at the moment.
6     Q. I mean, you know, we've talked about each of
7  these, and I think you said all of them perform some
8  critical role to the system. My guess is that all the
9  components of IA are performing some important role to
10 the system, and that if you removed any one component,
11 the system wouldn't function.
12    A. I don't know that that's true. So, I can't --
13 I can't say. I don't know.
14    Q. The system is designed to be a sales system,
15 right?
16    A. I believe it is, yes.
17    Q. And so the subsystems -- each of the subsystems
18 that are a part of it, I guess, have the same role kind
19 of, along the lines of what we discussed about IA
20 Manager and RT Administrator and RT Studio, which is
21 that if you don't -- if the system doesn't have that
22 functionality, then it can't function kind of in a big
23 sense as a sales system, is that right?
24    MR. SPANGLER: Objection, form.
25    A. I don't know that that's true. Just as a for

Page 75

1  instance, you could eliminate any one of the RT Clients
2  and everything else works. You might not be able to
3  work on IBM MQ series systems, but you could still run
4  the rest of the system.
5     I don't know for sure, but it's at least
6  conceivable that you could -- I'm not quite sure if this
7  works, but it's at least conceivable that you could work
8  with RT Studio without IA Manager. I'm not sure about
9  that. But there is a great deal of overlap there.
10    Q. I guess, you know, the system or the -- excuse
11 me -- the claim, Claim 1, the preamble says that it's a
12 sales system, and then this first element further
13 specifies a plurality of subsystems.
14    A. Correct.
15    Q. And then it says that that plurality of
16 subsystems have to be configured to facilitate one or
17 more actions performed during at least one phase of the
18 sales process. I guess what I'm trying to understand
19 is, in your view, does that second clause, "configured
20 to facilitate one or more actions performed during at
21 least one phase of the sales process," does that really
22 limit the claim anything more than just requiring a
23 plurality of subsystems, in your view?
24    MR. SPANGLER: Objection, form.
25    A. Well, it's at least possible that you could

Page 76

1  have a subsystem within your system that's unrelated to
2  the sales process.
3            (MR. ZAHER LEAVES ROOM.)
4     Q. (By Mr. Dion) What would that look like?
5     A. I'm not sure. I didn't look at the system that
6  way. I don't recall seeing anything like that. But, I
7  mean, you asked the question, are all conceivable
8  subsystems necessary? And my answer, I think, is no.
9     Q. Can you think of an example of a subsystem
10 within a sales system that wouldn't facilitate one or
11 more phases of the sales process?
12    A. I can come up with something probably
13 facetious, just off the top, but I'm not sure that --
14 well, okay, let's try something. You sell a component
15 that is a game, that lets the users of IA play Solitary.
16       Like I said, yes, there are limits, and
17 just exactly what those limits are, I don't know. I
18 just looked at the stuff that I had available to me.
19    Q. When you looked at the system -- I guess the
20 systems that are described in the specifications of the
21 '525 Patent, did you look anywhere in there subsystems
22 that, in your view, weren't configured to facilitate a
23 phase of the sales process?
24    A. I don't think I looked for any like that. I
25 don't recall.

Page 77

1     Q. So, I think we've talked about the RT Clients.
2  Let me go back to that. You said today that you think
3  the multiple RT Clients, you view each one of them as a
4  separate subsystem --
5     A. Correct.
6     Q. -- to IA. Does it say that in your report
7  somewhere?
8     A. I believe it does, yes. Identified in Footnote
9  7 that the clients are -- you know, where they're
10 located.
11    Q. Does it state there, in your view, that the
12 existence of multiple clients creates multiple
13 subsystems?
14    A. I think so. But we also reference, again --
15 here, let me just pull this up. Exhibit 3, page 2.
16 Those clients are identified as independent, separate
17 items. You have a com client, an http client, a socket
18 client, Java client, MQ series client. I think it's
19 clear that those are different gizmos.
20    Q. Does it say in here that your view is that each
21 one of those different RT Clients is a separate
22 subsystem for the purposes of satisfying the plurality
23 of subsystems limitation?
24    A. I believe so, yes.
25    Q. Where does it say that?

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 78

1    A.  I appeal to the exhibit and also to the
2  footnote there.  I believe I separately mention, at
3  least looking at the footnote, the Java client and the
4  http client, the -- I think the designation generally
5  located at the DM client area refers to the
6  separateness, but yes, I believe that's there.
7    Q.  Okay.  So we talked about the RT Clients.  We
8  talked about the IA Manager, RT Administrator and RT
9  Studio.  And I think we've agreed that, at least for
10  purposes of this section of your report, OM and S&S are
11  not relevant.  Then the other thing identified here is
12  multiple data sources as potentially a subsystem, is
13  that right?
14    A.  Yes.
15    Q.  Does IA always have multiple data sources?
16    A.  I don't know.  I know that IA has its own RTDB,
17  and it refers to the -- it's referring to multiple data
18  sources in the documentation.  Whether those data
19  sources, multiple data sources are always necessary, I
20  don't know.
21    Q.  Does it always have at least one data source?
22    A.  I believe it always operates out of the RTDB,
23  at the very least, yes.
24    Q.  And what is the RTDB?
25    A.  Real-time database contains -- well, again, let

Page 79

1  me go back and look here because --
2    Q.  Please.
3    A.  There are distinctions between.
4        MR. SPANGLER:  Joel, while he's doing that,
5  you want to come up with a plan for -- make sure you
6  guys have time for your seven hours?  I mean, I'm
7  flexible, I just want to make sure.
8        MR. DION:  Are you --
9    A.  Whenever you're ready.
10        MR. SPANGLER:  I'm ready when you are.  I
11  just wondered -- sure.
12    Q.  Okay.  Page 7 of Exhibit 3.
13    Q.  Thank you.  Okay.
14    A.  This talks about the tables in the RTDB, and
15  has an extensive list of what's there.
16    Q.  But it's a database?
17    A.  Yes.
18    Q.  Obviously, every different database has
19  whatever structures the programmers have given it, but
20  is it fundamentally different than any other database?
21        MR. SPANGLER:  Objection, form.
22    A.  I'm not sure what you mean by "fundamentally
23  different."
24    Q.  I guess every -- as I said, every database kind
25  of has its unique structure.  You could give databases,

Page 80

1  I'm sure, numerous different structures.  Does the RTDB
2  work differently than other databases, that you're aware
3  of?
4    A.  If I understand correctly, I think the answer
5  to that is no.  The RTDB is a database.  And both the
6  accesses to get information out of it and to put
7  information into it are more or less the types of
8  accesses that one would make with any other database.
9    Q.  Is this table here, is that a list of the types
10  of information that could be stored on RTDB?
11        MR. SPANGLER:  Objection, form.
12    A.  Grossly, because it's a list of tables, not
13  necessarily of the detailed fields or individual data
14  items in each table, but it's a list of tables.
15    Q.  Okay.  So, within those tables, there would be
16  individual data fields?
17    A.  Yes.
18    Q.  Is it your opinion that the RTDB is configured
19  to facilitate actions occurring during a phase of the
20  sales process?
21    A.  Certainly.
22    Q.  And what's the basis for that opinion?
23    A.  Again, without this information, you don't have
24  an -- you don't have a functioning system.  It's
25  facilitated -- it facilitates, probably as much as any

Page 81

1  part of the system, almost every phase of the sale
2  process.
3    Q.  Would it be possible to set up IA, and rather
4  than using RTDB, use some other database?
5        MR. SPANGLER:  Objection, form.
6    A.  I'm not sure what you mean.  Some other
7  database with all the same information in it?  Because
8  the way that IA works is, it works off of processes that
9  expect certain types of information, and without that
10  information, the processes stop.
11        So, I'm not sure what you mean by "another
12  database."  Could it be implemented with Oracle or
13  Sequel server or DB2 or some other?  Yes.  But with
14  regards to the information here, to the extent you
15  change the information, you change the operation of IA.
16  At some point, it loses its nature, but I --
17    Q.  And that was my question.  So you could point
18  IA, instead of to the RTDB, you could point it to a
19  Sequel server?
20    A.  I don't recall whether the RTDB is implemented
21  using the Sequel server; that is, does it use its own --
22  does it use the Sequel server as the background database
23  in which the stuff is structured and stored?  I don't
24  remember.  It's the -- it's the data.  It's the
25  information that's in it that we're talking about.  At

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 82

1   least I think that's what we're talking about.
2       Q. Okay. So the language here that refers to --
3   it says "E.piphany applications can read from and write
4   to multiple data sources." Do you have an understanding
5   of what is meant by "multiple data sources"?
6       A. The -- where are you?
7       Q. I'm sorry. I was looking at your report, page
8   16. At the top, it's that quote. You quoted that from
9   a document.
10      A. I'd have to go back to it and see. In the
11  context here -- I believe, in the context here, it
12  refers to sources of data outside the RTDB.
13      Q. It talks about, it's possible to create
14  connections to external data sources?
15      A. Yes.
16          MR. SPANGLER: Objection, form.
17      Q. (By Mr. Dion) Do you understand that to mean
18  external to IA?
19          MR. SPANGLER: Objection, form.
20      A. Yes.
21      Q. Is RTDB internal to IA?
22      A. Yes.
23          MR. SPANGLER: Objection, form. Please
24  give me at least one second to get the objection on the
25  record.

Page 83

1           THE WITNESS: Sorry.
2           MR. DION: Do you want to just stipulate
3   that you object to every question I ask?
4           MR. SPANGLER: I've let a lot go, but you
5   can't do running objections in East Texas, so no.
6       Q. (By Mr. Dion) If, in addition to RTDB, you
7   pointed IA to one of these external data sources, in
8   your opinion, would that be another subsystem?
9           MR. SPANGLER: Objection, form.
10      A. I believe it could be, yes.
11      Q. You say it could be. Why do you qualify it
12  that way?
13      A. I believe it's possible that some of the
14  external data sources could be treated as outside the
15  system that we're talking about, whereas others, under
16  the right circumstances, would be considered inside the
17  system.
18      Q. Okay. If we assume that they're properly
19  treated as part of the system or inside the system,
20  would they then be, in your view, an additional
21  subsystem?
22      A. Not just as a block of data, but as the system
23  that's used to access the data, access, read and write
24  to it. So, for the RTDB, you have the data engine as a
25  subsystem. For any of these others, it would be

Page 84

1   whatever you wrote to function with that. I think
2   that's correct. I think that's including the data, but
3   that the system wouldn't be just the corpus of data, it
4   would include the accesses to and from.
5           (MR. ZAHER RE-ENTERS ROOM.)
6       Q. (By Mr. Dion) So, I guess stepping back, when
7   you say that the RTDB could be one of the subsystems,
8   does that mean the RTDB in conjunction with the data
9   engine?
10      A. I believe that's correct, yes.
11      Q. Where is the data engine?
12      A. Where is the data engine?
13      Q. Where does it reside within the system?
14      A. I'm not sure what you mean. You talking about,
15  where is the executing program?
16      Q. Yeah. What do you mean by "data engine"?
17      A. It's the subsystem that's -- that treats with
18  accesses to and from the RTDB.
19      Q. So, the data engine part of RT Server?
20          MR. SPANGLER: Objection, form.
21      A. In much the same sense, I suppose, that the IA
22  Manager would be part of the RT Server. I'm not sure --
23  actually, I'm not sure. I don't know. The data engine
24  may operate on its own without the RT Server running. I
25  don't know that.

Page 85

1       Q. But when we talk about, as I said, the RTDB as
2   a subsystem, we mean the RTDB in conjunction with the
3   data engine?
4       A. In conjunction with the software that's
5   necessary to communicate with it, yes.
6       Q. And I think, as you said, the same would be
7   true for any other data source?
8       A. Correct.
9       Q. And would it also be your opinion that if IA
10  was connected to other external data sources, and we
11  treat them as subsystems, that they would also be
12  configured to facilitate an action during the sales
13  process?
14          MR. SPANGLER: Objection, form.
15      A. Again, not necessarily, but yes, they could be.
16      Q. Why do you say "not necessarily"?
17      A. For the same reason that I said that you could
18  have subsystems that didn't serve. So, if you have a
19  database that records all these Solitaire games that
20  people play, I doubt that it would be facilitating a
21  sale.
22      Q. And just to confirm, Element A-2, which is an
23  event manager coupled to the subsystems, when you looked
24  at IA, your opinion is that RT Server is the event
25  manager?

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

1    A. Yes.
2    Q. And I think we touched on this earlier, but
3  that "coupled to the subsystems" language, what do you
4  understand that to mean, "coupled to"?
5    A. Generally, in communications with or operating
6  in conjunction with.
7    Q. Did you review the Court's memorandum on claim
8  construction in this case?
9    A. Yes, I did.
10   Q. Do you recall if there was language in there
11  about that term "coupled to"?
12   A. I don't recall the specific language, no.
13       MR. DION: Andrew, I apologize, we're one
14  short on this.
15       MR. SPANGLER: You know what? You're in
16  luck, because I've got it right here.
17       MR. DION: I have one for him, I just --
18       MR. SPANGLER: No, I have mine right here.
19       (DEPOSITION EXHIBIT 2 MARKED.)
20   Q. (By Mr. Dion) I'm going to hand you a document
21  that's been marked as Exhibit No. 2. Have you seen that
22  document before?
23   A. Yes.
24   Q. And what is that document?
25   A. It's the Memorandum Opinion Markman Ruling.

1    Q. And you've read that before --
2    A. Oh, yes.
3    Q. -- in connection with this case? If I could
4  have you turn to page 8. Do you see the paragraph
5  starting "both sides' definitions"?
6    A. Yes.
7    Q. And then the third sentence, "the term coupled
8  to"?
9    A. Right.
10   Q. And it says, "the term coupled to necessarily
11  implies that the event manager is separate from the
12  various subsystems."
13   A. Right.
14   Q. What do you understand that to mean?
15   A. Just that it's distinguishable, that the
16  subsystem has an operation that is separate from the
17  operation of the event manager.
18   Q. So, when you were looking at the Infor product
19  to determine whether they met the limitations, were you
20  looking to see whether or not the subsystems you
21  identified were separate from the event manager?
22   A. Well, again, I don't think that we have the
23  same notion of what the "separate from" means. What I
24  look for was whether they have a separate operation,
25  whether they have a separate function, a separable

1  function. And, yes, that's what I took this to mean.
2    Q. Whether or not there was a separately definable
3  function?
4        MR. SPANGLER: Objection, form.
5    A. Correct. Well, more or less. Again, I
6  identified systems that we disagree as to whether
7  they're coupled to. But, in my view, the degree of
8  separation shown and the treatment of them as separate
9  applications and -- or separate components or -- and
10  then the other indicia, like, you know, log-ons, and so
11  forth. So that, to my mind, is separation of the event
12  manager from the RT Server, yes.
13   Q. Is separable the same as separate, in your
14  view?
15   A. When it operates separately, yes.
16   Q. I don't know if I understand what you mean
17  exactly by that. Could you explain that a little bit?
18   A. Well, like I said, the -- going back to the --
19  you look at RT Studio, RT Administrator, IA Manager,
20  look at any of those three things, they have a separate
21  log-in, they have a separate user base, they have
22  separate help systems, they are identified as
23  applications, they are -- they operate separately from
24  the event manager function of RT Server. I believe
25  they're separate, yes.

1    Q. Okay. You may be right that we have a
2  different understanding of what "separate" means, but I
3  guess --
4    A. I understand that we may, yes.
5    Q. But based on your understanding of the term
6  "separate," you examined IA to determine whether or not
7  these subsystems were separate, is that correct?
8    A. Yes, I believe I did.
9    Q. Okay. And it's your view that each of those
10  systems you identified is separate from the RT Server?
11   A. Separate from the event manager, yes.
12   Q. Is there a distinction there?
13   A. There's some distinction, yes, because the RT
14  Server has multiple functions in it, so yeah.
15   Q. So, your report says that --
16   A. The RT Server is the event manager, yes.
17   Q. Okay. So, I asked the question, is it your
18  opinion that those subsystems are separate from the RT
19  Server? And your response is they're separate from the
20  event manager.
21   A. Fair enough. The distinction is that to the
22  extent that you describe these as being part of or
23  dependent on the RT Server, even if you consider them as
24  somehow part of the RT Server, they're nevertheless
25  subsystems of the RT Server, and they're separate from

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 90

1  the RT Server.
2        So, am I saying that the IA Manager is the
3  event manager?  Then the answer is no.  Even if you
4  consider it part of the RT Server, it's not.
5     Q.  Do you not consider it part of the RT Server?
6     A.  Actually, no, I don't.  But even if you do, I
7  don't think it's part of the -- I don't think it's the
8  event --
9     Q.  Why don't -- I think we're talking about IA
10  Manager, specifically, here.
11     A.  Correct.
12     Q.  Why do you not consider that part of the RT
13  Server?
14     A.  Hang on.  I consider it separate from the RT
15  Server, for the reasons that I've stated, okay?
16     Q.  Okay.
17     A.  And that's just the way that I see it.  The
18  designation as an application, the characterization as a
19  component, all the other things that I've talked about.
20  So, the -- now, I've kind of lost the thread of what we
21  were talking about here.
22     Q.  Let's see if we can get back there.
23     A.  Okay.
24     Q.  I understand it's your opinion that the IA
25  manager, for instance, is separate from the RT Server.

Page 91

1     A.  Fair enough.
2     Q.  You, at some point during one of your answers,
3  said that even if you view IA Manager as part of the RT
4  Server, it's still your opinion that they're separate,
5  is that correct?
6     A.  Correct.
7     Q.  So, then, my question to you is:  Do you view
8  IA Manager as part of the RT Server?
9     A.  No, I don't.
10     Q.  Okay.  Is that because you believe it to be
11  separate from the RT Server?
12     A.  No.  I understand the reason for going through
13  this.  It's just that the -- just applying the --
14  applying the construction of the Court, "coupled to," he
15  says, necessarily implies that it's separate.  And in
16  that respect, it is separate.  Okay?  That's all that
17  I -- all that I meant to say.  The -- I believe it is
18  coupled to.  I believe it is separate.
19        But I think that the impression that I get
20  is that you're using part of in a way that doesn't apply
21  to this, and that I think is where the struggle is.
22     Q.  You very well could be right.  Let me ask you
23  this, and see if this is more or maybe less helpful.
24     A.  Okay.
25     Q.  You've talked at least to some degree about

Page 92

1  functionality.
2     A.  Right.
3     Q.  As some notion of functionality relating
4  somehow to separateness.
5     A.  Okay.
6     Q.  Do you think that the Court's suggestion or the
7  Court's statement that "coupled to necessarily implies
8  that the event manager is separate from the various
9  subsystems," is there anything structural to that
10  statement, in your view?
11        MR. SPANGLER:  Objection, form.
12     A.  Do you mean in the sense that the source code
13  for the two separate parts have to be in different files
14  or in different directories or compiled by different
15  compilers or --
16     Q.  That could be one way.  I think that would
17  satisfy what I'm saying.  I don't know that what I'm
18  saying is necessarily limited to that.  For instance, I
19  think you said earlier that your understanding is that
20  you couldn't operate IA manager without RT Server.
21     A.  I believe that IA manager won't operate in the
22  absence of RT Server.
23     Q.  So, at some level in the code, there must be
24  some overlap there that creates that scenario, I guess.
25  Again, I'm not a computer scientist.

Page 93

1        MR. SPANGLER:  Objection, form.
2     A.  Let me try this, that there is an operational
3  dependency between these things is manifest; that is, IA
4  Manager doesn't make sense without the RT Server
5  operating.  The fact of the dependency doesn't mean that
6  it's a part of it.  That, I think, is where the
7  distinction may -- that may be a reasonably good
8  characterization of the distinction in our views.
9     Q.  Okay.  I think this is a good time for a break.
10     A.  Okay.
11        VIDEOGRAPHER:  The time is 11:52, we're off
12  the record.
13        (OFF THE RECORD FROM 11:52 A.M. TO 12:39 P.M.)
14        VIDEOGRAPHER:  The time is 12:39, we're
15  back on the record.
16        (MR. ZAHER AND MR. GEORGE ARE NOT PRESENT.)
17     Q.  (By Mr. Dion)  Looking at page 16 of your
18  report, under the heading "Claim 1, element a2 -
19  construction."
20     A.  Yes.
21     Q.  It says there, the last sentence, that other
22  than the terms event manager and subsystem, your
23  analysis construed the other terms in accordance with
24  their ordinary and customary meaning to one of skill in
25  the art.  Do you see where it says that?

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 94

1     A.  Yes.
2     Q.  We were talking a little bit before the lunch
3  break about the term "coupled," and as a corollary to
4  that, the language in the Court's order about
5  "separate".
6     A.  Yes.
7     Q.  Is it your view that "coupled," as -- its
8  ordinary and customary meaning to one skilled in the
9  art, is that the same as what the Judge had to say about
10 "coupled"?
11         MR. SPANGLER:  Objection, form.
12    A.  What the Judge said was that "coupled to"
13 includes the notion of separate.  Isn't that correct?
14    Q.  It's on page 8.
15    A.  No.  The term "coupled to" necessarily implies
16 that the event manager is separate from the various
17 subsystems.  That's -- I realize it's not claim
18 construction of another term, but I used that as the
19 guide for the way I applied it.
20    Q.  That's what I was looking for, just to
21 understand the language here, it's unclear, and just to
22 confirm --
23    A.  Fair enough.  I understand what you're asking,
24 now, yes.
25    Q.  And so what you applied in your analysis --

Page 95

1     A.  Yes.
2     Q.  -- was that language.
3     A.  Yes.
4     Q.  You viewed that as the Court -- I don't want to
5  say construing -- but explaining that term.
6     A.  Not construing, but it didn't seem to be
7  worthwhile to try to press that particular issue in any
8  way.
9     Q.  Okay.  The top of page 17, when you're talking
10 about the RT Server, you mention -- you say, "examples
11 of engines which are within the RT Server include the
12 Mdap engine."  Why is the discussion of engines raised
13 here in this section of the report?
14    A.  I was just trying to give some feel for how
15 the -- how the server is made up.
16    Q.  What are engines?
17    A.  What are engines?
18    Q.  Yes.
19    A.  An engine can be almost anything.  In this
20 circumstance, the engines identified are the Mdap
21 engine.  I thought I identified more than just the Mdap
22 engine.  Oh, there's a reference to the DmEngines,
23 generally.  I just thought it was worth recognizing that
24 the -- even -- that the RT Server is not just a block,
25 okay?  It's made up of parts.

Page 96

1     Q.  Okay.  And in Footnote 11, which is referenced
2  from the section on engines, you mention in there a data
3  access engine.
4     A.  Yes.
5     Q.  A few minutes ago, we were talking about the
6  RTDB and --
7     A.  Yes.
8     Q.  We talked about that the RTDB, in conjunction
9  with the -- I think you said data engine was the
10 subsystem.  Just so that we're clear on the terminology,
11 when you were saying data engine, were you referring
12 to --
13    A.  I was referring to the data access engine, yes.
14    Q.  Okay.  At Footnote 12 you say, "the RT Server
15 applies equally to a system with a single server or a
16 server deployment group."  What do you mean by that?
17    A.  Just that the term RT Server is meant to
18 include the circumstance where you have multiple
19 computers running multiple copies of the RT Server
20 software, or conceivably multiple copies of the RT
21 Server software running on a single computer.
22    Q.  That would be referred to as a deployment
23 group?
24    A.  Yes.
25    Q.  So, in the scenario where there was a

Page 97

1  deployment group --
2     A.  Yes.
3     Q.  -- I guess the question, then, is you say that
4  the term RT Server applies equally, so would the RT
5  Server, as you've used it here, then apply to the entire
6  deployment group?
7         (MR. ZAYER AND MR. GEORGE RE-ENTER ROOM.)
8     A.  I'm not quite sure if I understand what you're
9  saying.  Now, what I meant by that is that you may have
10 multiple copies of the RT server.  That each of those
11 copies is an RT Server.
12    Q.  Okay.  And does each of those, then, operate
13 independently of each other?
14    A.  As I understand the deployment group, you wind
15 up with one of the RT Servers being the coordinator of
16 the group of RT Servers.
17    Q.  So, if there was a scenario with a deployment
18 group, I guess what I'm trying to understand is, how
19 does that impact the opinions that you have here, if at
20 all?
21    A.  Well, it impacts the opinions in several
22 different ways, one of which is that the -- I think
23 it's -- I think it's clear from the citation here that
24 the IA Manager, that however you may consider it to be a
25 part of a single RT Server, is not a part of the -- each

25  (Pages 94 to 97)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 98

1  of the RT Servers in the deployment group, and is more
2  recognizably separate from the -- from the secondary RT
3  Servers than it is from the primary.
4       (MR. ZAHER, MR. GEORGE AND MR. OLEKSIUK LEAVE ROOM.)
5       Q.  (By Mr. Dion)  So the IA Manager that is in or
6  working with the primary RT Server.
7       A.  Right.
8       Q.  Is more definably separate from the other RT
9  Servers than -- I guess relative back to the
10 conversation we were having about whether or not it's
11 secondary from the primary RT Servers.
12          MR. SPANGLER:  Objection, form.
13       A.  That whatever our analysis is, whatever our
14 disagreements may be with respect to the single RT
15 Server, I think there's less room for disagreement when
16 you have a deployment group.
17       Q.  Okay.  So, if you have a deployment group and
18 then you have an IA manager, the IA Manager that you use
19 would be connected to or working with the primary RT
20 Server, is that your understanding?
21       A.  I believe that's correct, yes.
22       Q.  What would be the event manager in that
23 deployment group?
24       A.  Well, you could actually wind up with multiple
25 event managers in that circumstance.  Each of the RT

Page 99

1       Servers is recognizably an event manager.
2       Q.  Okay.  So, if we were to focus on, say, one of
3  the secondary RT Servers, and we'll call it RT Server 2.
4       A.  Okay.
5       Q.  Is the IA Manager from the primary RT Server a
6  subsystem to that secondary RT Server?
7       A.  No.
8       Q.  Okay.
9          MR. SPANGLER:  Could you repeat the
10 question, please?
11          (THE RECORD WAS READ BACK.)
12          MR. SPANGLER:  Thank you.
13       A.  Sorry.  As you read the question, you said a
14 "subsystem to"?  I heard it as a "subsystem of."  If you
15 meant "of," my answer is no.  If you meant "to," I have
16 to take it a little differently.
17       Q.  I think I meant "of".
18       A.  Okay.
19       Q.  Although I'm not sure if I fully appreciate the
20 distinction in answering the question one way versus the
21 other.
22          MR. SPANGLER:  Objection, form.  Why don't
23 you -- just to clear it up, why don't you ask that
24 question again?
25       Q.  (By Mr. Dion)  Well, let me ask this question.

Page 100

1       If you have a deployment group, is the IA Manager that
2  is a part of the primary RT Server a subsystem of the
3  secondary RT Server?
4       A.  No.
5       Q.  That's -- I think that's the question I want to
6  ask, so we'll just leave it at that.  The engines that
7  you refer to that you say are within the RT Server, are
8  they separate from the RT Server?
9       A.  In much the same way I described the IA
10 Manager, they can be, yes.
11       Q.  Are they separate from the event manager?
12       A.  I think you can separate the data engine.  I
13 don't believe you can separate the Mdap engine.
14       Q.  Why do you say that?  I guess -- let me
15 withdraw that question.  When you say you can separate
16 the data engine but you don't think you can separate the
17 Mdap engine --
18       A.  Right.
19       Q.  Do you mean it's not -- there's no way to
20 conceive of them as separate, or for purposes of your
21 analysis relative to the claim language --
22          MR. SPANGLER:  Objection, form.
23       Q.  (By Mr. Dion) -- you can't separate them?
24          MR. SPANGLER:  Same objection.
25       A.  I don't think that the -- I don't think that

Page 101

1       the RT Server -- how do I put this -- is the RT Server
2  without the Mdap engine, okay?  I think that you can
3  distinguish the data services from the operation of the
4  RT -- of the Mdap engine.
5       Q.  Okay.  And when you say you can separate the
6  data, does that mean you could create a system different
7  than IA where that was separate from the RT Server, or
8  does that mean that in this case you can view them as
9  separate?
10          MR. SPANGLER:  Objection, form.
11       A.  I'm not sure there's really a distinction
12 there.  I think you can view the data access engine as a
13 subsystem of the RT Server.  I don't see how to do that
14 with the Mdap engine.
15       Q.  Okay.  You talked briefly about the deployment
16 group.  I asked you what would be the event manager in
17 the deployment group?
18       A.  Yes.
19       Q.  And as I recall, you said that you could
20 conceive of it as having each RT Server being a separate
21 event manager?
22       A.  Functioning as an event manager, yes.
23       Q.  As we look at the -- I guess the remaining
24 claim limitations, there's certain functionality that
25 the event manager has to carry out in the system, is

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 102

1   that right?
2       A.  Yes.
3       Q.  In a deployment group, then, would each
4   separate RT Server be performing each of those steps?
5       A.  Yes, I believe that's correct.
6       Q.  Is there any difference between what we've
7   termed a deployment group and a company just running
8   multiple copies of IA on separate computers?
9           MR. SPANGLER:  Objection, form.
10      A.  I don't recall seeing a set -- well, certainly,
11  if you run multiple copies, you can run multiple copies,
12  as many as you want.  I expect that the circumstance
13  where you're running the deployment group, you're
14  expecting that each of these deployment groups, while
15  sharing the load of the overall process, is still
16  serving more or less a single -- I'm not sure how to
17  express this -- but working off of a -- maybe a single
18  database or some other unifying part of this.
19          So, you're running multiple copies,
20  conceivably just because if one of them goes down, the
21  load can be picked up by another one.  I mean, it could
22  be simple redundancy, but it could also be that you want
23  to coordinate the operation of physically separate
24  offices or something like that.
25      Q.  If you have each separate instance of RT Server

Page 103

1   functioning as its own event manager -- where am I going
2   with this?  Guess you don't know the answer to that
3   question.
4       A.  Not yet.
5       Q.  If you have multiple copies of RT Server, and
6   your testimony is that each of them at least could
7   function as an independent event manager, as far as your
8   infringement analysis goes, is there any difference
9   there versus me just being a big company and deciding to
10  buy, say, five copies of IA and set them up, you know,
11  maybe one per physical location?
12          MR. SPANGLER:  Objection, form.
13      A.  Is there any difference?  There are operational
14  differences.  I tend to think of the infringement
15  analysis as just being a binary, it's an on-off kind of
16  thing, either you're in there or you're not.  So, you're
17  not just a little bit infringing, you're infringing or
18  you're not.
19      Q.  I understand that.  I guess if I asked you to
20  revisit the analysis you did and try to locate each
21  element in a system, and instead of saying to you, the
22  system is just IA, I said to you, the system is IA where
23  there's a deployment group, would you have identified
24  anything differently in any of the elements to say that
25  I found infringement?

Page 104

1           MR. SPANGLER:  Objection, form.
2       A.  I don't think so.  I believe that the RT Server
3   still functions as the event manager, and I believe the
4   identified subsystems are still identifiable subsystems.
5   As I said, some of the identification is a little bit
6   easier, when you're talking about a deployment group
7   because it's more clear -- it's clearer in that
8   circumstance than some of the "included" -- I'm sorry,
9   could I put quotes around that as I speak it?  Some of
10  the "included" systems, like the IA Manager, are clearly
11  separate from the second and third RT servers.  So, no,
12  my analysis doesn't change, I don't believe.
13      Q.  Okay.  The next element, element b, as you've
14  parsed them, is "detecting one more changes in state
15  characteristic of an event occurring within the system."
16  So, if we go back to the example we talked about earlier
17  this morning of one way that IA functions, the customer
18  that calls in with a complaint, in that scenario, could
19  you identify what you would view as the detection of a
20  change in state?
21      A.  Yes.  Yes.  I think that the detection of a
22  change in state is the recognition by the RT Server that
23  it has received a message.
24      Q.  And I think in your report you talk about,
25  again, for example, when the RT Client sends a request

Page 105

1   to the RT Server.
2       A.  Right.
3       Q.  You're identifying the same event?
4       A.  The RT Client sends it, the RT Server receives
5   it.
6       Q.  Okay.  So, in our example, that message happens
7   to be about a complaint.  At this stage, does IA know or
8   understand or care what the content of that message is?
9       A.  I don't believe so.  I believe that the receipt
10  of the message tells them that something has changed.
11      Q.  Okay.  What state changed in that example?
12      A.  Well, the state of can be something as simple
13  as the change in a variable, the value of a variable.
14  In this case, the state that is changed is that where in
15  the previous state there was no message.
16      Q.  So, RT Server is sitting there waiting, it's
17  idle, I guess, essentially, and a message comes in from
18  RT Client, it detects that before time period one,
19  there's no message, time period two, there is a message,
20  and that's the change in state?
21      A.  Yes.  That is a change in state.
22          MR. SPANGLER:  Objection, form.
23      Q.  (By Mr. Dion)  In our example, that's the
24  change in state that you're referring to.
25      A.  Yes.

27 (Pages 102 to 105)

Page 106

1    Q.  How does RT Server detect that change in state?
2  I guess what I mean by that is, is it polling for
3  messages?  Is there some other mechanism that triggers
4  RT Server to recognize that a message is coming?
5        MR. SPANGLER:  Objection, form.
6    A.  I don't know that I recall the mechanism.  I
7  believe that the creation of the message -- I don't
8  remember the names of the procedures involved, but there
9  is -- I'm sorry -- objects that are created.  But it's
10  essentially the creation, the existence of a message
11  object that comes in, that the existence of the object
12  triggers IA -- I'm sorry -- RT Server.
13    Q.  Okay.  So, what is the event that that
14  particular detected change in state is characteristic
15  of?
16        MR. SPANGLER:  Objection, form.
17    A.  Well, it's actually characteristic of multiple
18  events.  It's characteristic of all communications
19  through the RT Client.  Whether the event is a
20  transaction at an ATM machine or in our call center that
21  we talked about or anywhere else, the fact is that the
22  arrival of the message says something happened out there
23  that we need to pay attention to.
24        It is characteristic of an event.  It's
25  characteristic of the particular event that spawned it,

Page 107

1  but it's also characteristic of almost any other event
2  that could occur.
3    Q.  So, your understanding of this claim element is
4  the detected changes in state could be characteristic
5  merely of the fact that some event occurred?  Am I
6  understanding you correctly?
7    A.  No, it says specifically of an event.  But the
8  thing is, once again, until you unpack the message, you
9  don't know what event you're talking about.  But it's
10  characteristic of an event occurring.  Some event
11  occurring.
12        And so, yes, I mean, that's -- the RT
13  Server, upon receipt of the message, detects that I have
14  a change in state, that change in state is
15  characteristic of an event occurring, both a specific
16  event and events, generally.
17    Q.  And I think that claim language also goes on
18  that it's characteristic of an event occurring within
19  the system.
20    A.  Correct.
21    Q.  What do you understand that "within the system"
22  to mean?
23    A.  "Within the system"?  Well, I'm not sure how to
24  answer that.  "Within the system" just means just that,
25  within the system, that it's an event that happened

Page 108

1  within the system.  So, in the case of IA Manager, it
2  just says that something has happened in the operation
3  of this whole system.
4    Q.  Okay.  But I guess, for instance, maybe you
5  could say that the change in state, that message receipt
6  is characteristic of an event occurring outside the
7  system, also, like the customer calling in.
8    A.  Okay.  The customer calling in is not in and of
9  itself necessarily an event, for purposes of this
10  particular piece here, but that event is very closely
11  identified with events that occur within the system.
12  It's hard to distinguish them.
13        There's almost an identity between the
14  customer action and the -- and the event that is --
15  that's brought up there.  It's easy to talk about the
16  customer event, but the event is actually in the
17  software that recognizes something that the customer has
18  done, yes.
19    Q.  Okay.  And then the next step, the next claim
20  element is "inferring occurrence of the event in a
21  context in which the event occurred based at least in
22  part on the detected change in state."
23    A.  Correct.
24    Q.  Is it your understanding, when that claim
25  element refers to "the event," is it referring to the

Page 109

1  same event that was referenced in the prior claim
2  element?
3    A.  Well, right.  The prior claim element is not
4  specific about it, but there is an event that occurs.
5  Now, the detection, the initial detection is agnostic,
6  it doesn't know which event we're talking about, but
7  whatever event actually spawned it, that's the event
8  we're talking about here.  Is that --
9    Q.  No, fair enough, that is responsive, yes.  So,
10  you've talked about this message comes in, and then the
11  system will unpack the message.
12    A.  Yes.
13    Q.  What do you mean by that, when you say the
14  system unpacks the message?
15        MR. SPANGLER:  Objection, form.
16    A.  When the message comes in, it's this glob of
17  data or glob of information.  The RT Server has to parse
18  it.  It has to recognize what the different pieces
19  within the message represent before it knows how to act,
20  what to do.  And now that I've gotten that far, I've
21  forgotten what the question was.
22    Q.  The question was, how does the system unpack
23  the message?
24    A.  Okay.  So the unpacking is simply running
25  through, parsing through the -- in the example we looked

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 110

1  at earlier, you've got a string of characters that's
2  broken into three lines, but just long string of
3  characters. You've got to go through and pick out which
4  part represents what piece of information I'm supposed
5  to work with.
6       Q. Are there any -- are there any limits to the
7  type of information that can be transmitted in that
8  event message?
9            MR. SPANGLER: Objection, form.
10      A. There's certainly physical limits on the
11 quantity of information. On the type of information? I
12 don't -- I'm not sure what you mean by limits on the
13 type.
14      Q. I guess, functionally, from IA itself, does
15 IA -- can IA only accept, you know, certain categories
16 of information in that message, or is it possible to set
17 it up --
18      A. Well --
19           MR. SPANGLER: Objection, form.
20           THE WITNESS: I'm sorry?
21           MR. SPANGLER: I said, objection, form.
22      A. You can set up IA, as I understand it, to
23 respond to any number of different types of information,
24 so just off the top of my head, I'm not sure of the type
25 of information that would be impossible to do. More or

Page 111

1  less practical perhaps, but not -- I don't know about a
2  possibility limit.
3       Q. And in your report, the top of page 19, you say
4  that the RT Server detects a change in state and then
5  infers that a campaign event or offer acceptance event
6  is taking place. How does the system infer that a
7  campaign event or offer acceptance event is taking
8  place?
9            MR. SPANGLER: Objection, form.
10      A. As a result of unpacking that message. Again,
11 go back to the example that we had where you have the
12 expression the &Event=, and then it gives a string, a
13 point event, I believe, that it goes to the process of
14 analyzing that whole message and picking apart, looking
15 for the pieces that it can use to figure out what type
16 of message this is.
17           So, in this case, it goes in, it says, I
18 have a message here that has an event identified; that
19 is, I have event information in the message, and given
20 that I have event information, I then look to see what
21 event is identified.
22           Once I know what event is identified, I
23 then compare it to the types of events that I know
24 about, can handle, and see whether it's an event that I
25 actually recognize.

Page 112

1       If I recognize the event, then my actions
2  depend on what I have -- you know, what I'm supposed to
3  do given the different types of events that I see. So,
4  it's that whole process. It's not -- it's a non-trivial
5  process to go through and pick all this stuff out and
6  decide what you want to do and then direct doing it.
7       Q. Is all of what you've just described, is that
8  just the inferring step, or does that start to bleed
9  over into some of the other, I guess, actions that the
10 claim talks about?
11           MR. SPANGLER: Objection, form.
12      A. You infer the occurrence of the event, so the
13 occurrence of the event, I guess, you know, going back
14 to what we were talking about, the -- I actually don't
15 know for sure whether you can have messages, significant
16 messages that go back and forth that are not event --
17 that don't identify an event, I'm not sure.
18           But the fact that you have a message that
19 includes an event, so you have the occurrence of the
20 event, and then you have the context in which the event
21 occurs, which is -- can be both the actual event, and
22 its context can at least be partially communicated by
23 which event it is, and then you have the other
24 information in the message that may also describe the
25 context that you're in.

Page 113

1       Q. So, if we look at the example -- I think maybe
2  there's two examples in your report. You talk about a
3  campaign event or an offer acceptance event.
4       A. Yeah, I mention those, as well, yes.
5       Q. Are those two different types of events?
6            MR. SPANGLER: Objection, form.
7       A. Well, I'm not sure exactly how to characterize
8  that. The offer acceptance are things that occur within
9  a campaign. I'm not sure -- I believe that that
10 statement is taken out of the documentation. I'm not
11 sure I could identify for you right now a campaign event
12 other than an offer -- well, I'm sorry, yeah, sure, the
13 complaint is an event that's not an offer acceptance
14 event.
15      Q. You said that you think this language came out
16 of the documentation?
17      A. Yes, I believe that the phrasing came out of
18 the documentation.
19      Q. When the IA documentation uses the term
20 "event," what do you understand that to mean?
21      A. Well, I'm not sure that the IA documentation is
22 as precise as we need to be on all of this stuff. Like
23 I said, it's hard to distinguish sometimes between the
24 event of a customer or a telephone operator or somebody
25 like that and the system event that they work with in

29 (Pages 110 to 113)

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 114

1  describing what's going on.
2         It's easy to move between them, but I think
3  that even -- well, for most customer events that involve
4  interaction with the system, for a customer event,
5  there's a corresponding internal or system event.
6    Q.  When you talk about event, as you're using it
7  now, when we talk about, like I said, I guess a customer
8  external event, you're talking about just a physical
9  occurrence?
10   A.  Sure.
11   Q.  Somebody calls, somebody clicks on a web page,
12  somebody punches their pin into the ATM, something like
13  that?
14       MR. SPANGLER:  Objection, form.
15   A.  Right.  Something that a person does may be
16  reasonably characterized as a system event because it's
17  almost inseparable from a system event.
18   Q.  Now, when you talk about a system event, I go
19  to a website, I click on a certain location, you know,
20  me moving my finger, I guess, is the physical event, but
21  the system recognizes that click.  That's the system
22  event?
23       MR. SPANGLER:  Objection, form.
24   A.  Translates that action into, for instance, the
25  creation of the message that says, I have a complaint.

Page 115

1    Q.  So, is the event the creation of the message?
2        MR. SPANGLER:  Objection, form.
3    A.  We're trying to parse this pretty thinly here.
4  The --
5    Q.  Well, let me take a step back then.  Let me
6  point you to something.  If you could turn to page 104
7  of Exhibit 3.  So, you see the figure at the top?
8    A.  Yes.
9    Q.  And right under the figure, the first bullet
10  point says, "an event is a package object that collects
11  information from the external client and requests action
12  from the RT Server."
13        So I guess what I'm just trying to
14  understand is whether or not there's a discrepancy in
15  the term "event" in the IA documentation relative to the
16  patent claims?
17       MR. SPANGLER:  Objection, form.
18   A.  Just to be clear, the event described here, I
19  believe, is pretty clearly an event in the -- for
20  purposes of our reading on the patent.  I wouldn't
21  expect that the IA documentation is always
22  distinguishing between events at this level and events
23  at the -- you know, that are -- that are customer
24  actions or some other event that might be realistically
25  at too low a level to qualify as an event for the

Page 116

1  patent.
2    Q.  Okay.  My reading of this was that -- this
3  seemed to me to say that event at least some of the
4  times or one of the ways it's used in the IA
5  documentation refers to the actual kind of data message
6  that's sent from RT Client to RT Server?
7        MR. SPANGLER:  Objection, form.
8    Q.  (By Mr. Dion)  Is that -- is that a correct
9  understanding of what this means?
10   A.  Well, there you are.  The recall -- the http
11  message that we analyzed earlier is that there is a
12  piece of information there that says, the event
13  identified in the message is a customer complaint, okay?
14  That event is -- hang on.  Let me look at this here and
15  see if this is actually correlative to that.  Okay.  The
16  event described here is not the complaint event that's
17  described in that message, okay?
18   Q.  Okay.
19   A.  This uses the term "event."  Well, I'm --
20  there's a difference in the focus or the scale of what's
21  going on here.
22   Q.  The reason I'm bringing this up is because we
23  were talking about in your report where you say
24  "campaign event or offer acceptance event" and you said,
25  I believe, that that language came from the

Page 117

1  documentation.  And so I guess what I was trying to
2  understand is, offer acceptance event could be a
3  customer accepted an offer, right?
4    A.  Correct.
5    Q.  Real world event which could correspond to a
6  system event, which is RT Client --
7    A.  Communicates back.
8    Q.  -- communicating that the acceptance occurred.
9  I think another way that offer acceptance that might
10  mean is actually the bundle of data sent from RT Client
11  to RT Server, based on this reading here.
12       MR. SPANGLER:  Objection, form.
13   A.  This use describes it as a package object,
14  okay?  But it also says, a package object collects
15  information; that is, it gives it an active form.  So, I
16  don't think this translates all that well.  So, I'm not
17  sure there's a real close correlation here.
18        These are similar things.  And I think the
19  patent events we're talking about are related to this or
20  close to it, but I'm not -- I don't think it's exactly
21  the right thing.
22   Q.  I would tend to agree with you, and that's why
23  I just, as we go back and dig into this example, I want
24  to be sure that we're kind of on the same page when it
25  comes to the terminology.

30 (Pages 114 to 117)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 118

1    A. Right.
2    Q. So, if we go back to this, we understand, I
3  think, what the detected change in state is, which is
4  the receipt of the message, and I think, as you said,
5  that could be characteristic of a number of different
6  events, although the patent claim seems to be referring
7  to a particular one.
8        MR. SPANGLER: Objection, form.
9    A. Hang on. It doesn't refer necessarily to a
10  particular one in the detecting element.
11    Q. Well, in the inferring element, where it says,
12  "inferring occurrence of the event," right, that refers
13  to --
14    A. In the inferring element, yes.
15    Q. But, ultimately, I guess, the event whose
16  occurrence is inferred in this step has to be at least
17  one of the events that the detected change in state was
18  characteristic of?
19    A. I think that's fair enough, yes.
20    Q. That's a little awkward to say that.
21    A. Yes.
22    Q. So, I guess I just want to understand, in
23  trying to look at this example from the system, what is
24  the event that we're talking about?
25    A. Okay. Let's go back to our example, then.

Page 119

1  We'll see if we can work our way through it. We have an
2  action by a customer that is characterized as an event,
3  a complaint. We have communication of that complaint
4  or -- let's go back. We have a capture of that
5  information. We have the packaging transmission
6  reception of that information. The event that we're
7  talking about can be any one of those.
8    Q. When you say "any one of those" --
9    A. That's what I was getting at.
10    Q. Okay.
11    A. Where we have the capture of the information,
12  it is an event. It's an event that can be stymied, for
13  some reason. For instance, if you lose your
14  communication. You have a package -- well, I'm sorry --
15  well, you have the packaging, also. You may fail in the
16  process of doing that.
17        You have the packaging, you have the
18  transmission, you have the reception. All of those are
19  events in the process, any one of which can be a system
20  event. They translate to the customer action out here
21  or the action of the operator, but it is -- I mean, we
22  really are parsing this down very tightly. And I
23  understand the reason for doing it, but there is still
24  an association between each of those things and the
25  action outside.

Page 120

1        But each of those is an identifiable event,
2  it's an identifiable occurrence that's worthy of
3  attention by the RT Server. So, any one of them can be.
4  In some respects, the event that everybody is referring
5  to is the customer event, a complaint. Nevertheless,
6  the realization of that complaint, the events that work
7  through the system are themselves events, as well.
8    Q. Okay. So, when we say in element c that the
9  system has to or the event manager has to infer
10  occurrence of the events.
11    A. Correct.
12    Q. Which event is -- IA, which event is the
13  event manager, the RT Server, inferring the occurrence
14  of?
15        MR. SPANGLER: Objection, form.
16    A. Well, he's actually inferring the occurrence of
17  each of those events. Any one of them serves as a
18  proper object of analysis. Any one of those system
19  events can be taken and analyzed through this process.
20        The proxy for those, of course, is the
21  customer event. Because that's the one that's easiest
22  to talk about. But within the system, that customer
23  event is represented by one or a series of other events
24  that are recognized by the RT server.
25    Q. So, the RT server infers occurrence of the

Page 121

1  collection of the data?
2    A. Yes.
3    Q. Is that right? It also infers the occurrence
4  of the packaging of the data?
5    A. Yes.
6    Q. And it infers the occurrence of the perception
7  of the data?
8    A. Or communication, yeah.
9    Q. Or the communication of the data. I guess,
10  let's first talk about the collection of the data.
11    A. Okay.
12    Q. How does RT Server infer the occurrence of that
13  event?
14    A. By taking the message apart. I mean, once
15  again, you have to go through the process of taking the
16  whole thing apart. But the -- that event -- without the
17  collection of the data, you don't have the packaging in
18  the data, you don't have the transmission of the data,
19  you don't have the reception of the data, you don't have
20  the detection, and you don't start inferring.
21        That is, this all connects together. So
22  how it does it is by what I described earlier, it takes
23  the message apart and infers that these things happened
24  up the chain. Any -- you know, the thing is, you can
25  characterize that inference as being any one of these

Page 122

1   individual things, take your pick.
2      Q.  Okay.  So, if we look at the Court's
3   construction of "inferring," okay, I think you have on
4   page 18 your report, "the logical process by which a
5   factual conclusion is derived from known facts by the
6   application of logical rules."
7      A.  Yes.
8      Q.  That's what you understand the Court -- how the
9   Court construed the word "infer," is that right?
10     A.  Yes.
11     Q.  So if we look at RT Server, and you say that
12  one of the things it could infer is the occurrence of
13  the event, wherein the event is the collection of data.
14     A.  Correct.
15     Q.  So, in view of the Court's claim construction,
16  can you explain to me how RT Server derives a factual
17  conclusion from known facts by the application of
18  logical rules relative to the collection of data?
19          MR. SPANGLER:  Objection, form.
20     A.  Okay.  At the very simplest level, if the data
21  weren't collected, it wouldn't have a message.
22     Q.  Well, I can agree that that's true, right, if
23  the data weren't collected, there wouldn't be a message.
24     A.  So, in this particular case, when it takes
25  apart the message, it sees the various elements of a

Page 123

1   message, the -- let's see, I'm trying to remember.  But
2   a few of them.  One is the event designator, one is
3   the -- I can't remember -- the value name is CID, but I
4   don't remember the field designator.  And one of them is
5   a value that's just called value.
6          So, each of the elements in the message is
7   taken, detected, understood, and in the process of
8   understanding this, it's going through the logical
9   process that I was describing earlier.  It has to
10  compare these things to rules that it has in place.
11         That is, I have something that claims it's
12  an event, do I recognize it as an event?  Okay?  Is this
13  complaint event one of the things that I know?  I have a
14  value that's supposed to be a customer I.D.  Is there
15  such a customer?  Do I -- you know, et cetera.
16         Those things are all part of the inferring
17  the occurrence of the particular event.  That is, I
18  received this data, this data was collected, this data
19  was packaged, this data was transmitted.
20     Q.  Does RT Server, at some point, actually derive
21  a factual conclusion that the data was collected?
22     A.  It derives a factual conclusion that the data
23  represents an outside action.
24     Q.  Okay.  But does it ever derive that factual
25  conclusion that the data was collected?

Page 124

1          MR. SPANGLER:  Objection, form.
2      A.  I don't see how -- does it -- does it say, ah-
3   hah, I received this, I can tick off a box somewhere
4   that says I collected the data?  I don't think that's a
5   sensible question in this circumstance.  The data
6   collection is a fact.  It is --
7      Q.  Well, the data collection is a fact, and I
8   agree with you the data wouldn't be there if it wasn't
9   collected.  But isn't the data collection -- the fact of
10  the data collection itself completely ignored by RT
11  Server?
12          MR. SPANGLER:  Objection, form.
13     A.  I don't think so.
14     Q.  RT Server cares what the data is, right?
15     A.  Correct.
16     Q.  But you just said, it doesn't check off a box
17  to say, oh, this data's been collected.
18          MR. SPANGLER:  Objection, form.
19     A.  Well, metaphorically, I guess -- I'm sorry.
20  Metaphorically -- geez.  It does recognize, yes, that
21  the data's been collected.  It distinguishes between --
22  it distinguishes between -- it does know which data is
23  collected data and which data represents something else.
24  That is, it knows which data to use in which
25  circumstance.  So, yeah, I think it does.

Page 125

1      Q.  So you're saying that it is your opinion, then,
2   that RT Server derives the factual conclusion that data
3   has been collected?
4      A.  I think the answer has to be yes.
5          MR. SPANGLER:  Objection, form.
6      A.  Yeah.  That wasn't the way I was thinking of
7   it, but I believe in response to your question, the
8   answer's yes.
9      Q.  How exactly does RT Server do that?
10     A.  Hang on.  RT Server receives this entire URL
11  message that we've looked at on page 3.  It
12  distinguished the fact that the value web appoint
13  directs it to some activity, distinguishing that from
14  the fact that the encoding value tells it how to look at
15  data and distinguishes that from the variables, the
16  package, the event, the event, the field and the value,
17  those things it treats as collected data.  The other
18  things it treats in a different way.
19         So, yes, I think it distinguishes that
20  you've collected -- you know, certain data it treats as
21  collected information.  Other data, it treats as context
22  or environment in which it's working.
23     Q.  So does it ever register in any way into some
24  kind of table or field or system variable, the fact that
25  data has been collected?

Page 126

1          MR. SPANGLER: Objection, form.
2      A. Yes.
3      Q. How does it do that?
4      A. In the fact that it uses that data as collected
5  data to answer the message that's been posed to it.
6      Q. Okay. So, again, the event we're talking about
7  at this point is the data collection.
8      A. Collection.
9      Q. What are the known facts?
10     A. What are the known facts?
11     Q. Yeah. What are the known facts that RT Server
12  uses?
13     A. There are a couple of things here. One is that
14  the CID value is supposed to represent a customer, okay?
15  And so one of the facts that it determines that's a
16  contextual information here is, is this a real customer?
17  By the same token, the complaint event tells it whether
18  it's a valid event that it's dealing with.
19     Q. So that information in the message are the
20  known facts?
21         MR. SPANGLER: Objection, form.
22     Q. (By Mr. Dion) Is that my -- am I understanding
23  that correctly?
24     A. I'm sorry. Where's your known fact? Let's
25  look at the language.

Page 127

1      Q. Sure. So, the Court's construction of
2  inferring, again, "logical process by which a factual
3  conclusion is derived from known facts by the
4  application of logical rules.
5          So we're talking about here the event
6  that -- the system is inferring occurrence of the event.
7  We said, the event is collection of data by the system.
8      A. Right.
9      Q. So, in order to infer occurrence of the
10  event --
11     A. Okay.
12     Q. -- the system has to apply a logical process to
13  known facts.
14     A. Right.
15     Q. And derive a factual conclusion.
16     A. Okay. Well, getting down at that level,
17  talking about this type of event, known facts in this
18  circumstance are that it recognizes, for instance, that
19  "and package" is a type of element that it can analyze.
20  It recognizes that "and event" is a type of an element
21  that it can recognize, "and field" is a type of an
22  element that it can recognize, "and value" is a type of
23  thing that it can recognize. Those are all known facts.
24          Those are preexisting information within
25  the system that it's prepared to deal with. So, in this

Page 128

1  sense, though, each of those things is something that
2  the system was already aware of. I can deal with
3  something that identifies itself as an "and event".
4  Okay?
5      Q. Okay.
6      A. So, in this instance, I think that that would
7  serve.
8      Q. And what logical rule or rules does the RT
9  Server apply to those known facts?
10     A. It applies the rule of recognizing that this is
11  an event that -- I'm sorry, that "and event" is one of
12  those things that I know already. It has to go through
13  a logical process to discover that that's something that
14  I recognize, that's something I can deal with.
15     Q. Can you -- are you aware of any documentation
16  that would kind of, I guess, describe what those rules
17  are, or any source code that would qualify as these
18  particular logical rules --
19     A. This particular one? I don't think I could
20  identify anything, no.
21         MR. SPANGLER: Objection, form.
22     Q. (By Mr. Dion) I'm sorry, when you say "this
23  particular one" -- I want to make sure I --
24         MR. SPANGLER: Objection, form.
25     A. What we were just talking about, that "and

Page 129

1  event" is recognized. I don't know where that's done
2  exactly, no.
3      Q. Did you look for that?
4      A. I don't think so.
5      Q. What did you find that led you to the
6  conclusion that the system infers occurrence of, for
7  example, the event of data collection?
8          MR. SPANGLER: Objection, form.
9      A. Well, just what we've been through here. I've
10  read the documentation. Like I said, this event is a
11  proxy for the event of the customer making a complaint.
12     Q. So, is the system inferring occurrence of the
13  customer complaining?
14     A. It certainly infers that, as well. But, again,
15  that customer complaining event is, for most practical
16  purposes -- I'm sorry, is for very detailed purposes
17  outside the system.
18     Q. Okay. So, the system looks at the message that
19  it receives.
20     A. Yes.
21     Q. It knows that there are certain fields within
22  the message that contain types of information that it's
23  capable of dealing with?
24         MR. SPANGLER: Objection, form.
25     A. It recognizes --

33 (Pages 126 to 129)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

1   Q. Okay.
2   A. -- by the logical process we were talking
3   about. It determines that it can deal with this.
4   Q. Is the system, RT Server, recognizing that this
5   is the type of information it is capable of dealing
6   with?
7   A. Yes.
8   Q. Is that an inference?
9   A. Yes.
10   Q. How is that an inference?
11   A. Well, what's the definition of "inference"?
12   This says, it's a logical process by which the fact that
13   information -- I'm sorry. That's inferring context. Do
14   we have -- "a logical process by which a factual
15   conclusion is derived from known facts by the
16   application of logical rules."
17       So, yes, it has known facts that it has
18   built into it the knowledge, the information that there
19   are certain things -- certain types of information that
20   I can deal with. I can deal with event information, I
21   can deal with field information, I can deal with value
22   information, et cetera.
23       So, something that identifies itself as a
24   potential of the type of information I can deal with, it
25   has to say, can I actually deal with this? Do I

1   actually know what I'm talking about? Do I actually
2   know what I'm working with?
3       And in order to do that, it has to go
4   through the logical process of saying, do I recognize
5   this as one of the things that I am capable of dealing
6   with, or do I reject it as unrecognizable?
7   Q. Is the fact that a certain type of data is data
8   RT Server knows how to handle the same as the fact that
9   RT Client collected data?
10       MR. SPANGLER: Objection, form.
11   A. No.
12   Q. Okay. We've been talking about the event here
13   as just the collection of the data.
14   A. Right.
15   Q. But then when we're talking about the
16   inference, we're talking about the type of data and
17   whether or not the system can handle it.
18   A. Right.
19   Q. So, is it still, then, your opinion that the
20   system is inferring the fact that data was collected?
21   A. We haven't gotten to there yet.
22   Q. Well, that's where I'm trying to get to is,
23   does that --
24   A. Yes. My opinion remains unchanged through this
25   conversation, yes.

1   Q. Okay. So, how then does RT Server infer the
2   fact that RT Client collected data?
3   A. It infers the fact then, okay? The message
4   identifies a type of data that I believe I have
5   collected, and then it identifies a value associated
6   with that data that I believe I have collected.
7       So, for instance, when you click on a
8   certain button on the web page or if the operator clicks
9   on a certain button on the page that the operator's
10   working with, it's going to say, when you click this
11   button, the event that you're talking about is a
12   complaint event, and it will put that value into this
13   stream.
14       We've previously identified, perhaps by
15   either asking the customer on the telephone or by his
16   filling in a field on the web page something that allows
17   us to get his customer I.D. number, okay? And then we
18   have identified other values that are associated with
19   this by picking them up in data fields or whatever.
20       But we build this package by different
21   operations on the screen or by the customer or by the
22   phone operator that fills each of these values
23   independently, and then at some point, you click a
24   button that says "go," okay? And those collected bits
25   of data are then packaged into this message, which is

1   then transmitted out.
2       So, yes, the RT Server infers that the data
3   has been collected, because it identifies the type of
4   data that's expecting and sees a value that it can deal
5   with.
6   Q. And then it reaches a conclusion, RT server
7   reaches a factual conclusion that data has been
8   collected.
9   A. Yes.
10       MR. SPANGLER: Objection, form.
11   Q. (By Mr. Dion) I might have already asked you
12   this, but are you aware of, specifically, where in the
13   code that process occurs?
14   A. No.
15   Q. What does it mean for an inference to be based
16   on something?
17   A. That the inference uses the information that
18   it's based on. That the information that's -- that
19   we're referring to as being based on figures into the
20   process, the inference.
21   Q. So, when you say "figures into the process," we
22   have a definition of inferring here, which is "logical
23   process by which a factual conclusion is derived from
24   known facts." So, would the -- if I said an inference
25   was based on something, would that whatever I said it

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 134

1   was based on have to be among the known facts --
2       MR. SPANGLER: Objection, form.
3       Q. (By Mr. Dion) -- That are used?
4       A. It could be among the known facts or among the
5   logical rules.
6       Q. Okay. So, the inference that we were just
7   talking about, where the system infers that data has
8   been collected, how is that based on the detected change
9   in state?
10      A. It is based on the detected change in state, in
11  the sense that the logical process begins with that
12  detected change in state.
13      Q. Okay. Is that detected change in state one of
14  the known facts that the logical rules are applied to?
15      A. The detected change in state is a -- is a fact
16  that causes the application of a logical rule. So, as I
17  was saying earlier related to the logical rules, it's
18  not just a known fact. I mean, if you parse this down
19  again, to a certain level, if you detect a change in
20  state, once you've detected it, it is now a known fact,
21  okay?
22          I didn't actually analyze it that way,
23  but -- and you could do that. The actual analysis here
24  is that the detected change in state is part of the
25  application of the logical rules that get you where you

Page 135

1   want to go.
2       (MR. ZAHER AND MR. OLEKSIUK RE-ENTER ROOM.)
3       Q. (By Mr. Dion) Is the detected change in state
4   one of the rules?
5       MR. SPANGLER: Objection, form.
6       A. It is probably better characterized as
7   information that -- on which the rules operate. The
8   rules don't begin until there's a detected change in
9   state.
10      Q. So the detected change in state triggers the
11  inference.
12      MR. SPANGLER: Objection, form.
13      A. It begins the inference.
14      Q. It begins the inference? I know you said that
15  you hadn't identified the source code that actually
16  carries this out. Do you have any understanding of what
17  the logical rules are that the system is applying?
18      MR. SPANGLER: Objection, form.
19      A. Yes, I think so.
20      Q. What do you understand them to be?
21      A. Well, it's divided into several different
22  things, but you have the actual source code itself, and
23  then in a functioning system, you have the rules that
24  are part of the RT Miner system.
25      Q. I guess my question was more specific than

Page 136

1   that. When RT Server is applying logical rules to known
2   facts to derive the conclusion that data was collected,
3   do you know, specifically, what rules it's applying?
4       A. I couldn't point you to that exactly, no.
5       MR. SPANGLER: Objection, form.
6       Q. (By Mr. Dion) In this example that we've been
7   talking about, what context does the RT Server infer?
8       A. What context does it infer? Well, again, the
9   context is -- what's the statement here?
10      Q. The construction of context?
11      A. Yes.
12      Q. It's on -- it's on page 18. It's the first
13  thing under the heading "construction."
14      A. Here we go. "Information already existing
15  within the system that becomes relevant by the
16  occurrence." So, we have multiple bits of context in
17  the example complaint message that we're talking about.
18          (MR. GEORGE RE-ENTERS ROOM.)
19      Q. (By Mr. Dion) Okay.
20      A. Okay? We've already identified the preexisting
21  knowledge that it can deal with certain types of
22  elements in the message, and then we have other
23  contextual information that is things that already
24  existed within the system. For instance, in the message
25  that we looked at, the CID value should previously be in

Page 137

1   the system. It's an identified customer.
2       Q. Okay. So, context, again, "information already
3   existing within the system that becomes relevant upon
4   the occurrence of the event." So, if the event is the
5   fact that data was collected --
6       A. Uh-huh.
7       Q. -- how does that information that you've just
8   discussed become relevant upon the occurrence of
9   collecting data?
10      MR. SPANGLER: Objection, form.
11      A. Because that is the information that's going to
12  be used to satisfy the request from the client system.
13      Q. How does RT Server infer the context?
14      A. I'm sorry?
15      MR. SPANGLER: Objection, form.
16      A. What we discussed earlier, by the application
17  of logical rules. Again, I've talked about unpacking
18  this and recognizing the bits that are here several
19  times, but it's that same process. It infers the
20  context by picking those elements of the message, and,
21  again, figuring out whether they are reasonable,
22  sensible, how they apply to the request that's been
23  made.
24      Q. When you say, "the request that's been made,"
25  what do you mean by that?

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 138

1    A.  That message represents a request.  I have a
2 customer complaint.  With the information that I've
3 included in this message, you should know how to answer
4 a customer complaint event.
5    Q.  So it's a request to RT Server to return
6 something back to RT Client?
7    A.  Right.
8    Q.  What's returned back, typically, by IA?
9    A.  In this example, what's returned back is
10 instructions or message on how to deal with -- again,
11 treating it as a call center, it's instructions or
12 message on how to deal with this client, what you can
13 offer him, what you can deal -- what you have available
14 to you to mollify this complaining customer.
15    Q.  So, the context, the information that's already
16 within the system, how does IA determine which
17 information out of all the information available to it
18 is in context to this particular event?
19        MR. SPANGLER:  Objection, form.
20    A.  Once again, certain things are pretty firmly
21 built -- well, let me distinguish that.  Certain things,
22 like the types of fields that it can deal with is built
23 in.  But even things like the CID value, the system,
24 again, once it's identified the type of complaint, the
25 exact type of -- I'm sorry, the exact type of message

Page 139

1 that this is, this is a customer complaint message, then
2 that lets it know that I should expect certain other
3 pieces of information.
4        Some of them may be required and some of
5 them may be optional, but there are certain restricted
6 sets of information that I should be looking for then.
7 One of those pieces of information is a customer I.D.
8 The way -- the context in which this system is going to
9 deal with the complaint is determined, in part, by the
10 actual value of that customer I.D.
11    Q.  Could you explain that a little more?
12    A.  I think so.  The actual value of the customer
13 I.D. identifies this as a long-standing customer or
14 somebody we never actually heard of or somebody we're
15 trying to get rid of as a customer because they complain
16 too much.  Any number of possible ways of doing that.
17    Q.  So, when RT Server receives the message and one
18 of the pieces of information is the customer I.D., what
19 does RT Server do with that information to get to the
20 conclusion of the type of customer that this customer
21 is?
22        MR. SPANGLER:  Objection, form.
23    A.  I believe that's when RT Server invokes its RT
24 miners or recommenders, depending on the type of message
25 that you're talking about, and uses the information from

Page 140

1 the message to direct them to find the types of
2 responses that are appropriate for the message and the
3 individual involved.
4    Q.  Maybe my question, I think maybe falls somewhat
5 inbetween those steps.  So, if you have a customer I.D.,
6 and that's all that's in that message that's sent from
7 RT Server to -- excuse me -- from RT Client to RT Server
8 is just a number, is that right?
9    A.  However the customer I.D. is formatted, whether
10 it's numbers or alphabetic streams or full names and
11 addresses, whatever they do to identify the customer.
12    Q.  Does RT server, without doing anything else,
13 upon receiving that number, is RT Server aware of what
14 type of customer that person is, just based on the
15 number?
16        MR. SPANGLER:  Objection, form.
17    A.  I think, in general, the answer to that would
18 be no.
19    Q.  Okay.  Because we talked about it receives the
20 number then it passes information to either the
21 recommender or the RT miner to get a response back about
22 what information to pass back to RT Client.  One of the
23 things you talked about is, is this a long-standing
24 customer, is this a new customer, is this a problem
25 customer?  Where does that information come from?

Page 141

1        MR. SPANGLER:  Objection, form.
2    A.  It comes, in part, out of the RTDB.  It comes,
3 in part, out of the way the rules are made up for the
4 miners.
5    Q.  Are there rules in the miners that would allow
6 the miner to identify just from the customer number
7 whether they're a long-term customer versus a new
8 customer?
9        MR. SPANGLER:  Objection, form.
10    A.  I don't know.
11    Q.  If the information is in the RTDB, how would RT
12 Server go about getting that information after it
13 received the message?
14        MR. SPANGLER:  Objection, form.
15    A.  Well, the way that you would get the
16 information would have to be inferences taken off of the
17 customer I.D., because that's -- if that's the only
18 information you're feeding it, then you have to be able
19 to dig through or mine through the data, based on that
20 customer I.D.  And there are -- you know, based on the
21 exact customer I.D., you find other information, which
22 may lead you to other data tables, which may lead you to
23 other data tables, and according to rules that you have
24 set up, some sort of that information is applicable to
25 customer complaints and some of it is not.

36 (Pages 138 to 141)

Page 142

1     Q. So, when you say -- if you infer that
2  information, when you get an event message, and it says,
3  here's the customer number, and I'm telling you that the
4  event type is a complaint event, would that then trigger
5  the application of certain rules within RT Server that
6  says, go out to, for instance, RTDB and find out the
7  value in the field for how long they've been a customer?
8     A. I'm not sure if it triggers the rules directly
9  itself or whether it's used as a basis for other action,
10 but the results that you get are based on the
11 information that you put in, yes.
12    Q. So, would there be a fixed set of rules within
13 RT Server that says, when the event type is complaint,
14 go get this particular information from the RTDB?
15    A. I think that -- I think fixed set of rules is
16 probably too strong, but I believe that you can have
17 rules associated with that event, yes.
18    Q. Okay. So there would be rules associated with
19 the event type of complaint.
20    A. There would be rules that respond to that. The
21 association, I'm not quite sure what you have there, but
22 there will be rules that would be appropriate to apply
23 when you have this type of -- this type of event, and
24 there are rules that you would bypass, I believe.
25    Q. Okay.

Page 143

1     A. But it may also be that those rules are
2  restricted by the customer I.D.
3     Q. Then, those rules would dictate what
4  information is retrieved from the database?
5        MR. SPANGLER: Objection, form.
6     A. Dictate, determine, influence, yes.
7     Q. Is that process the inference of context?
8        MR. SPANGLER: Objection, form.
9     A. I'm not sure how -- "that process" is what?
10    Q. Okay. Fair enough. Is the process of the
11 message coming in with an event type starting -- I don't
12 want to say triggering, that seemed to be maybe a little
13 overstated --
14    A. Okay. That's all right.
15    Q. -- but starting a process where RT Server,
16 based on certain rules, retrieves information from RTDB
17 to use in conjunction with the message in the event?
18       MR. SPANGLER: Objection, form.
19    A. At least some of it is. I'm not sure if all of
20 it is, but some of it is, yes.
21    Q. Were you -- well, I don't know if were you
22 able -- did you ever locate or review any of these rules
23 in your source code review?
24       MR. SPANGLER: Objection, form.
25    A. No. I wasn't able to.

Page 144

1     Q. That process of inferring context, how is that
2  based on the detected change in states?
3     A. Sorry?
4        MR. SPANGLER: Objection, form.
5     Q. (By Mr. Dion) The process of RT Server
6  inferring context, the context in which the event
7  occurred, how is that based on the detected change in
8  state?
9     A. Well, again, the detected change in state is
10 the receipt of a message or the existence of a message,
11 and the inferring of the context is based on the
12 existence of the message.
13    Q. By that do you mean that it only happens
14 because of the existence of the message?
15    A. Yes.
16    Q. Why weren't you able to find those rules?
17       MR. SPANGLER: Objection, form.
18    A. The rules were stored in a proprietary format,
19 and I did not get a reader to read that format.
20    Q. What do you mean by "proprietary format"?
21    A. I can't remember. DM, DMX, something like
22 that. File extensions. It's a format that I couldn't
23 read with the software that was on the PC that I was
24 provided.
25    Q. Proprietary to Infor?

Page 145

1     A. I believe so, yes.
2     Q. Did you ask?
3     A. Yes.
4     Q. Who did you ask?
5     A. I don't recall.
6     Q. But you were never able to get that software?
7     A. I never got it.
8     Q. Did anybody ever tell you why you weren't able
9  to get it?
10    A. No. There are examples of those things in the
11 documentation.
12    Q. On page 20 of your report, you say here that RT
13 Server also uses functions to infer context.
14    A. I'm sorry. Where are we?
15    Q. I'm on the third full paragraph.
16    A. Okay. Got it. Yes.
17    Q. What do you mean by that exactly?
18       MR. SPANGLER: Objection, form.
19    A. Okay. Well, the -- when I talked about working
20 with that message, there are lots of places in the
21 system where it does -- sometimes re-does pulling apart
22 bits of information. I was trying to identify something
23 here pretty closely that I believe is involved in
24 processing the messages, like the one I identified in
25 the example.

37 (Pages 142 to 145)

Gwendolyn Parker and Associates, Inc.
214-747-8007

1    Q.  Okay.  So, the function -- the one function you
2  talk about here is the process event data function?
3    A.  Yes.
4    Q.  What is that function?
5    A.  I couldn't tell you right now.  It's one that I
6  identified in the process of going through all this
7  stuff, but I don't remember it explicitly.
8    Q.  Would there be something perhaps in the
9  exhibits that's maybe not in here that may help you
10  recall that?
11    A.  Process event data I think is in the source
12  code.  I suspect it's in some we printed out.
13    Q.  Okay.  But you think -- but not in the
14  exhibits, you don't think?
15    A.  I don't remember.  I just don't remember.  I'm
16  sorry.
17    Q.  Okay.  Do you know what that -- like how that
18  function works or anything about it, more than just the
19  name here?
20    A.  I think I knew a little bit more about it at
21  the time, but I don't remember.
22    Q.  Do you have an understanding of how that
23  function is the system inferring context?
24    A.  Again, I can't recall any details of that
25  function at the moment.

1    Q.  Okay.  But I think what -- if I understood what
2  you said is essentially this is kind of consistent with
3  the discussion we just had?
4    A.  I believe so, yes.
5    Q.  About unpacking the data and looking at the
6  different fields?
7    A.  Right.
8        MR. SPANGLER:  Objection, form.  If you
9  can, let him finish the question and answer so the
10  record's clear, please.
11        THE WITNESS:  I have been chastised.
12    Q.  (By Mr. Dion)  The reference just below that to
13  document INF 0413186.
14    A.  Yes.
15    Q.  Page 17 to 15.  You just kind of say, see also,
16  and then you cite to that.  What's the purpose of that
17  citation there?
18    A.  The session I.D. is a part of one of the
19  objects that's created in the transmission of this
20  information that we see in the example that we've been
21  talking about.  It doesn't show up in that part of it
22  because it's an outer part of the object that transmits
23  that message, I believe.  But that was an example of
24  other context information, yes.
25    Q.  That would be context relative to what event?

1    A.  Same event.
2        MR. SPANGLER:  Objection, form.
3    A.  The same event, I believe.
4    Q.  That's the event of the system collecting data?
5    A.  I believe it's actually context relative to any
6  event that comes from that session.
7    Q.  A little further up on that same page, the kind
8  of second paragraph, you say that RT Server infers
9  context, such as channel, based on information contained
10  in the event message?
11    A.  Yes.
12    Q.  When you say "channel," what are you referring
13  to?
14    A.  I'm referring to -- I believe it's used in the
15  documentation.  I'm referring to the channel as whether
16  it's coming in from a web page or whether it's coming in
17  from an ATM machine, whether it's coming in from a call
18  center, et cetera.
19    Q.  The channel information, isn't it just
20  contained in the event message?
21        MR. SPANGLER:  Objection, form.
22    A.  Contained in the event message.  I believe it
23  accompanies the event message.  I'm not sure if it's in
24  the event message.
25    Q.  Okay.  Fair enough.  If it accompanies the

1  event message, it's in the form of -- there's a data
2  field, that data field might be channel or whatever the
3  field's called?
4    A.  I'm not sure if that's the way it's identified.
5  I don't know the -- I don't know if it just says, you
6  know, I'm from a -- I'm from a website or I'm from a
7  call center or I'm from an ATM machine, but I believe
8  there's information in the system that effectively
9  imparts that level or that type of information, yes.
10    Q.  I guess whatever information -- however the
11  information is structured, there's some piece of data
12  that comes along with the message that indicates, I came
13  from this channel?
14        MR. SPANGLER:  Objection, form.
15    A.  I think so, yes.  Again, I don't remember the
16  detail on this, but some piece of data that's in it, or
17  it could just be the type of message that it is or the
18  type of object that's being communicated through.  I
19  don't recall that level.
20    Q.  Okay.  So, when RT Server receives that
21  message, doesn't it -- isn't it able to just recognize,
22  based on that data, what the channel was?
23        MR. SPANGLER:  Objection, form.
24    A.  Well, again, the question seems to presume that
25  there is something that's automatic there.  None of this

Gwendolyn Parker and Associates, Inc.
214-747-8007

Page 150

1  stuff happens without having to do some work.
2  Regardless of what information is received, the system
3  has to examine the information and determine what it
4  represents.
5       None of that happens for free. And every
6  time that this information is communicated, it has to
7  be -- has to be split up, it has to be examined, it has
8  to be analyzed, it has to be vetted, it has to be -- you
9  know, there's a process that goes on here. It's not
10 just received wisdom that happens here, it's got to be
11 worked.
12     Q. So if data comes in about the channel, RT
13 Server then might go to a look-up table to say, if the
14 data -- if the value is one, then it was web, if the
15 value was two, then it was call center?
16     A. Well, it could be something that simple, I
17 don't think it is, but the -- yes, in some way, it has
18 to recognize, determine what the channel is.
19     Q. And is that inferring?
20     A. Yes.
21     Q. So, if the system gets the data, looks at the
22 value, and there's a rule in RT Server that says, take
23 that value, compare it to the look-up table and return
24 channel, that process would be inferring that context?
25     A. Yes, that process infers. Application of

Page 151

1  logical rules to previously known information to get a
2  logical result.
3       MR. DION: Okay. I think this is a good
4  time for a break. We're running short on time on the
5  tape.
6       VIDEOGRAPHER: The time is 2:05, we're off
7  the record.
8       (OFF THE RECORD FROM 2:05 TO 2:25 P.M.)
9       VIDEOGRAPHER: Time is 2:25, we're back on
10 the record.
11     Q. (By Mr. Dion) I'd asked you a few questions
12 earlier about the particular rules in the system that
13 performed this inference function, and I think you said
14 there was a certain file type and you weren't able to
15 access it?
16     A. Yes.
17     Q. What file type was that, again?
18     A. I don't remember exactly, but I think it was DM
19 or DMX or something like that.
20     Q. And it is your understanding that those are the
21 files that contain the rules that RT Server uses to
22 drive this inference process?
23       MR. SPANGLER: Objection, form.
24     A. I believe it contains some of the information
25 for that. I don't know if it was the RT miner rules or

Page 152

1  the -- some of the constructions you can do out of the
2  RT Studio. I just remember running across a type of
3  file that I wanted to take a look at that I wasn't able
4  to.
5     Q. What's your basis for believing that those
6  files -- I understand you couldn't look at them -- but
7  that they had that content?
8     A. Actually, let me think about this a second. I
9  may have something here. It's in one of the references
10 here. I think I can find it in here.
11     Q. Okay. Did you put him up to this?
12       MR. SPANGLER: I have no idea what DMX is.
13       MR. DION: Every question I ask, just flip
14 through the exhibits.
15       MR. SPANGLER: Just wait till we get to OM,
16 baby. He has spent very little time going through
17 stuff, I just want to say on the record.
18     A. Close, but no cigar. I don't think I see it
19 here.
20     Q. Okay. Do you have any recollection, as you sit
21 here today, of why it is that you believe those .DMX or
22 .DM files contained the rules?
23     A. The --
24       MR. SPANGLER: Objection, form.
25     A. The precise reason, no, but I do believe that

Page 153

1  they contained -- for whatever reason, I believe that
2  they were part of the system that I wanted to look at,
3  but I can't tell you any more detail.
4     Q. And just so it's clear, I think you said
5  earlier that you asked counsel for -- if they could get
6  you the reader for those files?
7     A. I don't think I identified who I asked. I
8  don't really recall whether I asked somebody at the law
9  offices where we were doing the review or whether I
10 asked Andrew or John Edmonds. I think those would have
11 been the only places I would have or could have asked.
12     Q. But generally, you were able to access the
13 source code for the RT Server, is that right?
14     A. Generally, yes.
15     Q. And for the RT miners?
16     A. Yes.
17     Q. You didn't identify anything in there that you
18 could point out to me today, at least, as the rules that
19 facilitate this inference process?
20     A. Let's ask a question, then let me see if I can
21 come up with something for you.
22     Q. Are you aware of any of the source code within
23 IA that carries out this inferring process?
24       MR. SPANGLER: Objection, form.
25     A. Generally speaking, the -- you can point to the

Gwendolyn Parker and Associates, Inc.
214-747-8007

1    RT miner code, that Mdap engine that does that.  More
2    specific than that, I don't have a proper recollection
3    of.
4        Q.  Okay.  Right before the break, we were talking
5    about channel information as one form of context and how
6    the system might infer that channel information.
7        A.  Right.
8        Q.  In your view, what we've now described as that
9    inference, would that be any different than recognizing
10   the channel?
11       A.  I think it's possible in some context you could
12   say that, but I don't know what the distinction is that
13   you're drawing.
14       Q.  Like if the claim language, if instead of
15   saying inferring context, it said recognizing context,
16   would that change the meaning of the claim to you?
17            MR. SPANGLER:  Objection, form.
18       A.  Well, that's easy.  The claim language is what
19   it is, it says, and it's been construed, and what I
20   described sits directly on top of that claim language.
21   It does precisely what's described as inferring.
22       Q.  If the claim language had "recognizing," then
23   would that be different to you?
24            MR. SPANGLER:  Objection, form.
25       A.  Depends on how the Court construes

1    "recognizing."
2        Q.  But I think as you said before, the system
3    doesn't just get this information, it always has to do
4    something, is that right?
5        A.  Not bad characterization, but yes, the -- there
6    is work involved in doing the inference that we're
7    talking about.  It takes -- it takes logical operations
8    using logical rules to get to the end of it.
9        Q.  The next claim element is automatically
10   initiating an operation in one or more particular
11   subsystems of the computer to facilitate a new action
12   based on the inferred context.
13       A.  So you're at page 21, is that correct?
14       Q.  Page 21 or 22 of your report.
15       A.  Okay.
16       Q.  What's the difference between an operation and
17   an action?
18       A.  What is the difference between an operation and
19   an action, as used in this phrase, I take it?
20       Q.  Yes.
21       A.  Okay.  Let me check back a second.  Did I
22   include -- yes.  As the claim is written, I don't think
23   there's a necessary difference or distinction between
24   them.
25       Q.  You don't think there is a necessary --

1        A.  I don't think so, no.
2        Q.  Okay.  So --
3        A.  I think it might have been a little confusing
4    to use "action" in both circumstances.
5        Q.  Okay.  But you think that they could be the
6    same thing?
7        A.  Yes.
8        Q.  And you say in your report, this is at the top
9    of page 22, "RT Server uses the contextual data to
10   determine what new actions to take."  In the example
11   we've been talking about, how is that carried out?
12       A.  Again, that's the RT Server, using the RT
13   miners, goes through the process of using the
14   information in the message that it received to -- what
15   were the steps?  I don't remember the four steps right
16   now, into the arbitration, starts off with -- I don't
17   remember the four steps.
18            Anyway, it goes through those four steps,
19   gets the resulting offer that's going to go out, and
20   remember that the -- that offer is communicated back
21   into the client.
22       Q.  So, in that scenario, what's the operation that
23   RT Server automatically initiates?
24       A.  The -- well, ultimately, the operation that
25   it's going to initiate is to -- is to get the RT Client

1    the message, the return message, which causes the --
2    causes the RT Client to operate.
3        Q.  Could you say that again?  I'm not sure I
4    follow.
5        A.  Yeah.  After doing all that the RT Server does,
6    it then packages up a return message to the RT Client,
7    which causes the operation of the RT Client.
8        Q.  So what's the operation?
9        A.  The RT Client receives a message and starts to
10   do whatever the message -- you know, it has to go in,
11   unpack the message, deal with what's going on, and
12   ultimately, then, the action that we're talking about is
13   that that display, either on the web page or on the
14   operator's console that is then used to move the
15   transaction along.
16       Q.  That action then is external to IA, is that
17   right?
18       A.  No.  Well, remember, we talked about the
19   proxies for these things is that if you want to slice it
20   down that thinly, then the action that the RT Client
21   takes is, ultimately, to deliver whatever package of
22   information is going to be displayed on the screen,
23   delivers that to the system in which it's embedded,
24   okay?  And that action is the action that facilitates
25   the sales process.  The operation leading up to that is

Gwendolyn Parker and Associates, Inc.
214-747-8007

Page 158

1  the operation that makes it happen.
2      Q. Okay. So, RT Server automatically initiates an
3  operation in RT Client?
4      A. Yes.
5      Q. And what is that operation?
6      A. The operation -- the operation, as I described
7  it, is unpacking the message, deciding what to do with
8  it, deciding what needs to be displayed, packaging up
9  the display information for whatever system it's
10  embedded in.
11      Q. That's the operation.
12      A. The operation is up to the point that it takes
13  the action of interacting with the next system.
14      Q. Okay. So, the operation is RT Server doing all
15  the steps, unpacking the information, parsing it through
16  RT miner, and then repackaging the offer message?
17      A. No.
18          MR. SPANGLER: Objection, form.
19      Q. (By Mr. Dion) Is that right?
20      A. No.
21      Q. Okay. I think maybe we're not on the same
22  page --
23      A. Perhaps so.
24      Q. -- so let's try to start that over. So, if you
25  could explain to me again, then, what the operation is.

Page 159

1      A. The operation is -- takes place in RT Client.
2      Q. Okay.
3      A. Not in RT Server.
4      Q. Okay.
5      A. RT Client receives the response from RT Server.
6      Q. Okay.
7      A. Okay? RT client has to do some of what RT
8  Server is. That is, it gets a response back, it's got
9  to break it apart, see what's in there, what am I
10  supposed to do with it?
11          And that operation results, ultimately, in
12  the creation of a package of information that needs to
13  be communicated out to the web page through the -- to
14  the operator. And once RT Client has done that work,
15  then the action that it takes is to pass that
16  information along to whatever system it's embedded in.
17      Q. How is that action based on the inferred
18  context?
19      A. Well, once again, the inferred context is part
20  of the process that goes through this whole thing. It
21  informs what's put into the response message. It's part
22  of what goes into creating that. So, yes, it's all
23  based on that.
24      Q. I think you said the new action --
25      A. Right.

Page 160

1      Q. -- that's facilitated is RT Client passing the
2  offers to the other system.
3      A. Yes.
4      Q. Is that right? Doesn't RT Client do that in
5  exactly the same way every time, regardless of what
6  particular offers are contained within that set of
7  information?
8          MR. SPANGLER: Objection, form.
9      A. No.
10      Q. Why not?
11      A. Remember what the action is. What is the
12  action? The action is transmitting a particular package
13  of information to the embedded system -- to the system
14  to which it's embedded. That package of information is
15  going to vary depending on what the context was that
16  started off this whole thing.
17      Q. The content of the package will vary depending
18  on the context. Is that -- am I understanding
19  correctly?
20      A. Right.
21      Q. But the action that RT Client carries out,
22  which is passing the information along, is that action
23  different --
24      A. Yes.
25      Q. -- if the content is different?

Page 161

1      A. Yes.
2          MR. SPANGLER: Objection, form.
3      Q. (By Mr. Dion) Why?
4      A. I don't know how to answer that question.
5      Q. Well, if we were talking about a real world
6  sales process, and I was talking about an action, and
7  the action was delivering the package to the customer.
8      A. Right.
9      Q. And I used a delivery service. I used FedEx,
10  and you're my customer, and every time you place an
11  order, I ship you a package.
12      A. Right.
13      Q. Does FedEx deliver you that package differently
14  depending on what's inside?
15      A. Sometimes, yes.
16      Q. How is that?
17      A. It's fragile, it's heavy, it's a different
18  process each time.
19      Q. Do the different offers -- the package of
20  information containing offers that RT Server passes to
21  RT Client, do they look different to RT Server,
22  depending on the content -- excuse me. Do they look
23  different to RT Client depending on the content?
24          MR. SPANGLER: Objection, form.
25      A. Well, in some respect, they have to, yes.

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 162

1    Q. How's that?
2    A. One piece of -- one return message says, you
3  know, put up a single statement.  Another return message
4  says, put up, you know, the four -- the four
5  opportunities to mollify this complaining customer.
6  Another one says, you know, turn the following fields on
7  or off.  I mean, they're very different types of
8  packages that it's dealing with.
9    Q. And is the process that RT Client uses to pass
10  that information to the other system different,
11  depending on the content?
12    A. Well, it's passing different information.  The
13  process is different, yes.
14    Q. I understand it's passing different
15  information, but is the process different?
16    A. Yes.
17    Q. So how about this, if I send you an e-mail, is
18  the process of the e-mail getting from me to you
19  different, depending on the content of the e-mail?
20    A. I don't know.
21      MR. SPANGLER:  Objection, form.
22    Q. (By Mr. Dion)  Do you think it is?
23    A. Again, I just don't know.  I don't have an
24  answer for that question.
25    Q. How does RT Server automatically initiate that

Page 163

1  operation in RT Client?
2    A. How does it automatically do it?  There's
3  nobody involved.
4    Q. Doesn't RT Server just send the information out
5  and then it's -- does it do anything after it sends the
6  information over the connection to RT Client?
7    A. Well, I'm sure it's doing many other things
8  with respect to that particular transaction.  I don't
9  recall anything else that it has to do with respect to
10  that transaction.
11    Q. So the operation in RT Client happens because
12  of the receipt of the data, is that right?
13      MR. SPANGLER:  Objection, form.
14    A. Yes.
15    Q. Does RT Client care where that information came
16  from?
17      MR. SPANGLER:  Objection, form.
18    A. I'm not sure that question makes sense.  I'm
19  not sure anybody else communicates with RT Client.
20    Q. Does RT Server have any involvement -- does
21  RT -- excuse me.  Let me start over.  RT Server passes
22  that information to RT Client over a communications
23  channel, is that right?
24    A. Yes.
25    Q. Once RT Server puts that information out there,

Page 164

1  it's done relative to this particular transaction, is
2  that right?
3      MR. SPANGLER:  Objection, form.
4    A. I think as long as the transmission's
5  successful, yes, I think that's true.
6    Q. Does RT Server check to see if the transmission
7  is successful?
8    A. Well, there's protocols going underneath it.
9  Remember, it's an http transmission, so -- but I don't
10  think that RT Server itself has to check to see whether
11  it happens, but I think if it fails, there will be an
12  event caused on the RT Server side.  That may be too
13  much speculation.  I don't really know that for sure.
14    Q. But in your view, that act of transmitting that
15  data from RT Server, that's automatically initiating the
16  operation in RT Client?
17      MR. SPANGLER:  Objection, form.
18    A. Yes.
19    Q. Okay.  There are a number of the dependent
20  claims that specify -- a system is cited in Claim 1,
21  wherein the plurality of subsystems comprises, and then
22  they would further specify two different subsystems.
23    A. Okay.
24    Q. You familiar with those?  Claim 5 has an
25  example of that form.  Do you see what I'm --

Page 165

1    A. I see Claim 5, yes.
2    Q. So, for instance, Claim 5 has a system as
3  recited in Claim 1 wherein the plurality of subsystems
4  comprises, then it says, a time with customer subsystem
5  and also a lead generation subsystem.  Do you see that?
6    A. I don't see the world "also".
7    Q. Okay.  Fair enough.  A time with customer
8  subsystem and a lead generation subsystem.
9    A. Yes.
10    Q. Do you understand these claims to require one
11  subsystem within the system that performs both of these
12  functions?
13      MR. SPANGLER:  Objection, form.
14    A. No.
15    Q. Do you understand these claims to require two
16  separate subsystems within the system, one subsystem
17  performing one function and a different subsystem
18  performing another function?
19      MR. SPANGLER:  Objection, form.
20    A. No.
21    Q. So, in your opinion, either of those would
22  satisfy these claims.
23      MR. SPANGLER:  Objection, form.
24    A. Correct.
25    Q. Claim 5, the element a, which is a time with

42 (Pages 162 to 165)

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

1   customer subsystem configured to convert a lead to a
2   buying customer.  And you state that IA documentation
3   describes operation of IA in connection with a call
4   center in which operators are directly in touch with
5   potential customers and in which the system is
6   configured to convert a lead into a buying customer so
7   as to close the sale.  In that example, what is the
8   subsystem that satisfies the time with customer
9   subsystem limitation?
10      A.  Whichever version of RT Client is operating
11  there.
12      Q.  Then element b, which is a lead generation
13  subsystem configured to convert a name to a potential
14  customer.  And on page 24, you state that -- the last
15  sentence of that paragraph, the RT Client, when used as
16  a front end for call centers or web applications --
17          MR. SPANGLER:  I'm sorry, Joel.  Did you
18  say 24?
19          MR. DION:  I'm sorry.  26.
20          MR. SPANGLER:  26, thank you.
21      Q.  (By Mr. Dion)  The RT Client, when used as a
22  front end for call centers or web applications, is a
23  lead generation system configured to convert a name to a
24  potential customer.  Is it your understanding that RT
25  Client can be used as a front end for call centers or

1   web applications?
2       A.  Yes.  Well, it's part of that front end, but
3   it's configured to accomplish that purpose.
4       Q.  When you say it's part of that front end, what
5   do you mean?
6       A.  Well, we've talked about it before.  It's an
7   embedded system.
8       Q.  So, does RT Client -- is RT Client a lead
9   generation system configured to convert a name to a
10  potential sale, if it's not embedded into some other
11  system?
12      A.  I don't know how RT Client operates stand-
13  alone.  I'm not sure.
14      Q.  So, is your opinion here, then, that RT Client,
15  when embedded with some other system, satisfies this
16  element?
17      A.  RT Client, when it's operating, as I understand
18  it operates, yes.
19      Q.  So, then, is it possible for Interaction
20  Adviser by itself to infringe Claim 5?
21      A.  Yes.
22      Q.  You just said that it needs -- RT Client needs
23  to be embedded into some other system in order to meet
24  this limitation.
25      A.  Fair enough.  But nevertheless, it -- in that

1   circumstance, it infringes the claim, yes.
2       Q.  In the circumstance where RT Client is embedded
3   into another system?
4       A.  Yes.
5       Q.  Would that also be true for the element a of
6   Claim 5, the time with customer subsystem?
7       A.  Yes.
8       Q.  Claim 6, element b is an order management
9   subsystem configured to convert the sale, such that a
10  product or service delivered matches a product or
11  service sold.  And on the top of page 28, you say, IA
12  integrated with order management subsystems.  What order
13  management subsystems do you understand IA integrated
14  with?
15      A.  Would be the ones referred to in the reference
16  here.  I don't remember them by name.
17      Q.  Would it be the same situation here, where IA
18  only meets this limitation when it is, in fact,
19  integrated with one of these other order management
20  systems?
21          MR. SPANGLER:  Objection, form.
22      A.  I'm a little bit -- well, I don't quite
23  remember exactly what this refers to, so if we look at
24  this, it may tell us, but I don't remember.
25      Q.  Do you understand that Interaction Adviser

1   standing alone has an order management subsystem?
2       A.  I don't recall that, no.
3       Q.  Claim 7, again, element b, it's a customer
4   retention subsystem configured to convert an existing
5   customer into a lead so as to generate repeat sales.
6   And further down the page -- I'm sorry, page 29 -- you
7   say, "IA includes a customer retention subsystem."  What
8   subsystem is that?
9       A.  It would be -- I believe that this refers to RT
10  Client.
11      Q.  Would this, again, require that RT Client be
12  embedded with some other system?
13      A.  I'm not sure that it's necessary, but that was
14  the way I was looking at it here.
15      Q.  Claim 8, element b.  This is on page 31.  And
16  this calls out a self-management subsystem configured to
17  assist a salesperson in managing sales information.  And
18  then further down that page you say that "the RT Client
19  subsystems when used to link call centers to RT Server
20  are self-management subsystems."  So is this, again, the
21  same situation, where IA meets this limitation, so long
22  as RT Client is embedded into some other system?
23      A.  Yes.
24      Q.  Claim 20, and it starts on page 35 of your
25  report.  Do you understand Claim 20 to require a

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 170

1  plurality of subsystems configured to facilitate a phase
2  of the sales process?
3      A. You're asking me whether I believe that the
4  preamble to the claim is a limitation?
5      Q. I am.
6      A. My understanding, I believe, is -- well,
7  actually, I don't know whether the preamble is a
8  limitation on this case or not.
9      Q. For purposes of your analysis, you assumed that
10  it was and looked for those elements?
11     A. Correct.
12         MR. SPANGLER: Objection, form.
13     Q. (By Mr. Dion) I think you gave the same answer
14  before for the other claims, is that right? You don't
15  know, but you tried to identify the elements in the
16  preamble anyway.
17         MR. SPANGLER: Objection, form.
18     A. With respect to the preamble, yes. You said
19  "other claims." I think the only other independent
20  claim we've dealt with was one, wasn't it?
21     Q. Okay. Claim 42, which is on page 49 of your
22  report. I guess this would also apply somewhat to Claim
23  41. Both 41 and 42 require an expert system?
24     A. Yes.
25     Q. What do you understand an expert system to be?

Page 171

1      A. Expert system, as construed here, is a software
2  program operating on a set of rules which can be
3  automatically updated based upon successful sales
4  approaches.
5      Q. What do you understand that to mean?
6      A. I understand it to mean that the -- that the
7  rules set adapts as the system operates.
8      Q. And you've identified here RT miner and/or
9  recommender as the expert system, is that right?
10     A. Yes.
11     Q. How do you understand that RT miner has rules
12  that are automatically updated based on successful sales
13  approaches?
14     A. I've got references in here.
15         MR. SPANGLER: Objection, form.
16     A. Is there any particular one that you wanted to
17  talk about, or you want me to just read through them?
18     Q. Well, what's your understanding of how RT miner
19  functions?
20     A. My understanding of how RT Miner functions is
21  that you have the -- that you have the RT Miner code and
22  that you then have a set of rules that go with it that
23  you define and that those rules are implemented partly
24  in data that's stored on the system, and that as the --
25  as the system operates, the effect of using those rules,

Page 172

1  that those rules change.
2      Q. How do they change?
3      A. They change in that they give different results
4  based on the history of the system.
5      Q. How do you know that that's a change to the
6  rules, rather than just a different result based on
7  applying the same rules to a different set of data?
8         MR. SPANGLER: Objection, form.
9      A. Well, the -- let's see. Several places --
10  well, okay. Let's just read through these examples
11  here.
12     Q. Okay.
13     A. If you take the second example, on page 50, it
14  says, "the SSA Inbound Marketing approaches customer
15  segmentation and campaign execution differently from
16  this standard -- referring to a previous technology --
17  from this standard business practice by making decisions
18  in a more automated fashion. These decisions are based
19  on SSA Inbound Marketing Real-Time Miner technology, and
20  can replace many hard coded targeting rules."
21         What they're identifying is the Inbound
22  Marketing Real-Time Miner technology is this combination
23  of the code and the rules set and some of the data that
24  it works with all goes together to make a set of rules
25  that mean that you don't have to reprogram the system

Page 173

1  all the time, that you can actually get a different
2  application, you can get a different set of --
3  functional set of rules because it accumulates or
4  remembers the events, the results of some of the sales
5  operations.
6      Q. You said the code and then the rules set?
7      A. Yeah. The code and the rules set.
8      Q. What's the distinction between the code and the
9  rules set?
10     A. I think the code is the C++ code we've been
11  talking about, and the rules set are the Real-Time Miner
12  rules that were discussed, also.
13     Q. So, the code is the C++ code for what?
14     A. For the Real-Time Miners.
15     Q. Okay. And then the Real-Time Miner rules are
16  separate from the code?
17     A. Yes.
18     Q. Is the code also rules?
19         MR. SPANGLER: Objection, form.
20     A. The -- I guess in some respect, yes.
21     Q. Do those rules change?
22     A. No. Not in the sense that's being talked about
23  here, no.
24     Q. So, what are the then -- just call the code the
25  code, whether it's rules or not.

44 (Pages 170 to 173)

Page 174

1    A.  Right.
2    Q.  What is then the rules set?
3    A.  I'll have to go back and look at their
4  example -- some examples.  Remember, I couldn't get to
5  those -- to those files, but the rules are described on
6  some of the documentation.  And you -- well, the
7  Real-Time Miner rules and the -- again, I can't tell you
8  exactly what's in any of them right now, but they have
9  several settings in them that adapt to the sales
10  transactions, sales operations, offers, acceptances that
11  run back and forth through the system.
12    Q.  What do you mean by they adapt to the
13  transactions?
14    A.  Some of their internals change.
15    Q.  So, would the internals of the rules change?
16    A.  Yes.
17    Q.  What's your basis for understanding that they
18  change?
19    A.  Well, reading through the documentation, they
20  talk about the fact that the rules record the offers and
21  acceptances and they change the way they apply,
22  depending on how many offers are accepted according to
23  what -- how many offers are accepted within certain
24  profiles or within certain -- within some of the
25  campaigns.

Page 175

1    Q.  Couldn't that -- the way that that process is
2  described in the materials, couldn't that same result
3  also be achieved by having a fixed set of rules, and
4  wouldn't the output still change as the data, the input
5  data changes?
6       MR. SPANGLER:  Objection, form.
7    A.  You could achieve something like the same
8  effect, I believe, yes.
9    Q.  So, if Real-Time Miner just had one algorithm
10  that it applied to everything, as you had more data
11  accumulated to go into that algorithm, you would get
12  different results coming out, is that right?
13       MR. SPANGLER:  Objection, form.
14    A.  You could do that, yes.
15    Q.  In the situation we're talking about, as you
16  accumulated more information about what offers were
17  accepted and what type of people they were accepted by,
18  you might get better targeting of your offers out even
19  without changing the rules, isn't that probable?
20       MR. SPANGLER:  Objection, form.
21    A.  There are ways to do that, yes.
22    Q.  How do you know that Real-Time Miner doesn't do
23  it that way?
24    A.  That's not the way it talks about it.  That's
25  not the way that SSA talks about it.

Page 176

1    Q.  Okay.  Let's maybe keep going through and see
2  where we can see that at.  We talked about this second
3  citation here, on page 50.  So, what in there says that
4  this is done by changing the rules, rather than by my
5  suggestion, that it's just more data in gets better
6  results out?
7    A.  I think that the description of Real-Time Miner
8  technology that replaces hard coded targeting rules.
9    Q.  What makes something hard coded?
10    A.  What?
11    Q.  What would make something hard coded?
12    A.  Just what it sounds like.  It's captured in the
13  source code of the system.
14    Q.  What else on page 50?
15    A.  Well, each one of these statements is here
16  because it supports that proposition.
17    Q.  Okay.  Can you explain to me how, though, if we
18  start at the top and work our way down?
19    A.  Okay.  Sure.  The system generated multi-row
20  profile, which includes all data available from
21  OfferTracker.  This data can be used to create complex
22  offer targeting rules, which are not possible through
23  the TargetingHistory Profile.
24       The fact that you have this system set up
25  to create complex offer targeting rules off of the data

Page 177

1  collected through the OfferTracker indicates to me that
2  the rules are changing as this profile was built.
3    Q.  Well, it says the profile system generated,
4  right?
5    A.  Right.
6    Q.  Then it says that the profile can be used to
7  create complex offer targeting rules.  Does it say that
8  the system does that?
9    A.  I believe that's the implication here, yes.
10    Q.  Is that within the Real-Time Miner?
11    A.  I don't know whether that's within the
12  Real-Time Miner, the OfferTracker.
13    Q.  Is it within the recommender?
14    A.  And, again, I don't know.
15    Q.  Okay.  So, to the extent this suggests that the
16  system has changed rules on its own because we don't
17  really know if that refers to Real-Time Miner doing it
18  or Recommender doing it, is that right?
19       MR. SPANGLER:  Objection, form.
20    A.  At this point, no.
21    Q.  And then we already talked about the second
22  item here.  I think one other question about that.
23  Where it says that the system or the technology can
24  replace hard coded targeting rules, what are they being
25  replaced with?

45  (Pages 174 to 177)

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 178

1    A.  They were being replaced with this Inbound
2  Marketing Real-Time Miner technology, which I believe is
3  the combination of the Real-Time Miners with the rules
4  set that you build in.
5    Q.  Could it also be the technology the way I
6  described it?
7        MR. SPANGLER:  Objection, form.
8    A.  I don't know.  I don't know.
9    Q.  You would imagine, if somebody's trying to sell
10  something, they're going to want to suggest that it's
11  better than what you used to use, is that right?
12    A.  Yes.
13    Q.  So if we read this as a marketing piece, and
14  I'm not sure exactly where it came from but they're
15  saying that this Real-Time Miner technology can replace
16  many hard coded targeting rules.  I don't read that to
17  preclude the system working the way I discussed it, do
18  you?
19    A.  I didn't read it that way.  I read it the way I
20  read it, yes.
21    Q.  Then the next cite down.
22    A.  The Intelligent Business Rules Designer is used
23  to create Intelligent Business Rules.  Those rules are
24  used to route and dispatch work items to users and
25  groups.

Page 179

1    Q.  What's the Intelligent Business Rules Designer?
2    A.  I don't remember.
3    Q.  Is it part of Real-Time Miner?
4    A.  I don't think so.
5    Q.  Is it part of Recommender?
6    A.  No, I don't believe so.
7    Q.  Who uses it to create Intelligent Business
8  Rules?
9    A.  I don't remember.
10        MR. SPANGLER:  Objection, form.
11    Q.  (By Mr. Dion)  Then the next one down.
12    A.  "Unlike purely rules-based or collaborative
13  filtering approaches, Inbound Marketing provides a rich
14  set of technologies that enable you to combine the best
15  of rules-based systems, self-learning analytics and
16  offer arbitration in a seamless manner."
17    Q.  And what does that mean to you?
18    A.  In particular, the phrase "self-learning
19  analytics" indicates processes that are adapting as the
20  information flow goes through it.
21    Q.  Doesn't it also suggest that these are unlike
22  rules-based systems?
23        MR. SPANGLER:  Objection, form.
24    A.  Unlike purely rules-based systems.  That is,
25  rules-based systems that don't adapt or don't modify

Page 180

1  themselves.
2    Q.  So a purely rules-based system is a rules-based
3  system that doesn't modify itself?
4        MR. SPANGLER:  Objection, form.
5    A.  I believe that's what's intended for that
6  state, yes.
7    Q.  What's your basis for that belief?
8    A.  Reading it in context.
9    Q.  Is self-learning analytics necessarily rules
10  that the system can update on its known?
11        MR. SPANGLER:  Objection, form.
12    A.  Not necessarily.
13    Q.  What else could it be?
14    A.  It could be something else.
15    Q.  And then the last one, the next cite down.
16    A.  "In contrast, Inbound Marketing only uses
17  business rules as conditions for the activation of
18  campaign and the qualification of particular offers.
19  Since the analytics are self-learning, each interaction
20  helps refine the model and offer targeting gets better
21  and better."
22    Q.  So, is it the same thing here, that self-
23  learning analytics?
24    A.  The self-learning analytics, yes.
25    Q.  Again, that's not necessarily rules that are

Page 181

1  updated by the system?
2    A.  The self-learning analytics are, I believe,
3  part of the rules set that goes in with the Real-Time
4  system, yes.
5    Q.  When you talk about the rules set, again,
6  that's the set of files that you weren't able to review?
7    A.  Not.  Not just that.  I don't know where else
8  it is, but I'm just saying that I wasn't able to see
9  some files that I wanted to see.  I didn't characterize
10  them as the sole locus of the information.
11    Q.  Did you find somewhere else where this rules
12  set resides?
13    A.  I did not.
14    Q.  But you looked for it in other places?
15    A.  I did.
16    Q.  Is it possible that RTM just doesn't use a
17  rules set like that?
18    A.  I don't believe so.
19    Q.  Why don't you believe so?
20    A.  Because of the documentation that I read.
21    Q.  But were you ever able to confirm within the
22  source code that the product is consistent with the
23  documentation that you read?
24    A.  It seemed to me to be, yes.  The reactions of
25  the system to -- it goes back here somewhere and is

46 (Pages 178 to 181)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 182

1  effectively a black box.  I can't see what's going on
2  there.  But what comes back looks to me like it's
3  working the way that I've described.
4      Q.  Can you explain what you mean by that?
5      A.  You can see the effects of the return
6  information that's coming back to the system, and it
7  matches what's being described in the documentation.
8      Q.  And you're talking about, when you say you saw
9  this or you've seen this, where exactly?  Do you mean in
10 the source code or in using the program?
11     A.  In the source code.
12     Q.  Where in the source code did you see that, if
13 you recall?
14     A.  I can't tell you exactly where, but it's in the
15 structure of the objects that are returned back from the
16 Real-Time Miner operations.
17     Q.  Returned back from Real-Time Miner to RT
18 Server?
19     A.  To the RT Server.
20     Q.  When you say it was a black box, did you have
21 access to the code for Real-Time Miner?
22     A.  Yes.
23     Q.  Were you not able to review it and I guess see
24 what was going on inside that black box?
25     A.  Well, I'm not saying that the RT Miner itself

Page 183

1  was a black box.  I could see most of what it was doing,
2  but I couldn't always see the content of the data that
3  it would be working on.  And you can't always see how
4  it's changing because you don't have a functioning
5  system.
6      Q.  The code that you looked at to make this
7  determination, is it referenced anywhere in your report?
8      A.  Yes.
9      Q.  Could you show me where that is?
10     A.  Wherever I described the -- the last printed
11 page in the middle of the page, it says, "source code
12 made available by Infor at the Potter Minton law firm.
13     Q.  Specifically, you know the code that relates to
14 the functionality of the Real-Time Miner that you
15 reviewed that supports your opinion that the
16 functionality is consistent with the documents you read?
17     A.  The references that are here are the references
18 that are here.  I used -- in that case, then, it's just
19 the documentation information that I believe was
20 supported by what I saw.
21     Q.  And so that's the question.  What is it that
22 you saw?
23     A.  I saw the source code for the Real-Time Miner.
24 I don't know how more specific to make it at this point.
25     Q.  Is there any way you can identify it?  Do you

Page 184

1  know -- do you recall what file or files you looked at?
2  Do you recall what -- you know --
3          MR. SPANGLER:  Objection, form.
4      A.  Hang on.  Yes, identified on page 17, the
5  DmEngines area is where the various engines are.  And I
6  believe at the top of the page, third line, identified
7  the Mdap engine as the RT Miner.
8      Q.  Do you recall what specifically you saw within
9  the Mdap engine that you felt was consistent with your
10 view of how the RT Miner functions?
11     A.  You mean a particular line of code or
12 particular procedure or something like that?  No.
13     Q.  Okay.  What's your basis for saying that the
14 Recommender operates on a set of rules which can be
15 automatically updated?
16     A.  I don't recall.
17     Q.  Do you still believe that to be accurate about
18 the Recommender?
19     A.  Well, I don't recall the basis for doing that.
20 At the time I wrote this, I believed that to be true.  I
21 can't give you an affirmation beyond the fact that when
22 I wrote it, I thought it was true.
23     Q.  Do any of these, the citations that we looked
24 at, refer to the Recommender?
25     A.  No, they don't.  Not by name.

Page 185

1      Q.  And the source code that we looked at, was
2  anything in there identified as the Recommender?  I
3  shouldn't say the source code we looked at.  The source
4  code we mentioned that was on, I believe, page 17 of the
5  report?
6      A.  Let me see.  I don't recall.  I don't recall
7  whether the targeting in here refers to the Recommender,
8  I don't believe it does, but I don't remember.
9      Q.  Outbound Marketing.  What is, generally, your
10 understanding of what Outbound Marketing is?
11     A.  Well, the Outbound Marketing system -- well,
12 first off, it's a very large system and the -- here.
13 Refer to this.
14     Q.  And that's Exhibit 4?
15     A.  This is Exhibit 4, yes.  Pages 25, 26, 27 give
16 pictures of the Outbound Marketing system.
17     Q.  What functionality does Outbound Marketing
18 provide for its customers?
19         MR. SPANGLER:  Objection, form.
20     A.  The Outbound Marketing does a great deal of
21 reporting and also does generation of some types of
22 campaign information that are used for doing -- well,
23 some types of campaign information.
24     Q.  Does outbound Marketing implement campaigns?
25     A.  Does it implement campaigns?

47 (Pages 182 to 185)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 186

1    Q.  Yeah.  Can it --
2        MR. SPANGLER:  Objection, form.
3    A.  I believe Outbound Marketing produces
4  supporting materials for campaigns, things like lists
5  and -- well, things like lists.
6    Q.  Lists of what, for example?
7    A.  Oh, I'm sorry.  E-mail contacts, addresses,
8  names and addresses, things like that.
9    Q.  Okay.  So if an offer has certain criteria that
10 you have to satisfy in order to get that offer extended
11 to you, Outbound Marketing would go through the
12 population to determine which customers meet that
13 criteria and then generate a list?
14       MR. SPANGLER:  Objection, form.
15   A.  If you have a campaign definition, yes, you
16 can -- I believe you get a list that is appropriate to
17 the offer in the population that you've identified for
18 that campaign.
19   Q.  Is there a difference between marketing and
20 sales?
21   A.  Yes.
22   Q.  What do you think that difference is?
23   A.  Marketing is generally done with the object of
24 generating sales by setting up a good environment for
25 them.

Page 187

1    Q.  Is Outbound Marketing a sales system or
2  marketing system?
3    A.  It's -- for purposes of the patent, it's a
4  sales system.
5    Q.  Why is that?
6    A.  Because it does the things that are described
7  in the claims.
8    Q.  What do you mean by "does the things that are
9  described in the claims"?
10   A.  Well, it's a system for sales; that is, it
11 supports and promotes sales, and it meets all of the
12 other requirements of the claims.
13   Q.  Which requirements of the claims -- strike
14 that.
15       How, in your view, does Outbound Marketing
16 facilitate a sales process?
17   A.  Well, at a very fundamental level, it -- for
18 instance, let's go back to what we were talking about
19 before, just generating lists or generating the types of
20 reports that are discussed in the documentation, where
21 the sales performance is presented for evaluation to
22 direct people on how to modify the campaigns that
23 they're working on.
24       So, it supports it by providing information
25 that is used to build the campaigns with.  It also

Page 188

1  supports it by providing direct material that can be
2  used in the campaigns.  In general, marketing tends to
3  support sales.
4    Q.  But marketing is different than sales.
5    A.  Again, those things are commonly classified
6  differently.  There's no hard boundary between them.
7  And, like I said, although Outbound Marketing is self-
8  described as a marketing system, it qualifies as a sales
9  system, according to the description in the patent.
10   Q.  So, any system that meets the elements of these
11 claims would necessarily, then, be a sales system?
12       MR. SPANGLER:  Objection, form.
13   A.  I'm not sure that the statement is that broad.
14 All I was saying was that in this instance, looking at
15 this stuff and looking at the patent, this looks like a
16 sales system, as it's described in the patent.
17   Q.  How is a sales system described in the patent?
18   A.  I don't know.  Give me the spec, and let's go
19 to work.
20       (DEPOSITION EXHIBIT 3 MARKED.)
21   A.  Okay.  Why don't we start with Figure 4 in the
22 patent?
23   Q.  We marked that as Exhibit 3, is that right?
24   A.  It's marked as Exhibit 3, yes.  So, we start
25 with Figure 4, and then turn to the description about

Page 189

1  Figure 4 on the bottom of Column 11 in the spec.
2    Q.  Okay.
3    A.  The specification says that Figure 4 is
4  intended mostly for the purpose of identifying some of
5  the subsystems that are described in other claims, but
6  the implication here is that Figure 4, with the event
7  manager, is at least part of a sales system.
8    Q.  Okay.
9    A.  Sales system includes presentations, life cycle
10 costs, performance evaluation, competitive
11 comparisons... and other, okay?  That is, there's a very
12 broad description here, a very broad implication about
13 what goes into a sales system.  If you want, we can do
14 more examples out of here.
15   Q.  Well, let me ask you one other question.  Would
16 Outbound Marketing fit into one of these categories
17 here?
18       MR. SPANGLER:  Objection, form.
19   A.  Does it -- is it a configurator?  Is it a
20 finance system?  Is that what you're saying?
21   Q.  That's what I'm saying.
22   A.  No, I don't think so.
23   Q.  Okay.  I don't know that we need to spend too
24 much time going down this road.
25   A.  Okay.

48 (Pages 186 to 189)

Page 190

1      Q.  So, Outbound Marketing.  I'm looking at page 56
2  of your report.
3      A.  Okay.
4      Q.  Again, the first claim element, Claim 1 is that
5  it's "a plurality of subsystems configured to facilitate
6  one or more actions performed during at least one phase
7  of the sales process."  You've identified campaign
8  management, sophisticated database management,
9  integrated OLAP and predictive analytics as a subsystem.
10  Is that accurate?
11      A.  Yes.  Those are among the subsystems I
12  identified.
13      Q.  How do you know that each of those is a
14  subsystem?
15      A.  Okay.  If you go to page 21 of Exhibit 4.
16      Q.  Okay.
17      A.  That bottom section of the page begins, "you
18  can use Outbound Marketing applications to review,
19  analyze and act on information that resides in a
20  state-of-the-art data mart through a Web based
21  interface."  Skip over a little bit, it says, "the
22  Outbound Marketing applications such as E.piphany
23  Insight and the Outbound Marketing give users the
24  following capabilities:  Online analytical processing,
25  that's the OLAP, data mining, list management, campaign

Page 191

1  management."  Says, "these powerful applications are
2  deployed through the Outbound Marketing server, an
3  application server that allows them to work together in
4  a tightly integrated fashion."
5      So, I believe that's the indicator here,
6  that these things are applications -- separable
7  applications within the system.
8      Q.  Well, the way I read that it says, "Outbound
9  Marketing applications such as E.piphany Insight and the
10  Outbound Marketing give the users the following
11  capabilities."  So, isn't E.piphany Insight and Outbound
12  Marketing that are identified there as the applications?
13      MR. SPANGLER:  Objection, form.
14      A.  I'm not sure that that's true.  I understand
15  that reading.  I'm not sure that's true.  I think that
16  the data mining is an application.  I think that list
17  management is an application.  I think that campaign
18  management is an application.  And I think that OLAP,
19  online analytical processing, is an application.
20      Q.  You do or don't?
21      A.  I do.
22      Q.  But it merely says here that those are
23  capabilities, is that right?
24      A.  It describes them as capabilities that are
25  presented by the applications, yes.

Page 192

1      Q.  And when it says "these powerful applications,"
2  is it possible to also read it the way I do, that "these
3  powerful applications" refers back to E.piphany Insight
4  and Outbound Marking rather than to the capabilities?
5      MR. SPANGLER:  Objection, form.
6      A.  Yes, it is possible to read it that way.
7      Q.  Did you review the OM source code?
8      A.  Some.
9      Q.  Did you review the OM source code to try and
10  determine whether or not these functionalities were
11  indeed applications?
12      A.  I actually worked off of the documentation
13  here.  I thought it was much closer to the patent
14  claims.
15      Q.  You thought the documentation was much closer
16  to the patent claims than the source code?
17      A.  No.  Much closer to the patent claims than even
18  the documentation in IA.  I thought this was a pretty
19  straight read.
20      Q.  So, then, you didn't look at the source code to
21  confirm your reading of the documentation?
22      MR. SPANGLER:  Objection, form.
23      A.  I looked at some of the source code.  I did not
24  pursue it to the extent that I did the IA.
25      Q.  Do you recall, specifically, what source code

Page 193

1  you looked at?
2      A.  No.  But we printed off a little bit of it
3  early on.  I couldn't tell you the names of the stuff I
4  printed.
5      Q.  Do you recall what the source code that you
6  looked at related to?
7      A.  Actually, the Outbound Marketing system was
8  very large.  We looked through -- it was six -- six very
9  large directories of source code.  We looked through
10  it -- yeah, we looked at it.  That's all I can tell you.
11      Q.  Okay.  So here where it says that "applications
12  such as Insight and Outbound Marketing give users the
13  following capabilities."
14      A.  Right.
15      Q.  You understand that to mean that those
16  capabilities are also applications.
17      A.  I understand it to mean that those capabilities
18  are subsystems, is the way I identified them.
19      Q.  What's the basis for saying that they're
20  subsystems?
21      A.  They're very, very separable processes.
22  They -- I mean, these are -- I just think that they're
23  very clearly separate things.
24      Q.  Would it be possible to write a single
25  application that had all of those capabilities?

49 (Pages 190 to 193)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 194

1    A.  Yes.
2    Q.  In your view, would that application still have
3  four different subsystems?
4         MR. SPANGLER:  Objection, form.
5    A.  Not necessarily.
6    Q.  Why not?
7    A.  Just because I don't think you would
8  necessarily have to do that.  But remember, I did look
9  at the source code, and this stuff is broken up into
10  multiple subsystems, and I believe that those are
11  properly identified as such.
12    Q.  What source code, specifically, demonstrates
13  that each of these functionalities is a different
14  subsystem?
15    A.  I don't have an answer for that.
16    Q.  Is it cited in your report?
17    A.  The source code?
18    Q.  The source code.
19    A.  Other than the general designation, no.
20    Q.  And is it cited in this Exhibit 4 somewhere?
21    A.  No.
22    Q.  Do you believe it to be among the source code
23  that you printed out?
24    A.  It may be.
25    Q.  But you don't know that for sure right now?

Page 195

1    A.  I don't know for sure.
2    Q.  So it's possible that within Outbound Marketing
3  one or more -- more than one of these functionalities
4  could be carried out by a single subsystem?
5         MR. SPANGLER:  Objection, form.
6    A.  It is theoretically possible.  I do not believe
7  that's true.
8    Q.  You don't believe it to be true.  But -- okay.
9  So, on your list, you have the campaign management,
10  which I also see on this list, you have sophisticated
11  database management, which I don't see on this list.
12    A.  Okay.
13    Q.  Is that one of these items?
14    A.  I'm sorry.  It's not on that list, no.
15    Q.  It's not on this list?
16    A.  It's not on the list I just talked to you
17  about, no.
18    Q.  So what's your basis, then, for saying that
19  sophisticated database management is a subsystem?
20    A.  The -- if you go look at that -- pages 25, 6
21  and 7 all describe the EpiCenter Data Mart, and
22  there's -- I mean, the discussion of the EpiCenter Data
23  Mart pervades all this system.  That is part of the
24  sophisticated database management that we're talking
25  about there, and that's I believe clearly identifiable

Page 196

1  as a separate subsystem here.
2    Q.  Okay.  And then, the OLAP?
3    A.  Right.
4    Q.  Is on this list.  You have it as integrated
5  OLAP.  Is that just because that quote there comes from
6  a different document?
7    A.  Right.  The -- I think -- let's go back.
8  You're right.  The word "integrated" doesn't come off of
9  that list.  It's just OLAP there, and I don't --
10    Q.  Do you understand OLAP on this list and
11  integrated OLAP on this list to be the same thing?
12    A.  Yes.  I couldn't tell you how the word
13  "integrated" got in there.
14    Q.  And then predictive analytics, which is on the
15  list in your report, I don't see that anywhere here on
16  this list.
17    A.  Right.
18    Q.  What's your basis for saying that predictive
19  analytics is a subsystem?
20    A.  Again, it will be in here.  It's discussed -- I
21  just have to look and see, but it's -- hang on.  I don't
22  remember the source of that exact phrase, but the
23  analytics are discussed on page 23.
24    Q.  Where on 23 do you see that?
25    A.  One, two, three, fourth button there.  Here it

Page 197

1  uses the phrase "analytical calculations," but other
2  places, they're called analytics.
3    Q.  And this list is -- says, "the Outbound
4  Marketing server connects Outbound Marketing
5  applications to the data mart.  This application server
6  performs the following tasks."  And then that's listed
7  as one of the tasks that the Outbound Marketing server
8  performs.  Do you agree with that?
9    A.  I believe that that statement actually refers
10  to the invocation of these subsystems, that these are
11  the tasks that are accomplished by using these
12  subsystems.
13    Q.  What's your basis for saying that?
14    A.  Because I read the stuff.
15    Q.  You read what stuff, something besides this?
16    A.  This stuff.  I believe that statement there
17  actually says that.
18    Q.  So your understanding of "this application
19  server performs the following tasks," you read that as
20  this application server invokes certain subsystems to
21  perform the following tasks?
22    A.  It says, the Outbound Marketing server connects
23  Outbound Marketing applications to the data mart, okay?
24  And it says it's an application server.  That is, it's
25  invoking these applications to perform these tasks.  I

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 198

1  believe that's what it's saying.
2      Q.  Okay.  I want to go back to something you said
3  when we first started talking about Outbound Marketing.
4  You said that you looked at the documentation and
5  less -- I think less so as to the source code as compared
6  to IA, because you felt the documentation for Outbound
7  Marketing matched more closely to the claim language
8  than the documentation for IA did?
9      A.  Yes.
10     Q.  Could you explain that a little bit?
11     A.  I think the statement stands by itself.  I
12  mean, this -- the descriptions used in the documentation
13  for Outbound Marketing are much more expressive,
14  directly to the level that the patent is drawn.  The
15  language is very, very close to what's in here.  The --
16  it just reads straight on it.  I mean, the -- it's a
17  very straightforward mapping from one to the other.
18     Q.  And you didn't feel that was the case for IA.
19     A.  Not as much.  The IA system, it has the expert
20  system in it and, you know, it's -- it's a more complex
21  system.
22     Q.  The list that we're looking at, the list on
23  page 57 of your report about subsystems and then the
24  couple of different lists we've looked at in the
25  exhibit --

Page 199

1      A.  Right.
2      Q.  -- did those come from marketing materials?
3      A.  They may be from marketing materials.  They may
4  be from documentation material.
5      Q.  Did you see any architecture diagrams for
6  Outbound Marketing?
7      A.  Architecture beyond what we looked at earlier,
8  the system description?
9      Q.  Yeah.  Anything beyond that?  Well, we looked
10  at -- you're referring to page, 25, 26 and 27?
11     A.  I'm sure I have others in here, but I'm not
12  sure what you're after.
13     Q.  Any technical documentation from the
14  development side, rather than the customer side?
15         MR. SPANGLER:  Objection, form.
16     A.  Well, we have results of depositions that were
17  taken, factual depositions that relate to the programs
18  that were more technical.  Some of the documents that
19  we're talking about are not just documents for marketing
20  professionals, but they're documents for people who are
21  installing the system or configuring the system, and
22  they're -- like I say, they're very good.
23     Q.  If you look at page 25, 26 or 27, look at the
24  diagrams there.
25     A.  Okay.

Page 200

1      Q.  There's both an Outbound Marketing server and
2  then an application server.
3      A.  Right.
4      Q.  Are those different?
5      A.  Well, yeah, they show up as different items
6  here, yes.  The J2EE application server, is that what
7  you're talking about?
8      Q.  Uh-huh.
9      A.  Yeah.
10     Q.  I think when we were talking about some of the
11  functionalities, you had said that the OM server was an
12  application server to the Outbound Marketing
13  applications?
14         MR. SPANGLER:  Objection, form.
15     A.  Talking about -- I believe at the top of page
16  23.
17     Q.  Yes.  So, is that reference there to this
18  application server, is that referring to the Outbound
19  Marketing server?
20     A.  I believe the Outbound Marketing server is
21  shown next to the application server.  The J2EE
22  application server, is that what you're talking about?
23     Q.  Uh-huh.
24     A.  Yeah.
25         MR. DION:  All right.  We're due for

Page 201

1  another break before we run out of tape.
2         VIDEOGRAPHER:  The time is 3:49, we're off
3  the record.
4       (OFF THE RECORD FROM 3:49 TO 4:01 P.M.)
5         VIDEOGRAPHER:  Time is 4:01, we're back on
6  the record.
7      Q.  (By Mr. Dion)  Going to change gears slightly
8  here.  I wanted to ask you a few more questions about
9  the actual process you used to prepare the exhibits to
10  your report.
11     A.  Okay.
12     Q.  I believe I asked you earlier, but I'm going to
13  ask you again, just so it's fresh in my mind.  Did you
14  have any role in preparing the infringement contentions
15  in this matter?
16     A.  Talking about the preliminary infringement
17  contentions?
18     Q.  Did you have any role in preparing the
19  preliminary infringement contentions?
20     A.  I really don't remember.  I did a lot of work
21  on the -- whatever it is -- the rework.  I don't
22  remember how much I did, if I did any on the preliminary
23  infringement contentions.
24         MR. SPANGLER:  I went back over and looked
25  at that stipulation.  I'd like you to review it.  I

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 202

1   don't think anything we went into and did in generating
2   the report is discoverable or the exhibits attached
3   thereto.
4           MR. DION: I think we're entitled to know
5   the process used to generate his report and how much
6   of it is his own work product. I think you asked similar
7   questions of our experts without our objection, and I
8   don't read the stipulation to be that broad. I read it
9   to cover discovery of actual drafts, hard copies of
10  drafts, which I'm not asking him for, and communications
11  with the lawyer.
12          I'm not asking him about his communications
13  with you, I'm asking him about what he did. If we're
14  going to have an issue over this, I purposely did it
15  now, you know, at this time of day, before it got too
16  late, because if we're going to have an issue, we're
17  going to have to have a hotline call, because I think
18  we're entitled to this information.
19          MR. SPANGLER: Call them up.
20          MR. ZAHER: So we're clear, you're
21  objecting to him answering the question?
22          MR. SPANGLER: Let me hear the exact
23  question. I'm not going to let it go wide open.
24          MR. ZAHER: Let's see if we can work it
25  out --

Page 203

1           MR. SPANGLER: I've got the stip up. You
2   may want to pull the stip up, too, as we go through
3   this.
4           MR. ZAHER: Why don't you ask your
5   question, Joel?
6       Q. (By Mr. Dion) Did you have a role in preparing
7   the amended infringement contentions?
8       A. Yes.
9           MR. SPANGLER: Which ones? This is the
10  third set, I believe. You asked us to amend the first
11  time, then is the second set. So I want to clarify for
12  the record which one you're talking about.
13      Q. (By Mr. Dion) I guess let me ask you that.
14  You had a role in the most recent infringement
15  contentions that were served on Infor?
16      A. If you're talking about the exhibits to my
17  report, I had a role in preparing those.
18      Q. Is it your understanding that those are the
19  same as the most recent set of infringement contentions
20  that were served?
21      A. I don't know whether that's true.
22      Q. Did you have a role in preparing anything other
23  than the exhibits to your report?
24      A. Yes.
25      Q. What was that?

Page 204

1       A. I have worked with these documents in previous
2   versions, but I was asked to review the previous
3   versions. I believe that I contributed to changes in
4   them, but I don't know -- I don't know how much impact
5   that had on the documents. I just don't recall.
6       Q. How much work did you do on generating the
7   actual content that's in the exhibits to your report?
8           MR. SPANGLER: Hold on. Let me think about
9   that question. Shall not be subject to discovery upon
10  any drafts of the report, leading up to the draft of his
11  exhibits leading up to his report.
12          MR. DION: I'm not asking about the drafts.
13  I'm asking about the final ones that he served.
14          MR. SPANGLER: Yeah. I don't get how
15  that's different. So, you can ask about the final, but
16  not how he got to the final? That's how you're reading
17  the stipulation? You can ask how you got to the final
18  without asking -- let me rephrase that. The stipulation
19  says you can't get discovery on anything leading up to
20  the report, but you can find out about the final report?
21          MR. DION: What's the language of the
22  stipulation?
23          MR. SPANGLER: Testifying experts shall not
24  be subject to discovery, right? On any draft of the
25  report. That doesn't mean you don't get the drafts.

Page 205

1   That means not subject to discovery on any drafts.
2   Discovery can be communications, anything else. And
3   such draft reports, notes, outlines or any other
4   writings leading up to a report in this litigation are
5   exempt from discovery.
6           In addition, all communications to and
7   from -- that obviously includes attorneys -- and you're
8   asking him what we told him to do or not do, a
9   testifying expert and all materials generated by a
10  testifying expert with respect to that person's work,
11  that includes the attorney's work, are exempt from
12  discovery unless relied upon by the expert in forming
13  any opinions in this litigation. His final report, what
14  he relied on in generating this, he cited all of it in
15  his Exhibit 2.
16          MR. DION: The fact is, if the attorneys,
17  and I don't know this to be the case, but if the
18  attorneys prepared those exhibits and gave them to him,
19  that's a substantial part of his report. If that's the
20  case --
21          MR. SPANGLER: He's already testified that
22  that's not the case.
23          MR. DION: Well, he testified he had some
24  involvement. He didn't testify that he created them
25  entirely. He testified that the attorneys did some and

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 206

1 he did some.
2         MR. SPANGLER:  And I'm not going to -- that
3 reveals what communications we had back and forth in the
4 drafts of reports and what each person did, and I'm not
5 going to let him answer that question.
6         MR. DION:  If those documents were prepared
7 in large measure or primarily by attorneys and then
8 simply given to him and that represents the bulk of his
9 report, I think we have a basis to challenge his
10 testimony at trial for failure to comply with Rule 26,
11 and I think we're entitled to make inquiry into that.
12        MR. SPANGLER:  You also need to read, one,
13 that doesn't get to the stipulation.  Two, you might
14 want to pull up another e-mail that I can go to, in
15 response to the motion to strike, when you add the claim
16 charts for the first time on claims that you never
17 charted before.  Let me pull that right up.  Now, what
18 is it you want to do with the report?  Under Rule 26,
19 what is it you want to do?
20        MR. DION:  I want to explore who prepared
21 it.
22        MR. SPANGLER:  I know, but you said at
23 trial what do you want to do?
24        MR. DION:  I think that if the report was
25 not prepared by the expert, we have a basis to challenge

Page 207

1 Mr. Cole being offered as an expert, because if he
2 didn't prepare his report, he hasn't complied with his
3 obligations under Rule 26.
4         MR. SPANGLER:  "Infor agrees that it will
5 not seek to strike Tipton Cole's report or SFA's
6 infringement contentions without prejudice to Infor's
7 ability to present and argue the evidence in conjunction
8 with dispositive and/or pretrial motions and at trial or
9 post trial."
10        You can fight the material in it, but you
11 can't move to strike his report or the contentions.  You
12 agreed to that.  I've got it right here.  You agreed to
13 that because we had a motion to strike pending all your
14 dependent claims on invalid claim charts that you've
15 never done before.  You remember this agreement?
16        MR. DION:  I remember this agreement.  I
17 don't remember it to suggest that we couldn't challenge
18 him on any basis whatsoever.  It was related to the
19 amendments or the contentions.
20        MR. SPANGLER:  You cannot strike his
21 report.  You cannot even seek to strike his report or
22 the infringement contentions.  That's what you agreed
23 to.
24        MR. ZAHER:  Andrew, that agreement has only
25 to do with the subject matter there.  You're reading it

Page 208

1 to read for any purpose, for any reason whatsoever?
2 That's not at all what the context of the purpose of
3 that e-mail, and we do not agree with that.  That is not
4 our position.  We are not going to take that position.
5         MR. SPANGLER:  We have your stipulation on
6 what you get and what you don't get with respect to
7 experts.  Again, language, you guys understood and
8 proposed, we negotiated and agreed to, and then you
9 guys, as a result of the motion to strike that you guys
10 wanted us to pull down, you agreed to this language,
11 also.
12        MR. ZAHER:  It had nothing to do with these
13 questions.  We're going to pose the questions.
14        MR. SPANGLER:  I want to know all the
15 questions that he has, we'll go through them, because
16 the Court's going to want to know what the total
17 questions are, because he's not going to do a hotline
18 call, and then we do another one --
19        MR. ZAHER:  On this last question, you're
20 instructing him not to answer.
21        MR. SPANGLER:  Let me hear the question
22 again.
23    Q.  (By Mr. Dion)  What percentage of the substance
24 in the exhibits to your report you say that you
25 prepared, personally?

Page 209

1         MR. SPANGLER:  Don't answer that, Tipton.
2 Let me think.
3         MR. ZAHER:  You have no objection to that
4 question?
5         MR. SPANGLER:  I said, let me think.
6         MR. ZAHER:  Oh, I thought you said he could
7 answer.
8         MR. SPANGLER:  Worded just like that, I
9 cannot let him answer.  There's ways you could word it
10 differently where you could get some information, but as
11 it's currently written, the answer is no, I object.
12        MR. DION:  Could you explain your basis for
13 objecting?
14        MR. SPANGLER:  If you want to know how much
15 was drafted by someone other than him, that was not
16 under his direction and authority, you are welcome to
17 explore that.
18        MR. DION:  Okay.
19        MR. SPANGLER:  Okay?  But just asking him
20 whether we worked as a team under his direction as our
21 testifying expert, that's covered by the stipulation.
22        MR. DION:  Fair enough.
23        MR. SPANGLER:  What was done by the
24 attorneys only?  Fair enough.
25    Q.  (By Mr. Dion)  How much, approximately, of the

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 210

1  contents of the exhibits to your report would you say
2  was drafted by somebody other than you and not under
3  your direction or supervision?
4      A. None of it.
5      Q. Okay.
6          MR. ZAHER: Can we take a break?
7          MR. SPANGLER: Sure.
8          VIDEOGRAPHER: Time is 4:12, we're off the
9  record.
10     (OFF THE RECORD FROM 4:12 TO 4:15 P.M.)
11         VIDEOGRAPHER: The time is 4:15, we're back
12 on the record.
13     Q. (By Mr. Dion) So, moving back to Outbound
14 Marketing, so far, of the subsystems that you've
15 identified, we talked about the campaign management,
16 database management, the OLAP and predictive analytics.
17 I think you said those were some of the subsystems you
18 identified. Are there others?
19     A. Are there others? Oh, well, it was the
20 references here to the campaign execution and the
21 marketing management.
22     Q. Campaign execution and marketing management,
23 are those --
24     A. Just referring to these documents here to
25 direct that.

Page 211

1      Q. Okay. Do those documents identify additional
2  subsystems?
3      A. Let me read through it again and make sure.
4  I'm sorry. Campaign management's redundant.
5  Marketing --
6      Q. Let me maybe short-circuit this. The way I
7  read this, that second sentence is that the subsystems
8  are configured to facilitate one or more actions
9  performed during at least one phase of the sales
10 process, including -- I read that "including" to be
11 referring to the phases of the sales process, and then
12 campaign management, campaign execution, marketing
13 management are being referenced as phases of the sales
14 process. Is my reading of that correct, or am I
15 misinterpreting what you meant there?
16         MR. SPANGLER: Objection, form. Can you
17 tell me what page real quick?
18         MR. DION: 57, at the bottom.
19         MR. SPANGLER: Okay.
20     A. Not very elegantly put. The campaign
21 management is identified as a subsystem in the first
22 part of this, where I'm identifying some of the
23 subsystems.
24     Q. Right.
25     A. And then it is identified as a phase of the

Page 212

1  sales process, along with these other systems. The
2  intention, I believe, was that the other systems were
3  phases of the sales process, but they're also subsystems
4  of the -- sorry. They are subsystems that perform
5  actions during a phase of the sales process.
6      Q. Okay. So campaign management obviously appears
7  on both lists.
8      A. Right.
9      Q. That's a subsystem and also a phase of the
10 sales process?
11     A. Yes.
12     Q. And then campaign execution, same thing, a
13 subsystem and also a phase of the sales process?
14     A. Correct.
15     Q. Marketing management, same thing?
16     A. Yes. And IA, again, probably shouldn't be
17 there, I think I --
18         MR. SPANGLER: Joel, we need to take a
19 short break.
20         MR. DION: Okay.
21         VIDEOGRAPHER: Time is 4:19, we're off the
22 record.
23     (OFF THE RECORD FROM 4:19 TO 4:22 P.M.)
24         VIDEOGRAPHER: Time is 4:22, we're back on
25 the record.

Page 213

1          MR. SPANGLER: I have had a conversation
2  with my co-counsel, Mr. David Pridham, regarding the
3  last line of questioning, and we believe that that was
4  an attempt to violate both stipulations, and just want
5  to put you on notice that if you move to strike any or
6  all of Mr. Cole's report, we will be re-urging our
7  motion to strike. So, that's on the record. You can
8  continue, if you want, Joel.
9      Q. (By Mr. Dion) Okay. Again, we're talking
10 about Outbound Marketing and the element a1. I think we
11 were just getting to the part here, you said there's a
12 reference to IA. I understand that to be Interaction
13 Adviser, is that correct?
14     A. Yes.
15     Q. I think you were saying that was perhaps in
16 error?
17     A. Out of place at this point, yes.
18     Q. That would perhaps be relative to your
19 allegations about IA and OM and they integrate?
20     A. Hang on for just a second here.
21     Q. Okay.
22     A. Yeah. That -- that, I think, is out of bounds
23 for this element.
24     Q. Okay. Now, the documents that are referenced
25 after campaign execution and marketing management, do

54 (Pages 210 to 213)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 214

1 they identify additional subsystems?
2     A. I believe it identifies those systems.
3     Q. Okay. So this paragraph here has the universe
4 of subsystems that you've identified within Outbound
5 Marketing?
6     A. I believe so, yes.
7     Q. And you have identified as the event manager at
8 Outbound Marketing the OM server, is that right?
9     A. Correct.
10    Q. These subsystems that you identified were the
11 different features that you've identified that you say
12 are also subsystems?
13    A. I believe so.
14    Q. Do you have an understanding of how Outbound
15 Marketing carries out each of those tasks or
16 functionalities?
17       MR. SPANGLER: Objection, form.
18    A. I think so, yes.
19    Q. So, campaign management, do you believe that to
20 be separate from the Outbound Marketing server?
21       MR. SPANGLER: Objection, form.
22    A. Again, we've had this discussion previously
23 with the IA server, but yes, in the same way that I
24 believe that IA Manager is separate from the Real-Time
25 Server.

Page 215

1     Q. Do you know if OM server has any role in
2 campaign management?
3     A. Has any role in campaign management?
4     Q. Yes.
5     A. I'm not sure how to answer that exactly. I'm
6 not sure how to answer that.
7     Q. What parts of the Outbound Marketing system
8 carry out the campaign management capability?
9     A. Okay. Let me check in here a little bit. The
10 Outbound Marketing server, I believe, sits between all
11 of these -- all of these subsystems and helps to serve
12 the -- all the data that's used to do the market -- you
13 know, to do the marketing management reports, and so
14 forth. All that runs through the Outbound Marketing
15 server.
16    Q. Okay. Which components of the system perform
17 the campaign management function?
18    A. The --
19    Q. If I could ask you to turn to page 27.
20    A. Sure.
21    Q. I don't know if this will be helpful or not,
22 but at the top there, there's a diagram that's labeled
23 "Outbound Marketing Architecture." You see that?
24    A. Right.
25    Q. So that should be presumably all the pieces of

Page 216

1 Outbound Marketing?
2     A. Well, sort of. Actually, we could use that, it
3 actually does serve here, because what it's showing here
4 is that for each of the applications that runs here,
5 they run out at the business user's level here on the
6 Web pages, and each of the -- for each of the systems
7 that these users are operating -- this actually works
8 better.
9         For each of the systems that these users
10 are operating, they're all running through the Outbound
11 Marketing server to get the appropriate data to do the
12 proper data queries, and so forth, to serve those
13 applications.
14    Q. Okay. So, where -- and I understand it's
15 obviously not a label on this chart, but if I were
16 looking for the campaign management subsystem, where
17 would that be on this diagram?
18    A. That's why I was saying that -- I was actually
19 doing the same thing, looking for something specific.
20 But the campaign management is going to be performed --
21 the operation of the -- that the end users perform is
22 all done out at the business users level here on the Web
23 pages. That -- the information for the Web pages goes
24 through the Outbound Marketing server for resolution
25 from the databases.

Page 217

1     Q. Okay.
2     A. And Outbound Marketing server then serves the
3 answers for each of those applications back up through
4 this. This is -- it's a generic description, but it
5 serves for each of these applications.
6     Q. So, I think you said that the information for
7 the applications is -- comes from Outbound Marketing
8 server?
9        (MR. ZAHER LEAVES ROOM.)
10    A. I'm sorry, the information --
11    Q. For each of the different applications on the
12 Web page comes from the Outbound Marketing server?
13    A. Yes. The Outbound Marketing server sits
14 between the applications and the database.
15    Q. Okay. So, campaign management is -- we could
16 also say it's a functionality that the business users
17 have when they're sitting at their computer, is that
18 right?
19    A. Yes, actually, your campaign, reporting and
20 data mining Web pages. Campaign management takes place
21 out there.
22    Q. Okay. Have you actually used the software, the
23 outbound Marketing software?
24    A. I think we made an attempt very early on, but
25 it didn't work out very well. So, no, we haven't used

55 (Pages 214 to 217)

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

| Page 218 | Page 220 |
|---|---|

**Page 218**

1    it directly.
2        Q.  So, when the business user is performing the
3    campaign management function, they interface with the
4    system through a Web page, what would comprise the
5    campaign management subsystem?
6        A.  Campaign management subsystem will be that part
7    that handles the -- defines the Web pages that are used
8    for the campaign management.
9        Q.  The part of the system that defines the Web
10   pages that are used for campaign management?
11       A.  Yeah.  Well, these users are getting Web pages,
12   and the Web pages that they're getting have to be
13   defined in the system, and that part of the system that
14   handles the campaign management will be that part of it
15   that's responsible for those pages.
16       Q.  Do you know where that part of the system is
17   that handles campaign management?
18       A.  Specifically, no.
19       Q.  Is it possible that it's within Outbound
20   Marketing server?
21       A.  I think we're just going to go in circles,
22   again, about this, in the sense that you're talking
23   about it.  Again, it's like the other stuff, it's
24   possible that you can identify it that way, but I don't
25   think that it's properly identified that way.

**Page 219**

1        Q.  So, even if in my view I would say it's within
2    the Outbound Marketing server, that wouldn't change your
3    opinion that it's, nonetheless, separate and coupled to,
4    as the claims use that language, is that what you're
5    getting at?
6        A.  Correct.  Right.
7        Q.  Now, you also said that the Outbound Marketing
8    server sits been the Web applications and the data mart?
9        A.  Yes.
10       Q.  Does it perform the database management
11   functionality?
12       A.  It interfaces with the database management
13   system, yes.  Doesn't perform the database management
14   functionality, but interfaces to the database systems.
15       Q.  So there would be something here similar to the
16   data access engine that we talked about with IA?
17       A.  The EpiMart.  The EpiData Mart.
18       Q.  Okay.  So the EpiMart is the --
19       A.  The EpiData Mart is the database management
20   system, has the multiple -- the EpiMart, the Epi Meta
21   Data Mart and the Epi OP data.
22       Q.  How does that sophisticated database management
23   facilitate a phase of the sales process?
24       A.  This is the information that's being put out to
25   everybody to do their work.  This facilitates it by

**Page 220**

1    informing people of what's happening in their marketing
2    operations, what's happening in their sales operations,
3    what they plan for their campaigns, what they want to
4    do.  It's the -- again, the rudimentary or fundamentals
5    of the sales process.
6        Q.  When you say that, does the EpiMart do
7    something in addition to extracting data from the data
8    sources in response to queries and passing it back to
9    other parts of the system?
10           MR. SPANGLER:  Objection, form.
11       A.  It covers a fair amount of ground, but beyond
12   the EpiMart, the Epi Channel underneath it interfaces to
13   the external systems, as it's shown here in the chart,
14   or in this page 27 in the Outbound Marketing
15   Architecture.
16           But the EpiData Mart identified as the
17   management or control of those three databases or three
18   gross databases, yes, it does more than just serve
19   things out for responses to the data manager.
20       Q.  What else does it do?
21       A.  It's got to load the information in, for one
22   thing.  The control and management of how the system
23   works is part of this.  You have the Epi Channel Service
24   that works with it to get the information inside, and
25   the Epi Channel below it that gets the external

**Page 221**

1    information that brings it in here.
2        Q.  The OLAP?
3        A.  Uh-huh.
4        Q.  Where would that functionality reside within
5    this diagram?
6        A.  Well, as we had the campaign management is
7    under the campaign part of the business users block out
8    there, the reporting would, among other things, include
9    the OLAP reporting.
10       Q.  And the predictive analytics?
11       A.  The predictive analytics, the -- I believe is
12   not really identified well here.
13       Q.  Do you have an understanding of where it is in
14   the system or how it's carried out by the system?
15           MR. SPANGLER:  Objection, form.
16       A.  I have some understanding that it's -- from
17   other places in here, if you'd like for me to find
18   something, I can try, but that the predictive analytics
19   is using the information both from the Epi Mart and the
20   Epi Meta and the Epi OP databases to give, for lack of a
21   better term, predictive analysis of the marketing
22   operations.
23       Q.  And you think that's occurring somewhere, just
24   not really --
25       A.  I don't think it's called out here, and I don't

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

1  believe it fits in the business users.  It would be a
2  service that's more accurately, I believe, associated
3  with the reporting.
4      Q.  Okay.  When we talk about the reporting, you
5  said, again, that's out on the website, at least to some
6  degree, is that right?
7      A.  Yes.
8      Q.  So, user interacts with that through what, just
9  a regular browser, Internet Explorer or --
10     A.  I believe so.  That you're using Web pages
11  there in much the same way that you were operating with
12  the IA Manager, that you're serving out the Web page.
13     Q.  So, now, if we're talking about the reporting,
14  I think you said that OM has some relatively robust
15  reporting capabilities?
16     A.  Yes.
17     Q.  That's obviously not Internet Explorer that's
18  doing the actual, I guess, computation --
19     A.  Correct.
20     Q.  -- of the reporting, is that right?
21     A.  (Witness nods head.)
22     Q.  Is there something else on the user's computer
23  that's actually generating the report?
24         MR. SPANGLER:  Objection, form.
25     A.  I'm sorry.  Something else on the user's

1  computer that's generating the report.
2      Q.  I'm just trying to understand where all the
3  pieces are.  So, the user sits on their computer, they
4  open up Internet Explorer, and they can, I guess, get
5  into Outbound Marketing or connect to Outbound
6  Marketing, and then they can request a report.
7      A.  Right.
8      Q.  I assume that that process involves at least
9  the collection of certain data, is that right?
10         MR. SPANGLER:  Objection, form.
11     A.  If you're asking about whether the RT Client or
12  some correlative is out there, the answer's no.
13     Q.  I don't know if -- I don't think that is --
14     A.  I'm sorry.  I thought that was the import of
15  your question.
16     Q.  So, when the user wants a report, if I'm
17  sitting at my computer and I open up Internet Explorer
18  and I want to get a report, and I log into OM.
19  Obviously, I have Internet Explorer, that's local to my
20  computer, and it's interfacing with the Web server
21  getting -- you know, getting information, sharing
22  information back and forth between the user's computer
23  and the Web server that ultimately displays as a Web
24  page.
25     A.  Correct.

1      Q.  What is -- if I get a report, is it just HTML
2  that's passed to the user's computer that defines just
3  the content of the report?
4          MR. SPANGLER:  Objection, form.
5      A.  Only as you ask that question I think about it.
6  That's essentially true, yes.
7      Q.  Okay.  So, to get to the report that ended up
8  on my computer, if we kind of work backwards, there had
9  to be, I assume, some data set that I wanted a report
10  about and then some processing of that data set to get
11  from the raw data to the report.
12         MR. SPANGLER:  Objection, form.
13     A.  Yes.  Let me see if I can walk through this and
14  see if we're on the same page here.  What we're talking
15  about is that the -- on the Web page, you enter
16  information that describes the conditions or parameters
17  of the report that you're after, whatever marketing
18  campaign you're interested in seeing, whatever types of
19  persons you're interested in projecting a list for, any
20  number of possibilities.
21         But you have -- for that system that you're
22  working with, you have a set of Web pages that give you
23  your options, whatever they are.  You fill in one of
24  those pages with the details of, again, report type, the
25  duration or time period that you're concerned with, the

1  types of customers that you want, et cetera.  You fill
2  that in.
3          You're going to be using the http protocol,
4  again, but this is going to go directly from the browser
5  through to the Web server here, okay?  And then whatever
6  the Web server does with it, and that's impenetrable in
7  the system that I looked at, back to the application
8  server and then to the Outbound Marketing server.
9          The Outbound Marketing server takes
10  whatever is the result of those three stages and uses
11  that, as it describes here, to put together the
12  reporting information and then send it back --
13     Q.  If I could interrupt you for one second and
14  make sure I'm following.
15     A.  Yeah.
16     Q.  When you talk about the result that's passed to
17  the Outbound Marketing server, at that point, is it
18  still in some form a request for a report?
19     A.  Essentially, yes.
20     Q.  Okay.
21     A.  It's the information that's required to get to
22  a report.
23     Q.  Okay.
24     A.  Okay.  And the Outbound Marketing server
25  then -- let's see if I have a description here -- I'm

Page 226

1   pretty sure that I saw something at one point that does
2   a reasonably good job of explaining what's there. This
3   is a reasonably good description here. Let's go to page
4   32.
5       Q. Okay.
6       A. Describing the Outbound Marketing server, says
7   it's "implemented as a collection of Java classes that
8   run within a Java virtual machine."
9       Q. Okay.
10      A. The Outbound Marketing server manages user
11  connections and database queries in a multi-threaded
12  fashion. The virtual machine that runs the Outbound
13  Marketing server code can be invoked as either a service
14  or console command in Windows NT server or Windows 2000
15  platform or as a daemon process or Java command on
16  supported -- I'm sorry. That's not as important there.
17          What I wanted to get down to here was
18  the -- that the Web server passes the URL requests and
19  parameters to a Web server plug-in, which communicates
20  to the J2EE application server, and that the application
21  server then routes the request to Outbound Marketing.
22          That's what I was talking about before,
23  that you have a -- you have an http type communication,
24  which is what you're going to get almost always when
25  you're working with a browser. The -- but that request

Page 227

1   goes to a Web server, which is a standard Web server
2   that can be configured in any number of ways to tweak
3   that message somehow, and the same is true of the J2EE
4   application server.
5           But once that message finally gets through
6   to the Outbound Manager, then it says, the Outbound
7   Marketing server -- sorry, Outbound Server -- the
8   Outbound Marketing server Java classes then process each
9   request by issuing optimized queries to a database
10  server on which the data mart resides, formatting the
11  results that the database server returns in HTML format
12  with embedded -- there it is -- HTML forms in JavaScript
13  routines.
14          That's the reason I was uncomfortable about
15  just saying, it's just HTML, because I was trying to
16  remember the JavaScript that goes out with it.
17      Q. Okay.
18      A. And forwarding the formatted results to the
19  J2EE application server, which then returns them back
20  through. So, that's what's going on. Again,
21  generically, generally.
22      Q. That description there, I asked you the
23  question in the context of the -- I guess the database
24  management maybe?
25      A. Yes.

Page 228

1       Q. Maybe the analytics. Well, whatever the
2   original question was, this description here, does that
3   apply to all of the services that reside on the business
4   user Web end?
5           MR. SPANGLER: Objection, form.
6       A. Something like this passes for each of them,
7   yes.
8       Q. Okay. So, this says that the Outbound
9   Marketing server is implemented as a collection of Java
10  classes?
11      A. Yes.
12      Q. So, it's essentially made up of Java classes?
13      A. Yes.
14      Q. So, when the request comes in from the user's
15  Web page, gets passed as, I guess, HTML or some
16  combination of HTML and JavaScript?
17      A. I'm sorry. You're talking about the message
18  bound from the --
19      Q. The request from the user.
20      A. From the browser -- the request from the
21  browser won't include any JavaScript.
22      Q. Okay. So that would just be HTML?
23      A. It's actually not HTML. It's actually an http
24  type message.
25      Q. Or http.

Page 229

1       A. Yeah.
2       Q. That's passed to OM server, eventually,
3   through --
4       A. Ultimately, yes.
5       Q. The OM server then processes that in such a way
6   to issue an optimized query. So, it queries the
7   database for the data that it needs. This is step one
8   under that description we're looking at.
9       A. Right.
10      Q. The OM server queries the database?
11      A. That's correct.
12      Q. And then the database returns data to OM
13  server?
14      A. Correct.
15      Q. And OM server takes the results from the
16  database -- I guess, this step of issuing the optimized
17  queries to the database on which mart data resides, is
18  that the step where, I guess, the request essentially is
19  carried out?
20          So, if I put in certain parameters for my
21  report, is the optimized query, does that -- by saying
22  "optimized query," does that mean OM server is then
23  querying the database for only the information that's
24  necessary to populate the particular report that I've
25  requested?

58 (Pages 226 to 229)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 230

1          MR. SPANGLER: Objection, form.
2      A.  Well, the optimization actually involves a bit
3  more than that.  The optimization that they're talking
4  about is not only optimization of getting just the
5  results that you want, but you have -- what you have in
6  here is that Data Mart is a little bit different from a
7  standard, say, transaction database or something like
8  that.
9          Data Mart includes some special purpose
10 tables.  And the way these tables are put together is
11 that people frequently ask very similar questions of
12 these systems, and the -- one of the things that you can
13 do in optimizing the queries is that before you actually
14 get to the query, you build some tables that have what?
15 Pre-calculated results; that is, take for instance
16 something like -- people are always putting in reports
17 asking for, you know, quarterly results.  What's the
18 results up to the end of this quarter?
19         Without doing -- without doing the -- these
20 accelerator type tables, you would have to go in, run
21 through every transaction that's in the system or every
22 detailed record that's in the system and total them all
23 up.
24         And so what you're doing with a quarterly
25 reports type thing is that you take those types of

Page 231

1  numbers that you know that people are going to ask for,
2  you build tables.  And part of this optimization is a
3  recognition of which of these tables you can use to help
4  answer your query.
5          So, you're not only optimizing just getting
6  just the information that you want, but you're
7  optimizing to eliminate some of the processing load off
8  of the database server.  The -- what you have to do to
9  do that is that you have to be aware of which types of
10 questions go with which of these tables.
11         And then you -- well, as part of optimizing
12 the query, you're selecting which of these tables you're
13 going to use, which things have to go all the way back,
14 and you can have more than one level of these tables
15 involved.  So, you might have to go do 20 calculations
16 instead of 20,000, but it's still better, okay, rather
17 than fetching a single answer, that kind of thing.
18 Q.  Okay.  So, that's the optimization or part of
19 the optimization.
20 A.  That's part of what the optimization is
21 addressing, yes.
22 Q.  But is part of constructing that query also
23 querying for the information that's necessary to
24 populate the report that's been requested by the user?
25 A.  Yes.

Page 232

1      Q.  And so that's done by the Outbound Marketing
2  server, it constructs that query?
3          MR. SPANGLER: Objection, form.
4      A.  Well, some of the Java classes in the Outbound
5  Marketing server do that, yes.
6      Q.  And that request is passed to the database?
7      A.  Yes.
8      Q.  Then, whatever information was requested is
9  returned to the Outbound Marketing server, is that
10 right?
11 A.  Correct.
12 Q.  And then the Outbound Marketing server takes
13 those results and formats them into an HTML to send back
14 to the user for display on their -- in their Web
15 browser, is that right?
16 A.  Right.
17 Q.  Doesn't that make OM server part of the -- in
18 that case, the reporting or the subsystem?
19 A.  No.  It just means that it's providing a
20 service to it.  The -- no.  The fact that it -- that it
21 assists in the process doesn't mean it's part of that
22 system.
23 Q.  Seems to me it does a little more than assist
24 in that process.  It seems to me it's carrying out
25 almost every critical step of the process.  It's

Page 233

1  constructing the query and it's creating the report,
2  isn't it?
3      A.  Well, okay.  The Outbound Marketing server Java
4  classes then process each request by -- we talked about
5  the fact that these things -- that parts of these
6  systems are separable or separate or subsystems, and
7  it's in here that it's clear that this stuff divides up
8  into multiple classes that do different things.
9          The -- I'm not sure if this is -- let me
10 look at this a second.  Part of the answer -- can I give
11 this to you in parts?
12 Q.  Sure.  We'll see how that goes, I guess.
13 A.  Okay.  Part of the answer is at the bottom of
14 page 29, take the last sort of full block there, it
15 begins, you know, about eight lines up, Outbound
16 Marketing server.
17         The Outbound Marketing server is an
18 application server that supports Outbound Marketing
19 applications and connects those applications to the data
20 mart.  Outbound Marketing server handles user requests
21 by doing the following: It forwards optimized queries
22 to the database server, caching the query results,
23 instantiating appropriate Java classes to perform
24 application-specific calculations on those results.
25         So, what we have here is that the Outbound

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 234

1  Marketing server is -- these Java classes that it's
2  talking about here are some of the subsystems that we're
3  talking about that -- in this case perform application-
4  specific calculations are part of the analytics that go
5  on here, and then forwarding the final results to the
6  Web-based display.
7       So, that's part of it.  Let me see if I can
8  find a little bit better explanation of some of that
9  here.
10      Q.  Before we go on too far, let me ask you a
11  couple of questions about that.  So, are you then saying
12  that each of the Java classes is a subsystem?
13      A.  I'm not saying that each and every Java class
14  is a subsystem, but yes, some of the Java classes break
15  off as subsystems of this.
16      Q.  And whether or not they're a subsystem would
17  depend on what?
18      A.  It's a big break.  I mean, you can -- this says
19  the Java classes that are application specific.  So, for
20  each of these applications, there are Java classes that
21  are associated with just those applications.  And
22  that --
23      Q.  And so each one of those Java classes would
24  then be a subsystem -- a set of Java classes associated
25  with one application would be a subsystem?

Page 235

1       A.  Yes.
2       Q.  So, is there a set of Java classes, for
3  instance, that does campaign management?
4       A.  I'm not sure if it identifies as campaign
5  management, but there are Java classes that are function
6  specific, that are application-specific.
7       Q.  The subsystems that we identified in your
8  report --
9       A.  Right.
10      Q.  -- are -- for instance, one of them is campaign
11  management.
12      A.  Right.
13      Q.  Correct me if I'm wrong, but I don't see
14  anything in here about Java classes.
15      A.  Fair enough.
16      Q.  Obviously, it's in the charts we're looking at.
17      A.  Right.
18      Q.  So I'm just trying to understand, where you say
19  in the report that one of the subsystems is campaign
20  management, now we're trying to unpack that a little,
21  you're talking about application-specific Java classes.
22      A.  Right.
23      Q.  Were you able to identify in the source code a
24  set of Java classes specific to campaign management?
25      A.  I did not identify in the source code a

Page 236

1  separate set of Java classes specific to campaign
2  management, no.
3       Q.  To any of the other subsystems that you've
4  identified in your report?
5       A.  No, not in that way.
6       Q.  Did you look for it in that way?
7       A.  Did I look for it in that way?  Not really, no.
8       Q.  So, again, if we look at page 32, it says that
9  the Outbound Marketing server is implemented as a
10  collection of Java classes.
11      A.  Correct.
12      Q.  But now you're saying some of those Java
13  classes are subsystems that are separate from the
14  Outbound Marketing server?
15      A.  Some of those Java classes are -- yes, they
16  qualify as subsystems, as defined here, and they are
17  coupled to the OM manager -- or OM server, sorry.
18      Q.  How would you be able to identify which Java
19  classes were a subsystem for a particular function that
20  you identified in your report?
21          MR. SPANGLER:  Objection, form.
22      A.  I think that the -- that the documents here are
23  sufficient to describe the separation of those functions
24  of those subsystems.
25      Q.  So, this document here, page 32, says that the

Page 237

1  Outbound Marketing server is implemented as a collection
2  of Java classes.
3       A.  Right.
4       Q.  Is there anything else to the Outbound
5  Marketing server, besides those Java classes?
6          MR. SPANGLER:  Objection, form.
7       A.  Is there anything else to the Outbound
8  Marketing server besides Java classes?  I believe it's
9  written in Java, so Java is written using Java classes.
10      Q.  So, other than the hardware it resides on, the
11  OM server, is entirely the collection of JAVA classes.
12      A.  Correct.
13      Q.  And you identify in your report that the OM
14  server is the event manager.
15      A.  Correct.
16      Q.  Now you're saying that some of those Java
17  classes are subsystems.  Are there other Java classes
18  that would be left, and would those Java classes then be
19  the event manager?
20          MR. SPANGLER:  Objection, form.
21      A.  I think that the description of which ones are
22  which is pretty clear from here.  It talks about the
23  application-specific classes.  It talks about which
24  classes are used to receive these communications, which
25  classes are used to build the outgoing HTML and

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 238

1  JavaScript that goes out to the -- that goes out to the
2  browser. I think that's a pretty clear demarcation of
3  which things are involved in which processes.
4      Q. I guess in kind of a theoretical sense, I
5  understand that, but are you able to identify,
6  specifically, the Java classes that relate to, for
7  instance, campaign management in the Outbound Marketing
8  source code?
9      A. You mean, by class name or by source code file
10 name?
11     Q. Yes.
12     A. No.
13     Q. No, because you didn't try, or no, you wouldn't
14 be able to even if you sat down again with the code
15 today?
16     A. If I sat down again with all the code, yes, I
17 could do that.
18     Q. But you hadn't done it prior to today.
19     A. I did not think that that was necessary, no.
20     Q. And you didn't identify in your report that it
21 was, in fact, a collection of Java classes that
22 implemented each of these functionalities that you
23 identified as subsystems, is that fair?
24     A. I think I did. It's here. It not in the body
25 of the report, but it's here, it's part of what's -- and

Page 239

1  it's -- you know, it's repeated endlessly.
2      Q. Well, but it's taken us what, a half hour to go
3  through this document for you to explain what your
4  theory of infringement is while we're looking at these
5  documents.
6          MR. SPANGLER: Objection, form.
7      Q. (By Mr. Dion) So, I guess I understand that
8  the information you're relying on is in here, but I'm
9  just curious where exactly in either the report or this
10 exhibit it states that your opinion is that OM infringes
11 because there is a subset of Java classes that function
12 as the event manager and separate subsets of Java
13 classes that are the subsystems that perform certain
14 functionalities?
15         MR. SPANGLER: Objection, form. What's the
16 question, again? Pretty long.
17         MR. DION: Could you read back the
18 question?
19         COURT REPORTER: The very last part?
20         MR. DION: The very last part, or do you
21 want to hear the whole thing?
22         MR. SPANGLER: Is the last part the
23 question, or is it the whole thing? I object because of
24 the 45 word question I don't get.
25     Q. (By Mr. Dion) Well, let me try to ask the

Page 240

1  question more precisely. Can you point to anywhere in
2  either your report or Exhibit 4 to your report where it
3  states that your opinion is that the event manager in
4  Outbound Marketing is a subset of the Java classes
5  within the Outbound Marketing server?
6      A. I don't use that language. I believe that I
7  identified the fact that the Outbound Marketing manager
8  is composed of Java classes. I believe that's clear
9  from what we have here. I believe I identified the
10 portions of the Outbound Marketing manager, those Java
11 classes that do campaign management, those Java classes
12 that do the database management, those Java classes that
13 do the integrated OLAP, and the ones that do predictive
14 analytics. Those sets of classes and for each of those
15 processes I believe make up a subsystem. You know, that
16 seemed pretty good to me.
17     Q. At the time that you wrote your report, and you
18 wrote on page 57 that OM is comprised of a plurality of
19 subsystems, including campaign management, sophisticated
20 database management, integrated OLAP and predictive
21 analytics, was it at that time your opinion that, for
22 instance, the campaign management subsystem was, in
23 fact, a subset of the Java classes on the OM server?
24     A. Yes.
25         MR. SPANGLER: Objection, form.

Page 241

1      Q. (By Mr. Dion) Why didn't you put that in your
2  report, then?
3      A. I didn't think it was necessary.
4          MR. SPANGLER: Objection, form.
5      Q. (By Mr. Dion) At the time you wrote your
6  report, was it your opinion that the event manager was a
7  subset of Java classes that resides on the OM server
8  that is -- at least some of those Java classes that are
9  not application-specific?
10         MR. SPANGLER: Objection, form.
11     A. I'm not sure I understood the question. I'm
12 not sure I actually understood the question.
13     Q. Okay. Well, if you look at page 58 of your
14 report, Claim 1, element a2.
15         MR. SPANGLER: Let me just ask, Joel, real
16 quick. Are you trying to dig back into the whole
17 exhibit versus report issue? Because we've testified
18 over and over, the exhibits are part of the report.
19         MR. DION: I understand. No, I'm not --
20         MR. SPANGLER: All right.
21         MR. DION: Anything that's in the exhibits
22 is fair game. I just want to understand where the
23 opinions are disclosed.
24     Q. (By Mr. Dion) Claim 1, element a2,
25 infringement by OM. The statement in the body of the

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 242

1    report is, "the OM server (hardware and software) is an
2    event manager coupled to the subsystems."
3            Do you read that to indicate that certain
4    of the Java classes on the OM server are the event
5    manager?
6            MR. SPANGLER: Objection, form.
7        A. I'm not sure if that properly characterizes my
8    statement. What you're saying is that I didn't express
9    it in a way that you approve of, and I'm sorry about
10   that.
11       Q. I don't know that that's what I'm saying. When
12   I read this, I understand it to be your position that
13   the OM server is the event manager. And when I read the
14   documents cited in your report, I understand the OM
15   server to be a collection of Java classes, which would
16   include the application-specific Java classes.
17           MR. SPANGLER: Objection, form.
18       Q. (By Mr. Dion) Do you disagree with that
19   characterization?
20       A. No, I believe I cut those out in the previous
21   claim element.
22       Q. Where does it say that exactly?
23       A. I identified them as subsystems, the campaign
24   management, the database management, the OLAP, and the
25   predictive analytics.

Page 243

1        Q. And where is it identified that what you're
2    referring to there is application-specific Java classes?
3        A. I mean, we're going around in a circle here.
4        Q. Well, because you're telling me things are in
5    your report, and I'm having a hard time finding them.
6    So, if they're in there, I want to make sure I
7    understand where.
8            MR. SPANGLER: I'll let it go on a little
9    bit more, Joel, but I was pretty professional with your
10   witnesses. He's answered these questions a couple
11   times. I'll let it go a little bit more, then we're
12   going to have to move on.
13       A. Ask me the question again.
14       Q. Let me ask you a different question. In your
15   opinion, what part of Outbound Marketing is the event
16   manager that's referred to in Claim 1, element a2 of the
17   '525 Patent?
18       A. What part of Outbound Marketing is the event
19   manager?
20       Q. Yes.
21       A. The part of the Outbound Marketing that is the
22   event manager is that part that includes some, perhaps
23   not all, but some of the Outbound Marketing that is not
24   in these subsystems that are identified in Claim 1. The
25   identification of just which Java classes constitute the

Page 244

1    Outbound -- I'm sorry -- the OM server -- I'm sorry.
2    I've lost it. I lost the question.
3        Q. We can try to start from the beginning, again,
4    that's fine.
5        A. Start again.
6        Q. So, the question is, I just want to understand,
7    as you sit here today, your opinion as to which elements
8    of Outbound Marketing -- when I say Outbound Marketing,
9    right now, I mean the entire program, all right?
10       A. Okay.
11       Q. Which components or which elements of Outbound
12   Marketing do you believe satisfy the limitation in the
13   claim of an event manager?
14       A. Okay. Fair enough. We start with the OM
15   server. We've already excluded these subsystems. The
16   remainder of the Outbound Marketing, it's overcasting,
17   perhaps, to say it's all of it, but the remainder of the
18   Outbound Marketing constitutes an event manager.
19       Q. But when you say -- I'm sorry. I think you
20   said the remainder of the Outbound Marketing.
21       A. The marketing server, yes. Pardon me. Thank
22   you.
23       Q. So, the Outbound Marketing server is hardware,
24   and then the software is entirely Java classes. Is my
25   understanding of that correct?

Page 245

1        A. I believe that's the way that the Outbound
2    Marketing server is described, and I believe that's the
3    way it's implemented, as a set of Java classes.
4        Q. Then, when we're identifying the event manager,
5    you're excluding from the event manager any Java classes
6    within the Outbound Marketing server that are
7    application-specific.
8        A. Application -- at least for the applications I
9    described there, yes.
10       Q. And once we exclude those, there's some
11   remaining set of Java classes, and your opinion is that
12   some subset of those, but perhaps not all of them, is
13   the event manager.
14       A. Correct. That the remaining set of the Java
15   classes perform as an event manager, as described in the
16   patent claim.
17       Q. Are you able to identify with any more
18   specificity which Java classes of the OM server are the
19   event manager?
20           MR. SPANGLER: Objection, form.
21       A. I think I've already said no, that I can't
22   specify that.
23       Q. Do you think you could, if you went back to
24   look at the source code for the purpose of trying to
25   answer that question?

62 (Pages 242 to 245)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 246

1          MR. SPANGLER: Objection, form.
2      A. I believe the answer to that is yes.
3      Q. Okay. And I'm fairly certain we covered this,
4 but just so it's, I guess, clear in this part of the
5 record, now that we have clarified the parameters,
6 the -- your opinion is that the application-specific
7 Java classes that relate, for example, to campaign
8 management are separate from the portion of the OM
9 server that constitutes the event manager?
10     A. Yes.
11     Q. How does the event manager in Outbound
12 Marketing detect a change in state?
13     A. Similar to what we were talking about with the
14 RT server. That is, the -- we talked about the messages
15 that come from the applications out at the Web browser
16 level then go through the Web server and then through
17 the J2EE server. Those messages, when they arrive at
18 the Outbound Marketing manager, the occurrence of those
19 messages, the fact that they're received is an indicator
20 of a change in state. I'm sorry. It is a -- I'm sorry.
21 It is a change in state characteristic of an event
22 occurring within the system.
23     Q. Okay. How is that change in state detected by
24 the event manager?
25     A. Although the languages are different, the

Page 247

1 mechanism is similar. This is done in Java rather than
2 C++, but the mechanisms are similar. The fact of the
3 arrival of a message in a message cue, the creation of
4 an object is the -- is what is detected by the OM
5 server.
6      Q. So, on the OM server, is there a certain Java
7 class that has that particular functionality?
8      A. Yes.
9          MR. SPANGLER: Objection, form.
10     Q. (By Mr. Dion) Are you able to identify that
11 Java class?
12     A. No.
13     Q. Would that Java class be one of the Java
14 classes that would be part of the event manager?
15     A. Yes.
16     Q. What's the event that that change in state is
17 characteristic of?
18         MR. SPANGLER: Objection, form.
19     A. Let's work it back through. The event that
20 it's characteristic of, if we work back through the
21 analysis, similar to what we did for the IA system --
22 excuse me. Can I take a minute here? I'm getting a
23 little bit punchy. I need just a second.
24         MR. DION: Sure. Yeah. Let's take a
25 break.

Page 248

1          VIDEOGRAPHER: The time is 5:15, we're off
2 the record.
3          (OFF THE RECORD FROM 5:15 TO 5:26 P.M.)
4     (MR. ZOUZNETSOV AND MR. RYAN ARE NO LONGER IN ROOM.)
5          VIDEOGRAPHER: The time is 5:26, we're back
6 on the record.
7      Q. (By Mr. Dion) So we were talking about the
8 detecting one more change in state element in Claim 1
9 relative to OM. Maybe we should just go back through
10 that entire element.
11     A. Okay.
12     Q. I think we now have a common understanding of
13 what we're talking about as the subsystems and what
14 we're talking about as the event manager. So, I guess
15 with that understanding, if you could explain your
16 opinion as to how the event manager detects one or more
17 changes in state.
18     A. Okay. As we were talking about with the RT
19 Server, the OM Server receives messages in much the same
20 way, and it's the same receipt of the message that
21 detects -- that causes the detection in state -- I'm
22 sorry -- the detection of one or more changes in state
23 that are characteristic of an event.
24     Q. If we could, maybe we are, but I found it very
25 helpful with IA to kind of have a working example.

Page 249

1 Could we keep -- here we're talking about generating a
2 report. Is that a workable example for us to keep
3 using, or is there a preferable one?
4      A. No. I think that will do fine.
5      Q. Okay. So, in this case, the user, through
6 their Web browser, would create and then submit a
7 request for a certain report, is that correct?
8      A. Correct.
9      Q. Then that request would go first to the Web
10 server, then to the J2EE server, then ultimately to the
11 OM server.
12     A. (Witness nods head.)
13     Q. Is that correct?
14     A. That's correct.
15     Q. Now, when that request hits the OM server,
16 that's the change in state. There was no request and
17 now there is a request.
18     A. Right.
19     Q. Ultimately, that request is then going to be
20 destined for one of the application-specific Java
21 classes on the OM server, is that correct?
22     A. I'm sorry. Is going to ultimately be what? I
23 just lost a little bit.
24     Q. Sure. That request is ultimately -- at some
25 point is going to need to, I guess, be routed to or be

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 250

1  presented to one of the application-specific Java
2  classes on the OM server.
3      A. Yes.
4      Q. Does that request go directly to the
5  application-specific Java class?
6      A. No.
7      Q. Okay. So, what happens?
8      A. Okay. Could I come back here again?
9      Q. Please.
10     A. All right.
11     Q. Are you looking at page 29, again?
12     A. Actually, I was on 23, but let me look and
13  see -- there are several expressions of this, and it may
14  be clearer here. No, I think 23 is better.
15     Q. Okay.
16     A. So, this doesn't have quite the detail. It
17  doesn't have all of the elements of the detail here, but
18  it accepts requests. When we're talking about
19  constructing an optimized query here, that construction,
20  I believe, is determining, as it says here -- remember,
21  we talked about the tables, the accelerator?
22     Q. Uh-huh.
23     A. And the cached results from the previous
24  queries. It uses that information to build these
25  optimized queries.

Page 251

1      Q. Okay. Let me cut you off for just one second.
2  The first thing you said is -- we're looking at this
3  kind of bulleted list on page 23.
4      A. Correct.
5      Q. The OM server accepts the requests that came
6  in, right?
7      A. Yes.
8      Q. Is there a certain Java class that accepts that
9  request?
10     A. Yes.
11     Q. And that's separate from the application-
12  specific Java classes.
13     A. Yes, I believe so.
14     Q. Is that Java class part of the event manager?
15     A. I believe it is, yes.
16     Q. Are you able to identify, specifically, the
17  name of that Java class?
18     A. No, I'm not.
19     Q. Okay. Then constructs an optimized query. Is
20  that a separate Java class on the OM server that
21  constructs the query?
22     A. It won't be the same one that receives the
23  message. Is that what you're asking?
24     Q. That's what I'm asking.
25     A. Okay. Yeah.

Page 252

1      Q. And it would also be different than the
2  application specific Java.
3      A. I believe so, yes.
4      Q. And would that Java class be part of the event
5  manager?
6      A. I believe so, yes.
7      Q. Are you able to identify that one?
8      A. No.
9      Q. Okay.
10     A. I'm sorry. I kind of lost my train here.
11     Q. I'm sorry for interrupting. So, we talked
12  about accepts the request, it constructs a query.
13     A. Right.
14     Q. And I guess -- I guess continue with your
15  explanation to the next step, please.
16     A. So, the -- we're talking now, then, about --
17  the step is that it forwards the query to the database
18  server.
19     Q. Okay. And, again, is that a separate Java
20  class that does that?
21     A. Yes.
22     Q. And, also, different than the application
23  specific Java classes.
24     A. Yes.
25     Q. Okay. And that -- is that Java class part of

Page 253

1  the event manager?
2      A. No.
3      Q. It's not part --
4      A. You're talking about the database server?
5      Q. The Java class that forwards the query to the
6  database server.
7      A. Java class that -- no, no, the Java class that
8  does the forwarding would be part of the event
9  management.
10     Q. Okay. Thank you.
11     A. This doesn't describe the fact, but then the
12  database query server has to take the query and operate
13  on it to get the results and pass those results back to
14  the OM server.
15     Q. Okay. So, those results are then received back
16  into yet another Java class --
17     A. Yes.
18     Q. -- on the OM server?
19     A. No, the reception -- I'm trying to remember --
20  we may have actually looked at a little bit of this.
21  The reception comes back to the same -- I believe it
22  comes back to the same class that did the forwarding.
23     Q. Okay.
24     A. Okay?
25     Q. In any event, whichever class receives the data

64 (Pages 250 to 253)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 254

1  back --
2      A.  Receives the data back --
3      Q.  It would be different than the application-
4  specific Java classes?
5      A.  Correct.
6      Q.  And it would be part of the event manager?
7      A.  Correct.
8      Q.  Okay.
9      A.  Okay.  We have a little bit of a conflation
10 here in the next step, because the process of caching
11 the results of the query I think properly belongs --
12 well, let see how to say this.  Trying to avoid some of
13 the circular stuff we'd gone through.  Let me skip over
14 that.  Just go to the performs the analytical
15 calculations.
16     Q.  Okay.
17     A.  The performance of the analytical calculations
18 we talked about as one of the subsystems.
19     Q.  Okay.
20     A.  Okay?  And the proper characterization, I
21 believe, here is that the results that come back from
22 the database server are repackaged and reset to present
23 to the -- I can't remember -- the something analytics.
24 The predictive analytics.
25         It goes in to do the analytical processes,

Page 255

1  and then those results, which partly replace, partly
2  supplement the results that came back from the database
3  manager are returned back to the OM server.
4      Q.  Okay.  So, the analytical calculations are
5  performed by the application-specific Java class?
6      A.  No.  The analytical is identified as a
7  subsystem on its own.  Remember, I've got a -- the
8  predictive analytics?
9      Q.  Right.  My understanding, maybe I'm
10 misunderstanding, my understanding was that each of
11 those subsystems corresponds to --
12     A.  Oh, I'm sorry, I'm sorry, yes.  I think I
13 understand -- I think I understand where we are.  Yes.
14 It's application -- let's see how to say this.  Fair
15 characterization.  The analytical calculations will be
16 specific to -- when they're done will be specific to an
17 application.
18     Q.  Okay.
19     A.  I believe that's correct.
20     Q.  Okay.
21     A.  That is outside the event manager part of the
22 OM server.
23     Q.  Is it carried out, then, by one of the other
24 Java classes?
25     A.  Yes.  Yes.  Any step that you see here will

Page 256

1  involve a -- at least a separate Java class and may
2  involve two or five or a hundred of them.  They spawn
3  massively as you go through this.
4      Q.  We can kind of maybe talk about them in chunks.
5      A.  There were literally thousands of Java classes
6  broken up into six different areas that we looked at.
7      Q.  Okay.  Now, if I followed, I think part of what
8  you said that the calculations are performed and that
9  data is transferred back and --
10     A.  To the OM manager.
11     Q.  And it can replace some of the other data?
12     A.  It either replaces, substitutes or supplements
13 the data that was returned, initially, from the query to
14 the database manager.
15     Q.  Okay.
16     A.  Okay?
17     Q.  But that is still within the OM server?
18     A.  That comes back to the OM server, yes.  Well,
19 the analytical calculations, remember, are a separate
20 subsystem that comes back to the OM server.
21     Q.  Wait.  Let me ask you about that.  The
22 analytical calculations are a separate subsystem from
23 the event manager?
24     A.  I believe that the analytical calculations
25 break up by application.

Page 257

1      Q.  Okay.
2      A.  Okay?  That is, that you're going to use
3  different analytical calculations for different of the
4  applications that you have.
5      Q.  When we talk about those analytical
6  calculations, are they implemented through Java classes?
7      A.  Yes.
8      Q.  And those are on the OM server, is that right?
9      A.  Well, they're on the OM server machine, you
10 mean?
11     Q.  Well, my understanding of the OM server is that
12 it's a collection of Java classes, right?
13         MR. SPANGLER:  Objection, form.
14     A.  Right.
15     Q.  And we've talked about there's some subset of
16 those Java classes that constitutes the event manager.
17     A.  Uh-huh.
18     Q.  And then there's what we've been calling the
19 application-specific Java classes.
20     A.  Right.
21     Q.  Which, I guess my understanding was did these
22 analytical calculations, among other things, depending
23 on the application.
24     A.  And I think the point of confusion here was
25 that the -- when we talk about performing the analytical

Gwendolyn Parker and Associates, Inc.
214-747-8007

Page 258

1 calculations, those -- that step -- I'm sorry -- the
2 classes that perform the analytical calculations I
3 believe belong to the applications, belong to the
4 subsystems, rather than to the event manager part of the
5 OM server.
6 Q. No, I understand that.
7 A. Okay. I'm sorry.
8 Q. My question is, though, the application-
9 specific Java classes are not -- are separate from the
10 event manager.
11 A. Yes.
12 Q. Are they still on the OM server?
13 A. When you say "on the OM server," it sounds like
14 you're talking about on the computer.
15 Q. Well, are they part of the OM server?
16 A. Yeah. I believe, yes, that when you say "OM
17 server." You include the Java classes that are a part
18 of -- that define the applications, that make up the
19 applications.
20 Q. Okay. I think that clears up my confusion.
21 Thank you.
22 A. Okay. Then it talks about how the -- how the
23 OM server takes the final results from getting the
24 results from the database, the amendments, changes, and
25 additions, whatever from the analytical processes, and

Page 259

1 those results it then formats for the Web page display.
2 Q. Okay.
3 A. Okay? And it says formats -- forwards those
4 formatted results through the Web browser, but it's
5 through the J2EE server.
6 Q. Now, the formatting of the results to the Web-
7 based display, is that also performed by the
8 application-specific Java class?
9 MR. SPANGLER: Objection, form.
10 A. Before you asked me the question, I was
11 thinking no, but after you asked the question, I'm not
12 sure. I'm not sure.
13 Q. So it may be that each application-specific
14 Java class does both its own calculations and its own
15 formatting?
16 A. Or at least some of it. That, I'm just not
17 sure about.
18 Q. So, it also may be that there is one set of
19 Java classes that's just dedicated to formatting results
20 for the Web page.
21 A. That's possible.
22 Q. If it were the latter scenario, would those, I
23 guess, Web formatting Java classes, would those be part
24 of the event manager?
25 A. We talked earlier about the fact that you don't

Page 260

1 necessarily have to have all of these Java classes
2 identified as part of the event manager or as part of
3 these other subsystems. I'm not sure that they have to
4 be part of the event manager part of OM.
5 Q. Okay. So, these -- if there are these Web
6 formatting Java classes, if that's the way the system
7 works, they might just be part of OM server but not
8 characterized in either the event manager or the
9 application-specific databases?
10 A. I think that's possible, yes.
11 Q. There's some third category, other Java
12 classes.
13 A. Yes.
14 Q. Okay. Now -- so, we were talking about --
15 again, we started out talking about the detecting a
16 change in state.
17 A. Yes.
18 Q. And we said that the -- when the request for,
19 in our example, a particular report comes in, that's
20 detected by one of the Java classes.
21 A. Right.
22 Q. What is the event that that change in state is
23 characteristic of?
24 A. It -- it's actually -- it's characteristic of
25 the request for the report.

Page 261

1 Q. Okay. So that in the next step, element c, the
2 event manager would infer the occurrence of the event
3 according to the claim language.
4 A. Correct.
5 Q. So, the request comes in, and how does the
6 event manager, then, infer the occurrence of the event?
7 A. Well, again, let's go back to the sample of the
8 RT Server, because it's almost exactly the same process.
9 When this request comes in -- and by the time it gets
10 here, it may not be presented exactly like an http
11 message that we saw in the other.
12 I don't remember -- I think we did look at
13 this, and I don't think we resolved whether it kept that
14 format. But, nevertheless, the same type of information
15 package comes in, and the OM Server has to take that
16 knowledge apart in very much the same way that the RT
17 Server did.
18 It's got to detect, you know, which report
19 and then which parameters for the report are -- it's
20 going to use. It has to verify -- may verify that the
21 parameters it received are appropriate to that report
22 and some other things that go with it before it takes
23 that information and whatever it adds to it and passes
24 it to the subsystem that's going to handle the
25 preparation of that report.

66 (Pages 258 to 261)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 262

1    Q.  Okay.  So, in the process of unpacking that
2  message and looking at all the information that's in
3  there, the system is by that process inferring that a
4  request for a report has occurred?
5    A.  Again, in very much the same way.  Again, it's
6  not received wisdom, it doesn't happen instantaneously
7  or automatically, you have to take apart the pieces,
8  make sure that the pieces make sense.  Some of the
9  pieces you recognize as being, is this a proper report
10  name?  Is this a valid report?  Is it valid under the
11  circumstances?  Does this user have the authority to ask
12  for it?  Do I -- you know, any number of possibilities
13  for having to qualify this before you pass it -- pass it
14  on to the database.
15        The database might be -- might very well be
16  set up to have its own set of tests that are done in --
17  subsequently to that and might catch some of the same
18  conditions, but there's no use sending the requests
19  through or getting the database to do all of this work,
20  if it's just going to be spit back -- you know, I spent
21  half a second processing this, you know, using processor
22  time here, and you can't have the information.  So, you
23  try to catch that as early as you can.  And in this
24  case, you do that by examining the contents of that
25  package.

Page 263

1        So, I mean, there's good reason for doing
2  the inferring, for doing the logical processes that tell
3  you what it is that you actually have to work with.
4    Q.  So that process, as you've just said, that
5  tells you what it is that you have to work with --
6    A.  Right.
7    Q.  -- does the OM Server -- let me say that a
8  different way.  Does the event manager in any way record
9  or capture the mere fact that a report was requested?
10        MR. SPANGLER:  Objection, form.
11    A.  Record it?  I don't know.  It -- again, the --
12  as it says, it detects the fact that you have a change
13  of state.  The arrival of the message is what the event
14  manager detects.  And so I think that's my answer.  But
15  I'm now -- I'm not sure how to close the question.  I
16  don't remember the exact word that you used in the
17  question.
18    Q.  So I understand that the event manager detects
19  that the request came in.
20    A.  Right.
21    Q.  The fact that a request came in is
22  characteristic of --
23    A.  An event.
24    Q.  -- an event.  The event is a user's requesting
25  a report.

Page 264

1    A.  Correct.
2    Q.  Then you said that the system infers the
3  occurrence of the event; that is, the system infers the
4  fact that a user requested a report.
5    A.  Right.
6    Q.  And you said it does that by reviewing the
7  information in the request.
8    A.  Correct.
9    Q.  Clearly, I understand that that request
10  couldn't be there but for the fact that a user requested
11  a report.
12    A.  Right.
13    Q.  But I guess the kind of bear fact -- we've
14  called the event that somebody made a request, and, then,
15  when I look at this language, inferring occurrence of
16  the event, I'm just wondering if that bear fact that a
17  user requested a report is something that the system
18  captures in any way?
19        MR. SPANGLER:  Objection, form.
20    A.  I don't know whether the system -- if by
21  "capture" you mean makes a record of somehow or --
22    Q.  If it did, I would certainly say yes, that's
23  capturing that information.  I don't want to try to
24  limit it to something.
25    A.  That's what I hear when you say "capture it."

Page 265

1    Q.  Let's start with, does it do that?
2    A.  The answer to that is, I don't know.  I didn't
3  look for whether it recorded the -- well, let me back
4  off on that a minute, because I do know that the systems
5  keep pretty significant log records of what goes on.
6  It's at least plausible to think that it does capture
7  that.  But I don't -- I didn't look for that,
8  specifically.
9    Q.  Okay.  The next part of this element is
10  inferring a context in which the event occurred.
11    A.  Yes.
12    Q.  What would be the context in this example?
13    A.  Well, again, the context here, remember that --
14  you know, we're talking about requesting a report, and
15  we're kind of focused on that.  But there are other
16  messages that come into the OM Server, and this one
17  requests a report.
18        Other messages request other types of
19  things from the different users.  They request -- well,
20  whatever they request.  They request different types of
21  things.  And so part of the context of this is, again,
22  that it's a report request, as opposed to some other
23  type of request.  And part of the context, again, is
24  this specific report.
25        Further information in the request will

Gwendolyn Parker and Associates, Inc.
214-747-8007

Page 266

1   further -- you know, some of that will be related to,
2   you know, the same types of things as we talked about
3   before.  If I get this message, I've identified an event
4   or I've identified a field or I've -- you know,
5   something like that.
6            Do I, for this type of report, recognize an
7   event as a proper element of the request?  Do I
8   recognize field as a proper element of the request?  All
9   those things go into the context.  Recognition of --
10  inference of context.
11       Q.  And the inference here, is it similar to what
12  we discussed in IA, which is those -- certain facts come
13  in, there's some type of rule, and then there's a
14  conclusion, which I think is the Court's construction?
15       A.  Yes.  That you're taking the data that comes in
16  and you're comparing it to data that describes what you
17  actually know already.  I have a -- somewhere, I have a
18  list.  In some form, I have a list of types of reports
19  that people can request.
20            If I get a -- for instance, it does happen,
21  you get a request that comes through, and because of an
22  electrical glitch somewhere or something else, you've
23  just garbled the name of the report that you want, it
24  says, I don't recognize the report name, try again.
25       Q.  How are -- the inference of the occurrence of

Page 267

1   the event and the inference of context, how are they
2   based on the detected change in state?
3       A.  And I think, again, we're back to, again,
4   almost exactly the same analysis, that they're based on
5   the change in state, the detected change in state,
6   because they rely on the change in state to start them
7   off.
8       Q.  Okay.  I'm going through this kind of quickly,
9   but we're running a little short on time.
10      A.  I understand.
11      Q.  The last element, "automatically initiating an
12  operation in one or more particular subsystems of the
13  computer to facilitate a new action based on the
14  inferred context."
15      A.  Correct.
16      Q.  So, to try to look at it in, I guess, the big
17  picture, first, and then maybe break it down, how does
18  OM satisfy that limitation?
19      A.  In the example that we're talking about, if we
20  just go through the steps that are described here, one
21  of our subsystems is this EpiData Mart, and the OM
22  Server puts together a request for the -- for answers
23  from the EpiData Mart.  And so it's initiating an action
24  in the EpiData Mart that furthers the sales -- or that
25  facilitates a stage in the sales process.

Page 268

1       Q.  So, you said it's initialing an action in the
2   data mart.  I think we talked earlier about use of the
3   term "operation" versus "action."
4       A.  Right.
5       Q.  You said --
6       A.  Oh, I'm sorry.
7       Q.  -- they're interchangeable, right?  But in your
8   opinion, that's initiating an operation in the data
9   mart?
10      A.  Yes.
11      Q.  Okay.  So, when the event manager constructs
12  the database query and passes it to the data mart --
13      A.  Yes.
14      Q.  -- that is the automatic initiation of an
15  operation in another subsystem.
16      A.  Correct.  The process is automatic.  There's no
17  intervention by any person in the process.  Once the
18  message is received, all this stuff happens by the
19  operation of the event manager.
20      Q.  And what's the new action that that operation
21  facilitates?
22            MR. SPANGLER:  Objection, form.
23      A.  The new action that it facilitates?
24      Q.  So, the claim language is automatically
25  initiating an operation in one or more particular

Page 269

1   subsystems of the computer to facilitate a new action
2   based on the inferred context.
3       A.  Right.
4       Q.  So we said the operation is that -- I guess the
5   database actually satisfying the query or carrying out
6   the query?
7            MR. SPANGLER:  Objection, form.
8       A.  Well, again, you can work through this the --
9   let's see.  The operation is what the database
10  undertakes, what it does.  The action, at least in the
11  example that's drawn here, could be the performance of
12  the analytical processing in the application part of the
13  system.
14      Q.  Okay.  How is that action based on the inferred
15  context?
16      A.  Well, again, "based on" just means that it's
17  informed by or it relies on, in some part, the inferred
18  context.  Remember that the context that we're starting
19  with here includes the type of report and maybe other
20  information within the system that restricts the
21  operation of the data mart, the database manager.
22            So, already you have relied on that
23  information.  I don't know for sure whether any of that
24  information actually will make it all the way to the
25  analytics, but whatever gets there will have been

Gwendolyn Parker and Associates, Inc.
214-747-8007

c12333c8-9b94-4e30-a2e9-a6185b93ea3f

Page 270

1 informed or affected by the context that came out of the
2 original message.
3    Q. Okay. Just to confirm, it's not your -- you do
4 not offer the opinion that OM has an expert system, is
5 that correct?
6    A. No, I have not offered that opinion.
7    Q. Okay. And this is going to be a really bad
8 question, but we're just running short on time, so I'll
9 ask it and we'll see if we can get an answer.
10    A. Okay.
11    Q. You also have an opinion about the integration
12 of IA with OM and how that integration creates an
13 infringing system.
14    A. Yes.
15    Q. In addition to the fact that IA, you believe,
16 infringes on its own and OM, you believe, infringes on
17 its own. Is it possible for you to explain how -- in
18 what ways that infringing system, IA integrated with OM
19 is different than either IA on its own or OM on its own?
20       MR. SPANGLER: Objection, form.
21    Q. (By Mr. Dion) You're right.
22    A. In the spirit of cooperation, I'll keep it as
23 short as I can, but the analysis is that if you once
24 have a system that includes IA, just IA, that's with S&S
25 system -- actually, I think we discussed this with S&S

Page 271

1 very early on.
2       The reasoning is very similar, that if you
3 extend this system to include OM, in this instance, I
4 believe that the exceptions that I've allowed for don't
5 apply, there's -- I don't believe that OM does anything
6 to -- you know, to suck the infringement out of IA.
7       So, I believe that any system that is a
8 superset of IA is going to wind up -- I'm sorry, again,
9 with the same qualifications I gave earlier.
10    Q. Sure.
11    A. In this case, it doesn't apply. IA with OM
12 will infringe off of the same analysis that IA by itself
13 did.
14    Q. In that infringing system of IA integrated with
15 OM, where's the event manager?
16    A. Of IA integrated with OM, the event manager, I
17 believe, is most clearly in the controlling system, in
18 the IA system.
19    Q. Okay. So, the same as your analysis on IA, the
20 event manager is the RT Server, as we've discussed
21 throughout the morning.
22    A. Correct.
23       (MR. ZAHER RE-ENTERS ROOM.)
24    Q. (By Mr. Dion) And OM becomes, essentially,
25 just an additional subsystem to IA?

Page 272

1    A. An additional subsystem, yes. I believe that's
2 correct.
3       MR. DION: Thank you very much for your
4 time and cooperation today. We are done.
5       VIDEOGRAPHER: The time is 5:58, we're off
6 the record.
7
8
9    (DEPOSITION ADJOURNED AT 5:58 P.M.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 273

1       CHANGES AND SIGNATURE
2 WITNESS NAME: J. TIPTON COLE   DATE: JULY 22, 2009
3 PAGE LINE    CHANGE          REASON
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

69 (Pages 270 to 273)

Gwendolyn Parker and Associates, Inc.
214-747-8007

Page 274

1      I, J. TIPTON COLE, have read the foregoing
deposition and hereby affix my signature that same is
2  true and correct, except as noted above.
3
4
       _____
5              J. TIPTON COLE
6
7
8
9  THE STATE OF _____)
10  COUNTY OF _____)
11
12      Before me, _____, on
13  this day personally appeared J. TIPTON COLE, known to me
14  (or proved to me under oath or through
15  _____) (description of identity
16  card or other document) to be the person whose name is
17  subscribed to the foregoing instrument and acknowledged
18  to me that they executed the same for the purposes and
19  consideration therein expressed.
20      Given under my hand and seal of office this
21  _____ day of _____, _____
22
23
24      _____
       NOTARY PUBLIC IN AND FOR
25     THE STATE OF _____

Page 276

1  MR. JOEL L. DION.....06 HOUR(S):41 MINUTE(S)
2      That pursuant to information given to the
3  deposition officer at the time said testimony was taken,
4  the following includes counsel for all parties of
5  record:
6      MR. DAVID PRIDHAM, Counsel for Plaintiff
       MR. ANDREW W. SPANGLER, Counsel for Plaintiff
7      MR. HAROLD KIP GLASSCOCK, Counsel for Plaintiff
       MR. RYAN BROWN, Counsel for Plaintiff
8      MR. ALFRED W. ZAHER, Counsel for Defendants
       MR. JOEL L. DION, Counsel for Defendants
9      MR. BRUCE D. GEORGE, Counsel for Defendants
       MR. JOHN PAUL OLEKSIUK, Counsel for Defendants
10
11      That $_____ is the deposition officer's
12  charges to the Defendants for preparing the original
13  deposition transcript and any copies of exhibits;
14      I further certify that I am neither counsel for,
15  related to, nor employed by any of the parties or
16  attorneys in the action in which this proceeding was
17  taken, and further that I am not financially or
18  otherwise interested in the outcome of the action.
19      Certified to by me this _____ day of August, 2009.
20
21
22      _____
       NITA G. CULLEN, Texas CSR #1563
       Expiration Date: 12-31-2009
23     Firm Registration No. 244
24     GWENDOLYN PARKER & ASSOCIATES
       3827 Travis Street
25     Dallas, Texas 75204

Page 275

1       IN THE UNITED STATES DISTRICT COURT
2       FOR THE EASTERN DISTRICT OF TEXAS
             TYLER DIVISION
3  SFA SYSTEMS, LLC,          )
            Plaintiff,   )
4                            )
   VS.                       ) CIVIL ACTION NO.
5                            )  6:07-CV-67
                             )
6  INFOR GLOBAL SOLUTIONS      )
   (MICHIGAN), INC., et al,   )
7          Defendants.  )
                             )
8
9        REPORTER'S CERTIFICATION
10       DEPOSITION OF J. TIPTON COLE
11          JULY 22, 2009
12
13  I, Nita G. Cullen, Certified Shorthand Reporter in
14  and for the State of Texas, hereby certify to the
15  following:
16      That the witness, J. TIPTON COLE, was duly sworn by
17  the officer and that the transcript of the oral
18  deposition is a true record of the testimony given by
19  the witness;
20      That the deposition transcript was submitted to
21  _____ to the witness or to the attorney
22  for the witness for examination, signature and return to
23  me by _____;
24      That the amount of time used by each party at the
25  deposition is as follows:

70 (Pages 274 to 276)

c12333c8-9b94-4e30-a2e9-a6185b93ea3f