RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 02 2009

DAVID ~~~~~~, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Civil action number: **6:07-cv-00067**

2. Style of case: **SFA Systems, LLC vs. Infor Global Solutions**

3. Nature of the suit: **intellectual property**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **September 18, 2009**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.          ☐ Settled, in part, as a result of ADR

   ☑ Settled as a result of ADR.               ☐ Parties were unable to reach settlement

   ☐ Continuing to work with the parties to reach settlement *(Note: provider must file supplemental ADR summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee **$16,100**

8. Duration of ADR: **14 hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, e.e. defendant, plaintiff):

   Please see attached

Please provide the names, address and telephone number of counsel on the reverse of this form.

10. Provider information:

    Robert Faulkner
    JAMS, Inc.
    8401 North Central Expressway Suite 610
    Dallas, TX 75225
    214-744-5267


Robert Faulkner                              9/25/09
Signature  by permission                     Date

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

David Michael Pridham Esq.
L/O David Pridham
25 Linden Rd.
Barrington, RI 02806  USA
Tel: 401-633-7247

Kip Glasscock Esq.
L/O Kip Glasscock
550 Fannin
Suite 1350
Beaumont, TX 77701  USA
Tel: 409-833-8822

Diane DeVasto
Potter Minton
110 N. College Street
Suite 500
Tyler, TX 75702
Tel: 903-561-8753

Andrew Weslay Spangler Esq.
L/O Andrew W. Spangler
208 N. Green St.
Suite 300
Longview, TX 75601  USA
Tel: 903-753-9300

Alfred W. Zaher Esq.
Blank Rome LLP
One Logan Square
130 N. 18th St.
Philadelphia, PA 19103-6998  USA
Tel: 215.569.5364

Michael E. Jones Esq.
Potter Minton
110 N. College Street
Suite 500
Tyler, TX 75702
Tel: 903-597-8311



THE RESOLUTION EXPERTS®

September 25, 2009

Clerk of the Court
United States District Court
Eastern District of Texas
211 W. Ferguson, room 106
Tyler, TX 75702



    Re:  **SFA Systems, LLC vs. Infor Global Solutions**
          **Civil Action No. 6:07-cv-00067**

Dear Clerk:

Enclosed is the Alternative Dispute Resolution Summary for this case. Thank you for this opportunity to assist the parties and the Court in resolving this matter.

Kindest Regards,

*Robert Faulkner, by permission*
Robert Faulkner
Mediator

Enclosure
c:    Hon. Leonard Davis
       All Counsel

8401 N. CENTRAL EXPRESSWAY   SUITE 610  DALLAS, TX 75225  TEL 214-744-5267  FAX 214-720-6010